UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:
DAREN C. DALY,   Case No. 22-15694-SMG
   Chapter 11
   Debtor.
_____/

PATRICK DALY et al,
   Plaintiffs,

vs.   Adv. No. 22-01391-SMG

DARREN C. DALY-
   Defendant.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Tarek Kiem Esq hereby files his Notice of Appearance on behalf of interested party TAREK KIEM, Sub V Trustee.

Pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, 9010(b) and S.D. Fla. Bankr. L.R. 9010-1, the undersigned hereby request that all notices given or required to be given in this proceeding and that all papers served or required to be served in this proceeding be given to and served upon the undersigned counsel.

**KIEM LAW, PLLC**
Attorney for Interested Party
8461 Lake Worth Road, Suite 114
Lake Worth, Florida 33467
Telephone: 561-600-0406
Facsimile:  561-763-7355
Email: tarek@kiemlaw.com

By:    /s/ Tarek K. Kiem
         Tarek K. Kiem
         Florida Bar No 0637041

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by Notice of Electronic Filing via CM/ECF e-mail to all parties registered to receive same on November 1, 2022.

By: /s/ Tarek K. Kiem
Tarek K. Kiem
Florida Bar No 0637041

Dated: 11/01/2022