

**ORDERED in the Southern District of Florida on November 28, 2022.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

DAREN C. DALY,  Case No. 22-15694-SMG

    Debtor.  Chapter 11
_____/

PATRICK DALY, ELIZABETH DALY,
and ALL PAVING AND SEALCOATING, LLC,

    Plaintiffs,

v.  Adv. No. 22-1391-SMG

DAREN C. DALY,

    Defendant.
_____/

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO
DISMISS OR ALTERNATIVELY FOR JUDGMENT ON THE PLEADINGS**

On November 25, 2022, Defendant Daren C. Daly filed a motion to dismiss the complaint[1] filed by Plaintiffs Patrick Daly, Elizabeth Daly, and All Paving Sealcoating, LLC, or in the alternative, for judgment on the pleadings.[2] It is

**ORDERED** that:

1. **Within 21 days after the date the motion was filed**, the Plaintiffs may either (a) amend their complaint[3] in accordance with Fed. R. Civ. P. 15(a)(1)(B),[4] or (b) file a response in opposition to the motion.

2. If the Plaintiffs timely amend their complaint, then the motion will be denied as moot.

3. If the Plaintiffs timely file a response, then the Defendant may file a reply **not later than 14 days after the Plaintiffs filed their response**.

4. If the Plaintiffs fail to timely amend their complaint or file a response, then the motion may be granted without further notice or hearing.

### 

Copies furnished to all interested parties by CM/ECF.

---

[1] ECF No. 2.
[2] ECF No. 9.
[3] Any amended complaint must be accompanied by, as a separate docket entry, a redlined comparison showing the changes from the original complaint.
[4] Made applicable by Fed. R. Bankr. P. 7015.