

**ORDERED in the Southern District of Florida on January 13, 2023.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 22-15694-SMG |
| DAREN C. DALY, | Chapter 11 (Subchapter V Small Business) |
| Debtor. _____/ | |
| PATRICK DALY, ELIZABETH DALY and ALL PAVING AND SEALCOATING, LLC | |
| Plaintiffs, | Adv. Case No. 22-01391-SMG |
| v. | |
| DAREN C. DALY, | |
| Defendant. _____/ | |

**ORDER GRANTING, IN PART AND DENYING IN PART DEBTOR'S EMERGENCY MOTION (I) TO COMPEL PLAINTIFFS PATRICK DALY, ELIZABETH DALY AND ALL PAVING AND SEALCOATING, LLC TO PRODUCE DOCUMENTS RESPONSIVE TO DEBTOR'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND PROVIDE RESPONSIVE ANSWERS TO DEBTOR'S FIRST SET OF INTERROGATORIES WITHOUT OBJECTIONS AND (II) OTHER RELIEF**

THIS MATTER came before the Court on January 11, 2023 at 1:30 p.m. (the "Hearing") on the *Debtor's Emergency Motion (I) to Compel Plaintiffs Patrick Daly, Elizabeth Daly, and All Paving and Sealcoating, LLC to Produce Documents Responsive to Debtor's First Request for Production of Documents and Provide Responsive Answers to Debtor's First Set of Interrogatories without Objection and (II) Other Relief* [ECF No. 40] (the "Motion") filed by the Chapter 11 Debtor, Daren C. Daly (the "Debtor" or "Defendant") and the *Plaintiffs' Opposition to Debtor's Emergency Motion to Compel, Etc.* [ECF No. 48] (the "Response"). The Court, having reviewed the Motion, the Response and pleadings in this case, having heard arguments of counsel and being fully apprised on the premises, it is hereby,

**ORDERED** as follows:

1. The Motion is GRANTED, in part and DENIED in part as follows:

    a. No later than January 25, 2023, Patrick Daly, Elizabeth Daly, and All Paving and Sealcoating, LLC, (collectively, the "Plaintiffs") must provide answers in writing to the Debtor's first set of interrogatories and requests for production, except as provided for below. If any of the responses provided by the Plaintiffs refer to a document, the document must be identified by bates number, exhibit number, or other clearly identifying document specific information. The following are the requests and interrogatories that must be answered:

        i. Patrick Daly shall answer interrogatory questions: 1,2,3,4,5,6, and 9.

    ii. Patrick Daly shall respond to document requests: 1,2,5,6,7,and 8. Request Number 10 shall be limited to the communications listed in Fed. R. Bankr. P. 7026(b)(4)(C)(i)-(iii).

    iii. Elizabeth Daly shall answer interrogatory questions: 1,2,3,4,5,6, and 9.

    iv. Elizabeth Daly shall respond to document requests: 1,2,5,6,7, and 8. Request Number 10 shall be limited to the communications listed in Fed. R. Bankr. P. 7026(b)(4)(C)(i)-(iii).

    v. All Paving and Sealcoating LLC shall answer interrogatory questions: 1 (except for the part requesting Plaintiff to identify all entities and individuals to whom financial statements were provided),4,5, and 6.

    vi. All Paving and Sealcoating LLC shall respond to document requests: 3,4,5,and 6. Request Number 8 shall be limited to the communications listed in Fed. R. Bankr. P. 7026(b)(4)(C)(i)-(iii).

b. The Plaintiffs do not need to reproduce the expert reports, as those have already been produced.

c. The Plaintiffs do not need to produce, or answer any interrogatories related to their tax documents, tax returns, financial statements, loan applications, loan documents, and documents related to the Paycheck Protection Program including applications therefor, and the Motion is DENIED without prejudice with respect to these.

2. The Court denies the request for attorneys' fees.

3. The Parties shall cooperate in good faith to reschedule the depositions of: Patrick Daly, Elizabeth Daly, and All Paving and Sealcoating, LLC to be completed before

the pretrial conference on February 7, 2022.

4. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

####

Submitted by:

Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
*Counsel for Daren C. Daly*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
P (305) 763-8708
F (321) 655-7374
isaac@dgimlaw.com

Attorney Isaac Marcushamer is hereby directed to serve a copy of this Order on all parties entitled to service and file a Certificate of Service thereof.