Page 1

1          IN THE UNITED STATES BANKRUPTCY COURT

2              SOUTHERN DISTRICT OF FLORIDA

3                FORT LAUDERDALE DIVISION

4                 CASE NO: 22-15694-SMG

5    IN RE:

6    DAREN C. DALY,

7       Debtor.

     ----------------------------

8    PATRICK DALY, ELIZABETH DALY,

     ALL PAVING & SEALCOATING, LLC,

9    and PATRICK DALY AND ELIZABETH

     DALY AS THE MAJORITY SHAREHOLDERS

10   OF API,

11      Plaintiffs,

12        vs.

13   DAREN C. DALY,

14      Defendant.

     ----------------------------------------/

15   ****************************************************

16   VIDEOTAPED CONFERENCE DEPOSITION OF:

17                          JOEY N. FRIEDMAN, CPA

18   DATE TAKEN:            January 13, 2023

19   TIME:                  12:00 p.m. to 3:16 p.m.

20   PLACE:                 Videoconference Via Zoom

21   TAKEN BEFORE:          JERI DRUM, COURT REPORTER

                            AND NOTARY PUBLIC

22

23

24

25

Page 2

```
1   APPEARANCES:
2   BRUCE A. GOODMAN, P.A.
    BY:  Bruce A. Goodman, Esq.
3   5531 North University Drive, Suite 101
    Coral Springs, Florida 33067
4   bruce@bgoodmanlaw.com
    Appearing on behalf of the Plaintiff via videoconference
5
    DGIM LAW, PLLC
6   BY: Daniel Gielchinsky, Esq.
    2875 N.E. 191st Street, Suite 705
7   Aventura, Florida 33180
    dan@dgimlaw.com
8   Appearing on behalf of the Defendant via videoconference
9   KIEM LAW, PLLC
    BY:  Tarek K. Kiem, Esq.
10  8461 Lake Worth Road, Suite 114
    Lake Worth, FL 33467
11  tarek@kiemlaw.com
    Appearing as the trustee via videoconference
12
13  ALSO PRESENT:  Curtis Roginski, Videographer via zoom
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1                        C O N T E N T S

2      TESTIMONY OF:  JOEY N. FRIEDMAN, CPA

3        Direct Examination By:    Mr. Goodman          6

4        Cross Examination By:     Mr. Gielchinsky     61

5        Redirect Examination By:  Mr. Goodman        112

6      CERTIFICATE OF REPORTER                        115

7      CERTIFICATE OF OATH                            116

8      ERRATA SHEET                                   117

9      READ LETTER                                    118

10                       E X H I B I T S

11                     PLAINTIFF'S EXHIBITS

12     Exhibit 1                                       12

       (Mr. Friedman's report)

13

       Exhibit 2                                       17

14     (27 page filing by Daren Daly in bankruptcy court)

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2         THE VIDEOGRAPHER:  Good afternoon.  We're

3    going on the record at 12:10 p.m. on

4    January 13, 2023.  This is Media Unit 1 of the

5    video recorded deposition of Joey Friedman,

6    CPA, taken in the matter of Patrick Daly and

7    Elizabeth Daly, et al. vs. Daren C. Daly.

8    Filed in the United States Bankruptcy Court

9    Southern District of Florida, Fort Lauderdale

10   Division.  Case No. 2215694SMG.

11        This deposition is being conducted remotely

12   using virtual technology.  My name is Curtis

13   Roginsky representing Veritext and I am the

14   videographer.  The court reporter is Jeri Drum,

15   also with Veritext.

16        Will counsel please identify yourselves and

17   say whom you represent.

18        MR. GOODMAN:  Good afternoon.  Bruce

19   Goodman representing the plaintiffs, Patrick

20   Daly, Elizabeth Daly, All Paving and Seal

21   Coating, LLC and Patrick Daly and Elizabeth

22   Daly as majority owners of All Paving, Inc.

23        MR. GIELCHINSKY:  Good afternoon, Daniel

24   Gielchinsky for the debtor and defendant, Daren

25   Daly.

1          THE VIDEOGRAPHER:  Thank you.  Will the

2     court reporter please swear in the witness.

3          THE REPORTER:  Would you raise your right

4     hand, please.

5          THE WITNESS:  (The witness complies.)

6          THE REPORTER:  Do you swear or affirm that

7     the testimony you are about to give will be the

8     truth, the whole truth, and nothing but the

9     truth?

10          THE WITNESS:  Yes, I do.

11               JOEY N. FRIEDMAN, CPA,

12  having first been duly sworn, testified under oath as

13  follows:

14  DIRECT EXAMINATION:

15  BY MR. GOODMAN:

16          MR. GOODMAN:  Okay.  Before I begin, I

17     just want to ask Curtis, our videographer.  I

18     didn't get a message that anything was being

19     recorded.  Are you recording using something

20     other than zoom?

21          THE VIDEOGRAPHER:  Yes, I'm using a

22     different program.

23          MR. GOODMAN:  Very good.  So it is just on

24     your end and the recording is going forward; is

25     that right?

Page 6

1          THE VIDEOGRAPHER:  Yes.

2          MR. GOODMAN:  Okay.  Thank you very much.

3          THE VIDEOGRAPHER:  Thank you.

4     Q    (By Mr. Goodman)  Okay.  Good afternoon.

5    Mr. Friedman, please state your full name for the

6    record.

7     A    Sure.  It is Joey Friedman, Certified Public

8    Accountant.  I don't know if you need the rest of the --

9    the rest of all my credentials.

10    Q    I think I'm going to get to it in a moment as

11   we go through my list of questions here for you this

12   afternoon.

13    A    Right.

14    Q    Where do you work?

15    A    At Joey Friedman, CPA, P.A.  It is my forensic

16   accounting, business valuation firm.

17    Q    How long have you been practicing as a

18   certified public accountant?

19    A    Since about 2010, give or take a year or so,

20   approximately.  But I also have 20 years of experience

21   as a CEO and management consultant for a variety of

22   diverse business types.  I've owned a fair amount of

23   businesses in the past and I have consulted even prior

24   to having the CPA license.

25    Q    Where is your office?

1    A    In Pembroke Pines.  It is -- do you need the

2  exact address?

3    Q    No, that's good.

4    A    Okay.  Yeah.

5    Q    How long have you resided in South Florida?

6    A    About 40 years.

7    Q    Okay.  I guess that's about how old you are;

8  is that right?

9    A    Pretty much, yes, that's correct.

10   Q    Okay.  Where were you licensed as a certified

11  public accountant?

12   A    In Florida.

13   Q    Okay.

14   A    Yeah.

15   Q    And where did you attend college?

16   A    Well, I have a variety of degrees so I

17  attended the University of Florida multiple times.  I

18  have a minor in economics, a minor in criminology, a

19  Bachelor's in accounting, a Master's in international

20  business, a Master's in accounting, graduate certificate

21  an entrepreneurship from the University of Florida as

22  well.  And then I got a couple other -- a little bit

23  more educational background outside the University of

24  Florida.

25   Q    Okay.

1    A    Smaller, smaller licenses and certificates.

2    Q    Are you a member of any professional

3  associations?

4    A    Yes.  The AICPA, the American Institute of

5  Certified Public Accountants and also the ACFE which is

6  the Association of Certified Fraud Examiners.

7    Q    And what did it take to get those professional

8  association recognitions?

9    A    Well, I guess being good -- being proficient

10  and qualified for my job, I suppose.  You have to be a

11  CPA to be a member of the AICPA and you have to be

12  qualified to be a forensic accountant to be apart of the

13  ACFE.  I met those qualifications.

14        I also have a ABV designation, which is a

15  Accreditation in Business Valuation, which is given out

16  through the AICPA.  That is completely -- I mean, that

17  is another 100 hours of additional education for

18  business valuations, plus continuing education every two

19  years of -- I believe it is an extra 80 hours of just

20  kind of keeping up on new trends, new methods of

21  valuation.

22        So that is not specifically what you were

23  asking but that is part of what AICPA affiliation, plus

24  my accreditations that I have there as well which is

25  pretty unique to CPAs.  Most CPAs don't have that.

Page 9

1        Q    I see there is also the initials following

2    your name, MACC.  What is that?

3        A    Right.  That's my Master's in accounting.  And

4    then the MIB is the Master's in international business,

5    which is, basically, an MBA.  But it is a focused on --

6    because everything now is globalized.  The MBA was

7    created for more of a national perspective.

8             The MIB, Master's of International Business is

9    an MBA but it is focused on globalization, on the

10   interaction of not just US companies but how companies

11   interact globally and managing those firms.  So that is

12   what that one is.

13       Q    Where did you get your Master's in accounting?

14       A    That one actually was at Florida Atlantic

15   University.

16       Q    Okay.  Have you been a speaker, given lectures

17   anywhere?

18       A    I have been asked to by the AICPA for --

19   specifically for forensic accounting and business

20   valuations.  I think they have a shortage of staff to do

21   that.  People I've spoken to think that I'm pretty well

22   informed and educated along those lines.  But I didn't

23   have the time.  I told them maybe at a later date.  I

24   would get back to them on that.

25             But I have published a few articles in some

Page 10

1   business publications.  I've got two articles that have

2   been published in monthly business publications about

3   just accounting, litigation advice, basically, related

4   to forensic accounting in divorce matters.

5        Q    Have you served as an expert witness before

6   this case?

7        A    Oh, yeah, many times.  In fact, in the past

8   couple of years I've provided litigation services in

9   about 18 cases for both plaintiffs and defendants, both

10  civil and domestic proceedings in a variety of

11  scenarios, including, but not limited to, in court

12  hearings, depositions, arbitrations, including AAA

13  arbitrations, civil arbitrations and business litigation

14  jury trials.

15           And some of those involved -- I mean, some of

16  them were involving multi-national corporations.  That's

17  where that Master's of international business sometimes

18  comes in useful.  But some of them were General

19  Electric, for example, is -- I mean, it is a huge

20  company.  They were part of one of my cases, Camping

21  World.

22       Q    So you have been using acronyms.  I just want,

23  for the record, I think everyone knows that is going to

24  be listening to this is aware of it.  But, just for the

25  record, what does CPA stand for?

Page 11

1          A     Certified Public Accountant.

2          Q     And what does AICPA stand for?

3          A     The American Institute of Certified Public

4     Accountants.

5          Q     Is the AICPA a national society?

6          A     Yes.  In fact, actually, it is an

7     international.  I believe that they have actually

8     expanded and they do have international members at the

9     moment.  I'm not sure the details on that.  But I do

10    know that some of the speaking engagements that they

11    have asked me to do were -- they were video engagements

12    but they were actually for international, not just

13    domestic.

14          But other people from outside of the U.S.

15    would be viewing them as well.  Of course I didn't have

16    time.  I turned that down.  But they do have

17    international members.

18          Q     As a Florida CPA are you automatically

19    admitted into the AICPA?

20          A     No.  There is an application process and you

21    have to meet certain guidelines.  There are certain --

22    certain specifications that I have to meet and abide by

23    for any of my reports or presentations or work that I

24    do.

25          Q     Okay.

1      A     And they are held to a higher standard of

2    ethics and morality and also due diligence.

3      Q     Okay.  Do you have a resume or a curriculum

4    vitae?

5      A     I do.  It is at the end of the report.  The CV

6    that goes into pretty extreme detail.  I think it is

7    about four or five pages long.  It has got all the -- my

8    educational background.  It has got all the

9    certifications.  It has a list of all the past two

10   years, I believe, two and a half years litigation that I

11   have been involved in.

12     Q     Okay.

13                     (Exhibit 1 was marked

14                       for identification.)

15           MR. GOODMAN:  Do you all see

16      Mr. Friedman's report on your screens?  I've

17      marked it as Exhibit 1 to his deposition.

18           MR. GIELCHINSKY:  Yes.

19           MR. GOODMAN:  Okay.

20           THE WITNESS:  I don't.

21     Q     (By Mr. Goodman)  Mr. Friedman, do you see it?

22     A     No.

23     Q     You don't?

24     A     Hold on one second.  View options.  Let's

25   see --Yes, I do.  I'm sorry.  Full screen mode.  You

1   know my monitor, it is a little odd.  I got it now.

2        Q     Okay.  All right.  So does this appear to be

3   the cover page of your -- it says All Paving Inc.

4   business valuation and summary report and additional

5   analysis?  Scroll down a little bit.

6        A     Yes, that's my report.

7        Q     That's your report?

8        A     Correct.

9        Q     Okay.  So I'm going to go ahead now and look

10  for your CV.  Did you say it is at the end of the

11  report?

12       A     Yes, I believe Appendix D, E.  It sometimes

13  changes depending on the report and how much is included

14  at the end there.  But it should be towards the end.

15  There you go.  Appendix F.

16       Q     Okay.  So I'm on page 59 out of 67 of this

17  document.  Is this a copy of your current CV?

18       A     Yes.  As of the date.  I mean, as of that date

19  there might be one additional litigation I need to add

20  to that.  I have to double check.  Actually, I think

21  there is.  I'm missing one -- yeah, I'm sorry.  I'm

22  missing, I think, one.  One.

23       Q     Do you remember the name of that case style,

24  the one that is missing, and what court?

25       A      It is economic damages case related to

1   fraudulent inducement and some real estate property.  It

2   is a business dispute.  It is in New Jersey.  I have had

3   multiple cases, yeah.

4        Q    Okay.

5        A    I think it is relatively insignificant,

6   related to the grand scope of things.  I can get the

7   details but I don't want to take too much time.

8        Q    Okay.  That's fine.  And in scrolling through

9   your CV I see on page 59 it talks about your serving as

10  an expert witness, providing testimony, litigation

11  support and business valuation from June 2014 to

12  present; is that correct?

13       A    Yes.

14       Q    Okay.  And you mentioned that you have had --

15  you spent time before you got into your current endeavor

16  as an expert witness.  Did you say owning businesses?

17       A    Well, right, before and even during the time

18  that I have been an expert witness I have owned -- I

19  have owned and consulted for a variety of businesses.

20  Myself, I have owned about ten, 12, maybe 15 different

21  businesses.  I would have to sit and count.  But I've

22  owned everything from --

23       Q    Without getting into too much detail --

24       A    Okay.

25       Q    -- do you believe that your past experience

Page 15

1    owning businesses has aided your ability to offer expert

2    testimony regarding --

3         A    Absolutely, yes.

4         Q    -- damages, business valuations?

5         A    Most of my clients do find it beneficial that

6    I actually have experience not just on the accounting

7    side where most CPAs are where they are working at a

8    desk dealing just with financial information, tax

9    information.  But they really, you know, to them it is

10   just numbers and they know the calculations and how the

11   financial data works but they've never actually been on

12   the other side under the actual operation's side.  And

13   I've actually been on both, I've operated and managed

14   over ten businesses, doing all of the accounting work in

15   the process but also managing and operating and dealing

16   with the day-to-day operations.

17         So I'm not just familiar with how it looks on

18   paper but in reality how it actually operates and

19   dealing with the staff and clientele and management, you

20   know, just all aspects of the business.  So I have a

21   much more well rounded view of most businesses than a

22   typical accountant would.

23         Q    Okay.  And with regard to Exhibit 1, your

24   business valuation summary report and additional

25   analysis, did you -- did you arrive at -- well, firstly,

1    what materials did you review in creating this report?

2         A    I reviewed everything that was provided by the

3    opposing counsel by Daren Daly and a few other documents

4    that I was provided that I believe was sent over by

5    either Daren or opposing counsel.  That was from the

6    beginning.  And then later on there was additional

7    documents added from Daren.  So tax returns, QuickBooks

8    records.  I would have to look through the files but --

9         Q    Okay.

10        A    Mainly relied on -- yeah, mainly we relied

11   upon the tax returns and the QuickBooks.  Actually, bank

12   statements as well.

13        Q    Do you recall offhand the date of the

14   QuickBooks -- well, no, let's go through the report and

15   I'll probably then ask you questions about that because

16   I get that it is probably going to be different,

17   different items, depending on the period that you're

18   looking at.  So let me kind of flip through this report

19   a little bit.

20        A    Sure.

21        Q    Did you arrive at any conclusions in

22   connection with this report?

23        A    Well, yes, a couple.  And they are detailed

24   throughout the report.  There was -- I was asked to come

25   up with a valuation of the business for the end of the

Page 17

1   year 2021.  I was asked to determine the valuation for

2   the end of the year 2017.  And then I was also asked to

3   look into the disgorgement and funds that were

4   basically -- basically profits from illegal or wrongful

5   acts related to the case which is in one of the

6   appendixes for the disgorgement.

7            And then the final request was to review the

8   documents provided to me by Daren Daly versus the

9   documents that were provided a week later, I believe, to

10  the bankruptcy court and give my opinion on the

11  similarities and differences between what I had seen and

12  what was provided.

13                     (Exhibit 2 was marked

14                      for identification.)

15  Q    (By Mr. Goodman)  All right.  And I want to

16  show you now Exhibit 2 with regard to that last item

17  that you mentioned.  I'm looking at ECF document No. 31

18  filed in the main bankruptcy case on August 18, 2022.

19  It is a 27-page filing by Mr. Daren Daly and I've marked

20  it as Exhibit 2 to your deposition.  And it includes All

21  Paving, Inc. financial information, profit and loss

22  statement, income statement and statements of cash flow,

23  including financial statements as of June 30, 2022.

24            Is that what you just referenced as the last

25  issue that you were looking into?

1      A    I've seen that.  Yes.  Well, when I had access

2   to the records I was able to pull -- I was given --

3   Daren gave me access to his QuickBooks so it was all

4   client provided records.  And that all -- the final date

5   that went up to June 23, 2022.  So one week prior to

6   this I had access to all of the records that were in

7   their accounting and QuickBooks files.  And then this is

8   what they submitted, I believe, a week later.

9           MR. GIELCHINSKY:  Please note my belated

10          objection to form.

11     Q    (By Mr. Goodman)  Does your report include an

12  appendix with regard to the discrepancies that you

13  isolated?

14     A    Yes, it does.  And I'd have to look to see

15  which one that is.  Again, I've got a multitude of

16  cases.  So which appendix it is I will have to pull?

17     Q    Okay.  Let me see if I can -- I went from the

18  back and I see several highlighted pages here.

19     A    It is -- I'm looking through it, too.

20     Q    Is this Appendix E of your report at page 48

21  of 67?

22     A    That is.  And you know what, it wasn't

23  actually a specific appendix.  It was actually -- it

24  looks like it was added on because this was a more

25  current issue that was added below the disgorgement as

Page 19

1   sort of an asterisk.  But then I went on to explain my

2   analysis and my opinions of the differences and

3   similarities between the two statements.

4        Q    Okay.

5        A    So the profit and loss and balance sheet.

6        Q    Okay.

7        A    And then if there was an addition to the

8   disgorgement, but I didn't add it to the chart, I would

9   just notate it below.

10       Q    Okay.  So I'm in Appendix E of your report and

11  I'm over that page 49.  And I see that at the top it

12  says on that page, I was asked to look at the bankruptcy

13  documentation due to the case now having been moved to

14  Federal Bankruptcy Court.

15            And can you just continue reading that next

16  sentence?

17       A    Well, sure.  Upon seeing the records, I

18  immediately noticed that there were some significant

19  unexplained discrepancies, which occurred in less than

20  one week's time between the last date of records that I

21  have provided by Daren Daly and the records that Daren

22  Daly provided to the bankruptcy court in his filings.

23            If you would like me to continue, more

24  specifically these discrepancies were between June 23,

25  2022 balance sheet that was provided to me by Daren Daly

Page 20

1   during the -- during his, you know, turnover of his

2   records or giving me access to his records and the date

3   of the records provided.

4         MR. GIELCHINSKY:  Objection to the form.

5     Q     (By Mr. Goodman)  Okay.  So, now, in the

6   middle of page 49 did you reach any -- did you come to

7   any observations regarding the June 23, 2022 financial

8   statements that were provided by Mr. Daren Daly --

9     A     I did.

10        MR. GIELCHINSKY:  Objection to form.

11    Q     (By Mr. Goodman)  Let me finish the question,

12  Joey.  And the June 30, 2022 financial statements which

13  Mr. Daren Daly provided to the bankruptcy court?

14    A     Sure.  Yes, I did.  I made the comparison.

15  And what it looks like to me, within one week's span

16  there were some really, really significant and

17  suspicious differences, changes that are a little bit

18  out of the ordinary from what I would normally see on

19  these type of statements.  Very far from ordinary.

20        But the total bank account, the liquid assets

21  decreased within a one week's span of by $104,755 and

22  some change.  Most of that was due to the liquidation of

23  the Sun Trust checking account, 0643 being the last four

24  digits.  About 11,000 left in that account.

25        The total accounts receivable decreased by

Page 21

1   $273,439.  I think I round these figures.  They are in

2   the report but usually in a deposition I round them to

3   make it a little easier.  So the total assets decreased

4   by 378,000.  The total accounts payable increased by

5   about 104,000.  The total liabilities increased by

6   95,000, approximately.  Retained earnings decreased by

7   about 141,000.  And the net income decreased drastically

8   by 332,000, approximately.

9         So in the seven day period between the

10  statements that I have and the statements that were

11  provided, this company suddenly went from showing a

12  profit of $203,000 to showing a loss of 100 --

13  approximately, $129,000 which is over a $300,000

14  difference in, you know, positive profit versus a loss.

15     Q    Were you able to determine why the sudden

16  shifting of the finances between June 23, 2022 and

17  June 30, 2022?

18     A    Based on historical records that I have for

19  this company, I haven't seen any.  I have seen nothing

20  like this.  I honestly -- I don't think there is a

21  reasonable explanation.  Something like this has never,

22  never happened this drastically this quickly.  And I

23  even went and sort of did like an analysis based on what

24  the typical weekly changes are that you would see on a

25  week by week basis based on historical records.  And

Page 22

1    they are nowhere near this significant by a long shot.

2    They are not even close to this.  This is extremely

3    suspicious.  Very unusual.

4         Q    Okay.  Now, since we're in Appendix E, the

5    disgorgement section, let's conclude that part of your

6    report.

7         A    Sure.

8         Q    Okay.  What is the total disgorgement amount

9    you calculated?

10        A    Let me just zoom in on this.  One second.

11   Your window is small.  I'm going to scroll to that same

12   page.  What page is that?

13        Q    It is page 48 of 67.  I've zoomed in on the

14   screen here as best as I could.

15        A    Okay.  That makes it a little easier.  Okay.

16   So the total disgorgement amount was the sum of all of

17   these transactions that were determined to be

18   unsupported, suspicious cash transactions which are

19   atypical of large businesses.  Most businesses don't

20   operate in cash.  And for that matter, most people, even

21   sole proprietors or people, individuals, don't operate,

22   from my experience and in my opinion, with cash.

23             It is so much easier to use an electronic

24   means of, you know, transferring funds whether it is

25   Zelle or credit cards or checks.  Cash has been sort of

Page 23

1   outdated for awhile now.  So seeing large cash

2   transactions within a corporation is something that is

3   kind of an immediate catch of being a little bit

4   suspicious.

5           But what I determined was that there was

6   $2,836,000 of funds that were unaccounted for or

7   unsubstantiated.  And then -- so that would have been

8   the total disgorgement.  But we went ahead and we -- we,

9   when I say, myself and my firm, Joey Friedman, CPA,

10  P.A -- went ahead and we do have a resource where we're

11  able to look at what the -- based on somebody -- an

12  individual's experience, based on their education, based

13  on the field of business that they are in, we're able to

14  look at an average salary range for what that person

15  should be compensated for the field that they are in,

16  the position and title that they have.

17          And based upon what Daren's qualifications

18  were, it pretty much averaged out to about $100,000 per

19  year compensation that, you know, he should be making or

20  that somebody else in his position to run that business

21  would be paid if he weren't there.

22          So we went ahead and subtracted that $100,000

23  per year over the five year time period.  So it added up

24  to 500,000.  From the disgorgement the total amount of

25  funds that were, I guess, you know, classified as

Page 24

1  disgorgement that weren't really substantiated or went

2  missing.  And then we came up with final total

3  disgorgement of $2,336,258 and some change.

4      Q    Okay.  Let's take this line by line here on

5  the disgorgement table.

6      A    Sure.

7      Q    ATM cash withdrawals, what did you determine

8  and how did you determine those amounts?

9      A    So this is from bank records and QuickBooks

10  accounting records.  It is through a combination of

11  both.  And, I mean, this one here I think is pretty

12  clear, ATM cash withdrawals.  Everybody knows you go to

13  an ATM, you withdraw cash, there is no way to track

14  where that money goes.  There is no records of that.

15          So $135,680 withdrawn from an ATM.  That is

16  not typical for a business.  And I represent a lot of

17  businesses.  I guess perhaps it is representative of

18  some businesses that I represent who have some

19  misappropriation and some fraud involved.  But ATM cash

20  withdrawals are not something that you would normally

21  see in a properly run corporation.

22          MR. GIELCHINSKY:  Note my objections.

23          MR. GOODMAN:  Okay.

24          MR. GIELCHINSKY:  Unresponsive answer.

25      Q    (By Mr. Goodman)  Okay.  The next line here,

1    Daren's compensation, officer pay, so --

2        A    Correct.

3        Q    -- go ahead.  How did you determine that line

4    item, the second line item?

5        A    So based on tax returns.  Those are a

6    combination of tax returns.  There were some payroll

7    records.  And then, obviously, it was reconciled -- not

8    reconciled but it was sort of verified.

9             So we will scratch that.  It wasn't

10   reconciled.  It is a term that we don't use for -- how

11   you mentioned the AICPA, we technically can't use that

12   term in testifying at depositions.

13            So it was verified using the bank records,

14   payroll records, the tax returns.  We made some

15   comparisons and that's what we've determined that Daren

16   Daly has withdrawn, you know, as what he believes is,

17   you know, his compensation.  But it doesn't seem to

18   match up to what a fair compensation would be for his

19   position in a paving company.

20       Q    The next line is -- you got an entry here on

21   December 31, 2018 for another 43,000 for Daren's

22   compensation.

23       A    Correct.

24       Q    Do you recall why it is on a separate line

25   there?

Page 26

1      A    I do not.  I don't recall why.  But, you know,

2   it may have just been categorized differently.  But I

3   think it may -- that may be a line -- because I think

4   the, if I recall correctly, I believe officer's pay was

5   consistent on a month to month basis.  This, I believe,

6   was -- to the best of my knowledge, again, I have to go

7   back and look.  But I think this may have been a

8   separate just single withdraw.  Let me take a look.

9           What year is that, 2018?

10     Q    It says right smack on, December 31, 2018.

11  Tell me, is everything that is in the report based upon

12  a source document that you laid eyes on?

13     A    This actually is the compilation.  I mean,

14  there were source documents.  There were the bank

15  records, the tax returns.  There were some payroll

16  records.  There were a few other random documents.  All

17  that I did was just cross reference to make sure that

18  there wasn't an explanation for this, right.

19          I mean, if there had been a solid explanation

20  where there was an invoice from a vendor where that was

21  paid in cash and that correlated with a cash withdrawal,

22  then even though it is an unusual method, that would not

23  have ended up on this sheet.  This is all the

24  unexplained, unsubstantiated transactions.

25     Q    Okay.  So aside from your adding -- let me

1  make sure I understand.  You're adding Daren's

2  compensation as he reported to this total of $2.8

3  million that you came up with and then you subtracted

4  out what would be a reasonable compensation to him over

5  the five years?

6      A    That is exactly what I was explaining, yes.

7      Q    Okay.

8      A    I can reiterate that if you would like.  But,

9  yes, we did take all of his compensation and added it to

10 the disgorgement amount in this chart just to get a

11 final total of how much money was unaccounted for or

12 was, what we believe, withdrawn and allocated to Daren

13 Daly.

14         And then from that amount we determined what

15 his reasonable compensation should have been.  And then,

16 like I said, we took that amount, we added his

17 reasonable compensation and then we came up with a final

18 disgorgement amount.

19     Q    This non-business what is CC, is that credit

20 card?

21     A    That is correct, yes.

22     Q    What is that line?

23     A    I believe that was -- again, there is a lot of

24 documents there.  I think that may have been a ski

25 vacation or I think there was some cruise, some family

Page 28

1    cruises that were booked on the credit -- the business

2    credit cards.

3        Q    And then over here, the next line item is -- I

4    see you have several entries totaling $142,600

5    non-business expenses payable to Daren but classified as

6    business legal and cost of goods sold expenses, is that

7    what --

8        A    That's correct.  The bank account shows that

9    it was payable to Daren, to the best of my recollection.

10   But the way they recorded it in their QuickBooks --

11   which, again, QuickBooks is not a very reliable source

12   of a record.  Usually like to go to source data because

13   the QuickBooks is self entered.

14             So Daren and his accounting staff or office

15   staff can enter an allocate these funds however they

16   choose.  So they could take all of these, you know, ATM

17   cash withdrawals and allocate it to a salary or allocate

18   it to a business expense when that is not really where

19   it went.  So we try to substantiate everything.

20             This here was money that was payable to Daren

21   but was not classified as a salary or officer's pay.  It

22   was classified as a legal expense or cost of goods sold,

23   which I'm not sure that that -- you know, a personal

24   legal expense, the business should not be paying for it.

25   And cost of goods sold shouldn't have anything to do

1    with Daren Daly being paid money from the business.

2        Q    Okay.  The next line item totaling $120,000

3    says non-business expenses, IRS payment of Daren,

4    personal extension payment but classified business

5    contractor expenses.

6             Can you go into that a little further to

7    describe what went on there?

8        A    So the company, basically, paid for -- if I'm

9    recalling correctly, the company basically paid -- close

10   of business 2017.  The company paid for Daren's

11   obligations or money owed to the IRS and then it

12   reclassified those transactions as business contractor

13   expenses.

14            And I can pull that up here, let's see.  I

15   don't know how much detail you want but I could look

16   back through the statements.  I do have them accessible.

17   I mean, these are statements available to everybody.

18   You all have access to these documents.  In fact,

19   opposing counsel provided these documents.

20            But employee benefits, let's see.  Yes,

21   exactly, those were payments directly to IRS.  They were

22   related to Daren's personal extension payment as far as

23   the records he provided to us and they were classified

24   on his business accounting records, which are, again,

25   self entered.  So he could classify them as anything

```
                                              Page 30
```

1   that he would like and try to get away with it.  And he

2   classified them as business contractor expenses.

3   However, they were personal expenses.

4       Q    The next line item also says non-business

5   expenses, a garnishment of $35,000?

6       A    2020.

7       Q    Do you recall what that garnishment related

8   to?

9       A    No, that was 38,000.  Again, there is a lot of

10  data here so it is -- I just want to verify that I am

11  correct about this.  Okay.  So that was just a penalty.

12  It was a garnishment that was paid out.

13          As far as I believe, I don't see any records

14  where the business was related to that or the business

15  was being penalized.  It looks like it was a personal

16  expense or a garnishment or penalty related to Daren

17  personally but the business did pay it and the business

18  did classify it as a business expense.

19          Again, so this is all money and, you know,

20  income to Daren.  It is not classified properly.

21      Q    You then have -- I have highlighted now four

22  lines, non-business expenses, outgoing wire transfers?

23      A    Correct.  Again, right, these are all just

24  wire transfers.  And if you take a look at the bank

25  records you will see that you got Daren's account

1   number.  You have the business doing wire transfers and

2   there is no explanation as to what this transfer is for,

3   whether it is payroll, dividends, salary.  There is

4   just -- it is just more money going to Daren without an

5   explanation.  There is no substantiation for why that is

6   the case.

7           So it is just unjust enrichment, as far as

8   we've determined, unless, you know, there are records

9   that prove otherwise, that that would be our final

10  determination.

11      Q    The next line item, over-the-counter

12  withdrawals.  What are those?

13      A    Again, instead of an ATM cash withdrawal, that

14  is walking into the bank and filling out a sheet that

15  says that you are withdrawing a certain amount of cash.

16  And you just withdraw it from the bank teller instead of

17  from the ATM.

18          And to have $500,000 over-the-counter

19  withdrawals in a five year period is atypical, unusual,

20  suspicious again for a business.  Businesses don't

21  operate that way.  Businesses should, and they also do

22  like to, if they are run properly, have proper record

23  keeping and having checks and check stubs or electronic

24  payments that have memos.

25          I mean, this all helps with proper record

Page 32

1   keeping.  When you're dealing with cash, there is no way

2   to know where it went and there is no way to trace it.

3   And I think that is the exact purpose of all the ATM

4   transactions and the over-the-counter withdrawals.  I've

5   seen this before and it is usually in misappropriation

6   or, you know, fraud style cases.

7       Q    The next line item you say stolen funds,

8   adjusting entry of $176,810.78.  What is that?

9       A    That is on the accounting records.  They wrote

10  off -- in 2017 on QuickBooks there was $176,000 that

11  went missing and it was just written off as stolen

12  funds.  I don't know any additional information about

13  it.

14          But you would think that would set off some

15  alarms at the company and you would try to track down

16  what happened to that and there would be a little bit

17  more of an investigation or some sort of tracing.  I

18  don't know how $176,000 just disappears.  But that is,

19  again, unusual and suspicious.

20      Q    Last item, teller connect withdrawal.  What is

21  that?

22      A    That was just, I think, another $1,000

23  withdrawal.  2018.  I believe that was just another cash

24  withdrawal.  Let me take a look at the transactions on

25  the statement here.  I'm sorry.  I know I'm delaying.  I

```
 1    know you have a set timeframe.

 2         Q    No, it is okay, Joey.  We are doing well.

 3         A    I would have to track it down.  It is not

 4    easily marked here.  What was that total amount?

 5         Q    $1,000 and --

 6         A    Yeah, I'm not sure it is worth even spending

 7    the time.  I know your time is valuable here.  Give me

 8    one more second.  If I can't find it, I will follow up

 9    with more information on that.

10         Q    Well, is it the assumption it is like an ATM

11    withdrawal, a teller transaction?

12         A    Yeah, I mean, that's my assumption is that.

13    At the time that it was added to here, the belief was

14    that it was unaccounted for.  And it was, I believe,

15    cash.  It was a withdraw.  Not sure why it was

16    classified differently.

17         Q    So now at the bottom of this table that we've

18    just gone through you're making a notation.  What is

19    this notation following the asterisks?

20         A    All right.  Sorry.  My mouth gets dry.  I need

21    some mints.

22         Q    Anytime we need to take a break --

23         A    I know we are on a timeframe here.  Where are

24    we at time wise?

25         Q    We are fine.  We are only about 55 minutes in.
```

Page 34

1      A    And what was the time allotment that we have?

2      Q    There is no time limit.  There is a time limit

3  in my head.  I don't want it to go that long.

4      A    Okay.  So, yeah, I guess maybe in between this

5  and the cross examination I might just take a moment and

6  just run to the bathroom and have a sip of water.

7      Q    Of course.  You want to get some water right

8  now?

9      A    No, I'm all right.  We can keep going for a

10  little while.

11      Q    That's good.

12      A    So after perusing the bankruptcy documents it

13  seems that Daren Daly took a salary of $6,700 per week

14  during each week of 2022.  So I don't have the full

15  records all the way to the end of the year but he

16  consistently was doing that up until the end of the date

17  of the records that I have.

18           So we projected that until the end of the

19  year, assuming that that would stay consistent.  And

20  that puts his salary for the year at 348,400.  And we

21  decided, you know, determined that, you know, a person

22  in his role within a paving company would, you know,

23  doing what he does, the fair salary would be 100,000 per

24  year.

25           So, you know, he would receive $248,400 in

Page 35

1   addition to what a reasonable salary would be for a

2   person of his position within the company.

3        Q    Okay.

4        A    That would -- that is not added to this

5   disgorgement amount but that should be.  And I just --

6   it was determined after that chart had been put together

7   and it was just not added in.

8        Q    Okay.  And what about the discrepancy here

9   that you found between June 23 and June 30, 2022, the

10  stuff we already discussed, that page 49 of your report

11  also within the same appendix?

12       A    Right.  So this is -- I think this is a

13  different -- so that was a different chart than what we

14  discussed before.  This one actually breaks it down

15  differently, I think.  Is that the -- let's pull it up

16  on mine.  Are we --

17       Q    Page 49 still within Appendix E, the

18  disgorgement section.  We --

19       A    Is this the section we went over earlier?

20       Q    It is, yes.

21       A    Okay.

22       Q    Are you able at this point to draw any

23  conclusions regarding the one week drastic change in

24  financial?

25       A    I don't think there is -- I don't think there

Page 36

1   is a reasonable explanation.  I don't know how --

2   looking back at their prior records, nothing like this

3   has ever happened that I can determine prior.  It is not

4   even close to making sense if you would even take and

5   look at the week by week changes that occurred within

6   this company or really any company.  But we used this

7   company, obviously, as an example.

8            The week by week changes are very -- maybe a

9   few percentage points of the amounts that are actually

10  changing within this one week period.  And we do have

11  that chart there that I've made.  Let me make this a

12  little larger.

13       Q    I scrolled over now to page 50 also within

14  Appendix E.  Is this the chart that reflects the drastic

15  change between the June 23, 2022 reporting and the

16  June 30, 2022 reporting?

17       A    That's correct.  That's the balance sheet.

18  And I did run this.  I had the balance sheet and the

19  profit and loss statement.  We looked at the P&L after.

20  But that is correct, this is the -- it shows -- not only

21  does it show -- I'm looking at it over here.  I'm

22  zooming in on my end.  I have a copy of the report.

23            But not only does it show the difference

24  between those two weeks but it actually also shows the

25  balances for all of the prior years that I have records

Page 37

1   for.  And you will see that there is almost never even

2   that large of a change year by year, much less week by

3   week over, you know, over the time period of records

4   that we do have.

5       Q    Okay.  It looks like I'm on page 51 of the

6   report.  And then the report goes on to discuss a

7   further discussion about these discrepancies; is that

8   correct?

9       A    Right.  Well, that is correct.  And I think on

10  the page that you are on -- you can go ahead, obviously.

11  You're asking the questions, so go.

12      Q    No, go ahead.  What are you discussing on the

13  page that I am, page 52?

14      A    I'll just go ahead and read it and I can get

15  into it in more depth if you have questions.  So in

16  addition to the balance sheet discrepancies, I delved

17  deeper into the profit and loss statements.  And I also

18  observed extremely suspicious activity when compared to

19  the P&Ls that I had retrieved just one week prior to

20  this date that Daren Daly provided to me, along with

21  access to his other accounting records.

22          And, specifically, in the June 2022 P&L, which

23  I analyzed and presented in observations below -- so I

24  already had the P&L -- I think I already had the P&L for

25  January through June 23, 2022, which had been given to

1    me by Daren Daly.  So I calculated -- and this was just

2    to show an example -- so I determined that based on the

3    accounting records that I already had had, excluding

4    what was turned into the bankruptcy court -- I took the

5    records that I had.  I determined that there had been

6    173 days in the year and I took the amount of variation

7    for the entire period, 173 days, and I just divided it

8    by 173 days to determine what the variation was day by

9    day, what the average variation would be.

10             So -- and then once I had that, once I had the

11   daily changes, then I multiplied that by 30 days to

12   determine what the changes should have been in June, the

13   June P and L.  And then the discrepancy between my

14   calculations, which were based on historical numbers for

15   this company and should have -- there is no reason why

16   the trend wouldn't have continued.

17             So my discrepancy calculations are on the

18   chart below and they are generated again by dividing the

19   P&L numbers on the sheet that I had been provided to get

20   a daily P&L value for June 22 and then multiplied by the

21   daily value of 30 days because June has 30 days.  And

22   this was to see what an average or a typical month would

23   look like based on historical prior figures, again,

24   provided by Daren Daly.

25             So this tells us, basically, what the typical

Page 39

1    or average June 2022 should have looked like.  So we can

2    scroll down and we can see the difference.  But I also

3    have some notes.  So I'll probably -- well, let me leave

4    it to you to ask that question which is where you would

5    like me to go.

6        Q    Well, let me ask you where would you like me

7    to scroll down to.  I see that the analysis goes down

8    several pages at page 56 of 67.  And so which page

9    should I land on so you can discuss your conclusions?

10       A    Well, I guess I'll just go through it as the

11   way the report is written just to keep things

12   consistent.  So, for one, what I noticed was that there

13   were a lot of items missing from the June 2022 P&L that

14   was provided to the bankruptcy court that were existing

15   and in existence a week prior.  Which, again,

16   suspicious, unusual evidence of something, you know,

17   something atypical going on within the company.

18            So the items that were not on the P&L provided

19   to the bankruptcy court but that were on the one that

20   Daren Daly provided to me were there was drainage, seal

21   coating, signage, uncategorized income, reimbursements,

22   total job materials, other job-related costs, job

23   supplies, permit fees, subcontractor labor, total for

24   subcontractors, auto expense, bad debt expense, repairs

25   and maintenance and depreciation.

Page 40

1       So that is two, four, six, eight, ten, 12, 14,

2   15 line items that are just disappeared from the P&L,

3   which, again, there is no reasonable explanation for it.

4   So I don't have an answer as to why that happened but it

5   is very unusual, atypical and suspicious.

6       As for the main discrepancies outside of the

7   disappearing line items, there were suspiciously large

8   differences between what was forecasted for June.  I

9   have a misspelling there.  I put J-U-N-Y.  It is,

10  obviously, June 2022.  Based on the historical trends of

11  this company versus what was provided to the bankruptcy

12  court stating that June, you know, P&L actually was.

13      So this is most significant discrepancies.

14  They can all be seen on that charge below, as I

15  mentioned.  I think you're scrolling through that now.

16  And they are all in red on the final column all the way

17  to the right.  I'm not sure if you have them in red

18  there on that final report.

19      Did it not -- oh, there they are.  Okay.

20      Q    There they are.

21      A    There they are.  And, so, basically, right --

22  so I'll run through the most significant ones.  So there

23  was, approximately, $6,000 decrease in monthly sales.

24  Approximately, $18,000 decrease.  And this is, again,

25  this is over a one week's time.

1         There is an, approximately, $18,000 decrease

2    in monthly concrete services resulting in zero concrete

3    service sales.  So that's odd since that is part of what

4    the company does for a living, operates -- that's one of

5    their, you know, main revenue sources.

6         There is a $9,e00 decrease in monthly

7    miscellaneous work.  There is, approximately, $13,000

8    decrease in monthly seal coating sales.  It seems this

9    type of work has actually been discontinued since this

10   category was actually removed altogether.  Within that

11   one week time period, that category had been removed

12   from the bankruptcy version of the profit and loss

13   sheet.

14        There is, approximately, $70,000 decrease in

15   monthly income.  There is, approximately, 34,000

16   increase in monthly auto and truck expense, which

17   suspiciously is contradicting a decrease in monthly

18   sales because it wouldn't make sense to increase your

19   workforce and your available vehicles to operate the

20   business if your sales are going down.  When your sales

21   go down, you don't buy more equipment, you cut back on

22   your expenses and you cut back on your equipment.

23        There was an over $50,000 increase in monthly

24   job materials cost.  Again, suspicious because it

25   contradicts the decrease in monthly sales.  What are you

Page 42

1   doing buying materials if you don't have anywhere to use

2   them?  So that is, again, very unusual.  It doesn't make

3   any sense.

4            Approximately, $65,000 increase in monthly

5   costs of goods sold.  Again, suspicious because cost of

6   goods sold usually correlates to sales and revenue.  It

7   is usually a pretty easily calculated percentage.

8   Usually cost of goods is a, you know, pretty set

9   percentage of what your revenue is.  And you have a

10  revenue negative and your cost of sales is extremely

11  positive.  Inconsistent, again, doesn't make any sense.

12           And there is, approximately, $158,000 decrease

13  in the monthly net income in only one month.  So in one

14  month there is a $158,000 decrease.  And, again, that is

15  another huge one.  In monthly net income in one month it

16  goes down.

17           So yet every other year prior, this company

18  has shown significant profits on their P&L based on the

19  P&L information that I was provided by Daren Daly.  You

20  can see spread sheets below for the full sheet and all

21  the years.  But there is just -- I just don't see any

22  explanation for how this happened within a one week

23  period.

24           Everything looked normal on my copy of the

25  sheet.  Not normal but, I mean, it looks reasonable, at

1    least explainable except for the disgorgement amounts

2    that were just -- that had no substantiation.  But aside

3    from the disgorgement amount, everything else was fairly

4    well organized and kind of correlated.

5            One week later, the sheet that was was

6    provided to the bankruptcy court has no correlation and

7    nothing makes sense.  Less sales, higher cost of goods

8    sold, more equipment, there is just no explanation for

9    how that could happen.  It is the complete opposite of

10   what you should see happen in this type of situation.

11       Q    Okay.  Joey, thank you for that answer.  So

12   the 2,336,258.32 disgorgement amount is the same figure

13   that we see at the bottom of page two of your report; is

14   that correct?

15       A    Bottom of page 2.

16       Q    I put it up.

17       A    I was looking at yours.  Let's see, I

18   minimized my version of it.  One moment.

19       Q    I just want to tie those numbers together.  On

20   back at the beginning of the report.

21       A    Okay.  So on page two, let's see.  So let's

22   think over here.  So, right, so we were asked to include

23   a copy of the results of our disgorgement analysis.

24   And, that's correct, that was the -- again, there is a

25   typo there.  It says do and it should be to.  My

Page 44

1    apologies.  But the total disgorgement amount that was
2    calculated as shown in Appendix E is $2,336,258.32.  Let
3    me just verify that that includes that 2022 year because
4    that was just notated.  It wasn't actually --
5        Q    Right.  We went over that.  It was just
6    notated.
7        A    Right.  So that, actually, if we're taking
8    2022 into account, would have to be added to that
9    amount.  And that would be 348,000 extra.
10       Q    Okay.  And then with regard to -- I'm going to
11   work my way up page two.  There is a calculation in
12   Appendix D in the amount of $2,293,773.  What does that
13   relate to?
14       A    Well, that our opinion of the value of the
15   business at that point in time, at the end December 31st
16   of 2017.  Again, based on the records that we have been
17   provided and our, you know, our experience with business
18   valuation, our, you know, different techniques.  We used
19   a variety of techniques to calculate that.  And that's
20   what we came up with.
21       Q    Okay.  And is that $2,293,773 a business
22   valuation of 100 percent of All Paving, Inc.?
23       A    That is correct, that is 100 percent.
24       Q    Okay.  And then the disgorgement amount that
25   you calculated, is that as to looking at All Paving,

Page 45

1  Inc. 100 percent, the $2,336,258.32?

2       A     That is correct.  That is 100 percent shares,

3  yes.

4       Q     And I'm going to ask you to do some math.

5  When you combine the Appendix D number and the Appendix

6  E number and you multiply it by 87 and a half percent,

7  which is the percentage that Patrick and Elizabeth Daly,

8  that's their ownership interest in All Paving, Inc.  If

9  we combine those, the Appendix D number and Appendix E

10  number and multiply by 87 and a half percent, what is

11  the amount that you come up with?

12            MR. GIELCHINSKY:  Objection to form.

13            THE WITNESS:  Can I proceed?

14            MR. GIELCHINSKY:  Sure.

15       Q     (By Mr. Goodman)  Yes.

16       A     Okay.  So I actually was playing with some

17  numbers earlier to try to calculate that and I'm not

18  sure if I need to change on my calculator.  But I'm

19  coming up with $4,051,277.04.  I can rerun that again if

20  that's not the same number.

21       Q     What was your number again that you came up

22  with?

23       A     It is 4,051,277.04.  And that was just -- I

24  was just reviewing the report and re-familiarizing

25  myself with everything earlier.  So let me just -- I run

Page 46

1   that earlier but I can run it again just to verify.

2        Q    Okay.  That's the number I just came up with

3   as well.

4        A    Yup.  That's correct.  Yup and four cents.

5   Technically, forty-one cents.

6        Q    Forty-one cents.

7        A    Yeah.

8        Q    Okay.

9        A    All right.  So I was slightly off for a second

10  there.  I think I wrote it down wrong.

11       Q    Let's discuss how you calculated the

12  $2,293,773 value in Appendix D.  So I'm going to go over

13  to Appendix D.

14       A    Sure.

15       Q    It begins at page 47.  Can you describe how

16  you placed a value of the $2,293,773 on All Paving, Inc

17  as of December 31, 2017?

18       A    Sure.  So I see -- give me that page number

19  again.

20       Q    Page 47 of the PDF of your report.

21       A    All right.  Forty-seven.  So -- okay.  So

22  there are, again, as I mentioned, there is a variety of

23  ways that we as business valuators are certified and are

24  able to -- you know, there are a variety of methods that

25  we use.  This is one of them, the reforecasted valuation

Page 47

```
 1    method.  And I believe that was the best way to
 2    determine the value because some of the records and
 3    information we were provided I wasn't sure were
 4    completely consistent or reliable or at least we weren't
 5    able to verify that information.
 6            So what we did is we actually used the revenue
 7    figures only to come up with this calculation.  And what
 8    we did is we have a database of businesses in every
 9    field throughout the entire country.  And this
10    database -- which we pay a pretty significant amount of
11    money for them to collect all this information for -- it
12    is an expensive database to be a part of.
13            We are able to pull profitability numbers and
14    different ratios and margins for the paving industry and
15    we were able to average them.  They were pretty
16    consistent all across the board.  But we were able to
17    average them to come up with the average ratios for some
18    of these calculations.
19            So using the revenue from 2017 without using
20    any of the other figures, since we didn't have solid
21    numbers for those, we were able to multiply it by those
22    ratios to determine what the gross profit margin was,
23    you know, seller's discretionary earnings and earnings,
24    you know, net profit margins, et cetera, et cetera.
25            So coming up with these values that we were
```

Page 48

1   able to come up with using, basically, the average

2   paving company that also is the same size and also that

3   did, approximately, between one and five million dollars

4   in sales revenue.  So, you know, they all correlated

5   very closely.  There are thousands of them in this

6   database.  I think we found 29 that very closely

7   correlated to All Paving.

8            So we used their margins.  We averaged them.

9   So assuming this company was run just average, not, you

10  know, not well, not, you know, not with the proficiency

11  that I believe, you know, it may have been run with but

12  just an average company.  So, again, that it a very

13  conservative number that we're using here, assuming it

14  is just your average every day company and for

15  management.

16           So the ratios that we were able to use came up

17  with are market value of invested capital over the net

18  sales, we determined that it was -- that the valuation

19  was -- you multiply the -- I'm sorry.  You multiply the

20  market value -- you take the market value vested capital

21  divided by net sales and you multiply it by the point

22  four times to come up with the valuation.

23           So here we have 2,359,623 for that

24  calculation.  And, again, there is a multitude of

25  valuation options, right, there is different ways to

1    value a company.  You can do it -- the market value of

2    vested capital is basically the value of the company

3    here.  So that is what MVIC is.  And then we're

4    determining it based on net sales.

5            In the first line we are determining it based

6    on gross profit.  The second line based on the earnings

7    before interest taxes.  The fourth line -- I'm jumping

8    around here but just to give you an idea -- the profit

9    over discretionary earnings.  And then we are using

10   these multipliers that we determined based on these

11   other 29 businesses that we've averaged to get these

12   ratios to determine -- and we also have the sale price

13   for these other 29 companies and what they sold for in

14   the last couple of years -- to determine what the value

15   of this company is.

16           So what we came up with were these -- there

17   were two that were not applicable.  And you can see

18   where the NA is.  We just decided -- I just decided that

19   that wasn't helpful to use those ratios.  So we got four

20   different ratios that we were able to calculate.  We got

21   a $2,359,000 here on the top.  $2,869,000, the second

22   number.  1.7 -- almost 1.8 million as the third number.

23   And then the fifth number here is the 2.167 million,

24   approximately.

25           And being that I feel like -- again, these are

Page 50

1   all based on industry averages using the revenue of All

2   Paving, I weighted all of those as 25 percent.  I think

3   that they are equal and they should all weighted

4   equally.  And averaging those together gave us a 2.293

5   million as the valuation, as the value, you know, for

6   the company at that point in time.

7        Q    Thank you.  Thank you.

8        A    And, again, that is conservative.  That is

9   considering that it is an average company.  If it had

10  been run, you know, just right in the middle, just, you

11  know, average.

12       Q    Thank you for that detailed explanation.  That

13  was really helpful.  And now there was one other -- the

14  body of your report places a value as of December 31,

15  2021.  What is that -- now, I see you applied an 87 and

16  a half percent interest in All Paving, Inc. as of

17  December 31, 2021?

18       A    Correct.  So that is different than the other

19  number.  Where that was 100 percent, this is only 87 and

20  a half percent.

21       Q    Okay.  And what did you come up with as the --

22  what did you come up with as the 100 percent interest in

23  All Paving, Inc. as of December 31, 2021?

24       A    Let me hop over to that page.  Okay.  So the

25  total value as the 100 percent interest was $2,030,137.

Page 51

1   We multiplied that by the 87 and a half percent.  Then
2   you end up with the 1,780,000.  And that is a rounded
3   figure.  Usually, again, like I mentioned, we like to
4   round things just for simplicity purposes, a couple of
5   dollars.  When you're talking about millions, you know,
6   $5, $10 is not usually significant.
7        Q    So I scrolled over to page 39 of your report.
8   Is this what you're looking at right now?
9        A    That is correct, yes.
10       Q    Okay.  And what was the methodology used to
11  come up with the $2,030,137 figure as of -- or value as
12  of December 31, 2021 for All Paving, Inc.?
13       A    Okay.  If you look right above that, there are
14  four different methods, again, that are easily
15  reproducible.  The are commonly used for business
16  valuations.  This is, you know, part of what we do.  All
17  accountants are familiar with these calculation methods.
18            Capitalization of benefits is basically a
19  calculation.  What we do is we look at the future
20  profits of a company year by year into perpetuity and
21  then we discount that back to present value and we
22  determine the value of the business based on that.
23            Being that we didn't feel that we had accurate
24  documentation to know what the future profits would be,
25  things were a little bit unstable.  We are not sure what

1    the future of the company is.  We didn't feel that that

2    was a very accurate way to value this business.  And I

3    explained in more detail on that section of the report.

4         There is also the asset valuation method which

5    we chose not to use.  That is usually used more for

6    liquidation of a company.  When you are liquidating,

7    that is a method that is used because the company is not

8    generating anymore income.  We don't have any statistics

9    on a sale of a company in that state.  And we just

10   determine the value of assets, the intangible assets,

11   patents, so on so forth and that becomes the value.

12   That is more of a liquidation thing.  So that's why

13   those two are weighted zero.

14        Now, the 50/50 weight goes to the merge and

15   acquired company method and also the forecasted

16   financial value method.  So the merged and acquired

17   method is, again, we are going back and we are looking

18   at our database that has, you know, millions of

19   transactions but thousands of them that are related to

20   construction and paving companies.

21        We found 28, 29 -- I believe it was 28 or 29

22   that were within the same revenue range and the same

23   size of the company as All Paving, Inc.  And we,

24   basically -- let me pull up so I don't give you the

25   wrong numbers here.  But we basically used the ratios of

1    what those companies sold for, whether it was, you know,

2    a certain multiplier based on their revenue or if it was

3    based on their -- let me see here.  What page are we on?

4    You can stay on that page and I'll explain it as we go.

5           Okay.  So, right.  So this ratio was actually

6    based on the sales price to the revenue.  That is the

7    ratio that was used.  So these 29 other companies that

8    we found that have sold very recently that were similar

9    to All Paving, Inc., the average of all of them together

10   when you compared their sales price of what they sold

11   for to their yearly revenue, was point 45.

12          So we applied that same figure to All Paving

13   and All Paving had an average, over a five year time

14   period, an average revenue of $4,500,400 -- I'm sorry.

15   $4,546,167.  So 45 percent of that, which, again, was in

16   a ratio that we had extracted from these 29 other

17   companies that sold that were similar, gives us a value

18   of $2,045,775 as the implied sales or sales price or

19   value of the company.  So that is -- that's the way that

20   was determined.

21          And then if we are looking into the second one

22   there that has a 50 percent weight.  The forecasted

23   financials value, again, that is basically what we did

24   with the 2017, is we took -- because we just didn't

25   have -- again, with all these unexplained ATM

Page 54

1    withdrawals and over-the-counter withdrawals and
2    expenses that were paid to, you know, Vail, Colorado ski
3    resorts and Royal Caribbean, all of these just extreme
4    unexplained, you know, misappropriations or at least
5    unsubstantiated expenses, we didn't have a real solid,
6    you know, P&L or net income that we could use for this
7    calculation.
8              So, again, what we did is we used the revenue
9    because that is the only figure that we know for sure.
10   The revenue is the revenue.  Everything beyond that is
11   subject to whatever Daren Daly and his friends and staff
12   members decided to input into their QuickBooks.  So --
13   and even the bank records aren't accurate because we
14   don't know what some of the cash withdrawals were.  So
15   that being the case, we knew the revenues were accurate.
16   That is the most likely to be accurate.  There is no
17   reason why those would change or would be altered.
18             So taking the revenue, we again looked at the
19   different ratios for other paving companies that were
20   within the same, you know, general, you know, revenue,
21   you know, revenue area and same size companies that sold
22   within the last couple of years and what their ratios
23   were.
24             So we took the revenue and we multiplied the
25   revenue based on these different ratios to get the cost

Page 55

1    of goods sold, to get, you know, all of the different

2    expenses and everything that we would need to generate

3    our financial statement and then come up with a final

4    actual profit number of what the company would be doing

5    if it were an average company within these 29 paving

6    companies.

7              And so after doing that, again, we determined

8    that the value would be using that method $2,014,500.

9    And then on the page that you're on, I believe.  Okay.

10   So on the page that you are on, we then gave a

11   50 percent value to each of those methods, believing

12   that each one was equally accurate.  They are both, you

13   know, common and reproducible and, you know, easy

14   methods to use and they are commonly used in business

15   valuation.  So both of those were equally accurate in

16   our opinion.

17             So we averaged the two of them, the two final

18   numbers, to get the $2,030,137.  And as a sanity check,

19   again, just to make sure that our numbers weren't

20   completely out of line, we do have other resources that

21   we use.  And we don't use these to value businesses.

22   Typically, we use them, again, as a sanity check.  We

23   check with Business Valuation Resources.  There is a

24   guide that I purchased.  It is called What it is Worth,

25   Valuating Paving Contractors.

1        And in that guide it recommends that the

2    selling price multiple should be about point five times

3    the revenue.  Which this works out, this falls in the

4    range of being point five times the revenue, the average

5    revenue of the five years.  And then also a separate

6    company business reference guide which is very well

7    known.  It is an extremely reliable source.  I've got,

8    actually, one of the books here.  This is from years

9    ago.  It has since then gone online.  So now you can get

10   this information online.

11       But when you look at the construction

12   specialty trades, they recommend that the sale price

13   should be 45 to 55 percent of the annual gross sales,

14   plus inventory, which, again, falls within the range of

15   what we calculated.

16       So we've got like four different -- I mean,

17   not only these two kind of rule of thumb, you know,

18   percentages that provided by Business Valuation

19   Resources and Business Revenue Guide but also our own

20   two separate calculations that were done completely, you

21   know, completely, you know, separate and before we had

22   looked up those guides to see what their recommendations

23   were and they all seemed to correlate very closely.

24       Q    Thank you, Joey.  And then using that same

25   rule of thumb, going back now to that 2017 figure in

Page 57

1    Appendix D, so at 50 percent of 2017 revenue, what would

2    that number be?

3          A    Let me do the calculation here.  What pages

4    are we on?

5          Q    That is page 47.

6          A    Forty-seven.  All right.  So 57, 30, 51.  So

7    for the 50 percent we would -- we would be around

8    2,800,000 using the initial -- the -- actually, I have

9    got it here.  What it is worth special report by

10   Business Valuation Resources, an extremely reliable,

11   reputable resource, and that gives us an actually higher

12   number than what we came up with.

13              So, again, like I mentioned, the number we

14   have is conservative.  And then using the 45 to

15   55 percent from the second resource that I had

16   mentioned --

17         Q    That's inventory, though?

18         A    Plus inventory, correct.

19         Q    Yeah.

20         A    I don't have that.  But let's take a look

21   anyways and we'll see what 45 percent is.  So 45

22   percent, again, 2,578,000.  That is coming from the

23   Business Reference Guide.  It is published by Business

24   Brokerage Press.  They are an extremely reliable,

25   extremely reputable source.

1          And, again, our final number comes in a little

2     bit lower than that.  So, again, we are using a very,

3     very conservative number compared to the rule of thumb

4     numbers that these reputable sources are putting out for

5     this industry.

6          Q    Joey, I would love to bring you in live to

7     testify at the trial and we've scheduled your deposition

8     in case you're not available and more than 100-miles

9     away from the courthouse.  Are you planning on any -- do

10    you have committed plans at this point to be out of the

11    jurisdiction over the coming, let's say, five months?

12              MR. GIELCHINSKY:  Objection to form.

13              THE WITNESS:  Okay.  So I guess you're

14         asking me if I have any travel plans coming up

15         anytime this year that I'm aware of.  I do.  I

16         will be out of the country from February 1st

17         through February 28th.  I'll either be --

18         during that time period I'll either be camping.

19         It is a family vacation.  We will either be

20         camping in the Patagonia region of South

21         America, which is kind of a national park.  So

22         it is completely -- there is not much

23         civilization out there.  Definitely no internet

24         so I wouldn't be available during that time.

25              And then immediately after that I am -- the

1        whole family will be taking a cruise and that will

2        be taking us down to Antarctica for about 14 days.

3        Q    (By Mr. Goodman)  When is that cruise to

4    Antarctica?

5        A    I believe it leaves on the -- hold that

6    thought.

7        Q    What is -- you are going to be in Patagonia in

8    South America.  What is that Argentina, I guess, and

9    then over to --

10       A    It is all the way at the bottom of Argentina

11   and Chili.  And then that cruise leaves right now -- it

12   is not coming back.  I mean, the cruise leaves right out

13   of Argentina.  And that is on February 11th.  And the

14   cruise returns on the 27th.  And, as I'm sure you can

15   imagine, there aren't probably too many cell towers in

16   Antarctica.

17            So The cruise ship does have minimal internet

18   capability.  I contacted them already to see what it

19   would be like.  And they said perhaps once or twice a

20   day I might be able to connect long enough to receive

21   some e-mails but that a video call or even a phone call

22   would likely be out of the question.

23       Q    Again, let's go over again your unavailability

24   in February.  What is that date range?

25       A    So it is February 1st through February 28th.

Page 60

```
 1   It is actually every day because February 1st is our
 2   flight out and then the 27th leading into the 28th is
 3   our flight home.
 4       Q    What is the next period that you're going to
 5   be out of the jurisdiction?
 6       A    Okay.  So the next scheduled time that I do
 7   have a vacation planned is May 31st through June 20th.
 8   And, again, I do try my best to plan these around any,
 9   you know, client's cases and dates that I'm aware of.
10            At the time it was planned I believe I had
11   this notated as going to trial in November.  So that was
12   an open month and that is why it was planned and all my
13   clients were notified that they didn't have anything in
14   that month so that is why I planned a trip.
15            So this other one, May 31st through June 20th
16   and that will be a cruise from the Netherlands to
17   Iceland.  And it is about, I don't know, 15, 18-day.  I
18   don't have the specifics.  But, again, on a cruise ship,
19   you just can't guarantee stable internet.  You know, it
20   is just -- they have internet packages.  They guarantee
21   you can maybe get some e-mails here and there.  But it
22   is not stable enough.  Not yet at least.  Maybe five or
23   ten years from now.  But at the moment it is not stable
24   enough to have a zoom call or even to carry a consistent
25   phone call for too long.
```

1      Q    Thank you very much.  I have nothing further.

2    Shall we take a break before your cross?

3      A    Yeah, if that is all right, take just five

4    minutes.  Just run to the restroom and grab some water.

5    I am drinking soda here but I would like to grab some

6    water if that is okay?

7              MR. GIELCHINSKY:  That's fine.

8              THE WITNESS:  Everyone else is okay?

9              MR. GIELCHINSKY:  Yeah, that's fine.

10             MR. GOODMAN:  So it is 1:35 now.  See you

11        all at 1:40.

12             MR. GIELCHINSKY:  Want to make it 1:45?

13             MR. GOODMAN:  1:45 it is.

14             THE VIDEOGRAPHER:  This marks the end of

15        Media Unit No. 1.  Going off the record.  The

16        time is 1:35 p.m.

17         (A break was taken in the proceedings.)

18    CROSS EXAMINATION:

19    BY MR. GIELCHINSKY:

20      Q    Mr. Friedman, if I at page 40 -- my name is

21    Daniel Gielchinsky.  I represent Daren Daly.  We have

22    not met before.  If I look at page 49 of your report,

23    the one that talks about the discrepancy in the one week

24    time of records that we looked at versus records that

25    were filed in the bankruptcy court.

1      A    Sure.

2      Q    Where can I find the records that you looked

3   at?

4      A    Well, they were actually in the QuickBooks,

5   Daren Daly's QuickBooks.  He gave me the log in

6   password.  I was actually supposed to meet him.  It was

7   court ordered that I would meet at the office to pick up

8   all the accounting records.  And he wasn't able to show

9   up and wasn't available on the day we were supposed to

10   meet.  So he just sent me a link to his QuickBooks

11   records so I could just log in and view them myself.

12          So it was actually on his QuickBooks, you

13   should be able to view them on there.  But it appears

14   that they may reflect something a little bit different

15   now.  However, they are included in the report.  You can

16   see them.  They are on my spread sheets.

17      Q    Okay.  So where is the report that shows the

18   amount that you calculated as having been total bank

19   accounts, liquid assets on whatever day you ran the

20   report or the period that you ran the report for, where

21   do I see that?

22      A    Well, that would be -- let's see, it is on

23   page 40.  It is on page 50.  I'm sorry.  I'm just

24   squinting here.  It is the first, you know, hard break

25   at the first line, I mean, after the report starts.

Page 63

1          Do you see -- if you want to show the report.
2     Do you have that ability?  Can you pull up -- do you
3     want to pull up that page and we can discuss it?
4          Q     Let me see if I can share screen.  I assume
5     you're talking about this one?
6          A     That's correct, yes.
7          Q     Okay.
8          A     You might have to zoom -- well, maybe it is my
9     screen.  Hold on.  No.  I think you may have to zoom out
10    a little.  It is only showing --
11              MR. GOODMAN:  Dan, if you maximize your
12         window, I think it will go to the -- yeah,
13         right there.  Right there.  Interesting.  You
14         want me to pull it up?
15              THE WITNESS:  Hey, my zoom just quit.  I
16         am going to log back in but I just a message.
17         Can everyone hear me?
18              MR. GOODMAN:  We can hear you.
19              THE WITNESS:  Okay.  I have had this
20         happen before.  It may not quit right away but
21         it is going to shortly.  Can you still hear me?
22              MR. GIELCHINSKY:  Yes.
23              MR. GOODMAN:  We just lost him.  Okay.
24         Joey, you are back.
25              THE WITNESS:  When it gets overloaded

1      there is too much memory between all the

2      videos, plus whatever else is being fed in.  My

3      computer can handle it but the app for some

4      reason shuts down.  It gives me an error

5      message and then about ten seconds later it

6      cuts out.

7            Let's try that again, I guess.

8            MR. GIELCHINSKY:  Bruce, do you want to

9      pull it up instead?

10           MR. GOODMAN:  Sure.  I'll be happy to.

11     All right.  He is no longer spotlighted on

12     mine.  I don't know if that makes a difference.

13     Does it make a difference on the recording?

14     There he goes.  All right.  Okay.  So I am

15     going to pull up page 50 of Exhibit 1.

16           THE WITNESS:  All right.  You got it.

17           MR. GOODMAN:  Okay.

18     Q    (By Mr. Gielchinsky)  You're looking at the

19     279 number?

20     A    Correct, 279 is what was on the statements

21     that were submitted to bankruptcy court that I was --

22     made available to me.  And the ones that I have that go

23     up to June 23rd show a $384,000 balance.

24     Q    Okay.  Where do we see that?  Where is that

25     384?

Page 65

```
1       A    I mean, you're looking at it.  This is it.  I

2    can send you the exact same thing -- the exact same

3    report that you're looking at.  It is an Excel file and

4    it was downloaded directly from Daren Daly's QuickBooks.

5    QuickBooks exports the reports in Excel format so it

6    won't look any different than this.  But I can

7    definitely send it to you.  I can even try to see if I

8    can find it, if you want me to try and pull it up.  But

9    it is actually a little harder to read because it is

10   more spaced out.  It is not formatted as nicely.

11          Would you like me to look for that?  I mean, I

12   didn't fabricate this.  You know, this is just copy

13   paste directly from this report.  I'm not going to lose

14   my license for, you know, creating data just out of thin

15   air.

16       Q    Yeah, please.

17       A    Pull up the report?

18       Q    Yeah.

19       A    Okay.  What I'm going to do -- if I share my

20   screen I know it is going to crash.  So I am going to

21   send it to you.

22          THE WITNESS:  You know what, Bruce, you

23       have it, I think.

24          MR. GOODMAN:  I have it?  So let me go

25       look for it.  I think I know where to find it.
```

```
 1      Standby.
 2            THE WITNESS:  Okay.
 3            MR. GOODMAN:  Yeah, I have it.  I'm
 4      pulling it up.  It is in Excel.
 5            THE WITNESS:  And there is two.  We've got
 6      to make sure we are on the same basis.  The one
 7      that he submitted via the bankruptcy court
 8      filings.
 9            MR. GOODMAN:  Yeah, you --
10            THE WITNESS:  Look at these filings real
11      quick.
12            MR. GOODMAN:  Yeah, this looks like a
13      report that you created.  It was some -- I
14      think you highlighted some things you sorted on
15      Excel.
16            THE WITNESS:  Okay.  Give me one second.
17      Let me see if I can find it.  Let me just make
18      sure.  There is a cash and an accrual basis.  I
19      want to make sure we're on the same page.  I
20      want to make sure we're counting the same way.
21            Let me look at the file to make sure I've got
22      the right one.  Whichever one it was, obviously, I
23      ensured that we were using the same report style.
24      I'm loading it here.  One second.  Okay.  Accrual
25      basis.  That's where we are at.  Let me make sure
```

1          they are both accrual basis.  Yes, they are all

2          accrual basis.  Okay.  Let me find that report.

3                  MR. GOODMAN:  Yeah, okay.  I found the

4          Excels and now I just -- you just need to tell

5          me which Excel I should pull up.  They are all

6          dated June 23, 2022.

7                  THE WITNESS:  Let's see, it should be -- I

8          just sent it to you.  The All Paving, Inc.

9          profit and loss.  And there is All Paving, Inc.

10         balance sheet.

11                 MR. GOODMAN:  So do you want cash basis?

12                 THE WITNESS:  No.  Because the one that

13         was submitted to the court was accrual basis.

14         My assumption would be that Daren is operating

15         on an accrual system since he submitted that.

16                 MR. GOODMAN:  Okay.  I just got your

17         e-mail.  Which one should I pull up first?

18                 THE WITNESS:  That's up to Daniel.

19                 MR. GOODMAN:  Okay.  So I have a report

20         for profit and loss that Mr. Friedman just sent

21         me and a report that is the balance sheet.

22         Q    (BY Mr. Gielchinsky)  All right.  So I assume

23    you're looking at a balance sheet when you --

24         A    Wait.  For this one, yes.  Then the next one

25    is a profit and loss.  So, sure, we can do the balance

1   sheet.  And I'm sorry about the delay, Daniel, I would

2   have assumed that you had copies of this because your

3   client is the one that gave us access to it.

4        Q    Well, to generate a report you had to do

5   something, right?  I don't have a copy of what you do.

6   The data you have to generate a report, you have to do

7   something.  I don't know what you did to create a

8   report.

9        A    Okay.  All right.  Well, yeah, that could be

10  the case maybe.  Maybe you don't have access to his

11  accounting records the way that we did.  That's not a

12  problem, though.  That's not looking good, though.

13            MR. GOODMAN:  All zeros.

14            THE WITNESS:  Enable editing.

15       Q    (By Mr. Gielchinsky)  The report that you ran

16  during the deposition shows a zero cash balance.

17       A    There you go.

18            MR. GOODMAN:  I had to click on that

19       button, Dan, and there you go.

20            THE WITNESS:  It was just protecting him

21       from viruses or, you know, whatever other --

22            MR. GOODMAN:  So now you got the numbers.

23       Q    (By Mr. Gielchinsky)  The cash balance in the

24  report that you just ran as of June 23, 2022 is what,

25  $384,084?

1      A      Right.  If you scroll to the bottom, I think

2   it even has a little QuickBooks tag.  It probably says

3   QuickBooks report run on whatever date is states.

4   Thursday, June 23rd at 11:56 a.m. is when it was run.

5      Q      Yup.  And if I understand your testimony

6   correctly, you're saying that the delta between 384,000

7   and change on June 23, 2022 and 279,000 and change a

8   week later on June 30, 2022, a total change of about

9   104,000 seems suspicious to you, right?

10     A      Yes.

11     Q      More or less, correct?

12     A      Yes.

13     Q      Now, let's look at within your report.  What

14   was the delta between year end 2021 and the period you

15   analyzed ending June 23, 2022?

16     A      Let me zoom into the report here.

17         MR. GOODMAN:  Just let me know if you want

18         me to put anything different on the screen than

19         you see right now.

20         THE WITNESS:  Okay.  I have the report

21         here.  So let me just scroll down because it

22         has already been done.  So you want to know the

23         difference between December 2021 and --

24     Q      (By Mr. Gielchinsky)  And the period ending

25   June 23, 2022.

Page 70

1      A      Okay.  So it is -- well, it is 1.291 million

2  at the end of December of 2021.

3      Q      Okay.  No.  Bank accounts.

4      A      Oh, I'm on -- I apologize.  Okay.  So bank

5  accounts.  115,000, approximately, and then on June 23rd

6  it is 384,000.

7      Q      So the swing in that for six month period,

8  just under six month period the swing there is about

9  269,000, roughly?

10     A      About that.

11     Q      Does that look suspicious to you also?

12     A      Well, it would be based on historical records.

13 We would have to take a look at what is going on.  Most

14 years it is pretty consistent.  There is December 2020

15 which also may have been affected by COVID.  I'm not

16 sure if that had an affect.

17            But, no, I mean, that it -- it is the same

18 swing you see from 2018 to 2019.  It is a little more

19 than you see from '17 to '18.  It is -- it doesn't look

20 too out of the ordinary considering historical trends.

21     Q      From '17 to '18 you got a swing of about

22 140,000 --

23     A      Uh-huh.

24     Q      -- is that right?

25     A      Sure, yeah.

Page 71

1    Q    '18 to '19 you got a swing of about 213,000;
2    is that right?
3    A    Uh-huh.  Yes.
4    Q    Okay.  From '19 to '20 you got a very
5    significant swing of about 316,000 or 17,000; is that
6    right?
7    A    Yes.
8    Q    Okay.  From the end of '20 until the end of --
9    by the end of 2020 to the end of 2021 you got a swing of
10   about 108,000; is that right?
11   A    Yes.
12   Q    From the end of 2021 until the end of the
13   period ending June 23, 2022 you got a swing of about
14   269,000; is that right?
15   A    That's right.
16   Q    And you're saying that the swing in a week of
17   104,000 appears suspicious to you?
18   A    Well, yeah.  I mean, we're talking about
19   100,000, 200,000 swing between different years.  And
20   then we switch over to the same -- the same amount of a
21   swing on a weekly basis.  I mean, that would be a very
22   unstable -- that would be a pretty scary business to be
23   running if you're swinging -- if your bank account were
24   plus or minus 100,000, $200,000 every single week.
25   Q    Which financial statement in the bankruptcy

Page 72

1  did you look at to obtain the figure of 279,000 in the

2  bank accounts?

3          MR. GOODMAN:  Which court paper are you --

4          THE WITNESS:  Just had that pulled up.

5          MR. GIELCHINSKY:  I'll give you a hint,

6      court paper 31.

7          THE WITNESS:  All right.  But I don't have

8      it open so you will have to give me a second.

9      But if you already know, I guess we can

10      reference it.

11          MR. GOODMAN:  It is already marked Exhibit

12      2 to this deposition.

13          MR. GIELCHINSKY:  Yeah.

14          MR. GOODMAN:  Document No. 31.

15      Q   (By Mr. Gielchinsky)  If you scroll down to --

16  it looks like the fourth page of the PDF.

17          MR. GOODMAN:  Yeah, I'm here.

18      Q   (By Mr. Gielchinsky)  You got the 279,000 cash

19  balance with the period ending June 30, 2022; is that

20  right?

21      A   What is that, 279,000?

22      Q   That's for the period ending June 30, 2022,

23  right?

24      A   Correct.

25      Q   And can I ask you to please take a look at the

Page 73

```
 1   next balance sheet in the sequence which is the one that
 2   ends July 21, 2022?
 3        A    Sure.
 4             MR. GOODMAN:  It is two pages later.
 5             THE WITNESS:  Okay.
 6        Q    (By Mr. Gielchinsky)  What is the bank
 7   balance?
 8        A    It looks like 103,000.
 9        Q    So the swing is actually consistent with the
10   swing that you noticed from June 23, 2022 to June 30,
11   2022.  There is a same order of magnitude.
12        A    Yes.  If you take five years of historical
13   trend into account and you don't see that happening week
14   to week and then all of a sudden now these specific
15   dates that you're referring to it is happening.  So it
16   is still a little inconsistent with the way the trends
17   of the business and how it was operated prior.  Go
18   ahead.
19        Q    Did you conduct a study of the week over week
20   trends of bank account balance that this company
21   maintained from 2016 forward?
22        A    I did not.  I only did it for the January 1st
23   through the statement that I referenced, the 23rd of
24   June for the 2022 year.  But having looked at the other
25   statements, there -- to the best of my recollection,
```

Page 74

1    there were no swings of that sort.

2          I mean, there wasn't a reason to do it because

3    having seen these statements, there was no evidence of

4    wild swings and large changes of bank account balances

5    except for the discrepancies that were explained where

6    the disgorgement where Daren had taken large amounts of

7    money out of the account and those, obviously, threw the

8    accounts for a large swing.  But aside from those which

9    were explained, these are unexplained.

10         Q    And who explained them to you?

11         A    Well, they are notated.  They are notated on

12   the QuickBooks and also the bank statements have a memo

13   line of where that money went.

14         Q    So did you conduct a study of the weekly bank

15   account balances during the year 2022?

16         A    Yes.

17         Q    What was the weekly -- what was the bank

18   account balance for the first full week ending in

19   January of 2022?

20         A    So I used a different method.  There is a

21   couple different methodologies that could be used.  The

22   way I did it was I actually averaged all the changes to

23   determine the day by day change.

24         If you're asking me for that specific week the

25   way that you've calculated it, I don't have that

Page 75

1    calculation.  But if you have the answer, I'll be happy

2    to hear and try to explain, you know, my position on

3    this to you still using your calculation.

4         Q    No, let's see your study.  What does your

5    study look like?  I haven't seen it.

6         A    It is in the report here.  It is -- let's see.

7    You know what, that is on -- it is on the P&L, not the

8    balance sheet.  But that is where we took it and we

9    found a day by day P&L, so the amount of revenue and

10   expenses on a daily basis which would affect the bank

11   accounts.

12            But I'm still -- I mean, if we take a look at

13   the differences, besides just the bank accounts, the

14   accounts receivable decreased by 273,000 which means

15   that there is now 273,000 additional funds or dollars

16   that the company has in its possession.  And there is no

17   evidence of where that went.  It didn't go into the bank

18   accounts.

19            The total assets decreased, in fact, by

20   378,000.  But yet it just collected 273,000.  The

21   accounts payable increased so money wasn't paid

22   anywhere.  So that is not an explanation that it was

23   paid because there is an increase in accounts payable.

24            The liabilities did increase by about 100,000.

25   So that would explain 100,000 but not 300, 400, 500,

Page 76

1   approximately, thousand.  So I guess, you know, the

2   liabilities increased.  I'm not sure why, though,

3   because there was a decrease in business.  Net income

4   decreased drastically.

5        So when you look at everything together, the

6   numbers don't add up.  It is not -- it doesn't

7   mathematically make -- there is no sense to it.  It is

8   not sensible.  There is all this money coming in but yet

9   the bank accounts are lower than they should be.  I

10   mean, there is no accounts receivable.  There is no

11   additional new assets that were purchased.  I mean, it

12   is just missing money almost.

13        I mean, I don't want to make that accusation

14   but it looks like there is missing money, a lot of it.

15        Q    What was your understanding of the Sun Trust

16   money market 6451 account?

17        A    I'd have to ask you for more of a specific

18   question.  I'm not sure what you're asking.

19        Q    What was your assumption of what sorts of

20   funds were placed in the Sun Trust money market account

21   ending in 6451?

22        A    Well, it is a business bank account so it is

23   just an account for the business.  Perhaps -- I mean,

24   there is not really a perhaps.  These are business

25   accounts.  They hold funds for the business.  I don't

Page 77

1  know what you're hoping to get out of it.  But if you

2  know something about the account that I'm unaware of,

3  you're welcome to share that so I can help give you a

4  good analysis or answer as to maybe what you're trying

5  to determine.

6      Q    I likely do.  It is a question of what you

7  know.  So your understanding of this account, that it is

8  a depository or is it an account where earnings are

9  placed?  Is it something else?  What is your

10  understanding of what sort of money goes into that

11  account?

12      A    I don't have an understanding of what goes

13  into that account.  I look at everything as a whole.  I

14  mean, assets, liabilities.  Whether the cash or funds

15  that they have unused is in an interest bearing account

16  or stocks or regular bank account, that doesn't really

17  pertain to anything that was within the scope of my

18  report.  But you can share what type of account it is,

19  if you would like.

20      Q    So you believe the money that is sitting in

21  the money market account ending in 6451 is money that

22  the company has earned and taken in in cash; is that

23  right?

24      A    It is just company assets.  I have not -- I'm

25  not making any claims as to how or what it is related

1  to.  It is company assets.  Money market would leave me

2  to believe that it is an interest bearing account.  It

3  is probably somehow, you know, I don't know, maybe you

4  call it an investment account but I don't know the

5  details on it.  I'm not sure that that would be

6  pertinent really.

7      Q    You stated in your report that you looked at

8  tax returns; is that right?

9      A    Yes.

10     Q    Which tax returns did you look at?

11     A    I wish I had known in advance what documents

12 you needed.  I had this all organized.

13     Q    I like to find out what you know.  Which tax

14 returns did you look at?

15     A    I was going to pull that up.

16     Q    Sure.

17     A    So I believe, to the best of my knowledge here

18 without looking at it, I'm just looking at my report

19 here.  But I believe tax return 2017, 2018, 2019, 2020

20 and '21 I'm not sure if it was a tax return or the P&Ls

21 that were used.  Maybe the tax return hadn't been filed

22 by that point.

23     Q    Who provided you with the 2017 tax return?

24     A    That's a great question.  I'm not sure I have

25 an answer ready for you.  I would have to go back and

Page 79

1    look at that document, see where it came from and trace

2    it back to where it originated.  You know, these

3    questions are kind of out of the blue.  They are not

4    really -- I don't have an answer.  I'm sorry.

5         Q    That's fine.  Can you see my screen?

6         A    Sure.

7         Q    All Paving, Inc. form 8879-C, taxable year

8    ending December 31, 2017.  Does this look familiar to

9    you?

10        A    I mean, all tax forms look familiar to me.

11   But we can scroll through and look at the numbers and

12   see if they match up.

13        Q    Sure.  Zoom in a little bit.  It is too much.

14        A    Yeah, it looks, actually, pretty close.

15   That's actually the numbers that I used.  So that does

16   look familiar.

17        Q    So this appears to be a 2017 All Paving, Inc.

18   U.S. corporation income tax return, right?

19        A    Yes.

20        Q    Okay.  Did your clients give you their

21   personal tax returns?

22        A    That was outside the scope of my report so I

23   didn't actually do any analysis of my clients or of the

24   LLC.  It was -- All Paving, Inc. was the entire scope of

25   the report.

Page 80

1    Q    Just All Paving, Inc., that is all that you
2  were concerned with, right?
3    A    That is all I was asked to be concerned with,
4  yes.
5    Q    Okay.  So in the 2017 tax return, All Paving,
6  Inc.'s federal tax return sworn and submitted states --
7  sorry.  I have to download it to show it to you.  I
8  realized I'm going to have to download it to show you.
9    A    Sure.  I found that tax return I think you're
10  referring to.  It is Exhibit P54 but I'm not sure what
11  it is that you're looking for.
12          MR. GOODMAN:  Joey, just -- looks like Dan
13       is looking for something.  So let's just wait
14       for his --
15          THE WITNESS:  Sorry.
16          MR. GOODMAN:  That's all right.
17          Dan, if I can assist you in any way to locate
18       something, just let me know.
19          MR. GIELCHINSKY:  It is my system.  I'm
20       going to have to log out and log back in.  So
21       if we could go off the record for five minutes.
22          MR. GOODMAN:  Okay.
23          MR. GIELCHINSKY:  I need to log out and
24       log in.
25          MR. GOODMAN:  All right.  Five minutes.

1          MR. GIELCHINSKY:  Sorry.

2          THE VIDEOGRAPHER:  This marks the end of

3     Media Unit No. 2.  Going off record.  The time

4     is 2:22 p.m.

5          (A break was taken in the proceedings.)

6          THE VIDEOGRAPHER:  This marks the

7     beginning of Media Unit No. 3.  Going back on

8     record.  The time is 2:30 p.m.

9     Q    (By Mr. Gielchinsky)  I'm going to fast

10    forward to 2019.  I'll share screen.  Can you see my

11    screen?

12    A    Yes.

13    Q    I've got the 2019 tax return pulled up.  Do

14    you see that, All Paving, Inc.?

15    A    Yes.

16    Q    And do you recall reviewing this document?

17    A    Give me a moment.  It looks familiar but they

18    all look the same except for the numbers.  So give me a

19    second.

20    Q    Yup.

21    A    Yeah.  Scroll down a little more.  Hold that.

22         MR. GOODMAN:  My lights just blinked here.

23    Can you keep an eye to make sure that I don't

24    go offline?  We just had a power hit.  So far,

25    so good but, you know.  Just keep an eye.  If I

1          disappear, if you all could just wait for me to

2          figure it out.  I can get back online using my

3          mobile, if I have to, you know, things like

4          that.  So it just might be a pause but the

5          lights are still on.

6               THE WITNESS:  Okay.  Yes, that looks

7          familiar.

8          Q    (By Mr. Gielchinsky)  Okay.  So this appears

9     to be the 2019 tax return for All Paving, Inc.?

10         A    Yes.

11         Q    Going to scroll down.  Page 11?

12         A    Okay.

13         Q    Page 11 I have pulled up, Schedule G.

14         A    Yes, I see that.

15         Q    And the federal file tax return indicates that

16    the company is owned 100 percent by Daren Daly.  Do you

17    see that?

18         A    I see that that is what is on the tax return.

19    The tax return has on it what you put on it, right?  The

20    IRS doesn't come out and determine this stuff.  This is

21    what the company is sending in and then if they get

22    audited, they get checked.  But this is just what the

23    company or perhaps Daren, you know, has entered on the

24    tax return and sent it in.  It doesn't mean it is

25    accurate.

1           You can put anything you want on there.  I

2    mean, he could put -- I mean, yeah, just because he

3    entered it on the tax return, it is, again,

4    self-reporting.  You're typing in what you want to.  And

5    if it is inaccurate, it is just a matter of whether you

6    get caught or not.

7        Q    As far as you know in the year 2019 did your

8    clients or was it in Patrick Daly's file the federal tax

9    return claiming ownership in All Paving, Inc.?

10       A    That is outside of the scope of what I was

11   asked to do so I don't know the answer to that.

12       Q    You don't know whether or not in 2019 your

13   clients filed anything with any federal taxing authority

14   claiming ownership in All Paving, Inc., correct?

15       A    Correct.  I was given documents.  I was given

16   the scope of my work and I did what I was asked to do,

17   nothing more, nothing else.

18       Q    Among the documents you were given was a

19   federal tax return showing in 2019 the owner of the

20   company to be Daren Daly.  You were given that document,

21   correct?

22       A    I was.

23       Q    Okay.  I'm going to stop share and then I'm

24   going to go to 2020.  2020.  Same thing.  Share screen

25   again.  Do you see my screen?

Page 84

1          A      Yes.

2          Q      So does this appear to be the 2020 federal tax

3    returns for All Paving, Inc.?

4          A      It looks like it.  If you scroll down and I

5    look at the numbers, it should verify.  Let's see.  Go

6    down.  I'm sorry.  Go down one more.  I'm sorry.  Maybe

7    another one then.  There we go.  Yes, that does look

8    similar.  I haven't verified every single line but that

9    looks similar to the document that I used.

10         Q      To be the 2020 federal tax return?

11         A      Correct.

12         Q      Do you want to take a moment to verify, to

13   make sure that it is the tax return?

14         A      I would have to compare every single line to

15   make sure nothing was altered.  But, I mean, I'll take

16   your word for it that it is the same document I was

17   provided.

18         Q      No, I'm not offering my word.  I'm offering

19   you an opportunity to verify.

20         A      Okay.  Why don't you show me what it is that

21   you want me to look at on there and then I'll verify if

22   that section is the same as the one I'm seeing.  That

23   way we are not wasting a lot of time here.

24         Q      Okay.  The signature page.  Let's see.  The

25   signature page at the top of this page, which appears to

1    be blocked by my app.  It looks like it is the third

2    page.

3         A     Okay.

4         Q     Signed by Fiske and Company.  Their pin is

5    04275 for the 2020 tax return.  Does it look like the

6    same document that you were provided?

7         A     One moment.  Almost there.  It seems like

8    we're all having some computer issues today.  I don't

9    have the 2020 as a separate document.  It must be in one

10   of the exhibit documents that I have so I will have to

11   open up a few PDFs to see if I can find it.

12              THE WITNESS:  Bruce, do you happen to know

13        which document it might be in?

14              MR. GOODMAN:  Are we looking for the 2020

15        tax return?

16              THE WITNESS:  Yes.

17              MR. GIELCHINSKY:  I have it on the screen.

18        I'm just asking to verify that what I'm showing

19        on the screen is what the witness received in

20        his file.

21              THE WITNESS:  I'm searching.

22              MR. GOODMAN:  It, obviously, was produced

23        by Daren Daly.

24              THE WITNESS:  Okay.  I think I may have

25        the file.  I've got two PDFs that may contain

1      it.  Okay.  '15.  Let's see what else.  '17.

2      Which year, 2020?

3      Q    2020.

4      A    I got '18, '19, 2020.  Okay.  I've got it.

5    How far down?  Okay.  I see the first page here.  It

6    looks just like yours.

7      Q    The signature page looks just like the one I

8    have up?

9      A    Yes.

10     Q    Okay.  So now I'm going to scroll down to what

11   is my page 12.  Do you see Schedule G, information on

12   certain persons owning the corporation's voting stock?

13     A    Yes.

14     Q    What does yours show?  Part two of Schedule G?

15     A    It shows what Daren put on there and typed

16   into or asked his accountant to put on there which shows

17   exactly what your shows.

18     Q    And that is what?

19     A    It shows that he has claimed that he is 100

20   percent of the business.  But I think for all intensive

21   purposes he could have -- I mean, this doesn't really

22   represent anything because the IRS doesn't get involved

23   in partnership disputes.

24          So, you know, he could have put his dog's name

25   on here for 25 percent of the business and I'm not sure

Page 87

1    he would have had any issues filing it that way.  Unless

2    he got audited, I don't think it would have caused any

3    problems.  This isn't really representative of who

4    actually owns the shares and what is actually going on.

5    This is just the IRS collecting their money.  And if

6    they decide to look a little further into it, this gives

7    them a little bit more information.

8         Q    It is a little more than that, isn't it?  In

9    2020 Daren Daly filed taxes for a company that he owned.

10   His name is on it.  Paid taxes on the distributions that

11   he took.

12            In the year 2020 did your clients pay a penny

13   of taxes or distributions or ownership that they had in

14   All Paving, Inc?  This is 2020.

15       A    Again, you're --

16       Q    Outside your scope, aren't I?

17       A    Yes, you're asking about --

18       Q    You don't know?

19       A    Yes, correct.  Outside of the scope.  So

20   anything moving forward about my clients, I have not --

21   my report is not -- does not take their personal or

22   business, you know, endeavors into account.  This is

23   specifically about All Paving, Inc. and the documents

24   that I've seen or received.

25       Q    A company owned by Daren Daly because

1    everything else is outside of your scope, isn't it?

2             MR. GOODMAN:  Object to the form.

3             THE WITNESS:  Actually, it is a legal

4        determination as to whether it is owned by

5        Daren Daly or not.  That is not even an

6        accounting question.

7        Q    (By Mr. Gielchinsky)  A few minutes ago you

8    were rambling about Daren Daly could put his dog on his

9    tax return or Daren Daly can claim whatever he wants.

10       A    Correct.

11       Q    Is that outside of your scope?  I just want to

12   make sure.

13       A    Yeah, it was outside of my scope.  But it was

14   my opinion, since we were on that topic.  I guess you

15   brought into scope for a second there.

16       Q    Okay.  So within your opinion -- let's find

17   out if your opinion is reasonable.  Have you seen any

18   documents, been shown any documents concerning whether

19   your clients filed any taxes or any tax returns having

20   to do with All Paving, Inc. for the year 2020?

21       A    I have not seen them but that doesn't mean

22   anything because that wouldn't have -- all I was asked

23   to do is value the company.  To me, the legal

24   determination as who owns the company -- I just had to

25   come up with the value for it and that's what I was

Page 89

1   asked to do.

2           So I put the numbers together and you can work

3   with Bruce in court to determine how actually owns the

4   company.  That's not -- an accountant doesn't do that.

5       Q    You do not have an opinion as to who owns this

6   company, right?

7       A    I just was not asked to have an opinion so

8   that is outside the scope.  I have not analyzed any data

9   or information that would allow me to even comment on

10  that.  I'm not -- I think that is more of a legal

11  opinion that you're asking and I'm not able to give

12  that.

13      Q    So to be clear, you have no opinion on who

14  owns this company, correct?

15      A    I mean, I'm familiar with what the lawsuit is

16  about.  I understand there is a dispute, a partnership

17  dispute or an ownership dispute.

18      Q    I'm trying to find out your expert opinion

19  when you come to court -- if you come to court and you

20  testify, I want to know what I'm going to hear.  Do you

21  have an expert opinion in your capacity as a forensic

22  accountant as to who owns this company?

23      A    I do not.

24      Q    Okay.  Going up to 2021, just to be thorough.

25  I think I know the answer.  Can you see my screen?

Page 90

1       A     Yup.  I'll pull that up, too.

2       Q     So I've got All Paving, Inc. taxable year

3   ending December 31, 2021.

4             Can you see the second page of the 2021 tax

5   return?

6       A     Yes, but that is not -- my document ended at

7   2020.  So give me a moment to compare to see if it is --

8   I don't think I have that in the same PDF.  Nope.  2021.

9       Q     You didn't receive 2021 tax returns?

10      A     No.  No.  I'm just checking.  It is not in the

11  same PDF file that I was already in.

12      Q     Sorry.

13      A     Let me just go ahead and compare those numbers

14  to what I have on my report.  It will take too long to

15  find this.

16      Q     You want me to find it?

17      A     Okay, yes, if you could, just to get to that

18  first page there.  No, I don't believe at the time that

19  the financial evaluation was done that we did have a

20  copy of 2021 because we used a P&L that we were given by

21  opposing counsel or by Daren.  And that has slightly

22  different numbers on it.

23      Q     That's why you capitalized the earnings.

24            MR. GOODMAN:  Dan, can you shoot me a copy

25        of that?  I don't think that was ever produced

Page 91

1          by your client, the '21 tax return that is on
2          your screen right now.
3                    MR. GIELCHINSKY:  Yup.
4                    MR. GOODMAN:  Thank you.
5                    MR. GIELCHINSKY:  All right.  Then not a
6          lot of sense asking you questions about
7          something you haven't seen.  We will produce
8          it.
9                    MR. GOODMAN:  Appreciate it.
10         Q    (By Mr. Gielchinsky)  Mr. Friedman, what is
11    your understanding of the composition of All Paving.
12    Inc?  How many people work there?  What was the
13    workforce?  What does the management look like?
14         A    Again, that's outside sort of the scope of --
15    it is outside the scope of what I was asked to do.  And
16    it is also -- I've asked for payroll records.  I've
17    asked for a lot of information that has been refused by
18    Daren and by, I guess, your staff.
19              So I don't have a solid record of how many
20    people worked there or what the structure is.  So the
21    assumption is that it is just a typical structure of a
22    typical paving business.
23         Q    So how many managers does it have?  How many
24    head guys?
25         A    I don't have that information.

1      Q    Did you use the capitalization of earnings

2  approach?

3      A    No, we didn't.

4      Q    You used the income?  You went off the gross

5  income, right?

6      A    No.  We went off the revenue because we

7  couldn't find an honest, true income figure that we felt

8  we could rely upon.  I mean, if you look at some of the

9  discrepancies of what we found in the bank accounts,

10  just the co-mingling it looks like and the expenses that

11  are unaccounted for, the records just don't look -- they

12  don't look solid, I guess, in my opinion, solid enough

13  to use to calculate the valuation of the business.

14          And since we had other methods available to

15  us, we used the other methods.  And they are common.  I

16  mean, these are the three of four most common business

17  valuation methods.  We used two of them.

18      Q    All right.  So what was the cap rate you

19  applied to the revenue?

20      A    We didn't because you wouldn't apply that to a

21  revenue because year income is all you would be

22  concerned with if you are looking at projecting -- if

23  you're trying to determine the value of the business by

24  projecting into the future what the income will be and

25  then bringing that all back to the present value, which

1    would be the capitalization approach, you would do that

2    on income.  You wouldn't do that with revenue.

3             Revenue doesn't have any bearing because

4    without knowing the expenses, it doesn't really -- you

5    can't do anything with that number.  I think you have to

6    look into a different method.  We used the merger and

7    accusation method and then we used the -- which other

8    one did we use?  Let me pull it up.  And then we used

9    the reforecasted evaluation method.

10            And this is clearly in the report.  It says

11   that we put zero weight -- I mean, there is an asset

12   method, too.  We could of valued it based on just the

13   company assets.  But that is, again, that is more for

14   liquidation purposes.  It doesn't apply to this.

15            The same thing, when you have poor accounting

16   or misappropriated funds or, you know, embezzlement or

17   any sort of poor accounting with a company, you can't

18   rely upon the net income because the expenses and

19   everything else on the profit and loss and tax sheets

20   could be, you know, could be inaccurate, so...

21       Q    You took revenues, you did a reforecast.

22       A    For one of the methods.

23       Q    And you applied market comparable

24   transactions?

25       A    Correct.  It looks like 29 similar companies

Page 94

1   that we found that were very close to or the same as All

2   Paving.

3       Q    And then you weighted them it looks like?

4       A    What page are you on?

5       Q    Forty-seven.

6       A    Okay.

7       Q    Do I understand that right, you assigned a

8   weight to recast --

9       A    Correct.

10      Q    -- revenues?

11      A    Well, I assigned a weight to that method,

12  right.  That method -- what we determined would be the

13  value of the business using that method was weighted --

14  for our final conclusion of value, this calculation

15  method would have weighted 50 percent and then our

16  merger and acquisition method was weighted 50 percent.

17  So we took the average, basically, since they were both

18  50.

19      Q    Of the two?

20      A    Right.

21      Q    Is it fair to say that reforecasted valuation

22  or the revenues method that you used is not a valuation

23  method that you use commonly in litigation?

24      A    That's not the case at all.  It is actually

25  very similar to the mergers and acquisition method.  It

1    is, like, almost -- there is like a slight tweak to it

2    but they are common.  I mean, very common.  Their

3    textbook methods of doing valuations.

4        Q    Typically, you would use a capitalization

5    with -- so value and ongoing concern, you would use a

6    capitalization approach, right?

7        A    Well, not one that doesn't have reliable

8    financial data.  And going concern without reliable

9    financial data, you can't use that method because you

10   don't have accurate numbers to work with.

11       Q    What were the impediments had to do with

12   capitalization earnings approach here?

13       A    Well, starting with, let's pull up all these

14   unknown transactions.  If you go to the disgorgement,

15   that will give you a little bit of insight.  But there

16   were a lot of discrepancies as to where some of these

17   funds -- what some of the expenses and other funds were

18   related to.  A lot of suspicious transactions.  A lot of

19   expenses and transactions, in general, that didn't make

20   sense.

21            Again, over a few years period you have

22   $135,000 in ATM withdrawals with no explanation as to

23   what those went towards.  So was that money that went

24   towards a valid expense for the company or was that

25   money that was taken by the owners?  We have no idea.

1          But the assumption is, as far as I am

2     concerned, you know, you would probably as a valid

3     expense of business, you would write a check.  There

4     would be no reason to pay out cash.  What would be the

5     point?  The check is just as easy and it is better for

6     record keeping or an electronic transfer.

7          The same thing for the over-the-counter

8     withdraws.  I mean, nobody goes to the bank these days

9     to pay a vendor.  Most of the time they will take your

10    credit card, they take a check.  I've run enough

11    businesses and I have enough clients who run businesses.

12    I do this, like, 60 hours a week and, you know, cash is

13    just a dying form of transaction.  It is not frequently

14    used in a business setting unless it is retail.

15         Q    Or construction, right?

16         A    Well, that's not what I said.

17         Q    No.  Day laborers are not paid in cash, the

18    ones you pick up outside of Home Depot?

19         A    I mean, that's illegal.  If you're talking

20    about illegal immigrants, I would have to say I'm not

21    allowed to give a legal opinion but that sounds pretty

22    illegal.

23         Q    But does it happen?

24         MR. GOODMAN:  I didn't hear the question.

25    What is the question?

1          MR. GIELCHINSKY:  The day laborers that

2      get picked up outside of Home Depot in

3      construction.

4          MR. GOODMAN:  Day laborers.  I thought you

5      might have said the Dalys.  Day laborers

6      picked up for construction outside of Home

7      Depot.  That's the question.  Okay.  I just

8      want to make sure I understood the question.

9          THE WITNESS:  So what you're asking me

10      does it happen.  To be honest, I'm not in the

11      construction business so I don't know.  But if

12      you're telling me that your client does engage

13      in illegal activities on a regular basis, then

14      that would, I think, further substantiate a lot

15      of the fraudulent or misappropriated accounts

16      and funds then on this chart that I put

17      together on this report.

18          I mean, if he is willing to hire illegal

19      workers, why not take illegal withdraws or

20      transactions from the business as well.

21      Q    (By Mr. Gielchinsky)  I was going to ask you

22   if it is customary to use cash to pay people in the

23   paving business.  But it sounds like you have never been

24   in that business, right?

25          A    I have had some clients that have been in that

1    business.  I'm very familiar with the business.  But,

2    you know, my understanding of the business is within the

3    guidelines of the United States legal system, the lawful

4    businesses.  If you're telling me that your client is

5    running an illegal --

6        Q    I'm just asking the question.

7        A    -- operation.  I don't know how he runs his

8    business.  That is not something I'm familiar with.

9        Q    I'm just asking a question.  Is it common in

10   the paving industry to pay employees with cash?

11       A    It is not common to pay any employee.  It is

12   not legal to pay employees.  I mean, it is legal to pay

13   them with cash but it is very difficult to pay them with

14   cash because you have other taxes and Social Security

15   benefits and unemployment benefits.  You have all types

16   of other costs related with payroll.

17            So then what, are they sending off their 940s

18   or 941s to the IRS and to the state to pay their payroll

19   taxes?  Are they sending cash in an envelope to them,

20   too?

21       Q    So you don't know?  Is that the answer?

22            MR. GOODMAN:  Object to the form.

23            THE WITNESS:  You're --

24       Q    (By Mr. Gielchinsky)  Your clients are in the

25   paving business, right?

1        A     Yes.

2        Q     Did you ask them whether they pay their

3    contractors in cash ever?

4        A     So my clients were not the scope of my report

5    so that was not something I was concerned with.

6        Q     Well, you had a paving fight and a paving

7    object of scrutiny.  There are cash withdrawals and

8    you're alleging that they are fraudulent.  You don't

9    even -- the tax returns show that your clients don't

10   even own the company.  Put that aside, though.

11           Cash transactions, you're calling them

12   fraudulent.  A plausible explanation is cash is being

13   used to pay contractors.  Did you think to ask your

14   clients, who are in the same industry, whether they ever

15   used cash to pay contractors?  I mean, that's a

16   plausible explanation.

17       A     That's a great question.  So when I pulled the

18   QuickBooks they did categorize certain items.  And the

19   way that they categorized their ATM cash withdrawals was

20   cost of goods, job materials.  So -- but there was no

21   invoice or any proof that that is what it had been used

22   for.

23           So of course they will categorize it as

24   something because they don't want to say stolen money,

25   if that is the case.  I'm not saying it is but if it

Page 100

1   were, of course they are not going to categorize it as

2   stolen money.  Except for one year they did.  But it

3   definitely is not categorized as illegal labor.

4           MR. GOODMAN:  You're referring now to All

5       Paving, Inc., right?

6           THE WITNESS:  Yes.

7       Q    (By Mr. Gielchinsky)  What is illegal about

8   paying a contractor with cash?

9       A    No, I did not say that.

10      Q    We moved on.  You might be stuck a few

11  questions back.  I'm talking about paying contractors

12  with cash.  That was the question.

13      A    What I'm saying is that in their books and

14  records that I've downloaded that I had access to, the

15  ATM withdrawals are not classified as employee, salaries

16  or payroll.  They are classified as cost of goods sold.

17          So I don't believe that that is the case.

18  That would be my opinion of just having dealt with this

19  and this being my expertise.

20      Q    You're stuck on employees again.  Contractors.

21  Do you understand a contractor and an employee?

22      A    Now you're asking about contractors?

23      Q    I've been asking about contractors the last

24  five minutes and you're still stuck on employees because

25  you like throwing mud.

1      A     I'm sorry.  It says cost of goods sold, dash,

2   job material.  I don't think contractor fall understand

3   job material if so that is really poor accounting.

4      Q     Okay.

5      A     I mean, that --

6      Q     Did you ask your client whether or not they

7   ever paid contractors with cash?

8      A     My report wasn't about my clients.  So, no, I

9   wouldn't have any information --

10      Q     You didn't think that that was relevant?

11      A     There is nowhere there is a statement made

12   that the cash is used to pay payroll or contractors.

13   And we've asked numerous times for these receipts and

14   these reports and information to substantiate the cash

15   withdrawals.  If that was the case and there is a

16   receipt for all of these from a payment made to anyone,

17   why wouldn't it be -- send it over and we can account

18   for everything and we wouldn't even be having this

19   deposition right now if we had records to account for

20   all these missing funds.

21      Q     We wouldn't be having this deposition if your

22   clients owned this company.  They don't.  But that's

23   okay.

24            MR. GOODMAN:  Object to the form.  You

25        don't really expect an answer there, do you,

1    Dan?

2         MR. GIELCHINSKY:  No.

3    Q    (By Mr. Gielchinsky)  What is that number, the

4    bottom of page 47, $2,293,000.  What does that valuation

5    represent?  Like, what -- what is that, willing third

6    party buyer, intercompany purchase.  What is that

7    number?

8    A    It is -- yes, it is an arm's length

9    transaction, right.  It is like a non-related party.

10   Just on the market.  Yeah, non-related buyer.

11   Someone -- just on the market, in general.  No -- yeah,

12   free market transaction.

13   Q    Okay.  So the willing fair party purchaser

14   under no compulsion to buy comes along and buys the

15   company, no discounts, that is what they are willing to

16   pay, 2,293,000?

17   A    Correct.  That is what they have paid based on

18   the 29 other companies that were purchased.  That is the

19   average of what was paid percentage wise based on those

20   averages of the other companies and the calculations we

21   made to come up with these numbers here.

22   Q    Does Daren Daly work at All Paving, Inc.?  Is

23   he there?  Is he employed?

24   A    He is paid a salary which would imply he is

25   employed.  But I have no idea what he really is doing.

Page 103

1   I don't know.  He wasn't there the day I needed him to

2   be there.  He was court ordered to give me the records.

3   He wasn't there that day.

4        Q    So if it is true that your clients own this

5   company, is it fair to say that Daren Daly would no

6   longer be a part of All Paving, Inc.?

7             MR. GOODMAN:  Object to the form.  I don't

8        even understand that question.

9             But, Joey, if you understand it --

10            THE WITNESS:  I'm not sure I do.  But I

11       think it is outside still the scope of the

12       report.  I'm not sure that that falls into --

13       Q    (By Mr. Gielchinsky)  If your clients owned

14   this company, would they keep Daren Daly there or would

15   they throw him out?

16       A    I can't speculate.  I have no idea.  That's

17   not even part -- I don't know.  I think we are way off

18   topic.  I don't know.

19       Q    We're not off topic.  I'm wondering why you

20   don't have a key man discount?

21       A    Why we don't have of what is that?

22       Q    You didn't have a key man discount in your

23   report.

24       A    Right.  For --

25       Q    For Daren Daly.

1    A    Because he is vital to the company and you

2    think that all the clients would leave if he wasn't

3    there?

4    Q    I don't think you did analysis of whether or

5    not that is true.  I'm wondering why you didn't do that

6    analysis?

7    A    Well, my understanding is -- again, this is

8    outside the scope of the report so take this as you

9    will.  But my understanding is he would still be there

10   for 12 and a half percent of the business.  I believe my

11   clients just want their fair share that they own back.

12   They are not looking for 100.  As far -- again, I could

13   be completely wrong.  My understanding is that they just

14   want their 87 and a half percent back.  That means that

15   Daren is still there.

16   Q    Do you agree that is a significant thing to

17   consider, that Daren Daly could leave the business if

18   your clients were determined to have an interest in the

19   company?

20   A    I can't speculate.  I don't know.

21   Q    What would the company be worth without Daren

22   Daly?

23   A    That's speculation.  I'm not sure.

24   Q    You didn't perform that analysis, right?

25   A    Well, unless -- is Daren proposing that he is

1    giving up 100 percent, that he doesn't own any of it and

2    that he will be leaving, is that the scenario we're

3    discussing?

4        Q    I'm trying to determine whether you conducted

5    an analysis of what is the value of the company without

6    its key man?

7            MR. GOODMAN:  Object to the form.

8            THE WITNESS:  Yeah.  As far as I

9        understand it, no matter which way the judge

10       decides on this case, Daren would still -- my

11       understanding -- be with the company.  He will

12       either by there, again, as the 12 and a half

13       percent or as they -- as your client is trying

14       to claim, he will be there at 100 percent.

15           So, either way, he is part of the business.

16       There is no scenario where he is not.

17       Q    (By Mr. Gielchinsky)  If he were 12 and a half

18   percent and he resigns, would the value of this business

19   change?

20       A    I don't know how much he contributes to the

21   business, to be honest.  I'm not sure.

22       Q    You didn't perform that analysis?

23       A    Right.  Because there was no scenario where

24   100 percent of the business is taken from Daren.  And he

25   is paid a salary.  So not only will he have 12 percent

1  but if he is that worth while and that valuable, then he

2  would probably have a salary equivalent to what someone

3  else in his position would be paid, as we discussed.

4      Q    I thought I heard you testify earlier that he

5  left his salary in but that you decided subsequently

6  that the salary should actually be taken away.  Did I

7  misunderstand that?

8      A    No.  He just paid himself an extraordinarily

9  unreasonable salary.  And we did some -- we used, again,

10  our data basis and resources to determine what somebody

11  with his background, his familiarity, his education, you

12  know, with all of that what their salary would be in his

13  position in this type of business.  And the average is

14  about 100,000.

15      Q    100,000 per year for five years?

16      A    Right.

17      Q    That's what he should be paid?

18      A    Well, that's what the average of people in his

19  position are paid in the same industry.

20      Q    And how much commission should he be entitled

21  to for sales that he generates as a salesperson?

22      A    That's negotiated between partners and

23  management.  That's outside of the scope.  I can't make

24  these decisions for them.

25      Q    What does the data show?  The data where you

1    got the $100,000 a year salary, what does the data show

2    about commissioned salespeople?  What is their

3    average --

4        A    I would assume because it didn't have any data

5    on the commission that 100,000 takes into account the

6    commissions.

7        Q    That is 100,000 to work and to be a

8    salesperson?

9        A    In the management position for a paving

10   company, which, I assume, that probably deals with

11   sales, that was the value.  I just -- that's --

12       Q    Are you assuming or you don't know?

13       A    No.  I'm telling you that that person in a

14   management position at a paving company, that the

15   average pay or salary is $100,000 per year taking into

16   account everything which, to the best of my knowledge,

17   includes commission.  And does a manager do sales?  I

18   would assume so.  He is a manager.  He does a little bit

19   of everything.  And he definitely would manage the sales

20   staff if there were one.

21       Q    Okay.  So in years prior, in the years -- in

22   the last few years that you studied, what is the average

23   that Daren took out from the company, total

24   distributions and theft and fraud and all the other

25   things you said his dog did, what is the total he was

1    taking per year out of his company?

2              MR. GOODMAN:  Can I ask you -- Jeri, can I

3         ask you to read back that question?  There is a

4         word in there I want to make sure I did hear.

5              MR. GIELCHINSKY:  It is dog.

6              MR. GOODMAN:  It is dog.  I thought you

7         were talking about a dog there.

8              MR. GIELCHINSKY:  You can strike the dog.

9              MR. GOODMAN:  I still want to hear the

10        question again.

11                   (A portion of the record

12                    was read by the reporter.)

13             MR. GOODMAN:  Joey, did you hear Jeri read

14        back that last question?

15             THE WITNESS:  I didn't.  I apologize.  Go

16        ahead, one more time.

17             MR. GOODMAN:  Yeah, one more time.  I

18        wanted you to hear it.

19                   (A portion of the record

20                    was read by the reporter.)

21             THE WITNESS:  Yeah.  So I'm not really

22        sure how to answer a question like that because

23        that was a little indecipherable and it was --

24        I'm not sure.

25        Q    (By Mr. Gielchinsky)  It is on page 48.

1    A    I understand you're discussing Daren but if

2  you are bringing his animals and his home life into

3  this, I'm not sure what you're asking.

4    Q    On page 48.  In 2021 Daren helped himself to

5  $788,000, right?

6    A    Okay.  So we're talking about just Daren

7  himself, yes.

8    Q    And in 2020 Daren helped himself to $573,000,

9  right?

10    A    This is just money that is unaccounted for.

11  If he has records to account for, which he has refused

12  to provide, I would be happy to see those and to change

13  my opinion.

14    Q    Worse case scenario, he took 573,000 in 2020,

15  right?

16    A    Yes.

17    Q    Worse case scenario, in 2019 he took 529,000,

18  right?

19    A    Yes.

20    Q    Okay.  So you believe that if the court

21  determines that he is only a 12 and a half percent

22  owner, that he will stay and manage the company and do

23  all sales for a salary of 100,000 a year, is that --

24    A    Plus 12 percent.  Plus 12 percent dividends of

25  what the company makes as an owner.  And usually owners

Page 110

1   take an interest in their own business.  If he is

2   beneficial to the business and he owns 12 percent, you

3   would think he would want to, you know, increase

4   whatever the 12 percent dividends he refused that year.

5           But you're asking me to speculate.  I can't

6   really answer that question.  I mean, I'm just guessing.

7       Q    You don't know whether or not Daren Daly would

8   stay in the company if the court would determine that he

9   was only a 12 and a half owner, right?

10      A    I believe Daren was a 12 percent owner before

11  this dispute and he was part of the company.  So I

12  don't, you know, based on historical events it seems

13  like he probably would stay.  But I don't -- you're

14  asking me to speculate.  I don't know what he would do

15  here.  I can't -- I don't even know Daren personally.  I

16  don't know what he would do.

17      Q    And you don't know whether a key man discount

18  is appropriate for $2,293,000 valuation you came up

19  with, right?

20      A    Well, it is not appropriate because no matter

21  what scenario this case ends in both scenarios still end

22  up with Daren as a shareholder.  And, like I said,

23  usually shareholders like to take an interest in the

24  business that they own shares of.

25      Q    Working or owning an interest?

Page 111

1         A     Well, owning an interest.  But then they work

2     to help the business earn more money so that way their

3     interest in the business pays out larger dividends.

4         Q     Does he have a non-compete?

5         A     I'm sorry?

6         Q     Does he have a non-compete?  Does Daren Daly

7     have a non-compete?

8         A     Well, with -- I'm not sure.

9         Q     All Paving Inc, does Daren Daly have a

10    non-compete with All Paving, Inc.?

11        A     I have no idea.

12        Q     Okay.  So you don't know whether he has a

13    non-compete.  And you believe that rather than go out

14    and start his own company and earn 100 percent of his

15    profit, he would stay in this company and enrich the

16    plaintiffs who own 87 and a half percent of the company

17    under your theory.  Is that what you think is

18    appropriate?

19        A     If you're asking me to speculate I would say,

20    yes, I think he would stay with the company.  Because if

21    that were the case, he could easily have resolved this

22    lawsuit by just giving this company back to his parents,

23    give them one hundred percent.  He could go out, open up

24    a new company under another name.  And if you think

25    every customer is going to follow him, then why wouldn't

1   he have done that already?

2          Obviously, that wasn't an option.  He could go

3   open up a new company now and have saved all these legal

4   fees and the stress of litigation.  I mean, if we're

5   having a conversation about this.  This was outside the

6   scope of the report completely.  But I think common

7   sense with those facts, if the customers will all follow

8   him, why not open up a new corporation, different name,

9   and walk away from this lawsuit?

10         Q    I have no further questions.

11  REDIRECT EXAMINATION:

12  BY MR. GOODMAN:

13         Q    Just -- I think I have one question,

14  Mr. Friedman.

15         A    Sure.

16         Q    Has any of Mr. Gielchinsky's cross examination

17  of you that lasted a couple of hours, I guess?

18         A    Yeah.

19         Q    Or more.  Has any of the questions he asked

20  caused you to recalculate or change any opinions set

21  forth in your report that has been marked Exhibit 1?

22         A    No.  Absolutely not.

23         Q    Okay.  Thank you.  That's all I have.

24              MR. GIELCHINSKY:  That's it for me.

25              MR. GOODMAN:  You have the option right

1        now -- I need to go through some ground rules

2        at the end of this deposition.  You probably

3        are aware of it.  It is customary at this point

4        to indicate to the court reporter whether you

5        reserve the right to read the deposition,

6        review it for any changes that are necessary or

7        waive that right.

8            I just about always recommend to a witness to

9        reserve the right to read because you can always

10       waive later.  But you need to indicate right now

11       whether you read or waive.

12           THE WITNESS:  Yeah, I usually always read

13       it.  So if I can get a copy, that would be

14       great.

15           MR. GOODMAN:  Okay.  Thank you.  And I'll

16       just state on the record right now that we are

17       ordering the transcript.  We are ordering the

18       video.  And we would like the video

19       synchronized with the transcript.  And normal

20       turnaround time should be fine here.  Two

21       weeks, I guess, something like that.

22           MR. GIELCHINSKY:  Madam Court Reporter, I

23       would like to order a copy of the transcript

24       e-tran only.  Not video yet, just e-tran.

25       Should I send you my contact info?

Page 114

1          THE REPORTER:  Are we off the record?

2          MR. GIELCHINSKY:  Yes.

3          THE VIDEOGRAPHER:  This concludes today's

4     deposition of Joey N. Friedman, CPA.  This is

5     unit three of three.  Going off the record.

6     The time 3:16 p.m.

7  (Thereupon, at 3:16 p.m. the deposition was concluded

8   and the reading and signing of the deposition was not

9   waived.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 115

CERTIFICATE

1

2    STATE OF FLORIDA

COUNTY OF PALM BEACH

3

4        I, Jeri Drum, do hereby certify that I was authorized

5    to and did report the foregoing proceedings, and that

6    the transcript, pages 5 through 114 is a true and

7    correct record of my stenographic notes.

8        I further certify that I am not a relative, employee,

9    attorney or counsel of any of the parties, nor relative

10   or employee of such attorney or counsel, nor financially

11   interested in the foregoing action.

12       Dated this 21st day of January, 2023, Palm Beach

13   County, Florida.

14

15

                    Jeri Drum

16                 Court Reporter

17

18

19

20

21

22

23

24

25

Page 116

1                    CERTIFICATE OF OATH

2    STATE OF FLORIDA

     COUNTY OF PALM BEACH

3

4       I, Jeri Drum, Notary Public, State of Florida,

5    certify that JOEY N. FRIEDMAN, CPA, appeared before me

6    via videoconference on the 13th day of January, 2023 and

7    was duly sworn.

8       WITNESS my hand and official seal this 13th day of

9    January 2023.

10

11                          _____

                            Jeri Drum, FPR

12                          Notary Public-State of Florida

                            My Commission #GG 984102

13                          Expires:  May 25, 2024

14

15

16

17

18

19

20

21

22

23

24

25

1         E R R A T A   S H E E T

2    IN RE:   Patrick Daly, et al. vs. Daren Daly

3    DEPOSITION OF:  Joey N. Friedman, CPA

4    TAKEN ON:       January 13, 2023

5    DO NOT WRITE ON THE TRANSCRIPT - ENTER CHANGES HERE

6    Please sign, date, and return this sheet to our office.

     If additional lines are required for corrections, attach

7    additional sheets.

8    At the time of the reading and signing of the

     deposition, the following changes were noted:

9

10   PAGE    LINE     CHANGE          REASON

11   ------------------------------------------------------

12   ------------------------------------------------------

13   ------------------------------------------------------

14   ------------------------------------------------------

15   ------------------------------------------------------

16   ------------------------------------------------------

17   ------------------------------------------------------

18   ------------------------------------------------------

19   ------------------------------------------------------

20   under penalty of perjury, I declare that I have read

21   my deposition and that it is true and correct subject to

22   any changes in form or substance entered here.

23   SIGNATURE OF DEPONENT:_____

24   DATE:_____

25

Page 118

1                    VERITEXT LEGAL SOLUTIONS
                 One Biscayne Tower, Suite 2250
2                  2 South Biscayne Boulevard
                     Miami, Florida 33131
3                         305-376-8800
4     January 23, 2023
5     BRUCE A. GOODMAN, P.A.
      Bruce A. Goodman, Esq.
6     5531 North University Drive, Suite 101
      Coral Springs, Florida 33067
7
      Patrick Daly, et al. vs. Daren Daly
8
      Dear Mr. Goodman,
9
      With reference to the deposition of Joey N. Friedman,
10    CPA taken on January 13, 2023 in connection with the
      above-captioned case, please be advised that the
11    transcript of the deposition has been completed and is
      awaiting signature.
12
      Please have Mr. Friedman read the transcript and
13    complete the errata page.  Upon completion, please send
      the signed errata to our office at Two South Biscayne
14    Boulevard, Suite 2250, Miami, FL, 33131, or e-mail it to
      litsup-fla@veritext.com
15
      If this is not taken care of, however, within the next
16    30 days, we shall conclude that the reading and signing
      of the deposition has been waived and the original,
17    which has already been forwarded to the ordering
      attorney, may be filed with the Clerk of the Court
18    without further notice.
19
20    Sincerely,
21
22    Production Department
      Veritext Florida
23
24
25

**[& - 2020]**                                    Page 119

**&**

**&**   1:8

**0**

**04275**   85:5
**0643**   20:23

**1**

**1**   3:12 4:4 12:13
    12:17 15:23
    61:15 64:15
    112:21
**1,000**   32:22 33:5
**1,780,000**   51:2
**1.291**   70:1
**1.7**   49:22
**1.8**   49:22
**10**   51:6
**100**   8:17 21:12
    44:22,23 45:1,2
    50:19,22,25
    58:8 82:16
    86:19 104:12
    105:1,14,24
    111:14
**100,000**   23:18
    23:22 34:23
    71:19,24 75:24
    75:25 106:14,15
    107:1,5,7,15
    109:23
**101**   2:3 118:6
**103,000**   73:8
**104,000**   21:5
    69:9 71:17

**104,755**   20:21
**108,000**   71:10
**11**   82:11,13
**11,000**   20:24
**112**   3:5
**114**   2:10 115:6
**115**   3:6
**115,000**   70:5
**116**   3:7
**117**   3:8
**118**   3:9
**11:56**   69:4
**11th**   59:13
**12**   3:12 14:20
    40:1 86:11
    104:10 105:12
    105:17,25
    109:21,24,24
    110:2,4,9,10
**120,000**   29:2
**129,000**   21:13
**12:00**   1:19
**12:10**   4:3
**13**   1:18 4:4
    117:4 118:10
**13,000**   41:7
**135,000**   95:22
**135,680**   24:15
**13th**   116:6,8
**14**   40:1 59:2
**140,000**   70:22
**141,000**   21:7
**142,600**   28:4
**15**   14:20 40:2
    60:17 86:1

**158,000**   42:12
    42:14
**17**   3:13 70:19,21
    86:1
**17,000**   71:5
**173**   38:6,7,8
**176,000**   32:10
    32:18
**176,810.78.**   32:8
**18**   10:9 17:18
    60:17 70:19,21
    71:1 86:4
**18,000**   40:24
    41:1
**19**   71:1,4 86:4
**191st**   2:6
**1:35**   61:10,16
**1:40**   61:11
**1:45**   61:12,13
**1st**   58:16 59:25
    60:1 73:22

**2**

**2**   3:13 17:13,16
    17:20 43:15
    72:12 81:3
    118:2
**2,014,500**   55:8
**2,030,137**   50:25
    51:11 55:18
**2,045,775**   53:18
**2,293,000**   102:4
    102:16 110:18
**2,293,773**   44:12
    44:21 46:12,16

**2,336,258**   24:3
**2,336,258.32**
    43:12 45:1
**2,336,258.32.**
    44:2
**2,359,000**   49:21
**2,359,623**   48:23
**2,578,000**   57:22
**2,800,000**   57:8
**2,836,000**   23:6
**2,869,000**   49:21
**2.167**   49:23
**2.293**   50:4
**2.8**   27:2
**20**   6:20 71:4,8
**200,000**   71:19
    71:24
**2010**   6:19
**2014**   14:11
**2016**   73:21
**2017**   17:2 29:10
    32:10 44:16
    46:17 47:19
    53:24 56:25
    57:1 78:19,23
    79:8,17 80:5
**2018**   25:21 26:9
    26:10 32:23
    70:18 78:19
**2019**   70:18
    78:19 81:10,13
    82:9 83:7,12,19
    109:17
**2020**   30:6 70:14
    71:9 78:19

**[2020 - 50/50]**

83:24,24 84:2
84:10 85:5,9,14
86:2,3,4 87:9,12
87:14 88:20
90:7 109:8,14
**2021**   17:1 50:15
50:17,23 51:12
69:14,23 70:2
71:9,12 89:24
90:3,4,8,9,20
109:4
**2022**   17:18,23
18:5 19:25 20:7
20:12 21:16,17
34:14 35:9
36:15,16 37:22
37:25 39:1,13
40:10 44:3,8
67:6 68:24 69:7
69:8,15,25
71:13 72:19,22
73:2,10,11,24
74:15,19
**2023**   1:18 4:4
115:12 116:6,9
117:4 118:4,10
**2024**   116:13
**203,000**   21:12
**20653**   115:15
116:11
**20th**   60:7,15
**21**   73:2 78:20
91:1
**213,000**   71:1

**21st**   115:12
**22**   38:20
**22-15694**   1:4
**2215694smg**
4:10
**2250**   118:1,14
**23**   18:5 19:24
20:7 21:16 35:9
36:15 37:25
67:6 68:24 69:7
69:15,25 71:13
73:10 118:4
**23rd**   64:23 69:4
70:5 73:23
**248,400**   34:25
**25**   50:2 86:25
116:13
**269,000**   70:9
71:14
**27**   3:14 17:19
**273,000**   75:14
75:15,20
**273,439**   21:1
**279**   64:19,20
**279,000**   69:7
72:1,18,21
**27th**   59:14 60:2
**28**   52:21,21
**2875**   2:6
**28th**   58:17
59:25 60:2
**29**   48:6 49:11,13
52:21,21 53:7
53:16 55:5
93:25 102:18

**2:22**   81:4
**2:30**   81:8

**3**

**3**   81:7
**30**   17:23 20:12
21:17 35:9
36:16 38:11,21
38:21 57:6 69:8
72:19,22 73:10
118:16
**300**   75:25
**300,000**   21:13
**305-376-8800**
118:3
**31**   17:17 25:21
26:10 46:17
50:14,17,23
51:12 72:6,14
79:8 90:3
**316,000**   71:5
**31st**   44:15 60:7
60:15
**33067**   2:3 118:6
**33131**   118:2,14
**33180**   2:7
**332,000**   21:8
**33467**   2:10
**34,000**   41:15
**348,000**   44:9
**348,400**   34:20
**35,000**   30:5
**378,000**   21:4
75:20
**38,000**   30:9

**384**   64:25
**384,000**   64:23
69:6 70:6
**384,084**   68:25
**39**   51:7
**3:16**   1:19 114:6
114:7

**4**

**4,051,277.04.**
45:19,23
**4,500,400**   53:14
**4,546,167**   53:15
**40**   7:6 61:20
62:23
**400**   75:25
**43,000**   25:21
**45**   53:11,15
56:13 57:14,21
57:21
**47**   46:15,20 57:5
102:4
**48**   18:20 22:13
108:25 109:4
**49**   19:11 20:6
35:10,17 61:22

**5**

**5**   51:6 115:6
**50**   36:13 53:22
55:11 57:1,7
62:23 64:15
94:15,16,18
**50,000**   41:23
**50/50**   52:14

**500**  75:25
**500,000**  23:24
  31:18
**51**  37:5 57:6
**52**  37:13
**529,000**  109:17
**55**  33:25 56:13
  57:15
**5531**  2:3 118:6
**56**  39:8
**57**  57:6
**573,000**  109:8
  109:14
**59**  13:16 14:9

**6**

**6**  3:3
**6,000**  40:23
**6,700**  34:13
**60**  96:12
**61**  3:4
**6451**  76:16,21
  77:21
**65,000**  42:4
**67**  13:16 18:21
  22:13 39:8

**7**

**70,000**  41:14
**705**  2:6
**788,000**  109:5

**8**

**80**  8:19
**8461**  2:10
**87**  45:6,10 50:15
  50:19 51:1

104:14 111:16
**8879**  79:7

**9**

**9**  41:6
**940s**  98:17
**941s**  98:18
**95,000**  21:6
**984102**  116:12

**a**

**a.m.**  69:4
**aaa**  10:12
**abide**  11:22
**ability**  15:1 63:2
**able**  18:2 21:15
  23:11,13 35:22
  46:24 47:5,13
  47:15,16,21
  48:1,16 49:20
  59:20 62:8,13
  89:11
**above**  51:13
  118:10
**absolutely**  15:3
  112:22
**abv**  8:14
**access**  18:1,3,6
  20:2 29:18
  37:21 68:3,10
  100:14
**accessible**  29:16
**account**  20:20
  20:23,24 28:8
  30:25 44:8
  71:23 73:13,20

74:4,7,15,18
76:16,20,22,23
77:2,7,8,11,13
77:15,16,18,21
78:2,4 87:22
101:17,19 107:5
107:16 109:11
**accountant**  6:8
  6:18 7:11 8:12
  11:1 15:22
  86:16 89:4,22
**accountants**  8:5
  11:4 51:17
**accounting**  6:16
  7:19,20 9:3,13
  9:19 10:3,4 15:6
  15:14 18:7
  24:10 28:14
  29:24 32:9
  37:21 38:3 62:8
  68:11 88:6
  93:15,17 101:3
**accounts**  20:25
  21:4 62:19 70:3
  70:5 72:2 74:8
  75:11,13,14,18
  75:21,23 76:9
  76:10,25 92:9
  97:15
**accreditation**
  8:15
**accreditations**
  8:24
**accrual**  66:18
  66:24 67:1,2,13

67:15
**accurate**  51:23
  52:2 54:13,15
  54:16 55:12,15
  82:25 95:10
**accusation**
  76:13 93:7
**acfe**  8:5,13
**acquired**  52:15
  52:16
**acquisition**
  94:16,25
**acronyms**  10:22
**action**  115:11
**activities**  97:13
**activity**  37:18
**acts**  17:5
**actual**  15:12
  55:4
**actually**  9:14
  11:6,7,12 13:20
  15:6,11,13,18
  16:11 18:23,23
  26:13 35:14
  36:9,24 40:12
  41:9,10 44:4,7
  45:16 47:6 53:5
  56:8 57:8,11
  60:1 62:4,6,12
  65:9 73:9 74:22
  79:14,15,23
  87:4,4 88:3 89:3
  94:24 106:6
**add**  13:19 19:8
  76:6

added 16:7
18:24,25 23:23
27:9,16 33:13
35:4,7 44:8
adding 26:25
27:1
addition 19:7
35:1 37:16
additional 8:17
13:4,19 15:24
16:6 32:12
75:15 76:11
117:6,7
address 7:2
adjusting 32:8
admitted 11:19
advance 78:11
advice 10:3
advised 118:10
affect 70:16
75:10
affected 70:15
affiliation 8:23
affirm 5:6
afternoon 4:2
4:18,23 6:4,12
ago 56:9 88:7
agree 104:16
ahead 13:9 23:8
23:10,22 25:3
37:10,12,14
73:18 90:13
108:16
aicpa 8:4,11,16
8:23 9:18 11:2,5

11:19 25:11
aided 15:1
air 65:15
al 4:7 117:2
118:7
alarms 32:15
alleging 99:8
allocate 28:15
28:17,17
allocated 27:12
allotment 34:1
allow 89:9
allowed 96:21
altered 54:17
84:15
altogether
41:10
america 58:21
59:8
american 8:4
11:3
amount 6:22
22:8,16 23:24
27:10,14,16,18
31:15 33:4 35:5
38:6 43:3,12
44:1,9,12,24
45:11 47:10
62:18 71:20
75:9
amounts 24:8
36:9 43:1 74:6
analysis 13:5
15:25 19:2
21:23 39:7

43:23 77:4
79:23 104:4,6
104:24 105:5,22
analyzed 37:23
69:15 89:8
animals 109:2
annual 56:13
answer 24:24
40:4 43:11 75:1
77:4 78:25 79:4
83:11 89:25
98:21 101:25
108:22 110:6
antarctica 59:2
59:4,16
anymore 52:8
anytime 33:22
58:15
anyways 57:21
apart 8:12
api 1:10
apologies 44:1
apologize 70:4
108:15
app 64:3 85:1
appear 13:2
84:2
appearances 2:1
appeared 116:5
appearing 2:4,8
2:11
appears 62:13
71:17 79:17
82:8 84:25

appendix 13:12
13:15 18:12,16
18:20,23 19:10
22:4 35:11,17
36:14 44:2,12
45:5,5,9,9 46:12
46:13 57:1
appendixes 17:6
applicable
49:17
application
11:20
applied 50:15
53:12 92:19
93:23
apply 92:20
93:14
appreciate 91:9
approach 92:2
93:1 95:6,12
appropriate
110:18,20
111:18
approximately
6:20 21:6,8,13
40:23,24 41:1,7
41:14,15 42:4
42:12 48:3
49:24 70:5 76:1
arbitrations
10:12,13,13
area 54:21
argentina 59:8
59:10,13

**[arm's - bankruptcy]**

**arm's** 102:8
**arrive** 15:25
  16:21
**articles** 9:25
  10:1
**aside** 26:25 43:2
  74:8 99:10
**asked** 9:18
  11:11 16:24
  17:1,2 19:12
  43:22 80:3
  83:11,16 86:16
  88:22 89:1,7
  91:15,16,17
  101:13 112:19
**asking** 8:23
  37:11 58:14
  74:24 76:18
  85:18 87:17
  89:11 91:6 97:9
  98:6,9 100:22
  100:23 109:3
  110:5,14 111:19
**aspects** 15:20
**asset** 52:4 93:11
**assets** 20:20
  21:3 52:10,10
  62:19 75:19
  76:11 77:14,24
  78:1 93:13
**assigned** 94:7
  94:11
**assist** 80:17
**association** 8:6
  8:8

**associations** 8:3
**assume** 63:4
  67:22 107:4,10
  107:18
**assumed** 68:2
**assuming** 34:19
  48:9,13 107:12
**assumption**
  33:10,12 67:14
  76:19 91:21
  96:1
**asterisk** 19:1
**asterisks** 33:19
**atlantic** 9:14
**atm** 24:7,12,13
  24:15,19 28:16
  31:13,17 32:3
  33:10 53:25
  95:22 99:19
  100:15
**attach** 117:6
**attend** 7:15
**attended** 7:17
**attorney** 115:9
  115:10 118:17
**atypical** 22:19
  31:19 39:17
  40:5
**audited** 82:22
  87:2
**august** 17:18
**authority** 83:13
**authorized**
  115:4

**auto** 39:24
  41:16
**automatically**
  11:18
**available** 29:17
  41:19 58:8,24
  62:9 64:22
  92:14
**aventura** 2:7
**average** 23:14
  38:9,22 39:1
  47:15,17,17
  48:1,9,12,14
  50:9,11 53:9,13
  53:14 55:5 56:4
  94:17 102:19
  106:13,18 107:3
  107:15,22
**averaged** 23:18
  48:8 49:11
  55:17 74:22
**averages** 50:1
  102:20
**averaging** 50:4
**awaiting** 118:11
**aware** 10:24
  58:15 60:9
  113:3
**awhile** 23:1

**b**

**b** 3:10
**bachelor's** 7:19
**back** 9:24 18:18
  26:7 29:16 36:2
  41:21,22 43:20

51:21 52:17
  56:25 59:12
  63:16,24 78:25
  79:2 80:20 81:7
  82:2 92:25
  100:11 104:11
  104:14 108:3,14
  111:22
**background**
  7:23 12:8
  106:11
**bad** 39:24
**balance** 19:5,25
  36:17,18 37:16
  64:23 67:10,21
  67:23,25 68:16
  68:23 72:19
  73:1,7,20 74:18
  75:8
**balances** 36:25
  74:4,15
**bank** 16:11
  20:20 24:9
  25:13 26:14
  28:8 30:24
  31:14,16 54:13
  62:18 70:3,4
  71:23 72:2 73:6
  73:20 74:4,12
  74:14,17 75:10
  75:13,17 76:9
  76:22 77:16
  92:9 96:8
**bankruptcy** 1:1
  3:14 4:8 17:10

17:18 19:12,14
19:22 20:13
34:12 38:4
39:14,19 40:11
41:12 43:6
61:25 64:21
66:7 71:25
**based** 21:18,23
21:25 23:11,12
23:12,17 25:5
26:11 38:2,14
38:23 40:10
42:18 44:16
49:4,5,6,10 50:1
51:22 53:2,3,6
54:25 70:12
93:12 102:17,19
110:12
**basically** 9:5
10:3 17:4,4 29:8
29:9 38:25
40:21 48:1 49:2
51:18 52:24,25
53:23 94:17
**basis** 21:25 26:5
66:6,18,25 67:1
67:2,11,13
71:21 75:10
97:13 106:10
**bathroom** 34:6
**beach** 115:2,12
116:2
**bearing** 77:15
78:2 93:3

**beginning** 16:6
43:20 81:7
**begins** 46:15
**behalf** 2:4,8
**belated** 18:9
**belief** 33:13
**believe** 8:19
11:7 12:10
13:12 14:25
16:4 17:9 18:8
26:4,5 27:12,23
30:13 32:23
33:14 47:1
48:11 52:21
55:9 59:5 60:10
77:20 78:2,17
78:19 90:18
100:17 104:10
109:20 110:10
111:13
**believes** 25:16
**believing** 55:11
**beneficial** 15:5
110:2
**benefits** 29:20
51:18 98:15,15
**best** 22:14 26:6
28:9 47:1 60:8
73:25 78:17
107:16
**better** 96:5
**beyond** 54:10
**bgoodmanlaw...**
2:4

**biscayne** 118:1
118:2,13
**bit** 7:22 13:5
16:19 20:17
23:3 32:16
51:25 58:2
62:14 79:13
87:7 95:15
107:18
**blinked** 81:22
**blocked** 85:1
**blue** 79:3
**board** 47:16
**body** 50:14
**booked** 28:1
**books** 56:8
100:13
**bottom** 33:17
43:13,15 59:10
69:1 102:4
**boulevard**
118:2,14
**break** 33:22
61:2,17 62:24
81:5
**breaks** 35:14
**bring** 58:6
**bringing** 92:25
109:2
**brokerage**
57:24
**brought** 88:15
**bruce** 2:2,2,4
4:18 64:8 65:22
85:12 89:3

118:5,5
**business** 6:16,22
7:20 8:15,18 9:4
9:8,19 10:1,2,13
10:17 13:4 14:2
14:11 15:4,20
15:24 16:25
23:13,20 24:16
27:19 28:1,5,6
28:18,24 29:1,3
29:4,10,12,24
30:2,4,14,14,17
30:17,18,22
31:1,20 41:20
44:15,17,21
46:23 51:15,22
52:2 55:14,23
56:6,18,19
57:10,23,23
71:22 73:17
76:3,22,23,24
76:25 86:20,25
87:22 91:22
92:13,16,23
94:13 96:3,14
97:11,20,23,24
98:1,1,2,8,25
104:10,17
105:15,18,21,24
106:13 110:1,2
110:24 111:2,3
**businesses** 6:23
14:16,19,21
15:1,14,21
22:19,19 24:17

**[businesses - checked]**                                          Page 125

24:18 31:20,21
47:8 49:11
55:21 96:11,11
98:4
**button** 68:19
**buy** 41:21
102:14
**buyer** 102:6,10
**buying** 42:1
**buys** 102:14

**c**

**c** 1:6,13 3:1 4:1
4:7 79:7
**calculate** 44:19
45:17 49:20
92:13
**calculated** 22:9
38:1 42:7 44:2
44:25 46:11
56:15 62:18
74:25
**calculation**
44:11 47:7
48:24 51:17,19
54:7 57:3 75:1,3
94:14
**calculations**
15:10 38:14,17
47:18 56:20
102:20
**calculator** 45:18
**call** 59:21,21
60:24,25 78:4
**called** 55:24

**calling** 99:11
**camping** 10:20
58:18,20
**cap** 92:18
**capability** 59:18
**capacity** 89:21
**capital** 48:17,20
49:2
**capitalization**
51:18 92:1 93:1
95:4,6,12
**capitalized**
90:23
**captioned**
118:10
**card** 27:20
96:10
**cards** 22:25
28:2
**care** 118:15
**caribbean** 54:3
**carry** 60:24
**case** 1:4 4:10
10:6 13:23,25
17:5,18 19:13
31:6 54:15 58:8
68:10 94:24
99:25 100:17
101:15 105:10
109:14,17
110:21 111:21
118:10
**cases** 10:9,20
14:3 18:16 32:6
60:9

**cash** 17:22
22:18,20,22,25
23:1 24:7,12,13
24:19 26:21,21
28:17 31:13,15
32:1,23 33:15
54:14 66:18
67:11 68:16,23
72:18 77:14,22
96:4,12,17
97:22 98:10,13
98:14,19 99:3,7
99:11,12,15,19
100:8,12 101:7
101:12,14
**catch** 23:3
**categorize** 99:18
99:23 100:1
**categorized**
26:2 99:19
100:3
**category** 41:10
41:11
**caught** 83:6
**caused** 87:2
112:20
**cc** 27:19
**cell** 59:15
**cents** 46:4,5,6
**ceo** 6:21
**certain** 11:21,21
11:22 31:15
53:2 86:12
99:18

**certificate** 3:6,7
7:20 115:1
116:1
**certificates** 8:1
**certifications**
12:9
**certified** 6:7,18
7:10 8:5,6 11:1
11:3 46:23
**certify** 115:4,8
116:5
**cetera** 47:24,24
**change** 20:22
24:3 35:23
36:15 37:2
45:18 54:17
69:7,7,8 74:23
105:19 109:12
112:20 117:10
**changes** 13:13
20:17 21:24
36:5,8 38:11,12
74:4,22 113:6
117:5,8,22
**changing** 36:10
**charge** 40:14
**chart** 19:8 27:10
35:6,13 36:11
36:14 38:18
97:16
**check** 13:20
31:23 55:18,22
55:23 96:3,5,10
**checked** 82:22

**[checking - compilation]**

checking 20:23
90:10
checks 22:25
31:23
chili 59:11
choose 28:16
chose 52:5
civil 10:10,13
civilization
58:23
claim 88:9
105:14
claimed 86:19
claiming 83:9
83:14
claims 77:25
classified 23:25
28:5,21,22 29:4
29:23 30:2,20
33:16 100:15,16
classify 29:25
30:18
clear 24:12
89:13
clearly 93:10
clerk 118:17
click 68:18
client 18:4 68:3
91:1 97:12 98:4
101:6 105:13
client's 60:9
clientele 15:19
clients 15:5
60:13 79:20,23
83:8,13 87:12

87:20 88:19
96:11 97:25
98:24 99:4,9,14
101:8,22 103:4
103:13 104:2,11
104:18
close 22:2 29:9
36:4 79:14 94:1
closely 48:5,6
56:23
coating 4:21
39:21 41:8
collect 47:11
collected 75:20
collecting 87:5
college 7:15
colorado 54:2
column 40:16
combination
24:10 25:6
combine 45:5,9
come 16:24 20:6
45:11 47:7,17
48:1,22 50:21
50:22 51:11
55:3 82:20
88:25 89:19,19
102:21
comes 10:18
58:1 102:14
coming 45:19
47:25 57:22
58:11,14 59:12
76:8

comment 89:9
commission
106:20 107:5,17
116:12
commissioned
107:2
commissions
107:6
committed
58:10
common 55:13
92:15,16 95:2,2
98:9,11 112:6
commonly
51:15 55:14
94:23
companies 9:10
9:10 49:13
52:20 53:1,7,17
54:19,21 55:6
93:25 102:18,20
company 10:20
21:11,19 25:19
29:8,9,10 32:15
34:22 35:2 36:6
36:6,7 38:15
39:17 40:11
41:4 42:17 48:2
48:9,12,14 49:1
49:2,15 50:6,9
51:20 52:1,6,7,9
52:15,23 53:19
55:4,5 56:6
73:20 75:16
77:22,24 78:1

82:16,21,23
83:20 85:4 87:9
87:25 88:23,24
89:4,6,14,22
93:13,17 95:24
99:10 101:22
102:15 103:5,14
104:1,19,21
105:5,11 107:10
107:14,23 108:1
109:22,25 110:8
110:11 111:14
111:15,16,20,22
111:24 112:3
comparable
93:23
compare 84:14
90:7,13
compared 37:18
53:10 58:3
comparison
20:14
comparisons
25:15
compensated
23:15
compensation
23:19 25:1,17
25:18,22 27:2,4
27:9,15,17
compete 111:4,6
111:7,10,13
compilation
26:13

**[complete - counter]**                                        Page 127

**complete** 43:9
  118:13
**completed**
  118:11
**completely** 8:16
  47:4 55:20
  56:20,21 58:22
  104:13 112:6
**completion**
  118:13
**complies** 5:5
**composition**
  91:11
**compulsion**
  102:14
**computer** 64:3
  85:8
**concern** 95:5,8
**concerned** 80:2
  80:3 92:22 96:2
  99:5
**concerning**
  88:18
**conclude** 22:5
  118:16
**concluded**
  114:7
**concludes** 114:3
**conclusion**
  94:14
**conclusions**
  16:21 35:23
  39:9
**concrete** 41:2,2

**conduct** 73:19
  74:14
**conducted** 4:11
  105:4
**conference** 1:16
**connect** 32:20
  59:20
**connection**
  16:22 118:10
**conservative**
  48:13 50:8
  57:14 58:3
**consider** 104:17
**considering**
  50:9 70:20
**consistent** 26:5
  34:19 39:12
  47:4,16 60:24
  70:14 73:9
**consistently**
  34:16
**construction**
  52:20 56:11
  96:15 97:3,6,11
**consultant** 6:21
**consulted** 6:23
  14:19
**contact** 113:25
**contacted** 59:18
**contain** 85:25
**continue** 19:15
  19:23
**continued** 38:16
**continuing** 8:18

**contractor** 29:5
  29:12 30:2
  100:8,21 101:2
**contractors**
  55:25 99:3,13
  99:15 100:11,20
  100:22,23 101:7
  101:12
**contradicting**
  41:17
**contradicts**
  41:25
**contributes**
  105:20
**conversation**
  112:5
**copies** 68:2
**copy** 13:17
  36:22 42:24
  43:23 65:12
  68:5 90:20,24
  113:13,23
**coral** 2:3 118:6
**corporation**
  23:2 24:21
  79:18 112:8
**corporation's**
  86:12
**corporations**
  10:16
**correct** 7:9 13:8
  14:12 25:2,23
  27:21 28:8
  30:11,23 36:17
  36:20 37:8,9

43:14,24 44:23
  45:2 46:4 50:18
  51:9 57:18 63:6
  64:20 69:11
  72:24 83:14,15
  83:21 84:11
  87:19 88:10
  89:14 93:25
  94:9 102:17
  115:7 117:21
**corrections**
  117:6
**correctly** 26:4
  29:9 69:6
**correlate** 56:23
**correlated**
  26:21 43:4 48:4
  48:7
**correlates** 42:6
**correlation** 43:6
**cost** 28:6,22,25
  41:24 42:5,8,10
  43:7 54:25
  99:20 100:16
  101:1
**costs** 39:22 42:5
  98:16
**counsel** 4:16
  16:3,5 29:19
  90:21 115:9,10
**count** 14:21
**counter** 31:11
  31:18 32:4 54:1
  96:7

**counting**  66:20
**country**  47:9
  58:16
**county**  115:2,13
  116:2
**couple**  7:22 10:8
  16:23 49:14
  51:4 54:22
  74:21 112:17
**course**  11:15
  34:7 99:23
  100:1
**court**  1:1,21
  3:14 4:8,14 5:2
  10:11 13:24
  17:10 19:14,22
  20:13 38:4
  39:14,19 40:12
  43:6 61:25 62:7
  64:21 66:7
  67:13 72:3,6
  89:3,19,19
  103:2 109:20
  110:8 113:4,22
  115:16 118:17
**courthouse**  58:9
**cover**  13:3
**covid**  70:15
**cpa**  1:17 3:2 4:6
  5:11 6:15,24
  8:11 10:25
  11:18 23:9
  114:4 116:5
  117:3 118:10

**cpas**  8:25,25
  15:7
**crash**  65:20
**create**  68:7
**created**  9:7
  66:13
**creating**  16:1
  65:14
**credentials**  6:9
**credit**  22:25
  27:19 28:1,2
  96:10
**criminology**
  7:18
**cross**  3:4 26:17
  34:5 61:2,18
  112:16
**cruise**  27:25
  59:1,3,11,12,14
  59:17 60:16,18
**cruises**  28:1
**current**  13:17
  14:15 18:25
**curriculum**  12:3
**curtis**  2:13 4:12
  5:17
**customary**
  97:22 113:3
**customer**
  111:25
**customers**  112:7
**cut**  41:21,22
**cuts**  64:6
**cv**  12:5 13:10,17
  14:9

**d**

**d**  4:1 13:12
  44:12 45:5,9
  46:12,13 57:1
**daily**  38:11,20
  38:21 75:10
**daly**  1:6,8,8,9,9
  1:13 3:14 4:6,7
  4:7,20,20,21,22
  4:25 16:3 17:8
  17:19 19:21,22
  19:25 20:8,13
  25:16 27:13
  29:1 34:13
  37:20 38:1,24
  39:20 42:19
  45:7 54:11
  61:21 82:16
  83:20 85:23
  87:9,25 88:5,8,9
  102:22 103:5,14
  103:25 104:17
  104:22 110:7
  111:6,9 117:2,2
  118:7,7
**daly's**  62:5 65:4
  83:8
**dalys**  97:5
**damages**  13:25
  15:4
**dan**  2:7 63:11
  68:19 80:12,17
  90:24 102:1
**daniel**  2:6 4:23
  61:21 67:18

68:1
**daren**  1:6,13
  3:14 4:7,24 16:3
  16:5,7 17:8,19
  18:3 19:21,21
  19:25 20:8,13
  25:15 27:12
  28:5,9,14,20
  29:1,3 30:16,20
  31:4 34:13
  37:20 38:1,24
  39:20 42:19
  54:11 61:21
  62:5 65:4 67:14
  74:6 82:16,23
  83:20 85:23
  86:15 87:9,25
  88:5,8,9 90:21
  91:18 102:22
  103:5,14,25
  104:15,17,21,25
  105:10,24
  107:23 109:1,4
  109:6,8 110:7
  110:10,15,22
  111:6,9 117:2
  118:7
**daren's**  23:17
  25:1,21 27:1
  29:10,22 30:25
**dash**  101:1
**data**  15:11
  28:12 30:10
  65:14 68:6 89:8
  95:8,9 106:10

**[data - different]**                                    Page 129

106:25,25 107:1
107:4
**database**  47:8
  47:10,12 48:6
  52:18
**date**  1:18 9:23
  13:18,18 16:13
  18:4 19:20 20:2
  34:16 37:20
  59:24 69:3
  117:6,24
**dated**  67:6
  115:12
**dates**  60:9 73:15
**day**  15:16,16
  21:9 38:8,9
  48:14 59:20
  60:1,17 62:9,19
  74:23,23 75:9,9
  96:17 97:1,4,5
  103:1,3 115:12
  116:6,8
**days**  38:6,7,8,11
  38:21,21 59:2
  96:8 118:16
**dealing**  15:8,15
  15:19 32:1
**deals**  107:10
**dealt**  100:18
**dear**  118:8
**debt**  39:24
**debtor**  1:7 4:24
**december**  25:21
  26:10 44:15
  46:17 50:14,17

50:23 51:12
69:23 70:2,14
79:8 90:3
**decide**  87:6
**decided**  34:21
  49:18,18 54:12
  106:5
**decides**  105:10
**decisions**
  106:24
**declare**  117:20
**decrease**  40:23
  40:24 41:1,6,8
  41:14,17,25
  42:12,14 76:3
**decreased**  20:21
  20:25 21:3,6,7
  75:14,19 76:4
**deeper**  37:17
**defendant**  1:14
  2:8 4:24
**defendants**  10:9
**definitely**  58:23
  65:7 100:3
  107:19
**degrees**  7:16
**delay**  68:1
**delaying**  32:25
**delta**  69:6,14
**delved**  37:16
**department**
  118:22
**depending**
  13:13 16:17

**deponent**
  117:23
**deposition**  1:16
  4:5,11 12:17
  17:20 21:2 58:7
  68:16 72:12
  101:19,21 113:2
  113:5 114:4,7,8
  117:3,8,21
  118:9,11,16
**depositions**
  10:12 25:12
**depository**  77:8
**depot**  96:18
  97:2,7
**depreciation**
  39:25
**depth**  37:15
**describe**  29:7
  46:15
**designation**
  8:14
**desk**  15:8
**detail**  12:6
  14:23 29:15
  52:3
**detailed**  16:23
  50:12
**details**  11:9 14:7
  78:5
**determination**
  31:10 88:4,24
**determine**  17:1
  21:15 24:7,8
  25:3 36:3 38:8

38:12 47:2,22
49:12,14 51:22
52:10 74:23
77:5 82:20 89:3
92:23 105:4
106:10 110:8
**determined**
  22:17 23:5
  25:15 27:14
  31:8 34:21 35:6
  38:2,5 48:18
  49:10 53:20
  55:7 94:12
  104:18
**determines**
  109:21
**determining**
  49:4,5
**dgim**  2:5
**dgimlaw.com**
  2:7
**difference**  21:14
  36:23 39:2
  64:12,13 69:23
**differences**
  17:11 19:2
  20:17 40:8
  75:13
**different**  5:22
  14:20 16:16,17
  35:13,13 44:18
  47:14 48:25
  49:20 50:18
  51:14 54:19,25
  55:1 56:16

62:14 65:6
69:18 71:19
74:20,21 90:22
93:6 112:8
**differently** 26:2
33:16 35:15
**difficult** 98:13
**digits** 20:24
**diligence** 12:2
**direct** 3:3 5:14
**directly** 29:21
65:4,13
**disappear** 82:1
**disappeared**
40:2
**disappearing**
40:7
**disappears**
32:18
**discontinued**
41:9
**discount** 51:21
103:20,22
110:17
**discounts**
102:15
**discrepancies**
18:12 19:19,24
37:7,16 40:6,13
74:5 92:9 95:16
**discrepancy**
35:8 38:13,17
61:23
**discretionary**
47:23 49:9

**discuss** 37:6
39:9 46:11 63:3
**discussed** 35:10
35:14 106:3
**discussing**
37:12 105:3
109:1
**discussion** 37:7
**disgorgement**
17:3,6 18:25
19:8 22:5,8,16
23:8,24 24:1,3,5
27:10,18 35:5
35:18 43:1,3,12
43:23 44:1,24
74:6 95:14
**dispute** 14:2
89:16,17,17
110:11
**disputes** 86:23
**distributions**
87:10,13 107:24
**district** 1:2 4:9
**diverse** 6:22
**divided** 38:7
48:21
**dividends** 31:3
109:24 110:4
111:3
**dividing** 38:18
**division** 1:3
4:10
**divorce** 10:4
**document** 13:17
17:17 26:12

72:14 79:1
81:16 83:20
84:9,16 85:6,9
85:13 90:6
**documentation**
19:13 51:24
**documents** 16:3
16:7 17:8,9
26:14,16 27:24
29:18,19 34:12
78:11 83:15,18
85:10 87:23
88:18,18
**dog** 88:8 107:25
108:5,6,7,8
**dog's** 86:24
**doing** 15:14
31:1 33:2 34:16
34:23 42:1 55:4
55:7 95:3
102:25
**dollars** 48:3
51:5 75:15
**domestic** 10:10
11:13
**double** 13:20
**download** 80:7
80:8
**downloaded**
65:4 100:14
**drainage** 39:20
**drastic** 35:23
36:14
**drastically** 21:7
21:22 76:4

**draw** 35:22
**drinking** 61:5
**drive** 2:3 118:6
**drum** 1:21 4:14
115:4,15 116:4
116:11
**dry** 33:20
**due** 12:2 19:13
20:22
**duly** 5:12 116:7
**dying** 96:13

**e**

**e** 3:1,10 4:1,1
13:12 18:20
19:10 22:4
35:17 36:14
44:2 45:6,9
59:21 60:21
67:17 113:24,24
117:1,1,1
118:14
**e00** 41:6
**earlier** 35:19
45:17,25 46:1
106:4
**earn** 111:2,14
**earned** 77:22
**earnings** 21:6
47:23,23 49:6,9
77:8 90:23 92:1
95:12
**easier** 21:3
22:15,23
**easily** 33:4 42:7
51:14 111:21

**easy** 55:13 96:5
**ecf** 17:17
**economic** 13:25
**economics** 7:18
**editing** 68:14
**educated** 9:22
**education** 8:17
  8:18 23:12
  106:11
**educational**
  7:23 12:8
**eight** 40:1
**either** 16:5
  58:17,18,19
  105:12,15
**electric** 10:19
**electronic** 22:23
  31:23 96:6
**elizabeth** 1:8,9
  4:7,20,21 45:7
**embezzlement**
  93:16
**employed**
  102:23,25
**employee** 29:20
  98:11 100:15,21
  115:8,10
**employees**
  98:10,12 100:20
  100:24
**enable** 68:14
**endeavor** 14:15
**endeavors**
  87:22

**ended** 26:23
  90:6
**ends** 73:2
  110:21
**engage** 97:12
**engagements**
  11:10,11
**enrich** 111:15
**enrichment**
  31:7
**ensured** 66:23
**enter** 28:15
  117:5
**entered** 28:13
  29:25 82:23
  83:3 117:22
**entire** 38:7 47:9
  79:24
**entitled** 106:20
**entrepreneurs...**
  7:21
**entries** 28:4
**entry** 25:20 32:8
**envelope** 98:19
**equal** 50:3
**equally** 50:4
  55:12,15
**equipment**
  41:21,22 43:8
**equivalent**
  106:2
**errata** 3:8
  118:13,13
**error** 64:4

**esq** 2:2,6,9
  118:5
**estate** 14:1
**et** 4:7 47:24,24
  117:2 118:7
**ethics** 12:2
**evaluation**
  90:19 93:9
**events** 110:12
**everybody**
  24:12 29:17
**evidence** 39:16
  74:3 75:17
**exact** 7:2 32:3
  65:2,2
**exactly** 27:6
  29:21 86:17
**examination** 3:3
  3:4,5 5:14 34:5
  61:18 112:11,16
**examiners** 8:6
**example** 10:19
  36:7 38:2
**excel** 65:3,5
  66:4,15 67:5
**excels** 67:4
**except** 43:1 74:5
  81:18 100:2
**excluding** 38:3
**exhibit** 3:12,13
  12:13,17 15:23
  17:13,16,20
  64:15 72:11
  80:10 85:10
  112:21

**exhibits** 3:11
**existence** 39:15
**existing** 39:14
**expanded** 11:8
**expect** 101:25
**expense** 28:18
  28:22,24 30:16
  30:18 39:24,24
  41:16 95:24
  96:3
**expenses** 28:5,6
  29:3,5,13 30:2,3
  30:5,22 41:22
  54:2,5 55:2
  75:10 92:10
  93:4,18 95:17
  95:19
**expensive** 47:12
**experience** 6:20
  14:25 15:6
  22:22 23:12
  44:17
**expert** 10:5
  14:10,16,18
  15:1 89:18,21
**expertise** 100:19
**expires** 116:13
**explain** 19:1
  53:4 75:2,25
**explainable**
  43:1
**explained** 52:3
  74:5,9,10
**explaining** 27:6

**explanation**
21:21 26:18,19
31:2,5 36:1 40:3
42:22 43:8
50:12 75:22
95:22 99:12,16
**exports** 65:5
**extension** 29:4
29:22
**extra** 8:19 44:9
**extracted** 53:16
**extraordinarily**
106:8
**extreme** 12:6
54:3
**extremely** 22:2
37:18 42:10
56:7 57:10,24
57:25
**eye** 81:23,25
**eyes** 26:12

**f**

**f** 13:15
**fabricate** 65:12
**fact** 10:7 11:6
29:18 75:19
**facts** 112:7
**fair** 6:22 25:18
34:23 94:21
102:13 103:5
104:11
**fairly** 43:3
**fall** 101:2
**falls** 56:3,14
103:12

**familiar** 15:17
51:17 79:8,10
79:16 81:17
82:7 89:15 98:1
98:8
**familiarity**
106:11
**familiarizing**
45:24
**family** 27:25
58:19 59:1
**far** 20:19 29:22
30:13 31:7
81:24 83:7 86:5
96:1 104:12
105:8
**fast** 81:9
**february** 58:16
58:17 59:13,24
59:25,25 60:1
**fed** 64:2
**federal** 19:14
80:6 82:15 83:8
83:13,19 84:2
84:10
**feel** 49:25 51:23
52:1
**fees** 39:23 112:4
**felt** 92:7
**field** 23:13,15
47:9
**fifth** 49:23
**fight** 99:6
**figure** 43:12
51:3,11 53:12

54:9 56:25 72:1
82:2 92:7
**figures** 21:1
38:23 47:7,20
**file** 65:3 66:21
82:15 83:8
85:20,25 90:11
**filed** 4:8 17:18
61:25 78:21
83:13 87:9
88:19 118:17
**files** 16:8 18:7
**filing** 3:14 17:19
87:1
**filings** 19:22
66:8,10
**filling** 31:14
**final** 17:7 18:4
24:2 27:11,17
31:9 40:16,18
55:3,17 58:1
94:14
**finances** 21:16
**financial** 15:8
15:11 17:21,23
20:7,12 35:24
52:16 55:3
71:25 90:19
95:8,9
**financially**
115:10
**financials** 53:23
**find** 15:5 33:8
62:2 65:8,25
66:17 67:2

78:13 85:11
88:16 89:18
90:15,16 92:7
**fine** 14:8 33:25
61:7,9 79:5
113:20
**finish** 20:11
**firm** 6:16 23:9
**firms** 9:11
**first** 5:12 49:5
62:24,25 67:17
74:18 86:5
90:18
**firstly** 15:25
**fiske** 85:4
**five** 12:7 23:23
27:5 31:19 48:3
53:13 56:2,4,5
58:11 60:22
61:3 73:12
80:21,25 100:24
106:15
**fl** 2:10 118:14
**fla** 118:14
**flight** 60:2,3
**flip** 16:18
**florida** 1:2 2:3,7
4:9 7:5,12,17,21
7:24 9:14 11:18
115:2,13 116:2
116:4,12 118:2
118:6,22
**flow** 17:22
**focused** 9:5,9

**follow** 33:8
111:25 112:7
**following** 9:1
33:19 117:8
**follows** 5:13
**forecasted** 40:8
52:15 53:22
**foregoing** 115:5
115:11
**forensic** 6:15
8:12 9:19 10:4
89:21
**form** 18:10 20:4
20:10 45:12
58:12 79:7 88:2
96:13 98:22
101:24 103:7
105:7 117:22
**format** 65:5
**formatted** 65:10
**forms** 79:10
**fort** 1:3 4:9
**forth** 52:11
112:21
**forty** 46:5,6,21
57:6 94:5
**forward** 5:24
73:21 81:10
87:20
**forwarded**
118:17
**found** 35:9 48:6
52:21 53:8 67:3
75:9 80:9 92:9
94:1

**four** 12:7 20:23
30:21 40:1 46:4
48:22 49:19
51:14 56:16
92:16
**fourth** 49:7
72:16
**fpr** 116:11
**fraud** 8:6 24:19
32:6 107:24
**fraudulent** 14:1
97:15 99:8,12
**free** 102:12
**frequently**
96:13
**friedman** 1:17
3:2 4:5 5:11 6:5
6:7,15 12:21
23:9 61:20
67:20 91:10
112:14 114:4
116:5 117:3
118:9,12
**friedman's** 3:12
12:16
**friends** 54:11
**full** 6:5 12:25
34:14 42:20
74:18
**funds** 17:3
22:24 23:6,25
28:15 32:7,12
75:15 76:20,25
77:14 93:16
95:17,17 97:16

101:20
**further** 29:6
37:7 61:1 87:6
97:14 112:10
115:8 118:18
**future** 51:19,24
52:1 92:24

## g

**g** 4:1 82:13
86:11,14
**garnishment**
30:5,7,12,16
**general** 10:18
54:20 95:19
102:11
**generate** 55:2
68:4,6
**generated** 38:18
**generates**
106:21
**generating** 52:8
**getting** 14:23
**gg** 116:12
**gielchinsky** 2:6
3:4 4:23,24
12:18 18:9 20:4
20:10 24:22,24
45:12,14 58:12
61:7,9,12,19,21
63:22 64:8,18
67:22 68:15,23
69:24 72:5,13
72:15,18 73:6
80:19,23 81:1,9
82:8 85:17 88:7

91:3,5,10 97:1
97:21 98:24
100:7 102:2,3
103:13 105:17
108:5,8,25
112:24 113:22
114:2
**gielchinsky's**
112:16
**give** 5:7 6:19
17:10 33:7
46:18 49:8
52:24 66:16
72:5,8 77:3
79:20 81:17,18
89:11 90:7
95:15 96:21
103:2 111:23
**given** 8:15 9:16
18:2 37:25
83:15,15,18,20
90:20
**gives** 53:17
57:11 64:4 87:6
**giving** 20:2
105:1 111:22
**globalization**
9:9
**globalized** 9:6
**globally** 9:11
**go** 6:11 13:9,15
16:14 24:12
25:3 26:6 28:12
29:6 34:3 37:10
37:11,12,14

39:5,10 41:21
46:12 53:4
59:23 63:12
64:22 65:24
68:17,19 73:17
75:17 78:25
80:21 81:24
83:24 84:5,6,7
90:13 95:14
108:15 111:13
111:23 112:2
113:1
**goes** 12:6 24:14
37:6 39:7 42:16
52:14 64:14
77:10,12 96:8
**going** 4:3 5:24
6:10 10:23 13:9
16:16 22:11
31:4 34:9 39:17
41:20 44:10
45:4 46:12
52:17 56:25
59:7 60:4,11
61:15 63:16,21
64:15 65:13,19
65:20,20 70:13
78:15 80:8,20
81:3,7,9 82:11
83:23,24 86:10
87:4 89:20,24
95:8 97:21
100:1 111:25
114:5

**good** 4:2,18,23
5:23 6:4 7:3 8:9
34:11 68:12
77:4 81:25
**goodman** 2:2,2
3:3,5 4:18,19
5:15,16,23 6:2,4
12:15,19,21
17:15 18:11
20:5,11 24:23
24:25 45:15
59:3 61:10,13
63:11,18,23
64:10,17 65:24
66:3,9,12 67:3
67:11,16,19
68:13,18,22
69:17 72:3,11
72:14,17 73:4
80:12,16,22,25
81:22 85:14,22
88:2 90:24 91:4
91:9 96:24 97:4
98:22 100:4
101:24 103:7
105:7 108:2,6,9
108:13,17
112:12,25
113:15 118:5,5
118:8
**goods** 28:6,22
28:25 42:5,6,8
43:7 55:1 99:20
100:16 101:1

**grab** 61:4,5
**graduate** 7:20
**grand** 14:6
**great** 78:24
99:17 113:14
**gross** 47:22 49:6
56:13 92:4
**ground** 113:1
**guarantee** 60:19
60:20
**guess** 7:7 8:9
23:25 24:17
34:4 39:10
58:13 59:8 64:7
72:9 76:1 88:14
91:18 92:12
112:17 113:21
**guessing** 110:6
**guide** 55:24
56:1,6,19 57:23
**guidelines** 11:21
98:3
**guides** 56:22
**guys** 91:24

| h |
| --- |

**h** 3:10 117:1
**half** 12:10 45:6
45:10 50:16,20
51:1 104:10,14
105:12,17
109:21 110:9
111:16
**hand** 5:4 116:8
**handle** 64:3

**happen** 43:9,10
63:20 85:12
96:23 97:10
**happened** 21:22
32:16 36:3 40:4
42:22
**happening**
73:13,15
**happy** 64:10
75:1 109:12
**hard** 62:24
**harder** 65:9
**head** 34:3 91:24
**hear** 63:17,18
63:21 75:2
89:20 96:24
108:4,9,13,18
**heard** 106:4
**hearings** 10:12
**held** 12:1
**help** 77:3 111:2
**helped** 109:4,8
**helpful** 49:19
50:13
**helps** 31:25
**hey** 63:15
**higher** 12:1 43:7
57:11
**highlighted**
18:18 30:21
66:14
**hint** 72:5
**hire** 97:18
**historical** 21:18
21:25 38:14,23

40:10 70:12,20
73:12 110:12
**hit**  81:24
**hold**  12:24 59:5
63:9 76:25
81:21
**home**  60:3
96:18 97:2,6
109:2
**honest**  92:7
97:10 105:21
**honestly**  21:20
**hop**  50:24
**hoping**  77:1
**hours**  8:17,19
96:12 112:17
**huge**  10:19
42:15
**huh**  70:23 71:3
**hundred**  111:23

**i**

**iceland**  60:17
**idea**  49:8 95:25
102:25 103:16
111:11
**identification**
12:14 17:14
**identify**  4:16
**illegal**  17:4
96:19,20,22
97:13,18,19
98:5 100:3,7
**imagine**  59:15
**immediate**  23:3

**immediately**
19:18 58:25
**immigrants**
96:20
**impediments**
95:11
**implied**  53:18
**imply**  102:24
**inaccurate**  83:5
93:20
**inc.'s**  80:6
**include**  18:11
43:22
**included**  13:13
62:15
**includes**  17:20
44:3 107:17
**including**  10:11
10:12 17:23
**income**  17:22
21:7 30:20
39:21 41:15
42:13,15 52:8
54:6 76:3 79:18
92:4,5,7,21,24
93:2,18
**inconsistent**
42:11 73:16
**increase**  41:16
41:18,23 42:4
75:23,24 110:3
**increased**  21:4,5
75:21 76:2
**indecipherable**
108:23

**indicate**  113:4
113:10
**indicates**  82:15
**individual's**
23:12
**individuals**
22:21
**inducement**
14:1
**industry**  47:14
50:1 58:5 98:10
99:14 106:19
**info**  113:25
**information**
15:8,9 17:21
32:12 33:9
42:19 47:3,5,11
56:10 86:11
87:7 89:9 91:17
91:25 101:9,14
**informed**  9:22
**initial**  57:8
**initials**  9:1
**input**  54:12
**insight**  95:15
**insignificant**
14:5
**institute**  8:4
11:3
**intangible**  52:10
**intensive**  86:20
**interact**  9:11
**interaction**  9:10
**intercompany**
102:6

**interest**  45:8
49:7 50:16,22
50:25 77:15
78:2 104:18
110:1,23,25
111:1,3
**interested**
115:11
**interesting**
63:13
**international**
7:19 9:4,8 10:17
11:7,8,12,17
**internet**  58:23
59:17 60:19,20
**inventory**  56:14
57:17,18
**invested**  48:17
**investigation**
32:17
**investment**  78:4
**invoice**  26:20
99:21
**involved**  10:15
12:11 24:19
86:22
**involving**  10:16
**irs**  29:3,11,21
82:20 86:22
87:5 98:18
**isolated**  18:13
**issue**  17:25
18:25
**issues**  85:8 87:1

**[item - leave]**

**item** 17:16 25:4
  25:4 28:3 29:2
  30:4 31:11 32:7
  32:20
**items** 16:17
  39:13,18 40:2,7
  99:18

**j**

**j** 40:9
**january** 1:18
  4:4 37:25 73:22
  74:19 115:12
  116:6,9 117:4
  118:4,10
**jeri** 1:21 4:14
  108:2,13 115:4
  115:15 116:4,11
**jersey** 14:2
**job** 8:10 39:22
  39:22,22 41:24
  99:20 101:2,3
**joey** 1:17 3:2
  4:5 5:11 6:7,15
  20:12 23:9 33:2
  43:11 56:24
  58:6 63:24
  80:12 103:9
  108:13 114:4
  116:5 117:3
  118:9
**judge** 105:9
**july** 73:2
**jumping** 49:7
**june** 14:11
  17:23 18:5

19:24 20:7,12
21:16,17 35:9,9
36:15,16 37:22
37:25 38:12,13
38:20,21 39:1
39:13 40:8,10
40:12 60:7,15
64:23 67:6
68:24 69:4,7,8
69:15,25 70:5
71:13 72:19,22
73:10,10,24
**jurisdiction**
  58:11 60:5
**jury** 10:14

**k**

**k** 2:9
**keep** 34:9 39:11
  81:23,25 103:14
**keeping** 8:20
  31:23 32:1 96:6
**key** 103:20,22
  105:6 110:17
**kiem** 2:9,9
**kiemlaw.com**
  2:11
**kind** 8:20 16:18
  23:3 43:4 56:17
  58:21 79:3
**knew** 54:15
**know** 6:8 11:10
  13:1 15:9,10,20
  18:22 20:1
  21:14 22:24
  23:19,25 25:16

25:17 26:1
28:16,23 29:15
30:19 31:8 32:2
32:6,12,18,25
33:1,7,23 34:21
34:21,22,25
36:1 37:3 39:16
40:12 41:5 42:8
44:17,18 46:24
47:23,24 48:4
48:10,10,11
50:5,10,11 51:5
51:16,24 52:18
53:1 54:2,4,6,9
54:14,20,20,21
55:1,13,13
56:17,21,21
60:9,17,19
62:24 64:12
65:12,14,20,22
65:25 68:7,21
69:17,22 72:9
75:2,7 76:1 77:1
77:2,7 78:3,3,4
78:13 79:2
80:18 81:25
82:3,23 83:7,11
83:12 85:12
86:24 87:18,22
89:20,25 93:16
93:20 96:2,12
97:11 98:2,7,21
103:1,17,18
104:20 105:20
106:12 107:12

110:3,7,12,14
110:15,16,17
111:12
**knowing** 93:4
**knowledge** 26:6
  78:17 107:16
**known** 56:7
  78:11
**knows** 10:23
  24:12

**l**

**l** 38:13
**labor** 39:23
  100:3
**laborers** 96:17
  97:1,4,5
**laid** 26:12
**lake** 2:10,10
**land** 39:9
**large** 22:19 23:1
  37:2 40:7 74:4,6
  74:8
**larger** 36:12
  111:3
**lasted** 112:17
**lauderdale** 1:3
  4:9
**law** 2:5,9
**lawful** 98:3
**lawsuit** 89:15
  111:22 112:9
**leading** 60:2
**leave** 39:3 78:1
  104:2,17

**leaves**  59:5,11
59:12
**leaving**  105:2
**lectures**  9:16
**left**  20:24 106:5
**legal**  28:6,22,24
88:3,23 89:10
96:21 98:3,12
98:12 112:3
118:1
**length**  102:8
**letter**  3:9
**liabilities**  21:5
75:24 76:2
77:14
**license**  6:24
65:14
**licensed**  7:10
**licenses**  8:1
**life**  109:2
**lights**  81:22
82:5
**likely**  54:16
59:22 77:6
**limit**  34:2,2
**limited**  10:11
**line**  24:4,4,25
25:3,4,20,24
26:3 27:22 28:3
29:2 30:4 31:11
32:7 40:2,7 49:5
49:6,7 55:20
62:25 74:13
84:8,14 117:10

**lines**  9:22 30:22
117:6
**link**  62:10
**liquid**  20:20
62:19
**liquidating**  52:6
**liquidation**
20:22 52:6,12
93:14
**list**  6:11 12:9
**listening**  10:24
**litigation**  10:3,8
10:13 12:10
13:19 14:10
94:23 112:4
**litsup**  118:14
**little**  7:22 13:1,5
16:19 20:17
21:3 22:15 23:3
29:6 32:16
34:10 36:12
51:25 58:1
62:14 63:10
65:9 69:2 70:18
73:16 79:13
81:21 87:6,7,8
95:15 107:18
108:23
**live**  58:6
**living**  41:4
**llc**  1:8 4:21
79:24
**loading**  66:24
**locate**  80:17

**log**  62:5,11
63:16 80:20,20
80:23,24
**long**  6:17 7:5
12:7 22:1 34:3
59:20 60:25
90:14
**longer**  64:11
103:6
**look**  13:9 16:8
17:3 18:14
19:12 23:11,14
26:7,8 29:15
30:24 32:24
36:5 38:23
51:13,19 56:11
57:20 61:22
65:6,11,25
66:10,21 69:13
70:11,13,19
72:1,25 75:5,12
76:5 77:13
78:10,14 79:1,8
79:10,11,16
81:18 84:5,7,21
85:5 87:6 91:13
92:8,11,12 93:6
**looked**  36:19
39:1 42:24
54:18 56:22
61:24 62:2
73:24 78:7
**looking**  16:18
17:17,25 18:19
36:2,21 43:17

44:25 51:8
52:17 53:21
64:18 65:1,3
67:23 68:12
78:18,18 80:11
80:13 85:14
92:22 104:12
**looks**  15:17
18:24 20:15
30:15 37:5
42:25 66:12
72:16 73:8
76:14 79:14
80:12 81:17
82:6 84:4,9 85:1
86:6,7 92:10
93:25 94:3
**lose**  65:13
**loss**  17:21 19:5
21:12,14 36:19
37:17 41:12
67:9,20,25
93:19
**lost**  63:23
**lot**  24:16 27:23
30:9 39:13
76:14 84:23
91:6,17 95:16
95:18,18 97:14
**love**  58:6
**lower**  58:2 76:9

**m**

**macc**  9:2
**madam**  113:22

**[made - methods]**

**made** 20:14
25:14 36:11
64:22 101:11,16
102:21
**magnitude**
73:11
**mail** 67:17
118:14
**mails** 59:21
60:21
**main** 17:18 40:6
41:5
**maintained**
73:21
**maintenance**
39:25
**majority** 1:9
4:22
**make** 21:3
26:17 27:1
36:11 41:18
42:2,11 55:19
61:12 64:13
66:6,17,19,20
66:21,25 76:7
76:13 81:23
84:13,15 88:12
95:19 97:8
106:23 108:4
**makes** 22:15
43:7 64:12
109:25
**making** 23:19
33:18 36:4
77:25

**man** 103:20,22
105:6 110:17
**manage** 107:19
109:22
**managed** 15:13
**management**
6:21 15:19
48:15 91:13
106:23 107:9,14
**manager** 107:17
107:18
**managers** 91:23
**managing** 9:11
15:15
**margin** 47:22
**margins** 47:14
47:24 48:8
**marked** 12:13
12:17 17:13,19
33:4 72:11
112:21
**market** 48:17,20
48:20 49:1
76:16,20 77:21
78:1 93:23
102:10,11,12
**marks** 61:14
81:2,6
**master's** 7:19
7:20 9:3,4,8,13
10:17
**match** 25:18
79:12
**material** 101:2
101:3

**materials** 16:1
39:22 41:24
42:1 99:20
**math** 45:4
**mathematically**
76:7
**matter** 4:6
22:20 83:5
105:9 110:20
**matters** 10:4
**maximize** 63:11
**mba** 9:5,6,9
**mean** 8:16
10:15,19 13:18
24:11 26:13,19
29:17 31:25
33:12 42:25
56:16 59:12
62:25 65:1,11
70:17 71:18,21
74:2 75:12
76:10,11,13,23
77:14 79:10
82:24 83:2,2
84:15 86:21
88:21 89:15
92:8,16 93:11
95:2 96:8,19
97:18 98:12
99:15 101:5
110:6 112:4
**means** 22:24
75:14 104:14
**media** 4:4 61:15
81:3,7

**meet** 11:21,22
62:6,7,10
**member** 8:2,11
**members** 11:8
11:17 54:12
**memo** 74:12
**memory** 64:1
**memos** 31:24
**mentioned**
14:14 17:17
25:11 40:15
46:22 51:3
57:13,16
**merge** 52:14
**merged** 52:16
**merger** 93:6
94:16
**mergers** 94:25
**message** 5:18
63:16 64:5
**met** 8:13 61:22
**method** 26:22
47:1 52:4,7,15
52:16,17 55:8
74:20 93:6,7,9
93:12 94:11,12
94:13,15,16,22
94:23,25 95:9
**methodologies**
74:21
**methodology**
51:10
**methods** 8:20
46:24 51:14,17
55:11,14 92:14

92:15,17 93:22
95:3
**miami**  118:2,14
**mib**  9:4,8
**middle**  20:6
50:10
**miles**  58:8
**million**  27:3
48:3 49:22,23
50:5 70:1
**millions**  51:5
52:18
**mine**  35:16
64:12
**mingling**  92:10
**minimal**  59:17
**minimized**
43:18
**minor**  7:18,18
**mints**  33:21
**minus**  71:24
**minutes**  33:25
61:4 80:21,25
88:7 100:24
**misappropriated**
93:16 97:15
**misappropriat...**
24:19 32:5
**misappropriat...**
54:4
**miscellaneous**
41:7
**missing**  13:21
13:22,24 24:2
32:11 39:13

76:12,14 101:20
**misspelling**  40:9
**misunderstand**
106:7
**mobile**  82:3
**mode**  12:25
**moment**  6:10
11:9 34:5 43:18
60:23 81:17
84:12 85:7 90:7
**money**  24:14
27:11 28:20
29:1,11 30:19
31:4 47:11 74:7
74:13 75:21
76:8,12,14,16
76:20 77:10,20
77:21,21 78:1
87:5 95:23,25
99:24 100:2
109:10 111:2
**monitor**  13:1
**month**  26:5,5
38:22 42:13,14
42:15 60:12,14
70:7,8
**monthly**  10:2
40:23 41:2,6,8
41:15,16,17,23
41:25 42:4,13
42:15
**months**  58:11
**morality**  12:2
**mouth**  33:20

**moved**  19:13
100:10
**moving**  87:20
**mud**  100:25
**multi**  10:16
**multiple**  7:17
14:3 56:2
**multiplied**
38:11,20 51:1
54:24
**multiplier**  53:2
**multipliers**
49:10
**multiply**  45:6
45:10 47:21
48:19,19,21
**multitude**  18:15
48:24
**mvic**  49:3

**n**

**n**  1:17 3:1,1,2
4:1 5:11 40:9
114:4 116:5
117:3 118:9
**n.e.**  2:6
**name**  4:12 6:5
9:2 13:23 61:20
86:24 87:10
111:24 112:8
**national**  9:7
10:16 11:5
58:21
**near**  22:1
**necessary**  113:6

**need**  6:8 7:1
13:19 33:20,22
45:18 55:2 67:4
80:23 113:1,10
**needed**  78:12
103:1
**negative**  42:10
**negotiated**
106:22
**net**  21:7 42:13
42:15 47:24
48:17,21 49:4
54:6 76:3 93:18
**netherlands**
60:16
**never**  15:11
21:21,22 37:1
97:23
**new**  8:20,20
14:2 76:11
111:24 112:3,8
**nicely**  65:10
**non**  27:19 28:5
29:3 30:4,22
102:9,10 111:4
111:6,7,10,13
**nope**  90:8
**normal**  42:24
42:25 113:19
**normally**  20:18
24:20
**north**  2:3 118:6
**notary**  1:21
116:4,12

**notate** 19:9
**notated** 44:4,6
  60:11 74:11,11
**notation** 33:18
  33:19
**note** 18:9 24:22
**noted** 117:8
**notes** 39:3 115:7
**notice** 118:18
**noticed** 19:18
  39:12 73:10
**notified** 60:13
**november** 60:11
**number** 31:1
  45:5,6,9,10,20
  45:21 46:2,18
  48:13 49:22,22
  49:23 50:19
  55:4 57:2,12,13
  58:1,3 64:19
  93:5 102:3,7
**numbers** 15:10
  38:14,19 43:19
  45:17 47:13,21
  52:25 55:18,19
  58:4 68:22 76:6
  79:11,15 81:18
  84:5 89:2 90:13
  90:22 95:10
  102:21
**numerous**
  101:13

**o**

**o** 3:1 4:1
**oath** 3:7 5:12
  116:1
**object** 88:2
  98:22 99:7
  101:24 103:7
  105:7
**objection** 18:10
  20:4,10 45:12
  58:12
**objections**
  24:22
**obligations**
  29:11
**observations**
  20:7 37:23
**observed** 37:18
**obtain** 72:1
**obviously** 25:7
  36:7 37:10
  40:10 66:22
  74:7 85:22
  112:2
**occurred** 19:19
  36:5
**odd** 13:1 41:3
**offer** 15:1
**offering** 84:18
  84:18
**offhand** 16:13
**office** 6:25
  28:14 62:7
  117:6 118:13

**officer** 25:1
**officer's** 26:4
  28:21
**official** 116:8
**offline** 81:24
**oh** 10:7 40:19
  70:4
**okay** 5:16 6:2,4
  7:4,7,10,13,25
  9:16 11:25 12:3
  12:12,19 13:2,9
  13:16 14:4,8,14
  14:24 15:23
  16:9 18:17 19:4
  19:6,10 20:5
  22:4,8,15,15
  24:4,23,25
  26:25 27:7 29:2
  30:11 33:2 34:4
  35:3,8,21 37:5
  40:19 43:11,21
  44:10,21,24
  45:16 46:2,8,21
  50:21,24 51:10
  51:13 53:5 55:9
  58:13 60:6 61:6
  61:8 62:17 63:7
  63:19,23 64:14
  64:17,24 65:19
  66:2,16,24 67:2
  67:3,16,19 68:9
  69:20 70:1,3,4
  71:4,8 73:5
  79:20 80:5,22
  82:6,8,12 83:23

  84:20,24 85:3
  85:24 86:1,4,5
  86:10 88:16
  89:24 90:17
  94:6 97:7 101:4
  101:23 102:13
  107:21 109:6,20
  111:12 112:23
  113:15
**old** 7:7
**once** 38:10,10
  59:19
**ones** 40:22
  64:22 96:18
**ongoing** 95:5
**online** 56:9,10
  82:2
**open** 60:12 72:8
  85:11 111:23
  112:3,8
**operate** 22:20
  22:21 31:21
  41:19
**operated** 15:13
  73:17
**operates** 15:18
  41:4
**operating** 15:15
  67:14
**operation** 98:7
**operation's**
  15:12
**operations**
  15:16

**opinion** 17:10
22:22 44:14
55:16 88:14,16
88:17 89:5,7,11
89:13,18,21
92:12 96:21
100:18 109:13
**opinions** 19:2
112:20
**opportunity**
84:19
**opposing** 16:3,5
29:19 90:21
**opposite** 43:9
**option** 112:2,25
**options** 12:24
48:25
**order** 73:11
113:23
**ordered** 62:7
103:2
**ordering** 113:17
113:17 118:17
**ordinary** 20:18
20:19 70:20
**organized** 43:4
78:12
**original** 118:16
**originated** 79:2
**outdated** 23:1
**outgoing** 30:22
**outside** 7:23
11:14 40:6
79:22 83:10
87:16,19 88:1

88:11,13 89:8
91:14,15 96:18
97:2,6 103:11
104:8 106:23
112:5
**overloaded**
63:25
**owed** 29:11
**own** 56:19
99:10 103:4
104:11 105:1
110:1,24 111:14
111:16
**owned** 6:22
14:18,19,20,22
82:16 87:9,25
88:4 101:22
103:13
**owner** 83:19
109:22,25 110:9
110:10
**owners** 4:22
95:25 109:25
**ownership** 45:8
83:9,14 87:13
89:17
**owning** 14:16
15:1 86:12
110:25 111:1
**owns** 87:4 88:24
89:3,5,14,22
110:2

**p**

**p** 4:1 38:13
**p&l** 36:19 37:22
37:24,24 38:19
38:20 39:13,18
40:2,12 42:18
42:19 54:6 75:7
75:9 90:20
**p&ls** 37:19
78:20
**p.a** 23:10
**p.a.** 2:2 6:15
118:5
**p.m.** 1:19,19 4:3
61:16 81:4,8
114:6,7
**p54** 80:10
**packages** 60:20
**page** 3:14 13:3
13:16 14:9
17:19 18:20
19:11,12 20:6
22:12,12,13
35:10,17 36:13
37:5,10,13,13
39:8,8 43:13,15
43:21 44:11
46:15,18,20
50:24 51:7 53:3
53:4 55:9,10
57:5 61:20,22
62:23,23 63:3
64:15 66:19
72:16 82:11,13
84:24,25,25

85:2 86:5,7,11
90:4,18 94:4
102:4 108:25
109:4 117:10
118:13
**pages** 12:7
18:18 39:8 57:3
73:4 115:6
**paid** 23:21
26:21 29:1,8,9
29:10 30:12
54:2 75:21,23
87:10 96:17
101:7 102:17,19
102:24 105:25
106:3,8,17,19
**palm** 115:2,12
116:2
**paper** 15:18
72:3,6
**parents** 111:22
**park** 58:21
**part** 8:23 10:20
22:5 41:3 47:12
51:16 86:14
103:6,17 105:15
110:11
**parties** 115:9
**partners** 106:22
**partnership**
86:23 89:16
**party** 102:6,9
102:13
**password** 62:6

**past** 6:23 10:7
12:9 14:25
**paste** 65:13
**patagonia** 58:20
59:7
**patents** 52:11
**patrick** 1:8,9
4:6,19,21 45:7
83:8 117:2
118:7
**pause** 82:4
**paving** 1:8 4:20
4:22 13:3 17:21
25:19 34:22
44:22,25 45:8
46:16 47:14
48:2,7 50:2,16
50:23 51:12
52:20,23 53:9
53:12,13 54:19
55:5,25 67:8,9
79:7,17,24 80:1
80:5 81:14 82:9
83:9,14 84:3
87:14,23 88:20
90:2 91:11,22
94:2 97:23
98:10,25 99:6,6
100:5 102:22
103:6 107:9,14
111:9,10
**pay** 25:1 26:4
28:21 30:17
47:10 87:12
96:4,9 97:22

98:10,11,12,12
98:13,18 99:2
99:13,15 101:12
102:16 107:15
**payable** 21:4
28:5,9,20 75:21
75:23
**paying** 28:24
100:8,11
**payment** 29:3,4
29:22 101:16
**payments** 29:21
31:24
**payroll** 25:6,14
26:15 31:3
91:16 98:16,18
100:16 101:12
**pays** 111:3
**pdf** 46:20 72:16
90:8,11
**pdfs** 85:11,25
**pembroke** 7:1
**penalized** 30:15
**penalty** 30:11
30:16 117:20
**penny** 87:12
**people** 9:21
11:14 22:20,21
91:12,20 97:22
106:18
**percent** 44:22
44:23 45:1,2,6
45:10 50:2,16
50:19,20,22,25
51:1 53:15,22

55:11 56:13
57:1,7,15,21,22
82:16 86:20,25
94:15,16 104:10
104:14 105:1,13
105:14,18,24,25
109:21,24,24
110:2,4,10
111:14,16,23
**percentage** 36:9
42:7,9 45:7
102:19
**percentages**
56:18
**perform** 104:24
105:22
**period** 16:17
21:9 23:23
31:19 36:10
37:3 38:7 41:11
42:23 53:14
58:18 60:4
62:20 69:14,24
70:7,8 71:13
72:19,22 95:21
**perjury** 117:20
**permit** 39:23
**perpetuity**
51:20
**person** 23:14
34:21 35:2
107:13
**personal** 28:23
29:4,22 30:3,15
79:21 87:21

**personally**
30:17 110:15
**persons** 86:12
**perspective** 9:7
**pertain** 77:17
**pertinent** 78:6
**perusing** 34:12
**phone** 59:21
60:25
**pick** 62:7 96:18
**picked** 97:2,6
**pin** 85:4
**pines** 7:1
**place** 1:20
**placed** 46:16
76:20 77:9
**places** 50:14
**plaintiff** 2:4
**plaintiff's** 3:11
**plaintiffs** 1:11
4:19 10:9
111:16
**plan** 60:8
**planned** 60:7,10
60:12,14
**planning** 58:9
**plans** 58:10,14
**plausible** 99:12
99:16
**playing** 45:16
**please** 4:16 5:2
5:4 6:5 18:9
65:16 72:25
117:6 118:10,12
118:13

**pllc** 2:5,9
**plus** 8:18,23
  56:14 57:18
  64:2 71:24
  109:24,24
**point** 35:22
  44:15 48:21
  50:6 53:11 56:2
  56:4 58:10
  78:22 96:5
  113:3
**points** 36:9
**poor** 93:15,17
  101:3
**portion** 108:11
  108:19
**position** 23:16
  23:20 25:19
  35:2 75:2 106:3
  106:13,19 107:9
  107:14
**positive** 21:14
  42:11
**possession**
  75:16
**power** 81:24
**practicing** 6:17
**present** 2:13
  14:12 51:21
  92:25
**presentations**
  11:23
**presented** 37:23
**press** 57:24

**pretty** 7:9 8:25
  9:21 12:6 23:18
  24:11 42:7,8
  47:10,15 70:14
  71:22 79:14
  96:21
**price** 49:12 53:6
  53:10,18 56:2
  56:12
**prior** 6:23 18:5
  36:2,3,25 37:19
  38:23 39:15
  42:17 73:17
  107:21
**probably** 16:15
  16:16 39:3
  59:15 69:2 78:3
  96:2 106:2
  107:10 110:13
  113:2
**problem** 68:12
**problems** 87:3
**proceed** 45:13
**proceedings**
  10:10 61:17
  81:5 115:5
**process** 11:20
  15:15
**produce** 91:7
**produced** 85:22
  90:25
**production**
  118:22
**professional** 8:2
  8:7

**proficiency**
  48:10
**proficient** 8:9
**profit** 17:21
  19:5 21:12,14
  36:19 37:17
  41:12 47:22,24
  49:6,8 55:4 67:9
  67:20,25 93:19
  111:15
**profitability**
  47:13
**profits** 17:4
  42:18 51:20,24
**program** 5:22
**projected** 34:18
**projecting**
  92:22,24
**proof** 99:21
**proper** 31:22,25
**properly** 24:21
  30:20 31:22
**property** 14:1
**proposing**
  104:25
**proprietors**
  22:21
**protecting**
  68:20
**prove** 31:9
**provide** 109:12
**provided** 10:8
  16:2,4 17:8,9,12
  18:4 19:21,22
  19:25 20:3,8,13

  21:11 29:19,23
  37:20 38:19,24
  39:14,18,20
  40:11 42:19
  43:6 44:17 47:3
  56:18 78:23
  84:17 85:6
**providing** 14:10
**public** 1:21 6:7
  6:18 7:11 8:5
  11:1,3 116:4,12
**publications**
  10:1,2
**published** 9:25
  10:2 57:23
**pull** 18:2,16
  29:14 35:15
  47:13 52:24
  63:2,3,14 64:9
  64:15 65:8,17
  67:5,17 78:15
  90:1 93:8 95:13
**pulled** 72:4
  81:13 82:13
  99:17
**pulling** 66:4
**purchase** 102:6
**purchased**
  55:24 76:11
  102:18
**purchaser**
  102:13
**purpose** 32:3
**purposes** 51:4
  86:21 93:14

**put** 35:6 40:9
43:16 69:18
82:19 83:1,2
86:15,16,24
88:8 89:2 93:11
97:16 99:10
**puts** 34:20
**putting** 58:4

**q**

**qualifications**
8:13 23:17
**qualified** 8:10
8:12
**question** 20:11
39:4 59:22
76:18 77:6
78:24 88:6
96:24,25 97:7,8
98:6,9 99:17
100:12 103:8
108:3,10,14,22
110:6 112:13
**questions** 6:11
16:15 37:11,15
79:3 91:6
100:11 112:10
112:19
**quick** 66:11
**quickbooks**
16:7,11,14 18:3
18:7 24:9 28:10
28:11,13 32:10
54:12 62:4,5,10
62:12 65:4,5
69:2,3 74:12

99:18
**quickly** 21:22
**quit** 63:15,20

**r**

**r** 4:1 117:1,1
**raise** 5:3
**rambling** 88:8
**ran** 62:19,20
68:15,24
**random** 26:16
**range** 23:14
52:22 56:4,14
59:24
**rate** 92:18
**rather** 111:13
**ratio** 53:5,7,16
**ratios** 47:14,17
47:22 48:16
49:12,19,20
52:25 54:19,22
54:25
**reach** 20:6
**read** 3:9 37:14
65:9 108:3,12
108:13,20 113:5
113:9,11,12
117:20 118:12
**reading** 19:15
114:8 117:8
118:16
**ready** 78:25
**real** 14:1 54:5
66:10
**reality** 15:18

**realized** 80:8
**really** 15:9
20:16,16 24:1
28:18 36:6
50:13 76:24
77:16 78:6 79:4
86:21 87:3 93:4
101:3,25 102:25
108:21 110:6
**reason** 38:15
54:17 64:4 74:2
96:4 117:10
**reasonable**
21:21 27:4,15
27:17 35:1 36:1
40:3 42:25
88:17
**recalculate**
112:20
**recall** 16:13
25:24 26:1,4
30:7 81:16
**recalling** 29:9
**recast** 94:8
**receipt** 101:16
**receipts** 101:13
**receivable** 20:25
75:14 76:10
**receive** 34:25
59:20 90:9
**received** 85:19
87:24
**recently** 53:8
**reclassified**
29:12

**recognitions** 8:8
**recollection**
28:9 73:25
**recommend**
56:12 113:8
**recommendati...**
56:22
**recommends**
56:1
**reconciled** 25:7
25:8,10
**record** 4:3 6:6
10:23,25 28:12
31:22,25 61:15
80:21 81:3,8
91:19 96:6
108:11,19
113:16 114:1,5
115:7
**recorded** 4:5
5:19 28:10
**recording** 5:19
5:24 64:13
**records** 16:8
18:2,4,6 19:17
19:20,21 20:2,2
20:3 21:18,25
24:9,10,14 25:7
25:13,14 26:15
26:16 29:23,24
30:13,25 31:8
32:9 34:15,17
36:2,25 37:3,21
38:3,5 44:16
47:2 54:13

61:24,24 62:2,8
62:11 68:11
70:12 91:16
92:11 100:14
101:19 103:2
109:11
**red** 40:16,17
**redirect** 3:5
112:11
**reference** 26:17
56:6 57:23
72:10 118:9
**referenced**
17:24 73:23
**referring** 73:15
80:10 100:4
**reflect** 62:14
**reflects** 36:14
**reforecast** 93:21
**reforecasted**
46:25 93:9
94:21
**refused** 91:17
109:11 110:4
**regard** 15:23
17:16 18:12
44:10
**regarding** 15:2
20:7 35:23
**region** 58:20
**regular** 77:16
97:13
**reimbursements**
39:21

**reiterate** 27:8
**relate** 44:13
**related** 10:3
13:25 14:6 17:5
29:22 30:7,14
30:16 39:22
52:19 77:25
95:18 98:16
102:9,10
**relative** 115:8,9
**relatively** 14:5
**relevant** 101:10
**reliable** 28:11
47:4 56:7 57:10
57:24 95:7,8
**relied** 16:10,10
**rely** 92:8 93:18
**remember**
13:23
**remotely** 4:11
**removed** 41:10
41:11
**repairs** 39:24
**report** 3:12 12:5
12:16 13:4,6,7
13:11,13 15:24
16:1,14,18,22
16:24 18:11,20
19:10 21:2 22:6
26:11 35:10
36:22 37:6,6
39:11 40:18
43:13,20 45:24
46:20 50:14
51:7 52:3 57:9

61:22 62:15,17
62:20,20,25
63:1 65:3,13,17
66:13,23 67:2
67:19,21 68:4,6
68:8,15,24 69:3
69:13,16,20
75:6 77:18 78:7
78:18 79:22,25
87:21 90:14
93:10 97:17
99:4 101:8
103:12,23 104:8
112:6,21 115:5
**reported** 27:2
**reporter** 1:21
3:6 4:14 5:2,3,6
108:12,20 113:4
113:22 114:1
115:16
**reporting** 36:15
36:16 83:4
**reports** 11:23
65:5 101:14
**represent** 4:17
24:16,18 61:21
86:22 102:5
**representative**
24:17 87:3
**representing**
4:13,19
**reproducible**
51:15 55:13
**reputable** 57:11
57:25 58:4

**request** 17:7
**required** 117:6
**rerun** 45:19
**reserve** 113:5,9
**resided** 7:5
**resigns** 105:18
**resolved** 111:21
**resorts** 54:3
**resource** 23:10
57:11,15
**resources** 55:20
55:23 56:19
57:10 106:10
**rest** 6:8,9
**restroom** 61:4
**resulting** 41:2
**results** 43:23
**resume** 12:3
**retail** 96:14
**retained** 21:6
**retrieved** 37:19
**return** 78:19,20
78:21,23 79:18
80:5,6,9 81:13
82:9,15,18,19
82:24 83:3,9,19
84:10,13 85:5
85:15 88:9 90:5
91:1 117:6
**returns** 16:7,11
25:5,6,14 26:15
59:14 78:8,10
78:14 79:21
84:3 88:19 90:9
99:9

**revenue** 41:5
42:6,9,10 47:6
47:19 48:4 50:1
52:22 53:2,6,11
53:14 54:8,10
54:10,18,20,21
54:24,25 56:3,4
56:5,19 57:1
75:9 92:6,19,21
93:2,3
**revenues** 54:15
93:21 94:10,22
**review** 16:1
17:7 113:6
**reviewed** 16:2
**reviewing** 45:24
81:16
**right** 5:3,25
6:13 7:8 9:3
13:2 14:17
17:15 26:10,18
30:23 33:20
34:7,9 35:12
37:9 40:17,21
43:22 44:5,7
46:9,21 48:25
50:10 51:8,13
53:5 57:6 59:11
59:12 61:3
63:13,13,20
64:11,14,16
66:22 67:22
68:5,9 69:1,9,19
70:24 71:2,6,10
71:14,15 72:7

72:20,23 77:23
78:8 79:18 80:2
80:16,25 82:19
89:6 91:2,5 92:5
92:18 94:7,12
94:20 95:6
96:15 97:24
98:25 100:5
101:19 102:9
103:24 104:24
105:23 106:16
109:5,9,15,18
110:9,19 112:25
113:5,7,9,10,16
**road** 2:10
**roginski** 2:13
**roginsky** 4:13
**role** 34:22
**roughly** 70:9
**round** 21:1,2
51:4
**rounded** 15:21
51:2
**royal** 54:3
**rule** 56:17,25
58:3
**rules** 113:1
**run** 23:20 24:21
31:22 34:6
36:18 40:22
45:25 46:1 48:9
48:11 50:10
61:4 69:3,4
96:10,11

**running** 71:23
98:5
**runs** 98:7

**s**

**s** 3:1,10 4:1
117:1
**salaries** 100:15
**salary** 23:14
28:17,21 31:3
34:13,20,23
35:1 102:24
105:25 106:2,5
106:6,9,12
107:1,15 109:23
**sale** 49:12 52:9
56:12
**sales** 40:23 41:3
41:8,18,20,20
41:25 42:6,10
43:7 48:4,18,21
49:4 53:6,10,18
53:18 56:13
106:21 107:11
107:17,19
109:23
**salespeople**
107:2
**salesperson**
106:21 107:8
**sanity** 55:18,22
**saved** 112:3
**saying** 69:6
71:16 99:25
100:13

**says** 13:3 19:12
26:10 29:3 30:4
31:15 43:25
69:2 93:10
101:1
**scary** 71:22
**scenario** 105:2
105:16,23
109:14,17
110:21
**scenarios** 10:11
110:21
**schedule** 82:13
86:11,14
**scheduled** 58:7
60:6
**scope** 14:6
77:17 79:22,24
83:10,16 87:16
87:19 88:1,11
88:13,15 89:8
91:14,15 99:4
103:11 104:8
106:23 112:6
**scratch** 25:9
**screen** 12:25
22:14 63:4,9
65:20 69:18
79:5 81:10,11
83:24,25 85:17
85:19 89:25
91:2
**screens** 12:16
**scroll** 13:5
22:11 39:2,7

**[scroll - shows]**

69:1,21 72:15
79:11 81:21
82:11 84:4
86:10
**scrolled**   36:13
51:7
**scrolling**   14:8
40:15
**scrutiny**   99:7
**seal**   4:20 39:20
41:8 116:8
**sealcoating**   1:8
**searching**   85:21
**second**   12:24
22:10 25:4 33:8
46:9 49:6,21
53:21 57:15
66:16,24 72:8
81:19 88:15
90:4
**seconds**   64:5
**section**   22:5
35:18,19 52:3
84:22
**security**   98:14
**see**   9:1 12:15,21
12:25 14:9
18:14,17,18
19:11 20:18
21:24 24:21
28:4 29:14,20
30:13,25 37:1
38:22 39:2,7
42:20,21 43:10
43:13,17,21

46:18 49:17
50:15 53:3
56:22 57:21
59:18 61:10
62:16,21,22
63:1,4 64:24
65:7 66:17 67:7
69:19 70:18,19
73:13 75:4,6
79:1,5,12 81:10
81:14 82:14,17
82:18 83:25
84:5,24 85:11
86:1,5,11 89:25
90:4,7 109:12
**seeing**   19:17
23:1 84:22
**seem**   25:17
**seemed**   56:23
**seems**   34:13
41:8 69:9 85:7
110:12
**seen**   17:11 18:1
21:19,19 32:5
40:14 74:3 75:5
87:24 88:17,21
91:7
**self**   28:13 29:25
83:4
**seller's**   47:23
**selling**   56:2
**send**   65:2,7,21
101:17 113:25
118:13

**sending**   82:21
98:17,19
**sense**   36:4 41:18
42:3,11 43:7
76:7 91:6 95:20
112:7
**sensible**   76:8
**sent**   16:4 62:10
67:8,20 82:24
**sentence**   19:16
**separate**   25:24
26:8 56:5,20,21
85:9
**sequence**   73:1
**served**   10:5
**service**   41:3
**services**   10:8
41:2
**serving**   14:9
**set**   32:14 33:1
42:8 112:20
**setting**   96:14
**seven**   21:9
46:21 57:6 94:5
**several**   18:18
28:4 39:8
**share**   63:4
65:19 77:3,18
81:10 83:23,24
104:11
**shareholder**
110:22
**shareholders**
1:9 110:23

**shares**   45:2 87:4
110:24
**sheet**   3:8 19:5
19:25 26:23
31:14 36:17,18
37:16 38:19
41:13 42:20,25
43:5 67:10,21
67:23 68:1 73:1
75:8 117:6
**sheets**   42:20
62:16 93:19
117:7
**shifting**   21:16
**ship**   59:17 60:18
**shoot**   90:24
**shortage**   9:20
**shortly**   63:21
**shot**   22:1
**show**   17:16
36:21,23 38:2
62:8 63:1 64:23
80:7,8 84:20
86:14 99:9
106:25 107:1
**showing**   21:11
21:12 63:10
83:19 85:18
**shown**   42:18
44:2 88:18
**shows**   28:8
36:20,24 62:17
68:16 86:15,16
86:17,19

shuts  64:4
side  15:7,12,12
sign  117:6
signage  39:21
signature  84:24
  84:25 86:7
  115:15 116:11
  117:23 118:11
signed  85:4
  118:13
significant
  19:18 20:16
  22:1 40:13,22
  42:18 47:10
  51:6 71:5
  104:16
signing  114:8
  117:8 118:16
similar  53:8,17
  84:8,9 93:25
  94:25
similarities
  17:11 19:3
simplicity  51:4
sincerely  118:20
single  26:8
  71:24 84:8,14
sip  34:6
sit  14:21
sitting  77:20
situation  43:10
six  40:1 70:7,8
size  48:2 52:23
  54:21

ski  27:24 54:2
slight  95:1
slightly  46:9
  90:21
smack  26:10
small  22:11
smaller  8:1,1
smg  1:4
social  98:14
society  11:5
soda  61:5
sold  28:6,22,25
  42:5,6 43:8
  49:13 53:1,8,10
  53:17 54:21
  55:1 100:16
  101:1
sole  22:21
solid  26:19
  47:20 54:5
  91:19 92:12,12
solutions  118:1
somebody  23:11
  23:20 106:10
sorry  12:25
  13:21 32:25
  33:20 48:19
  53:14 62:23
  68:1 79:4 80:7
  80:15 81:1 84:6
  84:6 90:12
  101:1 111:5
sort  19:1 21:23
  22:25 25:8
  32:17 74:1

77:10 91:14
93:17
sorted  66:14
sorts  76:19
sounds  96:21
  97:23
source  26:12,14
  28:11,12 56:7
  57:25
sources  41:5
  58:4
south  7:5 58:20
  59:8 118:2,13
southern  1:2 4:9
spaced  65:10
span  20:15,21
speaker  9:16
speaking  11:10
special  57:9
specialty  56:12
specific  18:23
  73:14 74:24
  76:17
specifically  8:22
  9:19 19:24
  37:22 87:23
specifications
  11:22
specifics  60:18
speculate
  103:16 104:20
  110:5,14 111:19
speculation
  104:23

spending  33:6
spent  14:15
spoken  9:21
spotlighted
  64:11
spread  42:20
  62:16
springs  2:3
  118:6
squinting  62:24
stable  60:19,22
  60:23
staff  9:20 15:19
  28:14,15 54:11
  91:18 107:20
stand  10:25
  11:2
standard  12:1
standby  66:1
start  111:14
starting  95:13
starts  62:25
state  6:5 52:9
  98:18 113:16
  115:2 116:2,4
  116:12
stated  78:7
statement  17:22
  17:22 32:25
  36:19 55:3
  71:25 73:23
  101:11
statements
  16:12 17:22,23
  19:3 20:8,12,19

21:10,10 29:16 29:17 37:17 64:20 73:25 74:3,12

**states** 1:1 4:8 69:3 80:6 98:3

**stating** 40:12

**statistics** 52:8

**stay** 34:19 53:4 109:22 110:8,13 111:15,20

**stenographic** 115:7

**stock** 86:12

**stocks** 77:16

**stolen** 32:7,11 99:24 100:2

**stop** 83:23

**street** 2:6

**stress** 112:4

**strike** 108:8

**structure** 91:20 91:21

**stubs** 31:23

**stuck** 100:10,20 100:24

**studied** 107:22

**study** 73:19 74:14 75:4,5

**stuff** 35:10 82:20

**style** 13:23 32:6 66:23

**subcontractor** 39:23

**subcontractors** 39:24

**subject** 54:11 117:21

**submitted** 18:8 64:21 66:7 67:13,15 80:6

**subsequently** 106:5

**substance** 117:22

**substantiate** 28:19 97:14 101:14

**substantiated** 24:1

**substantiation** 31:5 43:2

**subtracted** 23:22 27:3

**sudden** 21:15 73:14

**suddenly** 21:11

**suite** 2:3,6,10 118:1,6,14

**sum** 22:16

**summary** 13:4 15:24

**sun** 20:23 76:15 76:20

**supplies** 39:23

**support** 14:11

**suppose** 8:10

**supposed** 62:6,9

**sure** 6:7 11:9 16:20 19:17 20:14 22:7 24:6 26:17 27:1 28:23 33:6,15 40:17 45:14,18 46:14,18 47:3 51:25 54:9 55:19 59:14 62:1 64:10 66:6 66:18,19,20,21 66:25 67:25 70:16,25 73:3 76:2,18 78:5,16 78:20,24 79:6 79:13 80:9,10 81:23 84:13,15 86:25 88:12 97:8 103:10,12 104:23 105:21 108:4,22,24 109:3 111:8 112:15

**suspicious** 20:17 22:3,18 23:4 31:20 32:19 37:18 39:16 40:5 41:24 42:5 69:9 70:11 71:17 95:18

**suspiciously** 40:7 41:17

**swear** 5:2,6

**swing** 70:7,8,18 70:21 71:1,5,9 71:13,16,19,21 73:9,10 74:8

**swinging** 71:23

**swings** 74:1,4

**switch** 71:20

**sworn** 5:12 80:6 116:7

**synchronized** 113:19

**system** 67:15 80:19 98:3

**t**

**t** 3:1,1,10 117:1 117:1

**table** 24:5 33:17

**tag** 69:2

**take** 6:19 8:7 14:7 24:4 26:8 27:9 28:16 30:24 32:24 33:22 34:5 36:4 48:20 57:20 61:2,3 70:13 72:25 73:12 75:12 84:12,15 87:21 90:14 96:9,10 97:19 104:8 110:1,23

**taken** 1:18,21 4:6 61:17 74:6 77:22 81:5 95:25 105:24 106:6 117:4

**[taken - top]**                                                   Page 150

118:10,15
**takes** 107:5
**talking** 51:5
  63:5 71:18
  96:19 100:11
  108:7 109:6
**talks** 14:9 61:23
**tarek** 2:9,11
**tax** 15:8 16:7,11
  25:5,6,14 26:15
  78:8,10,13,19
  78:20,21,23
  79:10,18,21
  80:5,6,9 81:13
  82:9,15,18,19
  82:24 83:3,8,19
  84:2,10,13 85:5
  85:15 88:9,19
  90:4,9 91:1
  93:19 99:9
**taxable** 79:7
  90:2
**taxes** 49:7 87:9
  87:10,13 88:19
  98:14,19
**taxing** 83:13
**technically**
  25:11 46:5
**techniques**
  44:18,19
**technology** 4:12
**tell** 26:11 67:4
**teller** 31:16
  32:20 33:11

**telling** 97:12
  98:4 107:13
**tells** 38:25
**ten** 14:20 15:14
  40:1 60:23 64:5
**term** 25:10,12
**testified** 5:12
**testify** 58:7
  89:20 106:4
**testifying** 25:12
**testimony** 3:2
  5:7 14:10 15:2
  69:5
**textbook** 95:3
**thank** 5:1 6:2,3
  43:11 50:7,7,12
  56:24 61:1 91:4
  112:23 113:15
**theft** 107:24
**theory** 111:17
**thin** 65:14
**thing** 52:12 65:2
  83:24 93:15
  96:7 104:16
**things** 14:6
  39:11 51:4,25
  66:14 82:3
  107:25
**think** 6:10 9:20
  9:21 10:23 12:6
  13:20,22 14:5
  21:1,20 24:11
  26:3,3,7 27:24
  27:25 32:3,14
  32:22 35:12,15

35:25,25 37:9
  37:24 40:15
  43:22 46:10
  48:6 50:2 63:9
  63:12 65:23,25
  66:14 69:1 80:9
  85:24 86:20
  87:2 89:10,25
  90:8,25 93:5
  97:14 99:13
  101:2,10 103:11
  103:17 104:2,4
  110:3 111:17,20
  111:24 112:6,13
**third** 49:22 85:1
  102:5
**thorough** 89:24
**thought** 59:6
  97:4 106:4
  108:6
**thousand** 76:1
**thousands** 48:5
  52:19
**three** 92:16
  114:5,5
**threw** 74:7
**throw** 103:15
**throwing**
  100:25
**thumb** 56:17,25
  58:3
**thursday** 69:4
**tie** 43:19
**time** 1:19 9:23
  11:16 14:7,15

14:17 19:20
  23:23 33:7,7,13
  33:24 34:1,2,2
  37:3 40:25
  41:11 44:15
  50:6 53:13
  58:18,24 60:6
  60:10 61:16,24
  81:3,8 84:23
  90:18 96:9
  108:16,17
  113:20 114:6
  117:8
**timeframe** 33:1
  33:23
**times** 7:17 10:7
  48:22 56:2,4
  101:13
**title** 23:16
**today** 85:8
**today's** 114:3
**together** 35:6
  43:19 50:4 53:9
  76:5 89:2 97:17
**told** 9:23
**took** 27:16
  34:13 38:4,6
  53:24 54:24
  75:8 87:11
  93:21 94:17
  107:23 109:14
  109:17
**top** 19:11 49:21
  84:25

topic  88:14
103:18,19
total  20:20,25
21:3,4,5 22:8,16
23:8,24 24:2
27:2,11 33:4
39:22,23 44:1
50:25 62:18
69:8 75:19
107:23,25
totaling  28:4
29:2
towards  13:14
95:23,24
tower  118:1
towers  59:15
trace  32:2 79:1
tracing  32:17
track  24:13
32:15 33:3
trades  56:12
tran  113:24,24
transaction
33:11 96:13
102:9,12
transactions
22:17,18 23:2
26:24 29:12
32:4,24 52:19
93:24 95:14,18
95:19 97:20
99:11
transcript
113:17,19,23
115:6 117:5

118:11,12
transfer  31:2
96:6
transferring
22:24
transfers  30:22
30:24 31:1
travel  58:14
trend  38:16
73:13
trends  8:20
40:10 70:20
73:16,20
trial  58:7 60:11
trials  10:14
trip  60:14
truck  41:16
true  92:7 103:4
104:5 115:6
117:21
trust  20:23
76:15,20
trustee  2:11
truth  5:8,8,9
try  28:19 30:1
32:15 45:17
60:8 64:7 65:7,8
75:2
trying  77:4
89:18 92:23
105:4,13
turnaround
113:20
turned  11:16
38:4

turnover  20:1
tweak  95:1
twice  59:19
two  8:18 10:1
12:9,10 19:3
36:24 40:1
43:13,21 44:11
49:17 52:13
55:17,17 56:17
56:20 66:5 73:4
85:25 86:14
92:17 94:19
113:20 118:13
type  20:19 41:9
43:10 77:18
106:13
typed  86:15
types  6:22 98:15
typical  15:22
21:24 24:16
38:22,25 91:21
91:22
typically  55:22
95:4
typing  83:4
typo  43:25

**u**

u  40:9
u.s.  11:14 79:18
uh  70:23 71:3
unaccounted
23:6 27:11
33:14 92:11
109:10

unavailability
59:23
unaware  77:2
uncategorized
39:21
under  5:12
15:12 70:8
102:14 111:17
111:24 117:20
understand
27:1 69:5 89:16
94:7 100:21
101:2 103:8,9
105:9 109:1
understanding
76:15 77:7,10
77:12 91:11
98:2 104:7,9,13
105:11
understood
97:8
unemployment
98:15
unexplained
19:19 26:24
53:25 54:4 74:9
unique  8:25
unit  4:4 61:15
81:3,7 114:5
united  1:1 4:8
98:3
university  2:3
7:17,21,23 9:15
118:6

**unjust** 31:7
**unknown** 95:14
**unreasonable**
  106:9
**unresponsive**
  24:24
**unstable** 51:25
  71:22
**unsubstantiated**
  23:7 26:24 54:5
**unsupported**
  22:18
**unused** 77:15
**unusual** 22:3
  26:22 31:19
  32:19 39:16
  40:5 42:2
**use** 22:23 25:10
  25:11 42:1
  46:25 48:16
  49:19 52:5 54:6
  55:14,21,21,22
  92:1,13 93:8
  94:23 95:4,5,9
  97:22
**used** 36:6 44:18
  47:6 48:8 51:10
  51:15 52:5,7,25
  53:7 54:8 55:14
  74:20,21 78:21
  79:15 84:9
  90:20 92:4,15
  92:17 93:6,7,8
  94:22 96:14
  99:13,15,21

101:12 106:9
**useful** 10:18
**using** 4:12 5:19
  5:21 10:22
  25:13 47:19,19
  48:1,13 49:9
  50:1 55:8 56:24
  57:8,14 58:2
  66:23 75:3 82:2
  94:13
**usually** 21:2
  28:12 32:5 42:6
  42:7,8 51:3,6
  52:5 109:25
  110:23 113:12

**v**

**vacation** 27:25
  58:19 60:7
**vail** 54:2
**valid** 95:24 96:2
**valuable** 33:7
  106:1
**valuating** 55:25
**valuation** 6:16
  8:15,21 13:4
  14:11 15:24
  16:25 17:1
  44:18,22 46:25
  48:18,22,25
  50:5 52:4 55:15
  55:23 56:18
  57:10 92:13,17
  94:21,22 102:4
  110:18

**valuations** 8:18
  9:20 15:4 51:16
  95:3
**valuators** 46:23
**value** 38:20,21
  44:14 46:12,16
  47:2 48:17,20
  48:20 49:1,1,2
  49:14 50:5,14
  50:25 51:11,21
  51:22 52:2,10
  52:11,16 53:17
  53:19,23 55:8
  55:11,21 88:23
  88:25 92:23,25
  94:13,14 95:5
  105:5,18 107:11
**valued** 93:12
**values** 47:25
**variation** 38:6,8
  38:9
**variety** 6:21
  7:16 10:10
  14:19 44:19
  46:22,24
**vehicles** 41:19
**vendor** 26:20
  96:9
**verified** 25:8,13
  84:8
**verify** 30:10
  44:3 46:1 47:5
  84:5,12,19,21
  85:18

**veritext** 4:13,15
  118:1,22
**veritext.com**
  118:14
**version** 41:12
  43:18
**versus** 17:8
  21:14 40:11
  61:24
**vested** 48:20
  49:2
**video** 4:5 11:11
  59:21 113:18,18
  113:24
**videoconferen...**
  1:20 2:4,8,11
  116:6
**videographer**
  2:13 4:2,14 5:1
  5:17,21 6:1,3
  61:14 81:2,6
  114:3
**videos** 64:2
**videotaped** 1:16
**view** 12:24
  15:21 62:11,13
**viewing** 11:15
**virtual** 4:12
**viruses** 68:21
**vitae** 12:4
**vital** 104:1
**voting** 86:12
**vs** 1:12 4:7
  117:2 118:7

**[wait - workforce]**                                       Page 153

| w |
|---|

**wait** 67:24
  80:13 82:1
**waive** 113:7,10
  113:11
**waived** 114:9
  118:16
**walk** 112:9
**walking** 31:14
**want** 5:17 10:22
  14:7 17:15
  29:15 30:10
  34:3,7 43:19
  61:12 63:1,3,14
  64:8 65:8 66:19
  66:20 67:11
  69:17,22 76:13
  83:1,4 84:12,21
  88:11 89:20
  90:16 97:8
  99:24 104:11,14
  108:4,9 110:3
**wanted** 108:18
**wants** 88:9
**wasting** 84:23
**water** 34:6,7
  61:4,6
**way** 24:13 28:10
  31:21 32:1,2
  34:15 39:11
  40:16 44:11
  47:1 52:2 53:19
  59:10 66:20
  68:11 73:16
  74:22,25 80:17

84:23 87:1
  99:19 103:17
  105:9,15 111:2
**ways** 46:23
  48:25
**we've** 25:15
  31:8 33:17
  49:11 56:16
  58:7 66:5
  101:13
**week** 17:9 18:5
  18:8 21:25,25
  34:13,14 35:23
  36:5,5,8,8,10
  37:2,3,19 39:15
  41:11 42:22
  43:5 61:23 69:8
  71:16,24 73:13
  73:14,19,19
  74:18,24 96:12
**week's** 19:20
  20:15,21 40:25
**weekly** 21:24
  71:21 74:14,17
**weeks** 36:24
  113:21
**weight** 52:14
  53:22 93:11
  94:8,11
**weighted** 50:2,3
  52:13 94:3,13
  94:15,16
**welcome** 77:3
**went** 18:5,17
  19:1 21:11,23

23:8,10,22 24:1
  28:19 29:7 32:2
  32:11 35:19
  44:5 74:13
  75:17 92:4,6
  95:23,23
**whichever**
  66:22
**wild** 74:4
**willing** 97:18
  102:5,13,15
**window** 22:11
  63:12
**wire** 30:22,24
  31:1
**wise** 33:24
  102:19
**wish** 78:11
**withdraw** 24:13
  26:8 31:16
  33:15
**withdrawal**
  26:21 31:13
  32:20,23,24
  33:11
**withdrawals**
  24:7,12,20
  28:17 31:12,19
  32:4 54:1,1,14
  95:22 99:7,19
  100:15 101:15
**withdrawing**
  31:15
**withdrawn**
  24:15 25:16

27:12
**withdraws** 96:8
  97:19
**witness** 5:2,5,5
  5:10 10:5 12:20
  14:10,16,18
  45:13 58:13
  61:8 63:15,19
  63:25 64:16
  65:22 66:2,5,10
  66:16 67:7,12
  67:18 68:14,20
  69:20 72:4,7
  73:5 80:15 82:6
  85:12,16,19,21
  85:24 88:3 97:9
  98:23 100:6
  103:10 105:8
  108:15,21 113:8
  113:12 116:8
**wondering**
  103:19 104:5
**word** 84:16,18
  108:4
**work** 6:14 11:23
  15:14 41:7,9
  44:11 83:16
  89:2 91:12
  95:10 102:22
  107:7 111:1
**worked** 91:20
**workers** 97:19
**workforce**
  41:19 91:13

[working - zooming]                                          Page 154

| | | |
|---|---|---|
| **working** 15:7 110:25 | **year** 6:19 17:1,2 23:19,23,23 | 60:24 63:8,9,15 69:16 79:13 |
| **works** 15:11 56:3 | 26:9 31:19 34:15,19,20,24 | **zoomed** 22:13 |
| **world** 10:21 | 37:2,2 38:6 | **zooming** 36:22 |
| **worse** 109:14,17 | 42:17 44:3 | |
| **worth** 2:10,10 33:6 55:24 57:9 104:21 106:1 | 51:20,20 53:13 58:15 69:14 73:24 74:15 | |
| **write** 96:3 117:5 | 79:7 83:7 86:2 | |
| **written** 32:11 39:11 | 87:12 88:20 90:2 92:21 | |
| **wrong** 46:10 52:25 104:13 | 100:2 106:15 107:1,15 108:1 | |
| **wrongful** 17:4 | 109:23 110:4 | |
| **wrote** 32:9 46:10 | **yearly** 53:11 | |

| **x** |
|---|
| **x** 3:10 |

| **y** |
|---|
| **y** 40:9 |

**yeah** 7:4,14 10:7
  13:21 14:3
  16:10 33:6,12
  34:4 46:7 57:19
  61:3,9 63:12
  65:16,18 66:3,9
  66:12 67:3 68:9
  70:25 71:18
  72:13,17 79:14
  81:21 83:2
  88:13 102:10,11
  105:8 108:17,21
  112:18 113:12

**years** 6:20 7:6
  8:19 10:8 12:10
  12:10 27:5
  36:25 42:21
  49:14 54:22
  56:5,8 60:23
  70:14 71:19
  73:12 95:21
  106:15 107:21
  107:21,22

**yup** 46:4,4 69:5
  81:20 90:1 91:3

| **z** |
|---|
| **zelle** 22:25 |
| **zero** 41:2 52:13 68:16 93:11 |
| **zeros** 68:13 |
| **zoom** 1:20 2:13 5:20 22:10 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# ALL PAVING INC.

## Business Valuation Summary Report & Additional Analysis.

*Appendix D includes the 2017 Business Valuation Calculation Report*

*Appendix E includes the Disgorgement Calculations, Opinion, and Suspicious Activity Notes.*

## Prepared by: Joey Friedman, CPA PA

Friedman Depo 1-13-23 Exhibit

**1**

In Re: Daren Daly

**Date of Business Valuation for:**
Summary Report: December 31, 2021
Calculation Report (Appendix D): December 31, 2017
**Report Date: November 15, 2022**

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
EXPERT WITNESS & FORENSIC ACCOUNTANT
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

November 15, 2022

*RE: Summary Report regarding our Conclusion of Value Engagement for All Paving Inc. (All Paving)*

Dear Mr. Bruce A. Goodman,

We have performed a summary report valuation engagement, as that term is defined by the American Institute of Certified Public Accountants (AICPA) in conformity with the Accredited Business Valuation (ABV) credential's professional standards, of All Paving Inc. as of December 31, 2021. This valuation uses fair market value to arrive at an estimated value. This valuation was performed solely for the purpose of the litigation/settlement of the on-going shareholder dispute, and the resulting estimate of value should not be used for any other purpose, or by any other party for any purpose, without our express written consent. The resulting valuation and report are to be used only as of the valuation date stated in the report and are not valid as of any other date. This valuation engagement was conducted in accordance with the ABV Standards of the AICPA. The estimate of value that results from a summary report valuation engagement is expressed as a conclusion of value.

Additional assumptions and limiting conditions are contained in **Appendix B – Statement of Assumptions and Limiting Conditions.**

Based on our analysis, as described in this summary valuation report, the estimate of the value of a 87.5% interest in All Paving as of **December 31, 2021** was:

$$\$1,780,000$$

At your request, and separate from this Summary Report, we also performed a very specific Business Valuation Calculation Report to determine the Re-Forecasted Valuation of All Paving, Inc for the date of **December 31, 2017**. This is not considered to be part of the Business Valuation Summary Report, however the same "Valuation Analyst's Representation" and "Assumptions and Limiting Conditions" do apply to the Calculation Report. This report has been included for reference in Appendix D at the end of this report. Our calculated value for All Paving, Inc as of Dec, 31 2017, taken directly from Appendix D was:

$$\$2,293,773$$

We were also asked to include a copy of the results of our disgorgement analysis and calculations at the end of this report, which you can find in Appendix E. This is not considered to be part of the Business Valuation Summary Report, however the same "Valuation Analyst's Representation" and "Assumptions and Limiting Conditions" do apply to the disgorgement report, analysis, calculation, and opinions. The total disgorgement amount that was calculated and is shown in Appendix E is:

$$\$2,336,258.32$$

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **2** of 67

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB

PRESIDENT of JOEY FRIEDMAN, CPA P.A.

Back to the discussion of *this* Business Valuation Summary Report for All Paving, Inc on the valuation date of December 31 2021:

In our conclusion of value, we considered the following relevant factors, which are specified in Revenue Ruling 59-60:

- The history and nature of the business

- The economic outlook of the United States and that of the specific industry in particular

- The book value of the subject company's stock and the financial condition of the business

- The earning capacity of the company

- The dividend-paying capacity of the company

- Whether or not the firm has goodwill or other intangible value

- Sales of the stock and size of the block of stock to be valued

- The market price of publicly traded stocks or corporations engaged in similar industries or lines of business

Our analysis included, but was not limited to, the above-mentioned factors. We considered all valuation approaches and various methods and applied the most appropriate methods from the income, asset and market approaches to derive an opinion of value of the subject equity interest. Our conclusion of value reflects these findings, our judgment and knowledge of the marketplace, and our expertise in valuation.

Distribution of this letter and report and associated results, which are to be distributed only in their entirety, is intended and restricted to you, and your client, solely to assist you in the determination of the fair market value of the subject interest for this specific litigation and potential settlement purpose. This letter and accompanying report are not to be used with, circulated, quoted or otherwise referred to in whole or in part for any other purpose, or to any other party for any purpose, without our express written consent.

The approaches and methodologies used in our work did not comprise an examination or any attest service in accordance with principles generally accepted in the United States of America, the objective of which is an expression of an opinion regarding the fair presentation of financial statements or other financial information, whether historical or prospective, presented in accordance with generally accepted accounting principles or auditing standards. We express no opinion and accept no responsibility for the accuracy and completeness of the financial information (audited, reviewed, compiled, internal, prospective or tax returns), or other data

Pembroke Pines                                                                          Parkland
1 SW 129th Avenue,                                                          6574 N State Rd 7
Suite 408                                                                                        Suite 114
Pembroke Pines, FL 33027                                          Coconut Creek, FL 33073
P: 954-282-9615                                                                  P: 954-290-5657

Page **3** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

provided to us by others, and we have not verified such information. We assume that the financial and other information provided to us is accurate and complete, and we have relied upon this information in performing our business summary valuation report as well as for the requested calculations and opinions expressed in the Appendices to this report.

This conclusion is subject to the Assumptions and Limiting Conditions found in Appendix B and to the Valuation Analyst's Representation found in Appendix A. We have no obligation to update this summary report, or our conclusion of value, for information that comes to our attention after the date of this report. We also have no obligation to update any of the other requested analysis, calculations, or opinions in the Appendices of this report, for information that comes to our attention after the date of this report.

Sincerely,

*Joey Friedman, CPA, ABV, M.Acc, MIB*

Joey Friedman, CPA, ABV, M.Acc, MIB

As: President, Joey Friedman, CPA PA

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **4** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# TABLE OF CONTENTS

TABLE OF CONTENTS ....................................................................................................5
INTRODUCTION ............................................................................................................6
   The Income Approach ...............................................................................................7
   The Market Approach ...............................................................................................8
   The Asset Approach ..................................................................................................8
   Principal Sources of Information ..............................................................................8
   Assumptions and Limiting Conditions .....................................................................9
QUALIFICATIONS OF VALUATOR/APPRAISER ...........................................................10
COMPANY BACKGROUND ..........................................................................................11
   Overview of the Company .......................................................................................11
   Customers ..............................................................................................................11
   Management ...........................................................................................................11
   Legal Proceedings ..................................................................................................11
ECONOMIC AND INDUSTRY CONDITIONS .................................................................12
INDUSTRY ANALYSIS[1] ..............................................................................................24
FINANCIAL ANALYSIS .................................................................................................25
   Income Statement ..................................................................................................27
   Adjusted Income Statement ....................................................................................28
VALUATION METHODS AND CONCLUSIONS ...............................................................29
   The Income Approach .............................................................................................29
      Capitalization of Benefits Method ........................................................................29
   Discount and Capitalization Rates ...........................................................................32
   The Market Approach .............................................................................................33
   Re-Forecasted Valuation as of 12/31/2021 ..............................................................34
   The Asset Approach ................................................................................................35
VALUATION ADJUSTMENTS ........................................................................................36
   Minority Interest Discount ......................................................................................36
   Lack of Marketability Discount (DLOM) ..................................................................37
OPINION OF VALUE (CONCLUSION) ...........................................................................39
APPENDIX A: Representation of the Valuation Analyst ....................................................41
APPENDIX B: Statement of Assumptions & Limiting Conditions......................................42
APPENDIX C: Sources of Reference ...............................................................................46
APPENDIX D: Re-Forecasted Valuation as of 12/31/2017 ................................................47
APPENDIX E: Disgorgement – Final Calculations & Opinion............................................48
APPENDIX F: Curriculum Vitae .....................................................................................59

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page 5 of 67

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

EXPERT WITNESS & FORENSIC ACCOUNTANT
**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
P R E S I D E N T  of  J O E Y  F R I E D M A N,  C P A  P . A .

# INTRODUCTION

Joey Friedman, CPA PA was engaged to determine the fair market value of All Paving, Inc as of December 31, 2021. This report is not intended for any other purpose than that outlined above, and the conclusions found herein may not be applied to other purposes without additional consideration of all the relevant facts.

We have performed a summary valuation report engagement in accordance with the standards of the *Statement on Standards for Valuation Services*, issued by the American Institute of Certified Public Accountants, of All Paving, Inc. This valuation was performed solely for litigation purposes for the valuation of All Paving, Inc in the Case No. CACE 17-014794(09). The resulting estimate of value should not be used for any other purpose or by any other party for any other purpose. This valuation engagement was conducted in accordance with the AICPA's professional standards. The estimate of value that results from a valuation engagement is expressed as a conclusion of value.

This assignment has adhered to the guidance set forth in the *Statement on Standards for Valuation Services*, issued by the American Institute of Certified Public Accountants.

The definition of fair market value as set forth in Revenue Ruling 59-60 is as follows: "the price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts."

The appraiser's research and analysis included, along with other issues, consideration of seven valuation factors identified in IRS Revenue Ruling 59-60 namely:

1. The nature of business and the history of the enterprise from its inception.

2. The economic outlook in general and the condition and outlook of the specific industry in particular.

3. The book value of the stock and the financial condition of the business.

4. The earning capacity of the company.

5. The dividend paying capacity.

6. Whether or not the enterprise has goodwill or other intangible value.

7. Sales of the stock of corporations engaged in the same or similar line of business having their stocks actively traded in a free and open market, either on an exchange or over-the-counter.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page 6 of 67

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

There are three primary bases for valuing a company: Going-Concern, Liquidation, and Orderly Disposition. A Going-Concern valuation refers to a company that has the resources to continue operation indefinitely; a Liquidation valuation refers to the value of a company if operations are ceased and the assets are sold off separately; an Orderly Disposition valuation assesses the value at which the asset or assets are sold over a reasonable period of time to maximize the proceeds received.

This valuation was completed operating under the assumption that the subject company is a going-concern.

It is important to note that the valuation of a business is a balance between art and science; the professional judgment of the valuation analyst is an important part of this consideration.

The three approaches that must be considered by a valuation analyst when valuing a Going-Concern entity include:

1.  The Income Approach
2.  The Market Approach
3.  The Asset Approach

There are several methods within each of the three approaches that a valuation analyst can utilize to determine the value of the subject company. However, it is up to the valuation analyst to use professional judgment in determining how to weight each of the approaches when preparing a detailed report.

## The Income Approach

The Income Approach uses the historical and/or future cash flow stream generated by the subject company to determine its value.

The valuation analyst may determine an appropriate capitalization rate and capitalize a single historical period, or a weighted average of several historical periods, to get a value estimate. The valuation analyst may also establish an appropriate discount rate and discount a future benefit stream of the subject company as forecasted by the valuation analyst. This discounted approach assumes that the subject company is worth the present value of a series of income streams as determined by a multi-period forecast.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **7** of **67**

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
EXPERT WITNESS & FORENSIC ACCOUNTANT
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## The Market Approach

The Market Approach utilizes valuation multiples from publicly traded and privately held companies in the same, or similar, industry as the subject company.

The valuation analyst can use the current trading multiples of comparable companies to determine the applicable multiples for the subject company.

The other variation to this approach is to utilize previous sales of companies in the same, or similar, industry as the subject company. The valuation analyst can then apply the transaction multiples of comparable companies to the subject company and determine a value estimate.

## The Asset Approach

The valuation analyst determines the value of each of the tangible assets, separately, and then adds them together to get a total company value. Alternatively, the valuation analyst can conduct an intangible asset valuation of his or her choice.

## Principal Sources of Information

The principal sources of information used by us in valuing the Company include the following:

- Federal and State corporation income tax returns for the years ended December 31, 2016 through December 31, 2020.
- Internally generated Financial Statements as of December 31, 2021
- Information provided by All Paving, Inc, during various email conversations and file transfers before and during the performance of this valuation.
- Joey Friedman CPA PA standard questionnaire, checklists, document requests, and supplemental inquiries
- Research and analysis with respect to the financial performance of other companies in the same or similar industry, including past sales of said companies.
- Various industry statistics, studies, and forecasts.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **8** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## Assumptions and Limiting Conditions

The business valuation process requires certain assumptions and limiting conditions, many of which may have significant influence on the valuation conclusion:

- Joey Friedman CPA PA does not purport to be a guarantor of value. Valuation of closely held companies is an imprecise science and reasonable people can differ in their opinions of value. Joey Friedman CPA PA has, however, used conceptually sound and commonly accepted methods and procedures of valuation in determining the conclusion of value included in this report.

- Since Joey Friedman CPA PA is not a law firm, any legal issues that may have an impact upon value have been considered from a non-attorney's viewpoint. Readers of this report should seek proper legal advice if such matters are material in nature.

- As previously indicated, internal and external factors can strongly affect value. The information disclosed in this report is considered to be necessary and relevant to support the value conclusions. We have not knowingly withheld pertinent information in arriving at the conclusion of value.

Additional assumptions and limiting conditions are contained in Appendix B - Statement of Assumptions and Limiting Conditions.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **9** of **67**

**EXPERT WITNESS & FORENSIC ACCOUNTANT**

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# QUALIFICATIONS OF VALUATOR/APPRAISER

Mr. Friedman, as President of Joey Friedman CPA PA, is a practicing Certified Public Accountant, Forensic Accountant, Expert Witness and Business Valuation Professional. In addition to his CPA designation, he also holds the esteemed "ABV" designation – which is certified through the American Institute of Certified Public Accountants. He currently serves as the President of Joey Friedman, CPA P.A., in Broward County, Florida. Mr. Friedman is also a Licensed Real Estate Agent and a Licensed Travel Agent.

Joey Friedman, CPA, ABV, M.Acc, MIB is an Entrepreneurial Executive with an exemplary track record of success in leading high growth organizations to achieve their goals. He is a proven business builder and problem solver with two decades of experience as a CEO and management consultant. His academic background provides a unique ability to conduct forensic accounting investigations, business valuations, and assess liability and risk management issues concerning individuals, companies, & organizations. Joey Friedman is well-known as a leader in his field for his knowledge, expertise, and professionalism. He has superior communication and interpersonal skills as well as exceptional integrity and ethics.

Mr. Friedman's experience as a business owner/operator and accountant spans over 20 years. In his position as an Expert Witness, he specializes in business valuations, forensic accounting, and fraud examination. He has provided services for both plaintiffs and defendants in both civil and domestic proceedings in a variety of scenarios including but not limited to: in-court hearings, depositions, arbitrations (including AAA Arbitration), and business litigation jury trials.

Mr. Friedman delivers comprehensive litigation support including thorough financial inspections and investigations to detect fraud or other discrepancies as well as frequently conducting in-depth analyses and assessments of all relevant documents necessary to testify in court on behalf of a client or to testify as to the authenticity or inaccuracy of evidence and/or of another parties testimony. Additionally, Mr. Friedman provides valuations of businesses, and assists with the valuation of real estate and personal property to facilitate litigation settlement negotiations, as well as to assess economic damages.

Examples of matters that Mr. Friedman has worked on include, but are not limited to: divorce, shareholder disputes, family trust disputes, embezzlement, check kiting schemes, and other business valuation and fraud matters.

Mr. Friedman's curriculum vitae, which includes a list of recent testimonies are presented in Appendix F.

---

Pembroke Pines                                                                 Parkland
1 SW 129th Avenue,                                                    6574 N State Rd 7
Suite 408                                                                          Suite 114
Pembroke Pines, FL 33027                                    Coconut Creek, FL 33073
P: 954-282-9615                                                          P: 954-290-5657

Page **10** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# COMPANY BACKGROUND

## Overview of the Company

All Paving Inc is pavement and asphalt contractor based out of Boca Raton, FL. The company currently focuses on municipal projects, residential projects, and commercial projects. The Company has the ability to do projects that are asphalt, concrete, and seal coating related. Additionally, consulting and design services around parking lots is available.

## Customers

The company has many customers including local municipalities, HOA's, Universities, Property Management companies, as well as others throughout the Palm Beach County in Florida.

## Management

All Paving has an established management team in place including a General and Individual Division managers in place to assure smooth day to day operations. Management team is anticipated to remain in place going forward.

## Legal Proceedings

Currently the company does have on-going legal proceedings.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **11** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB

PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# ECONOMIC AND INDUSTRY CONDITIONS

Within the space of a single quarter, U.S. economic growth turned from dynamic to declining. After improving in the first half of 2021, growth—battered by a major supply-chain crisis and a resurgent COVID pandemic—had plunged by two-thirds, with growth in the U.S. Gross Domestic Product (GDP) dropping from 6.3% in Q1 and 6.7% in Q2 to a modest 2.3% in Q3. Growth thereafter tripled to 6.9% in Q4, but the rebound didn't last long. Despite forecasts of slow but still positive 1.1% growth in Q1 2022, the actual figures were the reverse: the economy shrank by 1.4%, registering its worst non-pandemic performance in eight years. The U.S. job market nevertheless has kept humming: nearly 6.5 million new jobs have been created over the past year, including 431,000 in March alone, while the unemployment rate has dipped to 3.6%, just 0.1 percentage point above its 50-year low. But with the economy starting to sputter, Russian aggression in Ukraine worsening, and product shortages from food to computer chips emerging, it's reasonable to wonder if job retrenchment can't be that far behind.

Such conditions notwithstanding, the most prominent economic news in recent months has been the soaring inflation rates. The Consumer Price Index (CPI) in March registered its largest annual increase in four decades, at 8.6%, while the Producer Price Index (PPI) rose at an all-time-record of 11.2%. Adding to inflationary pressures, the Federal budget deficit, which hit $29 trillion in December, leapt above $30 trillion in January and was headed higher. In an effort to tamp down inflation, the U.S. Federal Reserve in March announced the first of what could be more than half a dozen job-destroying rate increases.

In other areas:

- **On the positive side,** hourly wages jumped, labor productivity was strong, stock markets turned positive again, industrial production rose, business sales and manufacturing shipments increased, and personal income, consumer spending, and retail sales were all up.

- **On the negative side**, mortgage interest rates soared, the trade deficit held at near record levels, business-outlook indices remained mixed, manufacturing and durable-goods orders retreated, auto sales declined, the housing market was mostly down, energy costs—including crude oil, gasoline, highway diesel, and heating-oil prices—all soared, and consumer confidence generally declined.

---

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB

PRESIDENT of JOEY FRIEDMAN, CPA P.A.

## 1. General Economic Indicators

General U.S. economic indicators remained largely positive in October through March 2022 (some March figures have not been reported yet), with March rates higher in some cases and lower in others:

- **The Conference Board Leading Index** (future expectations), which had fallen by 0.5% in January following ten monthly gains, rose by 0.6% in February and by 0.3% in March.

- **The Conference Board Coincident Index** (current conditions), which had fallen by 0.1% in December, increased by 0.3% in January and by 0.4% in each of February and March.

- **The Federal Reserve Bank of Philadelphia Coincident Index** (current conditions) has grown at a relatively stable rate since 2020, including 0.6% in February (latest data available).

## 2. Gross Domestic Product (GDP)

After registering strong growth in the first half of 2021 (6.3% in Q1 and 6.7% in Q2), the U.S. Gross Domestic Product (GDP) grew by only 2.3% in Q3. Thereafter, the GDP growth rate tripled to 6.9% in Q4,[i] bringing growth for all of 2021 to 5.7%,[ii] the fastest growth since 1984.[iii] That said, most of this gain was due to the economy's return to where it was before the coronavirus pandemic, as the Q4 2021 GDP was just 3.2% above the Q4 2019 level. Indeed, depending on the calculation method, from 59% to 70% of the pandemic-era (post-Q2 2020) recovery came in Q3 and Q4 2020, not in 2021.

Strong gains or not, growth swung sharply into reverse in Q1 2022, with the U.S. economy registering a "shocking" contraction, in the words of Kenneth Rogoff, former chief economist of the International Monetary Fund. iv Specifically, GDP declined by 1.4% in Q1 (versus expectations of a 1.1% expansion), the worst quarter since Q2 2020, just as the coronavirus pandemic was starting to surge. With the pandemic-era performance excluded, the Q1 2022 plunge was the economy's worst performance (and its first falloff) since Q1 2014, eight years ago.[v] The sagging GDP figures intensified already burgeoning fears of a coming recession, as voiced by Fannie Mae,[vi] Goldman Sachs,[vii] and others.[viii]

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **13** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## 3. Employment – Overview

After missing estimates by wide margins in August and September 2021, the U.S. economy posted strong job gains in October before growth slowed to end the year. But the January 2022 mark signaled a stunning turnaround: not only were 467,000 new jobs reported, but November's original, modest  estimate of 249,000 new jobs was nearly tripled to 677,000, while December's meager 199,000 pickup was raised by 2.5 times to 510,000.[ix] Overall, original figures for March to July 2021 were reduced by 1.1 million while, for August to December, the number of new jobs reported jumped by 817,000.[x]

These were astounding gains, but required some caution, as January's upward revision was the largest in history[xi] (since 1939[xii]), and was more than triple the 150,000-jobs consensus estimate of 78 economic forecasters.[xiii] Yet February's originally reported jump of 678,000 jobs was just as robust, while December's and January's 510,000 and 467,000 job gains were revised upward to 588,000 and 481,000, respectively, a net increase of 92,000 positions. March's gains were down slightly, but came in at a still-strong 431,000, while January's and February's previous numbers were raised by a combined 95,000 jobs.[xiv] ADP—which had estimated a <u>drop</u> of 301,000 jobs for January[xv]—in February reversed that figure to a <u>gain</u> of 509,000 jobs while reporting 475,000 new jobs for February. ADP revised both January and February numbers up slightly in March, while indicating that 455,000 new jobs were created in March.

## 4. Employment – Sectors

U.S. private-sector job totals, which had inched up from 126.8 million in November 2021 to just 127.0 million in December, jumped to 128.8 million by March. In the manufacturing sector, a revised 26,000 new jobs were created in January, 38,000 in February, and 38,000 in March, although the number of manufacturing jobs remains 127,000 below the January 2020 level.[xvi]

- **Sectors with significant job gains (4.0%+ year-over-year):** overall private sector (5.1% year-over-year); educational services (7.3%); information services (5.8%); leisure & hospitality (15.5%); professional & business services (5.2%); and transportation & warehousing (6.8%).

- **Sectors with modest job gains (1.0% to 3.9% year-over-year)** included: construction (3.0%); financial activities (2.0%); government (1.4%); health care (1.2%); manufacturing (3.2%); retail trade (3.6%); and wholesale trade (2.7%).

- **Sectors either stagnant or experiencing job losses (less than a 1%) year-over-year gain**: none.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **14** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB

PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## 5. Employment – Unemployment

Along with strong job gains, unemployment in the United States declined in March. Specifically:

- **The headline unemployment rate** dipped from 4.0% in January to 3.8% in February and to 3.6% in March, and is now just 0.1 point above the 50-year low of 3.5% recorded in early 2020.

- **The overall unemployment level** fell by 318,000 workers from February to March.

- **Long-term unemployment** was down sharply in March, while the percentage of unemployed people who had been out of work for 27+ weeks fell from 26.7% to 23.9%.

- **The U.S. underemployment (U-6) rate**—defined as unemployed individuals plus part-time workers who would prefer to be working full-time—declined from February's 7.2% to 6.9% in March.

## 6. Employment – Unemployment Rates by Demographic

Most U.S. demographic groups experienced a decline in their unemployment rates in March::

- **Women, ages 20 and above:** down from three months at 3.9% to 3.6%.

- **Black or African-American, ages 20 and above:** down from 6.6% to 6.2%.

- **Hispanic or Latino:** down from 4.4% to 4.2%.

- **Asian:** down from 3.1% to 2.8%.

- **All youth, ages 16-19:** down from 10.3% to 10.0%.

One group did not experience a reduction in their unemployment rates:

- **Black or African-American youth, ages 16-19:** up from 17.8% to 22.9%.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **15** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## 7. Employment – Job Transitions

The U.S. job market remained out of balance in February, as millions of jobs continued to go unfilled:

- **Job openings:** The number of unfilled U.S. nonfarm job openings in February (latest figures available) slipped from an all-time high in December, with 11.266 million job openings unfilled.

- **New hires:** The number of new U.S. hires was up sharply in February (latest figures available), from a downwardly revised 6.426 million in January to 6.689 million in February.

- **Job quits:** After increasing in November—as they had through much of 2021—U.S. job quits fell from November's all-time high of 4.51 million (most likely the result of vaccine mandates forcing employees to resign their jobs) to 4.40 million in December and to a revised 4.26 million in January before climbing back to 4.35 million in February.

- **Jobless claims:** End-of-month U.S. initial jobless claims dropped from 803,000 in January 2021 to 211,000 in December, the lowest end-of-month total in more than a decade, then edged up to 222,000 at the end of January 2022 before falling back to a new low of 182,000 at February's end and to 171,000 at the end of March.

## 8. Employment – Key Labor Market Metrics

During March 2022:

- **The labor force participation rate (LFPR),** which had ranged from 61.4% to 61.9% for 19 months, rose from 61.9% in December to 62.2% in January, to 62.3% in February, and to 62.4% in March.

- **Average weekly private-sector hours,** which had fallen from 34.8 in December to an upwardly revised 34.6 in January, inched back up to 34.7 in February, then slipped back to 34.6 in March.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **16** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

- **Average hourly private-sector earnings,** which had hit an all-time high of $31.38 in December and had soared to $31.56 in January and to $31.60 in February, jumped to a new all-time high of $31.73 in March, 13 cents per hour (0.4%) above February and $1.67 (5.6%) above the year-ago mark.

- **Average weekly private-sector earnings,** after having stalled in January, rose from $1,092 in January to $1,097 in February and to $1,098 in March.

- **U.S. labor productivity**—defined as the level of employee output per hour—rose by a downwardly revised 2.1% in Q1 2021, then grew by 3.2% in Q2 before plunging by a revised 3.9% in Q3. It then bounced back in Q4 to record a gain of 6.6% (latest figures available).

## 9. Financial – Markets

After sinking in January and February, U.S. stock markets rebounded in March:

- **The Dow Jones Industrial Index,** after having fallen to 35,132 at the end of January, dove to 33,893 at the end of February, then rose back to 34,678 at the end of March, up by 2.3%.

- **The S&P 500 Index,** following drops in January and February, climbed back from February's month-end 4,374 to 4,530 at the end of March, a 3.6% improvement.

- **The NASDAQ Composite Index,** after having tumbled from 15,645 at December's end—an all-time month-end high—to 13,751 at February's end, jumped to 14,221 at the end of March, up by 3.4%.

- **The Wilshire 5000 Total Market Index,** after having fallen from 235.0 at the end of December to 216.1 at the end of February, soared to 223.3 at the end of March, a gain of 3.3%.

- **The 30-Year U.S. Treasury yield** climbed from 1.91% at the end of December to 2.18% at the end of February, then skyrocketed to 2.45% at the end of March, the highest mark since July 2019.

- **The CBOE Volatility Index,** which spent a year in the high-volatility ranges (mostly above 24.0), tamped down starting in March 2021, and fell to 17.2 in December before jumping back to 24.8 in January 2022, its highest level since January 2021, then dove in February and March.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **17** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## 10. Financial – Money & Crypto

Key money and cryptocurrency indicators for March included:

- **Growth in the U.S. money supply,** after more than a year of highly inflationary movement, slowed to -0.3% in October before surging again to 0.5% in November. It then fell to 0.2% in December, rose to 0.3% in January, then dove to -0.7% in February and to -1.9% in March.

- **The U.S. dollar,** which had risen from $115.32 against a basket of currencies in December to $115.61 in January, slipped back to $115.31 in February, then edged up to $115.35 in March.

- **Cryptocurrency:** after having fallen sharply in December and January from record levels for the previous two months, both Bitcoin and Ethereum climbed back in February and March. At $45,476 per unit at the end of March, Bitcoin was up by 18.3% from January's month-end $38,430 per unit, while Ethereum rose by 22.2% from $2,685 at the end of January to $3,281 at the close of March.

## 11. Financial – Interest Rates

After almost two years of a nearly-zero interest-rate policy designed to fight the pandemic-induced slowdown, the U.S. Federal Reserve Board declared on January 26, 2022, that its ultra-low-rate strategy would soon end.[xvii] Skyrocketing inflation—highest in four decades—appeared to convince the majority of Board members that higher interest rates would be needed to bring inflation under control.[xviii]

The interest-rate increases began, as expected,[xix] in March, with the Fed increasing its key interest rate by one-quarter of one percent[xx]—its first boost in rates since December 2018[xxi]. The Fed is expected to  raise rates six more times in 2022,[xxii] including a half-point jump in May.[xxiii] (After the Fed ended low rates following the 2008 financial crisis, it raised rates nine times over a three-year period.[xxiv])

An Associated Press analysis explained the impact of the current rate boosts: "The Fed's actions are sure to make a wide range of borrowing—from mortgages and credit cards to auto loans and corporate credit—costlier over time. Those higher borrowing costs, in turn, could slow consumer spending and hiring. The gravest risk is that the Fed's abandonment of low rates could trigger another recession."[xxv]

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |

Page **18** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

Rates have already begun to soar. The effective Federal Funds rate quadrupled from 0.08% in February to 0.33% in March, while the bank prime loan rate jumped from 3.25% to 3.50%. Most notably, the average 30-year mortgage rate skyed from 3.11% in December to 3.55% in January, to $3.89% in February, and to 4.67% in March, its highest level since November 2018.[xxvi]

## 12. Government

With pandemic-related spending slowing and tax collections accelerating since Q1 2021, U.S. Federal spending—which had hit a new all-time record in FY 2021—declined in Q2 through Q4 2021, while Federal tax receipts increased sharply from Q2 2020 to Q4 2021. As a result, the Federal budget deficit in Q4 2021 was only 27% of what it had been in Q2 2020. Nevertheless, the total U.S. national debt—which had passed $27 trillion in September 2020 and $28 trillion in February 2021—surpassed $29 trillion in December and $30 trillion in January, with the national debt hitting a record-high $30.401 trillion as of March 30, 2022, before slipping marginally to $30.341 trillion by the end of March.[xxvii]

## 13. Business & Industry – Production & Outlook

Total U.S. industrial production rose by 1.1% in April to 105.6% of its 2017 average, and was up by 6.2 percentage points since January 2021.Manufacturing output increased by 0.8% in April after having risen by 0.8% in March. The output of mines soared by 1.6% in April, while the index for utilities zoomed ahead by 2.4%. Capacity utilization in the industrial sector rose by 0.8 percentage points in February to 79.0%, a rate that was 0.5 percentage points below its long-run (1972–2021) average of 79.5%.[xxviii]

In terms of outlook:

- **The U.S. Institute for Supply Management (ISM) Manufacturing Index** slipped from 57.1 in March to 55.4 in April, although continuing to reflect growth (> 50) in the sector.

- **The ISM Services Index** likewise declined from 58.3 in March to 57.1 in April.

- **The U.S. National Association of Manufacturers (NAM) Manufacturers' Outlook** was up in Q1 2022, rising from 86.8 in Q4 2021 to 88.8 in Q1 2022.

- **And the U.S. National Federation of Independent Business (NFIB) Small Business Optimism Index** tumbled from 95.7 in February to 93.2 in March, where it remained in April.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **19** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB

P R E S I D E N T   o f   J O E Y   F R I E D M A N ,   C P A   P. A .

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## 14. Business & Industry – Profit, Sales, & Investment

Key business and industry profit, sales, and investment metrics were mostly up in March (in cases in which February or earlier data is reported below, March data has not been released yet):

- **Corporate profits** slowed from 2.2% growth in Q3, then fell to -1.5% growth in Q4.

- **Total business sales** rose by 1.0% in February after increasing by 4.1% in January.

- **Total manufacturers' new orders** fell by 0.5% in February after January's 1.5% jump.

- **Total new durable goods orders excluding defense** plunged by 2.6% in February.

- **Total manufacturing shipments** were up by 0.6% in February after January's 1.4% gain.

- **U.S. net private domestic investment** inched up by 2.3% in Q1 after soaring in Q4.

- **The U.S. trade deficit**, which had set an all-time record of $81.96 billion in December, jumped to a new record high of $89.23 billion in January, then dipped to $89.19 billion in February.

## 15. Autos & Housing

After growing by a revised 19.8% in January—the fastest rise in almost two years—U.S. auto and light truck sales dove by 7.0% in February and by 4.6% in March. Housing also was mostly down:

- **Building permits** dropped by 4.8% in March after having fallen by 0.7% in February.

- **Housing starts** slipped by 1.7% in March following a revised 4.6% jump in February.

- **New-home sales** dove by 8.6% in March after having declined by 1.2% in February.

- **Existing-home sales**, after having plunged by 8.6% in February, rose by 2.7% in March.

- **New-home prices,** which reached new all-time highs in October, November, and January, fell back in February, then soared from $421,600 in February to $436,700 in March.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **20** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
P R E S I D E N T   o f   J O E Y   F R I E D M A N ,   C P A   P . A .

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## 16. Consumers – Income & Spending

Consumer-related activity in the United States was up in March, although often at reduced levels:

- **U.S. total personal income** jumped by 0.5% in March after February's 0.7% gain.

- **Real disposable income (RDI)** increased by 0.4% in March after February's 0.1% bump.

- **RDI per capita** fell by 0.4% in March after having risen by 0.1% in February.

- **The personal saving rate** slipped from 6.8% in February to 6.2% in March.

- **Personal consumption expenditures** grew by 1.1% in March vs. February's 0.6% gain.

- **U.S. retail and food service sales** were up by 0.7% in March, little changed from February's revised 0.8% increase but down from January's revised 5.1% surge.

## 17. Consumers – Consumer Confidence

U.S. consumer confidence was mostly down in March, with four indices declining while one improved:

- **The Conference Board Consumer Confidence Index** increased slightly in March after a decrease in February. The Index now stands at 107.2 (1985=100), up from 105.7 in February. The Present Situation Index—based on consumers' assessment of current business and labor market conditions—improved to 153.0 in March from 143.0 in February. However, the Expectations Index—based on consumers' short-term outlook for income, business, and labor market conditions—declined to 76.6 in March from 80.8 in February.

- **The University of Michigan Consumer Sentiment Index**, which had fallen from 70.6 in December to 62.8 in February, dipped to 59.4 in March, its lowest level in more than a decade.

- **The IBD-TIPP Economic Optimism Index**, following five straight monthly declines, rose to 48.4 in December before falling to 44.7 in January, to 44.0 in February, and to 41.0 in March.

- **The Gallup Economic Confidence Index,** after having recovered to a negative 26 in January, fell back to negative 33 in February and to negative 39 in March, an all-time low.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **21** of **67**

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
EXPERT WITNESS & FORENSIC ACCOUNTANT
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

All Paving Inc.
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

- **Rasmussen Reports' "Right Direction/Wrong Track" Survey,** after February's slight gain, fell back in March. In the March 27 – 30 survey, 30% of U.S. voters said the U.S. was headed in the right direction (up from 29% in January, down from 31% in February), vs. 65% saying the country was on the wrong track (down from 66% in January but up from 64% in February).

## 18. Inflation

Soaring inflation became the biggest U.S. economic story of 2021, continuing into 2022. Specifically:

- **Consumer Price Index (CPI) for all goods**: After skyrocketing by 0.9% in October on a month-over-month basis, the CPI for all goods jumped by another 0.7% in November, by 0.6% in December and January, by 0.8% in February, and by a stunning 1.2% in March. The year-over-year CPI for all goods soared at 40-year highs of 7.1% in December,[xxix] 7.5% in January,[xxx] and 7.9% in February,[xxxi] then soared by 8.6% in March, the highest in 41 years.[xxxii] Inflation costs consumers nearly $300 per month,[xxxiii] with Bloomberg pegging the added cost at $5,200 per year.[xxxiv] Living costs are rising three times as fast as wages for low-income families.[xxxv]

- **CPI less food and energy**: The CPI less food and energy increased at a 0.3% month-over-month rate in March, slightly down from February's 0.5% rate. On a year-over-year basis, the CPI less food and energy advanced at a 40-year high of 6.4% in February and March,[xxxvi] up from 6.0% in January, which also had been a 40-year high.[xxxvii]

- **Producer Price Index (PPI) for all final demand / finished goods:** After soaring by 0.9% month-over-month in November and by 0.4% in December, the PPI for all final demand / finished goods jumped at a 1.2% rate in January, 0.9% in February, and 1.4% in March. Similarly, the year-over-year rate, which had hit an all-time high of 10.2% in December,[xxxviii] stayed at that level in January, then jumped to 10.4% in February and 11.2% in March, highest on record.[xxxix]

- **PPI for final demand / finished goods, less food and energy:** The change in the month-to-month PPI less food and energy fell from 0.8% in November to 0.4% in December, jumped back to 0.8% in January, slipped to 0.2% in February, then soared to 0.9% in March. The year-over-year rate, which had hit 7.0% in November and 7.1% in December—an all-time high—dipped to 6.9%, in January and to 6.7% in February before rising back to 7.0% in March.

- **CPI by product category, year-over-year:** Among individual product classes, the CPI for apparel, energy, food, household furnishings and operations, all housing, and used

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |

Page 22 of 67

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

vehicles all rose at a year-over-year rate of 5.0% or higher in March, while the CPI for health care, rental housing, recreation, and new vehicles increased by a year-over-year rate of from 0.2% to 4.9%.

- **Hyperinflation rates:** In what can only be considered hyperinflation territory, energy costs increased at an annual rate of 32.0% in March **(Table 18.12)**, while the cost of used vehicles soared in March at an annual rate of 35.3% **(Table 18.20)**. Although most experts still discount the possibility of general hyperinflation,[xl] the sectoral trends certainly are worrying.

## 19. Energy Prices

U.S. energy prices continued upward in March, with the overall U.S. energy price index soaring, as noted, by 32.0% in March (the 12th straight 20%+ year-over-year jump). By specific energy source:

- **Crude oil prices,** which had fallen from $83.50 per barrel at the end of October to $66.14 per barrel at the end of November, jumped back to $75.33 per barrel at the end of December, to $89.16 per barrel at the end of January, to $96.13 per barrel at the end of February, and to $100.53 per barrel at the end of March, the highest end-of-month level since July 2014.

- **Retail gasoline prices** (unleaded regular) fell from $3.28 per gallon at the end of October to $3.25 per gallon at the end of November and to $3.14 per gallon at the end of December before soaring back to $3.25 per gallon at the end of January, to $3.49 per gallon at the end of February, and to $4.08 per gallon at the end of March, the highest month-end figure since 2008,[xli] validating the forecast of one recent study saying that prices could rise to more than $4.00 per gallon by late Spring 2022.[xlii]

- **On-highway diesel fuel prices** have topped $3.00 per gallon for 13 straight months, most recently skyrocketing from $3.62 per gallon at the end of December to $3.85 per gallon at the end of January, to $4.10 per gallon at the end of February, and to $5.19 per gallon at the end of March, their highest end-of-month level since records were first kept beginning in 1994.[xliii]

- **Retail heating oil** sold for an end-of-month average of $3.38 per gallon in October through December 2021, a level that was 48.1% higher than during the same period just one year earlier, then jumped to $3.78 per gallon at the end of January, to $4.05 per gallon at the end of February, and to $5.13 per gallon at the end of March — their highest end-of-month level since records were first kept beginning in 1990.[xliv] This mark exceeded projections that home-heating costs could climb by as much as 50% before winter ended.[xlv]

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page 23 of 67

EXPERT WITNESS & FORENSIC ACCOUNTANT
**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
P R E S I D E N T   o f   J O E Y   F R I E D M A N ,   C P A   P . A .

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# INDUSTRY ANALYSIS[1]

The Paving Contractors industry consists of operators that focus on paving driveways and parking areas for commercial and residential customers. The paving of streets and highways is excluded from this industry. Over the five years leading up to 2022, industry operators have benefited from broad economic improvements, including rising per capita disposable income and relatively low unemployment. Due to the spread of COVID-19 (coronavirus), construction activity is expected to decrease in 2020 to maintain social distancing. As a result of these trends, construction activity in nonresidential markets has decreased during the period. Overall, IBISWorld expects revenue for the Paving Contractors industry to increase at an annualized rate of 0.7% to reach $28.9 billion over the five years to 2022, with an increase of 1.2% in 2022. Industry profit, measured as earnings before interest and taxes, is expected to decline to 6.6% of revenue in 2022.

Over the past five years, the combination of interest rates remaining below their historical norm and rising levels of per capita disposable income and corporate profit has provided an accommodative borrowing environment for consumers. During the current period, housing starts are expected to increase at an annualized rate of 6.0%, while the value of private nonresidential construction is expected to decrease at an annualized rate of 2.5%. Amid increased demand for industry services, the number of industry operators is expected to increase at an annualized rate of 3.2% to reach 91,531 companies, while the number of employees is expected to increase at an annualized rate of 2.6% to reach 193,749 workers.

Over the five years to 2027, IBISWorld expects a more organic period of growth for the industry. The nonresidential segment is expected to increase while residential construction activity decreases. With interest rates expected to increase over the next five years, the Federal Reserve has indicated that it will increase rates starting from 2022. High interest rates are expected to increase borrowing costs and discourage new housing construction. Furthermore, as consumers' incomes rise, there is expected to be growing demand for high-end materials such as concrete and stones, keeping industry profit relatively high. Overall, revenue is expected to decrease slightly at an annualized rate of 0.2% over the five years to 2027, reaching $28.6 billion.

**Summary and Implications for the Company**

Given the current state of the coronavirus pandemic, short-term growth will be slower than past years. However, the company can expect to see an increase in sales in the future during the economic rebounding period. In the long-term, it is likely that demand for industry services will increase, thus setting up for a bright future for All Paving, Inc.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **24** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# FINANCIAL ANALYSIS

## Historical Financial Statement Overview and Analysis

The financial information taken from balance sheets and income statements are analyzed and compared to industry data as a means of monitoring and comparing the financial operating strength of the subject company. By normalizing the balance sheets and income statements, it is possible to make valid comparisons between the subject company and other companies in the same business or industry. Comparison with peer companies is a useful step in the valuation process. Comparative industry analysis identifies possible financial statement differences or outliers of the subject company, as well as strengths and weaknesses of the subject company.

We were provided copies of corporate tax returns for the years 2017 through 2020, in addition to internally generated financial statements for the periods ended December 31, 2021.

In our opinion, the years covered in our review and analysis of the financial information is adequate to identify any existing financial and operational trends that may affect our conclusion of value. We have included in our report summaries of financial data (as reported historical and as adjusted) that were generated from our financial review and analysis process.

Financial statement analysis includes the examination of a company's financial statements in order to determine how well the company is doing. Has the company's financial position improved, deteriorated, or stayed the same over a period of several years? A valuation analyst wants to obtain information on future trends of the company by reviewing relatively recent data (a period of the latest 4 to 5 years of historical financial data). The financial analysis requires an analysis of the subject company's operating performance in comparison to companies within its industry. Comparing the subject company to comparable companies in similar industries helps the valuation analyst assess whether the subject company is more or less risky than companies within its own industry.

Prior to conducting a detailed analysis of the Company's historical and current financial performance, we made some adjustments to the Income Statement and Balance Sheet.

## Financial Statement Adjustments

The value of a business or business interest is dependent upon the extent that it generates earnings. Many small business owners select accounting practices based upon the effect on paying income taxes. Frequently, the valuation analyst needs to adjust the historical financial statements before implementing the selected valuation methods. This is often referred to as "normalizing" the financial statements. The effect of "normalizing" is to provide the valuation

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page 25 of 67

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

analyst with a set of financial statements that attempt to represent a more economically realistic picture of the value of the assets and financial operating results of the business. These adjustments typically come in three categories, 1) comparability, 2) non-operating/non-recurring, and 3) discretionary.

Comparability adjustments

These adjustments are recorded to the subject company's financial statements in order to make them more comparable to guideline companies or those within the same or similar industry group used in comparative ratio analysis. An example of this is different methods of accounting for inventory and different depreciation accounting methods.

Non-operating/non-recurring adjustments

These adjustments to income and expense items are removed from the income statement because they are either unrelated to the business operations or unlikely to reoccur in the future. Non-operating assets or liabilities are items that are removed from the balance sheet so that a more appropriate value of the company's assets, liabilities and equity can be determined. Those non-operating assets or liabilities are added or subtracted to come to the total equity value of the company.

As such, no adjustments were deemed necessary related to non-operating adjustments.

Discretionary adjustments

These adjustments are those expenses that are usually under the sole discretion of management or the owners of the business. Often these are "related party transactions", meaning they are between the owners and the company. These adjustments are most appropriately made when valuing a **controlling interest** of the company. They represent the difference between the actual recorded book expense and the expense that would be incurred if transacted between the company and a third party. Examples of these types of adjustments are officer's compensation, entertainment expenses, automobile expense (such as personal use of company cars), compensation to family members and other such transactions.

Per our review of owners compensation and Glassdoor.com for Paving Operators salaries, the range was between $46k annually and $139k annually. As such we adjusted owners compensation to $100k annually.

As such, the only adjustment deemed necessary were the expenses broken out below due to the discretionary nature of these expenses.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **26** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB

PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

|  | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|
| Meals | $ 5,586 | $ 3,454 | $ 5,830 | $ 6,296 |
| Legal | $ (48,527) | $ 279,110 | $ 210,330 | $ 250,260 |
| **Total** | **$ (42,941)** | **$ 282,564** | **$ 216,160** | **$ 256,556** |

Additionally, Gains on sales of assets and PPP income was adjusted to zero due to the one time nature of these expenses.

***See Exhibit 3 – Income Statement (adjusted) for full details***

## Income Statement

| Exhibit 2 - Income Statement | Actual P&L 12/31/21 | Actual Tax Return 12/31/20 | Actual Tax Return 12/31/19 | Actual Tax Return 12/31/18 | ACTUAL Tax Return 12/31/17 |
|---|---|---|---|---|---|
|  | P&L |  |  |  |  |
| Revenues | 3,672,025 | 3,845,610 | 5,191,872 | 4,291,106 | 5,730,221 |
| Cost of Sales | 1,919,435 | 2,490,026 | 2,765,545 | 2,093,917 | 2,902,964 |
| Gross Margin | 1,758,208 | 1,355,584 | 2,426,327 | 2,197,189 | 2,827,257 |
| **Expenses** |  |  |  |  |  |
| Officer salaries | 200,000 * | 348,587 | 352,328 | 90,743 | 0 |
| Salaries and  wages | 650,431 | 660,551 | 797,193 | 855,253 | 831,649 |
| Repairs and maintenance |  | 300 | 1,817 | 10,006 | 7,487 |
| Bad Debts | 321,164 |  |  |  |  |
| Rents | 37,394 | 36,486 | 32,634 | 18,910 | 27,965 |
| Taxes and licenses | 36,356 | 67,701 | 81,909 | 87,196 | 73,837 |
| Interest | 61,553 | 35,209 | 69,291 | 71,878 | 54,023 |
| Depreciation | 362,730 | 346,254 | 613,336 | 345,787 | 55,073 |
| Advertising | 9,715 | 10,834 | 42,419 | 37,210 | 29,075 |
| Pension, profit-sharing ect. |  | 0 |  | 0 |  |
| Employee benefit programs | 1,525 | 2,011 |  | 12,123 | 16,314 |
| Other expenses | 388,095 | 512,489 | 485,963 | 765,211 | 1,271,682 |
| **Total Expense** | 2,068,963 | 2,020,422 | 2,476,890 | 2,294,317 | 2,367,105 |
| Other income (loss) | 500,805 | 122 | 50,563 | 97,128 |  |
| **Net Income (Loss)** | **190,050** | **(664,716)** | **0** | **0** | **460,152** |

\* Note estimate due to insufficient info.

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
EXPERT WITNESS & FORENSIC ACCOUNTANT
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## Adjusted Income Statement

| Exhibit 2 - Income Statement (Adjusted) | Actual 12/31/21 | Adjustment | Adjusted 12/31/21 | Actual 12/31/20 | Adjustment | Adjusted 12/31/20 | Actual 12/31/19 | Adjustment | Adjusted 12/31/19 | Actual 12/31/18 | Adjustment | Adjusted 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $ 3,672,025 | | $ 3,672,025 | $ 3,845,610 | | $ 3,845,610 | $ 5,191,872 | | $ 5,191,872 | $ 4,291,106 | | $ 4,291,106 |
| Cost of Sales (Materials) | $ 1,919,435 | | 1,919,435 | $ 2,490,026 | | 2,490,026 | $ 2,765,545 | | 2,765,545 | $ 2,093,917 | | 2,093,917 |
| **Gross Margin** | **1,752,590** | | **1,752,590** | **1,355,584** | | **1,355,584** | **2,426,327** | | **2,426,327** | **2,197,189** | | **2,197,189** |
| **Expenses** | | | | | | | | | | | | |
| Officer salaries | 200,000 | (100,000) | 100,000 | 348,587 | (248,587) | 100,000 | 352,328 | (252,328) | 100,000 | 90,743 | 9,257 | 100,000 |
| Salaries and wages | 650,431 | | 650,431 | 660,551 | | 660,551 | 797,193 | | 797,193 | 855,253 | | 855,253 |
| Repairs and maintenance | - | | - | 300 | | 300 | 1,817 | | 1,817 | 10,006 | | 10,006 |
| Bad Debts | 321,164 | | 321,164 | | | | | | | | | |
| Rents | 37,394 | | 37,394 | 36,486 | | 36,486 | 32,634 | | 32,634 | 18,910 | | 18,910 |
| Taxes and licenses | 36,356 | | 36,356 | 67,701 | | 67,701 | 81,909 | | 81,909 | 87,196 | | 87,196 |
| Interest | 61,553 | | 61,553 | 35,209 | | 35,209 | 69,291 | | 69,291 | 71,878 | | 71,878 |
| Depreciation | 362,730 | | 362,730 | 346,254 | | 346,254 | 613,336 | | 613,336 | 345,787 | | 345,787 |
| Advertising | 9,715 | | 9,715 | 10,834 | | 10,834 | 42,419 | | 42,419 | 37,210 | | 37,210 |
| Pension, profit-sharing ect. | - | | - | - | | - | - | | - | - | | - |
| Employee benefit programs | 1,525 | | 1,525 | 2,011 | | 2,011 | - | | - | 12,123 | | 12,123 |
| Other expenses | 388,095 | 42,941 | 431,036 | 512,489 | (282,564) | 229,925 | 485,963 | (216,160) | 269,803 | 765,211 | (256,556) | 508,655 |
| **Total Expense** | **2,068,963** | | **2,011,904** | **2,020,422** | | **1,489,271** | **2,476,890** | | **2,008,402** | **2,294,317** | | **2,047,018** |
| Other income (loss) | 500,805 | (501,765) | (960) | 122 | | 122 | 50,563 | (17,676) | 32,887 | 97,128 | (19,942) | 77,186 |
| **Net Income** | **184,432** | | **(260,274)** | **(664,716)** | | **(133,565)** | **-** | | **450,812** | **-** | | **227,357** |

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
EXPERT WITNESS & FORENSIC ACCOUNTANT
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# VALUATION METHODS AND CONCLUSIONS

As discussed in the introduction section of this report, the three approaches for valuing a company include the Income Approach, Market Approach, and Asset Approach.

The choice of an applicable valuation approach (or approaches) to be used in a conclusion of value report rests with the valuation analyst. The analyst's choice of methods is determined by the characteristics of the business or interest being valued, the purpose and use of the valuation and report, the trends in historical performance and earnings of the subject company, the company's competitive market position, the experience and quality of management, the availability of reliable information required by the various valuation methods, the marketability of equity ownership to be valued, and other relevant factors. The factors highlighted above are highlighted in Revenue Ruling 59-60, which outlines relevant considerations when determining the value of a closely held business.

## The Income Approach

The primary methods for determining the value under the Income Approach are the Capitalization of Benefits, Discounted Future Benefits, and Capitalization of Excess Earnings methods.

### Capitalization of Benefits Method

In order to arrive at a fair market value of an equity ownership interest under the capitalization of earnings method, we must develop a capitalization rate for the benefit stream selected. A capitalization rate is to convert future benefits into value. Alternatively, a discount rate (or cost of capital) is used to convert a known sum, payable or receivable in the future, into a present value given the benefit stream selected. So, the capitalization rate equals the discount rate less the long-term sustainable growth rate.

We further must evaluate risk in the subject company in developing a capitalization rate. How does the rate of return expected compare to other similar investments is a question often asked? Will this return, the capitalization rate plus the expected growth rate, satisfy the expectations of the buyer (investor) under the investment value standard.

As highlighted in the Introduction, the hypothetical buyer in this case is a financial buyer and not a strategic buyer. The buyer is unmotivated by any synergy or other strategic advantage. It is a known fact that investors in private companies will require a higher rate of return because of the

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **29** of 67



EXPERT WITNESS & FORENSIC ACCOUNTANT
**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

additional inherent risk involved versus an investment in a publicly traded company. Because closely held firms have limited access to public capital markets, the inherent risk and required rate of return for an investor increase. In our reconciliation of value section below, we have also accounted for a 20% tax rate on estimated pass-through income for the company.

**Reconciliation of Value:**

| | Actual 12/31/2021 | Actual 12/31/2020 | Actual 12/31/2019 | Actual 12/31/2018 |
|---|---|---|---|---|
| Net income | (260,274) | (133,565) | 450,812 | 227,357 |
| Plus: Depreciation and Amortization | 362,730 | 346,254 | 613,336 | 345,787 |
| Less: Capital Expenditures (Normalized) | $245,000 | $245,000 | $245,000 | $245,000 |
| Unlevered Free Cash Flow | (142,544) | (32,311) | 819,148 | 328,144 |
| Weight | 25.00% | 25.00% | 25.00% | 25.00% |
| | | | | |
| Weighted | $243,109 | | | |

| | |
|---|---|
| Weighted Average Cash Flow | $243,109 |
| Growth Rate | 2% |
| Future Cash Flow | $247,971 |
| Discount Rate | 25.27% |
| Capitalization Rate | 23.27% |
| Market Value of Invested Capital | $1,065,627 |
| Plus: Non-Operating Assets | $0 |
| Pre-Adjusted Capitalization of Benefits Valuation | $1,065,627 |
| Other Adjustments | $0 |
| Capitalization of Benefits Valuation | $1,065,627 |

These values were derived based on the following assumptions:

*Risk free rate*
The risk-free rate of return is generally the rate or return an investor can obtain without taking on additional market risk. Many valuation analysts today use the 20-year US Treasury yield to maturity as of the effective date of the valuation (or a date near the valuation date) for the risk-free rate of return. Duff & Phelps' Cost of Capital Navigator, a source often used in the development of discount and capitalization rates uses this rate of return in its calculations or equity risk premiums because of the availability of historical data. The term of 20 years is also the longest period US Treasury obligations were issued during earlier years. ***This was estimated to be 1.94% as of the valuation date.***

---

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |



EXPERT WITNESS & FORENSIC ACCOUNTANT

JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

*Equity Risk Premium*

The equity risk premium represents the return required by investors to accept uncertain outcomes associated with owning certain securities. It represents the additional return equity holders expect to achieve over risk-free assets. Duff & Phelps calculates this by starting with average annual returns large capitalization stocks (S&P 500) for a period beginning in 1926 and dividing by the average annual returns for the same period for 20-year US Treasury Bond (used as a benchmark for risk-free rate). ***This was estimated to be 6.22% as of the valuation date.***

*Small Company Risk Premium*

This is the risk associated in the development of equity risk for smaller companies versus larger companies. This is because smaller companies are generally more risky than larger companies. This is due to smaller companies having limited access to capital markets, a dependence on few products or services, limited management depth, and key person dependence.

This is also highlighted by Duff & Phelps' Valuation Handbook, represented in the realized return in excess of the risk-free rate for the 10th decile. ***This should be the beta adjusted size premium, which was estimated to be 4.80% as of the valuation date.***

*Industry Risk Premium*

This is risk specific to the characteristics of the industry of the subject company. Duff & Phelps has developed an industry premium methodology. It provides a risk index for each industry developed by analyzing data from companies within that industry. The industry risk premium appropriate for All Paving is the one under the Standard Industrial Classification Code of Construction and Engineering services. ***This industry code indicated an industry risk premium of 1.31 %.***

*Specific Company Risk Premium*

This relates to various factors specific to the subject company and is based on the valuation analyst's professional judgment. We have determined the company specific related to management is nominal as management will remain through the transaction. Sales have remained strong however have fluctuated year over year with EBITDA margins also varying aggressively.

***Based upon the above analysis, we have added 11.00% as an additional overall company specific risk premium.***

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **31** of **67**



EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## *Discount and Capitalization Rates*

Shannon Pratt and Roger Grabowski define the cost of capital as the expected rate of return that the market participants require in order to attract funds to a particular investment.  The market, which is assumed to be a universe of rational investors, sets the cost of capital for a particular company. The company must go to the market to discover the return it must promise in order to obtain capital (debt or equity). The cost of capital should capture the risk inherent in the investment, relative to the risk inherent in alternative investments.

| | |
|---|---:|
| Risk Free Rate | 1.94% |
| Equity Risk Premium | 6.22% |
| Size Premium (10th Decile-smallest) | 4.80% |
| Industry Premia | 1.31% |
| Company Specific Risk | 11.00% |
| Discount Rate | 25.27% |
| Capitalization Rate = Discount Rate -Growth Rate Assumed  (2%) | 23.27% |

The final discount rate, was determined to be 25.27%.

The Company's long-term sustainable growth rate has been estimated at 2%.  The historical growth in revenues, industry trends, and positioning in the marketplace indicate reasonable growth opportunities.  Therefore, we believe a 2% growth rate is a reasonable expectation.

As seen in the previous table, the value conclusion using the Capitalization of Benefits method is **$1,065,627.**

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **32** of 67



**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
EXPERT WITNESS & FORENSIC ACCOUNTANT
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## The Market Approach

The three most common methods for valuing a company under the Market Approach are the Guideline Public Company Method, the Guideline Company Transactions Method (also referred to as the Merged and Acquired Method), and the Prior Transaction in Subject Company Method.

### *Merged and Acquired Method*

The following table reflects the multiples chosen using company transactions taken from the DealStats (BVResources) Database.

|  | Mean | Subject Company | Implied Value Mean | Weight |
|---|---|---|---|---|
| Sale Price to Revenue | 0.45 | $  4,546,167 | $2,045,775 | 100% |
| Sale Price to SDE | 2.96 | 264,009 | $781,465 | 0% |
| **Weighted Average:** |  |  | $2,045,775 | 100.00% |

Seen above are the results of the calculations utilizing database information from the DealStats (BVResources) Database. Within the database we found twenty-nine (29) results for recently merged and acquired Asphalt/Paving Contractors and related companies sold in the past years with over approximately $1M in sales.

Based on the limited information provided by All Paving, Inc as well as the inconsistent financial documents this company provided, it was decided that the best and most reliable value we had for each year was the revenue value – all others are questionable. Therefore we chose to weigh the Sales Price to Revenue Ratio as 100% for this valuation method. In applying this multiple, it was decided that the average revenue from the past 5 years would be the most reliable "subject company" revenue figure to use. The pre-adjustment equity value conclusion using the Merged and Acquired Method is **$2,045.775.**

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |

Page **33** of 67

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## Re-Forecasted Valuation as of 12/31/2021

Given the lack of detailed financial information provided by All Paving, Inc, we are unable to properly verify that all adjustments are accurately reflected in the Market approach as well as the Income approach noted above. As such we have re-forecasted what the value of the company would be if it were performing based off the industry averages of Gross Margin, SDE Margin, EBITDA Margin, Operating Profit Margin, as well as Net Profit Margin per the Deal Stats Database.

We re-forecasted these values based on the Average revenues for the prior 5 years of operations. This revenue was $4,546,167.

| Profitability Ratios | Count | Median | Mean | 2021 5 Year Average |
|---|---|---|---|---|
| Revenue | 29 | 100% | 100% | 4,546,167 |
| Gross Profit Margin | 25 | 33% | 36% | $ 1,651,386 |
| SDE Margin | 20 | 12% | 14% | $ 649,761 |
| EBITDA Margin | 17 | 6% | 8% | $ 379,739 |
| Operating Profit Margin | 29 | 8% | 10% | $ 444,913 |
| Net Profit Margin | 27 | 8% | 9% | $ 423,551 |
| Return on Assets | 11 | 18% | 22% | N/A |
| Return on Equity | 9 | 53% | 39% | N/A |

Utilizing the forecasted numbers above, we utilized the same market comparable transactions to determine a valuation of what the company should be worth based off the industry averages for each profitability determination as per the Deal Stats Database.

| Valuation Multiple Analysis | Count | Median | Mean | 2021 5 Year average | Weight |
|---|---|---|---|---|---|
| MVIC/Net Sales | 29 | 0.45x | 0.45x | 2,058,316 | 25% |
| MVIC/Gross Profit | 24 | 1.08x | 1.19x | 1,967,214 | 25% |
| MVIC/EBITDA | 15 | 3.2x | 5.6x | 2,108,815 | 25% |
| MVIC/EBIT | 25 | 4.1x | 6.5x | N/A | N/A |
| MVIC/Discretionary Earnings | 18 | 2.5x | 3.0x | 1,923,653 | 25% |
| MVIC/Book Value of Invested Capital | 10 | 1.0x | 1.6x | N/A | N/A |
| | | | | **Weighted Total** | **$2,014,500** |

Given the depth of information available, we felt it was most appropriate to equally weight each of the available valuation benchmarks noted above.

As such, we have come to the valuation of **$2,014,500.**

| | |
|---|---|
| **Pembroke Pines** | **Parkland** |
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |



EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## The Asset Approach

Due to the lack of information provided, we were unable to determine an asset value of the company. However, given the circumstances we do not feel the asset approach would accurately reflect the company's value as the company is operating as a going concern and anticipates to continue operating as a going concern into the future.

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **35** of **67**



# VALUATION ADJUSTMENTS

The value of a closely held business may be higher or lower than the value calculated by the valuation analyst using the methods discussed in this report. The primary adjustments to value include discounts for lack of marketability and lack of control (minority). There are also times when a control premium is needed. These discounts have been added to the Valuation Conclusion section below.

The discount for lack of marketability (DLOM) reflects the fact that, unlike publicly traded companies, there is not a quick source of liquidity for owners of a closely held business. The discount for lack of control (DLOC) may be applied to the value of a non-controlling (minority) interest in a company.

## Minority Interest Discount

The purpose of our engagement is to value a controlling equity ownership interest of 100% of outstanding shares of common stock of All Paving on a non-marketable basis.

Minority shareholdings or ownership interests that lack the ability to control a business enterprise are considered to be worth less on a pro rata basis than similar control of a majority interest and are adjusted accordingly. A minority adjustment, or adjustment for lack of control, takes into account the inability of an owner of a fractional interest in a closely held business to control the operation and management of the business. In particular, a security interest lacking control is unable to compel distribution of profits, to force liquidation, or to affect any significant business change. Because of the limitations inherent in owning a non-controlling interest in a closely held business, a willing buyer will presumably purchase such an interest only at a price that takes into account such limitations.

In *Cravens v. Welch*, a 1935 stock valuation case, this quote was captured: "Minority stock interests in a "closed" corporation are usually worth much less than the proportionate share of the assets to which they attract". This is still widely quoted more than 70 years after it was written. It neatly captures the essence of the issue of the problems facing minority shareholders in closely held corporations. Many minority shareholders mistakenly believe that the shares that they hold are worth the same amount as the shares held by the controlling interest. In the marketplace though, a controlling block of shares is worth much more than the non-controlling block of shares.

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **36** of 67



EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

In order to recognize the notion that minority shares are worth less than majority shares, an adjustment is typically made to the values indicated by those valuation methods that represent control of the Company. The purpose of our valuation is to provide a conclusion of value in conjunction with the majority ownership interest. As such we have determined that there is no minority discount applied to the value of All Paving, Inc.

## Lack of Marketability Discount (DLOM)

Marketability is defined as ***"The ability to convert the property to cash quickly, incurring minimum transaction and administrative costs, and with a high degree of certainty of realizing the expected amount of net proceeds."*** Marketability, then relates to the liquidity of an investment relative to a comparable and actively traded alternative.

In essence, impairment of marketability results in illiquidity, which increases an investor's expected (i.e., required) rate of return. As a result, the market-clearing price of a non-marketable security is discounted relative to the price of its marketable counterpart. The discount for lack of marketability is stated as a percentage of a marketable value.

Indicated values derived from methods that apply aspects of securities of publicly traded companies result in what is termed a "publicly traded equivalent value". Such amount represents the value of a marketable, minority interest. The values are marketable since they are readily traded on an open exchange or over-the-counter. The values represent minority interests since they reflect the amount that a single (or relative few) shares would trade for on an exchange or over-the-counter. That is, they do not represent a controlling block of stock.

Without market access, an investor's ability to control the timing of potential gains, to avoid losses and to minimize the opportunity cost associated with alternative investments is severely impaired. For two investment instruments identical in all other respects, the market will accord a considerable premium to one that can be liquidated into cash instantly, especially without risk of loss in value. For this reason, an investment in a privately held company usually is worth less than an otherwise comparable investment in a publicly traded entity.

**Pembroke Pines**                                                                            **Parkland**
1 SW 129th Avenue,                                                                     6574 N State Rd 7
Suite 408                                                                                          Suite 114
Pembroke Pines, FL 33027                                                    Coconut Creek, FL 33073
P: 954-282-9615                                                                          P: 954-290-5657

Page **37** of **67**



EXPERT WITNESS & FORENSIC ACCOUNTANT

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

A discount for lack of marketability then is routinely considered appropriate in small, closely held businesses. Such discount is intended to reflect the lack of an active market for sale of the stock.

The Company's shares are not actively traded nor does an established market exist for the shares. Consequently, prudent investors would apply a "discount" to Company shares to reflect their lack of liquidity.

A discount for a lack of marketability may be applicable whether the interest is a controlling or minority interest. Many valuators feel that a discount for lack of marketability should never be applied to a controlling interest. However, there is also support for applying such a discount based on what some perceive as restrictions when a control shareholder wishes to dispose of his or her interest in a private entity.

After consideration of the applicability of a discount for lack of marketability to the valuation of All Paving, Inc, we concluded that the subject interest is assumed to be transferable, but such transfer is subject to the legal restrictions imposed by law on unregistered securities. As such we've been determined that there is a willing buyer in place, therefore these shares should be classified as marketable in this given situation.

As such, no discount for lack of marketability was considered given the purpose of this valuation.

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **38** of 67

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
EXPERT WITNESS & FORENSIC ACCOUNTANT
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# OPINION OF VALUE (CONCLUSION)

| Valuation | Value | Minority Discount | Marketability Discount | Adjusted Equity Value | Weights |
|---|---|---|---|---|---|
| Capitalization of Benefits | $1,065,627 | 0% | 0% | $1,065,627 | 0% |
| Merged and Acquired Company | $2,045,775 | 0% | 0% | $2,045,775 | 50% |
| Adjusted Net Asset Value | N/A | 0% | 0% | $0 | 0% |
| Forecasted Financials Value | $2,014,500 | 0% | 0% | $2,014,500 | 50% |

| | |
|---|---|
| **Equity Value** | $2,030,137 |
| **Interest Being Valued for this Litigation:** | 87.50% |
| **Conclusion of Value (rounded)** | $1,780,000 |
| **Less: Discount for Lack of Marketability (0%)** | $0 |
| **Calculated Controlling Non-Marketable Value** | **$1,780,000** |

We determined that based on the information we had available and the current lack of information available, it was most reasonable to utilize the Forecasted Financials Valuation Method and the Merged and Acquired Valuation Method. We weighted each of these approaches equally at 50% each. This (as shown in the chart above) leads to the final valuation of a 100% equity interest in All Paving, Inc as of Dec, 31 2021 of:

### $2,030,137

As a sanity check for our valuation of All Paving, Inc, we compared our valuation to sales multiples that well known and reliable sources have published. Here is what we found:

**Business Valuation Resources:** *What it's Worth: Valuating Paving Contractors* – recommends that the selling price multiple should be "0.5 times revenue."

**Business Reference Guide:** *Construction: Specialty Trades* – recommends the sale price should be "45% - 55% Annual Gross Sales plus Inventory"

We believe that our value falls within a reasonable range of the values that would be indicated by our Sanity Check references.

---

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657



Furthermore, it was asked that after we determined our final valuation for the entire company, that we determine the value for an 87.5% interest of the company. Our conclusion of the fair market value 87.5% interest of All Paving as of December 31, 2021, on a controlling, marketable basis is:

**$1,780,000**

This summary valuation report was prepared in accordance with the standards of the *Statement on Standards for Valuation Services*, issued by the American Institute of Certified Public Accountants (AICPA).

This engagement was performed solely for purposes of this current litigation regarding All Paving, Inc and is not to be used for any other purpose.

This engagement was conducted in accordance with Professional Standards issued by the AICPA and is subject to the Statement of Assumptions and Limiting Conditions presented in the appendices of this report.

We have no present or contemplated financial interest in All Paving. Our fees for this analysis were based on our customary billing rates and are in no way contingent upon the results of our findings.  We have no obligation or responsibility to update this report for events, circumstances or information that comes to our attention subsequent to the date of this report, although we will be pleased to perform an update should one be required.

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **40** of 67



**EXPERT WITNESS & FORENSIC ACCOUNTANT**

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
P R E S I D E N T   of   J O E Y   F R I E D M A N ,   C P A   P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# APPENDIX A: Representation of the Valuation Analyst

The analyses, opinions, and conclusion of value included in the valuation report are subject to the specified assumptions and limiting conditions (see Appendix B.), and they are the personal analyses, opinions, and conclusion of value of the valuation analyst.

The parties for which the information and the use of the information from this summary valuation report is restricted have been identified; the valuation report is not intended to be and should not be used by anyone other than such parties.

The ultimate conclusions reported herein are that of Joey Friedman, CPA, ABV, M.Acc, MIB, as President of Joey Friedman CPA PA. All judgments made in the development of the conclusions are that of Mr. Friedman.

I represent/certify that, to the best of my knowledge and belief:

- The statements of fact contained in this detailed valuation report are true and correct.

- The reported analyses, opinions and conclusions of value are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, independent, unbiased, objective professional analyses, opinions and conclusions.

- I have no present or prospective/contemplated financial or other interest in the business or property that is the subject of this report, and I have no personal financial or other interest or bias with respect to the property or the parties involved.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is fee-based ($300/hr) and is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the outcome of the valuation, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- The economic and industry data included in the valuation report have been obtained from various printed or electronic reference sources that I, the valuation analyst, believe to be reliable. The valuation analyst has not performed any corroborating procedures to substantiate that data.

- My analyses, opinions, conclusions and this summary valuation report were developed in conformity with the professional standards of the *Statement on Standards for Valuation Services*, issued by the American Institute of Certified Public Accountants (AICPA).

- The valuation analyst has no obligation to update the report or the opinion of value for information that comes to his or her attention after the date of the report.

Sincerely,

*Joey Friedman, CPA, ABV, M.Acc, MIB*

Joey Friedman, CPA, ABV, M.Acc, MIB
As: President, Joey Friedman, CPA PA

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |

**EXPERT WITNESS & FORENSIC ACCOUNTANT**

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
P R E S I D E N T   of   J O E Y   F R I E D M A N ,   C P A   P . A .

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# APPENDIX B: Statement of Assumptions & Limiting Conditions

1.  The primary assumptions and limiting conditions pertaining to the value estimate conclusion(s) stated in this valuation appraisal report (report) are summarized below. Other assumptions are cited elsewhere in this report.

2.  The conclusion of value arrived at herein is valid only for the stated purpose as of the date of the valuation.

3.  Financial statements and other related information provided by All Paving, Inc or its representatives, in the course of this engagement, have been accepted without any verification as fully and correctly reflecting the enterprise's business conditions and operating results for the respective periods, except as specifically noted herein. Joey Friedman CPA PA. has not audited, reviewed, or compiled the financial information provided to us and, accordingly, we express no audit opinion or any other form of assurance on this information.

4.  Public information, economic information, industry information and statistical information have been obtained from sources we believe to be reliable. However, we make no representation as to the accuracy or completeness of such information and have performed no procedures to corroborate the information.

5.  We do not provide assurance on the achievability of the results forecasted by All Paving, Inc because events and circumstances frequently do not occur as expected; differences between actual and expected results may be material; and achievement of the forecasted results is dependent on actions, plans, and assumptions of management.

6.  The conclusion of value arrived at herein is based on the assumption that the current level of management expertise and effectiveness would continue to be maintained and that the character and integrity of the enterprise through any sale, reorganization, exchange, or diminution of the owners' participation would not be materially or significantly changed.

7.  This report and the conclusion of value arrived at herein are for the exclusive use of our client for the sole and specific purposes as noted herein. They may not be used for any other purpose or by any other party for any purpose. Furthermore, the report and conclusion of value are not intended by the author and should not be construed by the reader to be investment advice in any manner whatsoever. The conclusion of value represents the considered opinion of Joey Friedman CPA PA, based on information furnished to them by All Paving, Inc and other sources.

8.  Neither all nor any part of the contents of this report (especially the conclusion of value, the identity of any valuation specialist(s), or the firm with which such valuation specialists are

---

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **42** of 67



connected or any reference to any of their professional designations) should be disseminated to the public through advertising media, public relations, news media, sales media, mail, direct transmittal, or any other means of communication, including but not limited to the Securities and Exchange Commission or other governmental agency or regulatory body, without the prior written consent and approval of Joey Friedman CPA PA. In addition the report may not be reproduced, in whole or in part, and the findings of the report may not be utilized by a third party for any purpose, without the express written consent of Joey Friedman CPA PA.

9.  Future services regarding the subject matter of this report, including, but not limited to testimony or attendance in court, shall not be required of Joey Friedman CPA PA unless previous arrangements have been made in writing.

10. Joey Friedman CPA PA is not an environmental consultant or auditor, and it takes no responsibility for any actual or potential environmental liabilities. Any person entitled to rely on this report, wishing to know whether such liabilities exist, or the scope and their effect on the value of the property, is encouraged to obtain a professional environmental assessment. Joey Friedman CPA PA does not conduct or provide environmental assessments and has not performed one for the subject company/property.

11. Joey Friedman, CPA PA has not determined independently whether All Paving, Inc is subject to any present or future liability relating to environmental matters (including, but not limited to CERCLA/Superfund liability) nor the scope of any such liabilities. Joey Friedman, CPA PA's valuation takes no such liabilities into account, except as they have been reported to by All Paving, Inc or by an environmental consultant working for All Paving, Inc and then only to the extent that the liability was reported to us in an actual or estimated dollar amount. Such matters, if any, are noted in the report. To the extent such information has been reported to us, Joey Friedman, CPA PA has relied on Statement on Standards for Valuation Services No. 1, without verification and offers no warranty or representation as to its accuracy or completeness.

12. Joey Friedman CPA PA has not made a specific compliance survey or analysis of the subject company/property to determine whether it is subject to, or in compliance with, the American Disabilities Act of 1990, and this valuation does not consider the effect, if any, of noncompliance.

13. No change of any item in this summary valuation report shall be made by anyone other than Joey Friedman CPA PA, and we shall have no responsibility for any such unauthorized change.

---

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |



EXPERT WITNESS & FORENSIC ACCOUNTANT

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

14. Unless otherwise stated, no effort has been made to determine the possible effect, if any, on the subject business due to future Federal, state, or local legislation, including any environmental or ecological matters or interpretations thereof.

15. If prospective financial information approved by management has been used in our work, we have not examined or compiled the prospective financial information and therefore, do not express an audit opinion or any other form of assurance on the prospective financial information or the related assumptions. Events and circumstances frequently do not occur as expected, and there will usually be differences between prospective financial information and actual results, and those differences may be material.

16. We have attempted to conduct interviews with the current management of All Paving, Inc concerning the past, present, and prospective operating results of the company, however all requests have been denied.

17. Except as noted, we have relied on the representations of the owners, management, and other third parties concerning the value and useful condition of all equipment, real estate, investments used in the business, and any other assets or liabilities, except as specifically stated to the contrary in this report. We have not attempted to confirm whether or not all assets of the business are free and clear of liens and encumbrances or that the entity has good title to all assets.

18. Unless otherwise stated in this report, the valuation of the business has not considered or incorporated the potential economic gain or loss resulting from contingent assets, liabilities or events existing as of the valuation date.

19. Any decision to purchase, sell or transfer any interest in the subject company or its subsidiaries shall be your sole responsibility, as well as the structure to be utilized and the price to be accepted. Joey Friedman CPA PA assumes no responsibility for the actual price of any subject business interest if sold or transferred, or any resulting tax consequences.

20. All facts and data set forth in our letter report are true and accurate to the best of the Business Valuator's knowledge and belief.

21. During the course of the valuation, we have considered information provided by management and other third parties. We believe these sources to be reliable, but no further responsibility is assumed for their accuracy.

22. We have no responsibility or obligation to update this report for events or circumstances occurring subsequent to the date of this report

---

**Pembroke Pines**                                                                                          **Parkland**
1 SW 129th Avenue,                                                                                    6574 N State Rd 7
Suite 408                                                                                                         Suite 114
Pembroke Pines, FL 33027                                                                    Coconut Creek, FL 33073
P: 954-282-9615                                                                                          P: 954-290-5657



EXPERT WITNESS & FORENSIC ACCOUNTANT

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

23. In all matters that may be potentially challenged by a Court or other party we do not take responsibility for the degree of reasonableness of contrary positions that others may choose to take, nor for the costs or fees that may be incurred in the defense of our recommendations against challenge(s). We will, however, be available to assist in defending our professional positions taken, at our then current rates, plus direct expenses.

24. An engagement for a different purpose, or under a different standard or basis of value, or for a different date of value, could result in a materially different opinion of value.

25. The report assumes all required licenses, certificates of occupancy, consents, or legislative or administrative authority from any local, state or national government, or private entity or organization have been or can be obtained or reviewed for any use on which the opinion contained in the report are based.

26. The obligations of Joey Friedman CPA PA. are corporate obligations, and no officer, director, employee, agent, contractor, shareholder, owner or controlling person shall be subject to any personal liability whatsoever to any person, nor will any such claim be asserted by or on behalf of any other party to this agreement or any person relying on the report.

27. We express no opinion for matters that require legal or other specialized expertise, investigation, or knowledge beyond that customarily employed by business appraisers.

28. Appendix D is in no way associated with this Summary Valuation report and is simply included at the request of the client. Appendix D is a separate calculation report that was requested by the client and is not to be considered a part of this summary valuation report – it is a completely separate request/engagement. Appendix D is however still subject to the same "Valuation Analyst's Representation" and "Assumptions and Limiting Conditions"as stated in this report & Appendix A and B.

29. Appendix E is in no way associated with this Summary Valuation report and is simply included at the request of the client. Appendix E is a separate disgorgement calculation analysis that was requested by the client and is not to be considered a part of this summary valuation report – it is a completely separate request/engagement. Appendix E is however still subject to the same "Valuation Analyst's Representation" and "Assumptions and Limiting Conditions"as stated in this report & Appendix A and B.

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page **45** of **67**

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB

PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# APPENDIX C: Sources of Reference

1. Guide to Business Valuations, Practitioner's Publishing Company, Fort Worth, Texas

2. 2020 Valuation Handbook- Guide to Cost of Capital and Cost of Capital Navigator, Duff & Phelps, 2020

3. Valuing a Business, Pratt, Reilly and Schweihs, 3rd Edition

4. Pratt's Stats database

5. IBA (Key Value Data) database

6. BV Market Data.com

   a. Mergerstat/BVR Control Premium Study

   b. FMV Opinions Restricted Stock Study

7. BizMiner; Industry Financial Profile; www.bizminer.com

8. Deal Stats, www.dealstats.com

9. AICPA Professional Standards (as revised and updated in accordance with (SSVS#1), January 1, 2006

10. IBIS World Database (IBISworld.com)

11. The Essential Guide to Pricing Businesses and Franchises, 2020 Business Reference Guide, Tom West, 27th Edition

12. Pluris DLOM Database

13. Business Valuation Resources: What's it Worth: Valuing Paving Contractors

14. Business Brokerage Press, Inc: Business Reference Guide

---

**Pembroke Pines**                                                                          **Parkland**
1 SW 129th Avenue,                                                                   6574 N State Rd 7
Suite 408                                                                                         Suite 114
Pembroke Pines, FL 33027                                                    Coconut Creek, FL 33073
P: 954-282-9615                                                                        P: 954-290-5657

Page **46** of **67**

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
EXPERT WITNESS & FORENSIC ACCOUNTANT
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# APPENDIX D: Re-Forecasted Valuation as of 12/31/2017

Due to my belief that the Re-Forecasted Valuation Method was the best way to determine a valuation of All Paving, Inc in my report, I discussed my thoughts with council and I was then asked to include a Re-Forecasted Valuation for All Paving, Inc with a Valuation Date of December 31, 2017.

Again, given the lack of detailed information provided, we are unable to properly verify that all adjustments would be accurately reflected using other approaches. As such we have re-forecasted what the value of the company would be on December 31, 2017, if it were performing based off the industry averages (from the date of 2017 instead of 2021) of Gross Margin, SDE Margin, EBITDA Margin, Operating Profit Margin, as well as Net Profit Margin per the Deal Stats database.

We re-forecasted these values based on the revenues for the year end 12/31/2017 of operations. This revenue was $5,730,221.

| Profitability Ratios | Count | Median | Mean | | 2017 |
|---|---|---|---|---|---|
| Revenue | 28 | 100% | 100% | | 5,730,221 |
| Gross Profit Margin | 25 | 29% | 33% | $ | 1,899,545 |
| SDE Margin | 16 | 10% | 13% | $ | 747,472 |
| EBITDA Margin | 15 | 6% | 6% | $ | 355,961 |
| Operating Profit Margin | 28 | 6% | 9% | $ | 524,499 |
| Net Profit Margin | 26 | 6% | 9% | $ | 492,006 |
| Return on Assets | 15 | 18% | 24% | | N/A |
| Return on Equity | 12 | 42% | 38% | | N/A |

Utilizing the forecasted numbers above, we utilized the same market comparable transactions to determine a valuation of what the company should be worth based off the industry averages for each profitability determination per Deal Stats.

| Valuation Multiple Analysis | Count | Median | Mean | 2017 | Weight |
|---|---|---|---|---|---|
| MVIC/Net Sales | 28 | 0.40x | 0.41x | 2,359,623 | 25% |
| MVIC/Gross Profit | 24 | 1.08x | 1.51x | 2,869,896 | 25% |
| MVIC/EBITDA | 13 | 3.7x | 5.0x | 1,778,438 | 25% |
| MVIC/EBIT | 25 | 4.1x | 6.8x | N/A | N/A |
| MVIC/Discretionary Earnings | 14 | 2.4x | 2.9x | 2,167,133 | 25% |
| MVIC/Book Value of Invested Capital | 13 | 1.0x | 1.7x | N/A | N/A |
| | | | | **Weighted Total** | **$2,293,773** |

Given the depth of information available, we felt it was most appropriate to equally weight each of the available valuation benchmarks noted above.

As such, we have come to the valuation of **$2,293,773.**

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |



EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# APPENDIX E: Disgorgement – Final Calculations & Opinion

My opinion of the Disgorgement amount, to the best of my knowledge at the moment based on the current lack of financial records, is the "GRAND TOTAL" from the below Spreadsheet minus a fair salary of $100,000 per year to Daren (multiplied by 5 years). This spreadsheet was created using accounting information and figures provided by Darren Daly, I have done my best to analyze the documents provided by Darren to calculate and determine these results:

## THE TOTAL DISGORGEMENT AMOUNT IS:

## $2,336,258.32

| LINE ITEMS: | 2017 | 2018 | 2019 | 2020 | 2021 | ITEMIZED TOTALS |
|---|---|---|---|---|---|---|
| ATM CASH WITHDRAWL | $ -23,060.00 | $ -24,500.00 | $ -40,100.00 | $ -21,000.00 | $ -27,020.00 | $ -135,680.00 |
| DAREN'S COMPENSATION - OFFICER'S PAY | | $ -90,743.00 | $ -352,328.00 | $ -348,587.00 | $ -366,960.00 | $ -1,158,618.00 |
| DAREN'S COMPENSATION - PAYROLL ON 12/31/2018 | | $ -43,087.54 | | | | $ -43,087.54 |
| DUPLICATE TRANSACTIONS | | $ -6,400.00 | | | | $ -6,400.00 |
| NON-BUSINESS EXPENSES - CC | | $ -6,646.23 | $ -5,078.53 | $ -3,141.68 | | $ -14,866.24 |
| NON-BUSINESS EXPENSES - EPAY / BILL PAY | | | | | | $ - |
| *NON-BUSINESS EXPENSES - BILL PAY PAYABLE TO DAREN BUT CLASSIFIED AS BUSINESS LEGAL AND COGS EXPENSES* | $ -15,000.00 | $ -96,600.00 | $ -31,000.00 | | | $ -142,600.00 |
| *NON-BUSINESS EXPENSES - IRS PAYMENT OF DAREN PERSONAL EXTENSION PAYMENT BUT CLASSIFIEDAS BUSINESS CONTRACTOR EXPENSES* | $ -60,000.00 | $ -60,000.00 | | | | $ -120,000.00 |
| *NON-BUSINESS EXPENSES - LEVY #391645 FL GARNISHMENT CASE #19-009763 - PENALTIES* | | | | $ -38,541.78 | | $ -38,541.78 |
| NON-BUSINESS EXPENSES - OUTGOING WIRE TRANSFERS | | | | | | $ - |
| *NON-BUSINESS EXPENSES INTL OUTGOING FEDWIRE DR TRN* | | | $ -11,562.83 | | $ -49,678.50 | $ -61,241.33 |
| *NON-BUSINESS EXPENSES DOMESTIC OUTGOING FEDWIRE DR TRN* | $ -175,000.00 | | | $ -17,501.09 | $ -8,000.00 | $ -200,501.09 |
| *NON-BUSINESS EXPENSES DOMESTIC OUTGOING FEDWIRE DR TRN - AMERIS BANK* | | | | | $ -233,354.01 | $ -233,354.01 |
| OVER-THE-COUNTER WITHDRAWAL | $ -118,015.00 | $ -47,380.00 | $ -89,250.00 | $ -145,048.55 | $ -103,864.00 | $ -503,557.55 |
| STOLEN FUNDS (ADJ ENTRY) | $ -176,810.78 | | | | | $ -176,810.78 |
| TELLER CONNECT WITHDRAWAL | | $ -1,000.00 | | | | $ -1,000.00 |
| YEARLY TOTALS | $ -567,885.78 | $ -376,356.57 | $ -529,319.36 | $ -573,820.10 | $ -788,876.51 | GRAND TOTAL: -$2,836,258.32 |

| | |
|---|---|
| My opinion of the Disgorgement amount, based on the current lack of financial records, is the "GRAND TOTAL" from the above Spreadsheet minus fair salary of $100k per year (times 5 years) to Daren: | -$2,836,258.32 + $500,000 -$2,336,258.32 |

*After perusing the Bankruptcy Documents it seems that Darren Daly took a salary of $6,700 per week during each week of 2022. Projecting this until the end of the year, that would put Darren's yearly salary at $348,400. Being that Darren's fair salary has been decided to reasonably be $100,000 per year, the additional $248,400 that Darren has received needs to be added to the disgorgement amount.

---

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657



EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

** I was asked to look at the bankruptcy documentation due to the case now having been moved to Federal Bankruptcy Court. Upon seeing the records, I immediately noticed that there were some significant unexplained discrepancies, which occurred in less than one week's time - between the last date of records that I have from Darren Daly and the records that Darren Daly provided in the Bankruptcy court filings. More specifically, these discrepancies were between the June 23rd 2022 Balance Sheet that was provided to me by Darren Daly during the original court case, and the June 30, 2022 Balance Sheet that was provided in the new Bankruptcy Court filings.

I find it unusual and suspicious that in a timespan of only 7 days, such large disparities and discrepancies in major accounts on the Balance Sheets would have occurred. Here is a summary of my findings:

- **Total Bank Accounts (liquid assets) decreased by $104,755.53**, mostly due to the SunTrust Checking Account #0643 liquidating $104,757.35, which only leaves about $11,000 leftover in the account.

- **Total Accounts Receivable decreased by $273,439.64**

- **Total Assets decreased by $378,195.17**

- **Total Accounts Payable increased by $104.959.82**

- **Total Liabilities increased by $94,543.03**

- **Retained Earnings decreased by $141,181.36**

- **Net Income decreased drastically by $331,556.84!!**

==In 7 days it appears that this company suddenly went from showing a PROFIT of $203,024.32 to showing a LOSS of - $128,532.52.==

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page 49 of 67

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

The comparison between the two Balance Sheets (as well as other prior year balance sheets) is in the below spreadsheet:

All Paving Inc
Balance Sheet

| | Jan - Dec 2016 | Jan - Dec 2017 | Jan - Dec 2018 | Jan - Dec 2019 | Jan - Dec 2020 | Jan - Dec 2021 | Jan 1 - Jun 23, 2022 | As of June 30, 2022 | Discrepancies |
|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | |
| **Current Assets** | | | | | | | | | |
| **Bank Accounts** | | | | | | | | | |
| Bank United - 4094 (deleted) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Seacoast Bank-1042 (deleted) | | 96,152.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Seacoast Bank-5801 | | 7,965.00 | 35,308.04 | 1,534.04 | 384.04 | 551.47 | 100.00 | 100.00 $ | - |
| SunTrust - Checking 0643 | 0.00 | 197,654.99 | 175,881.59 | 123,419.02 | 4,405.40 | 17,358.50 | 116,533.23 | 11,775.88 $ | (104,757.35) |
| SunTrust - Checking 4022 | | 0.00 | 88.00 | 997.00 | 1,517.80 | 26,214.42 | 58,410.38 | 58,410.38 $ | - |
| SunTrust - Money Market 0856 (deleted) | | 50,012.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | - |
| SunTrust - Money Market 6451 | | 0.00 | 0.00 | 298,686.66 | 684.24 | 71,035.02 | 209,040.72 | 209,042.54 $ | 1.82 |
| **Total Bank Accounts** | $ 0.00 $ | 351,784.54 $ | 211,277.63 $ | 424,636.72 $ | 6,991.48 $ | 115,159.41 $ | 384,084.33 | 279,328.80 $ | (104,755.53) |
| **Accounts Receivable** | | | | | | | | $ | - |
| Accounts Receivable (A/R) | 0.00 | 1,475,063.18 | 1,314,411.39 | 1,932,402.83 | 922,837.53 | 1,291,925.48 | 981,657.35 | 708,217.71 $ | (273,439.64) |
| **Total Accounts Receivable** | $ 0.00 $ | 1,475,063.18 $ | 1,314,411.39 $ | 1,932,402.83 $ | 922,837.53 $ | 1,291,925.48 $ | 981,657.35 | 708,217.71 $ | (273,439.64) |
| **Other Current Assets** | | | | | | | | $ | - |
| Costs In Excess of Billing | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $ - |
| Deposited Payments | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $ - |
| Employee Advance | | 3,300.00 | 2,400.00 | 500.00 | 2,252.00 | 9,239.72 | 9,239.72 | 9,239.72 $ | - |
| Exchange | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $ - |
| Payroll Advances | | 0.00 | 0.00 | 13,727.45 | 16,779.78 | 0.00 | 0.00 | - | $ - |
| Prepaid Expenses | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $ - |
| Prepaid interest | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $ - |
| Refundable Expenses | | 0.00 | 0.00 | 263.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| Undeposited Funds | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $ - |
| Undeposited Funds - old ac | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $ - |
| **Total Other Current Assets** | $ 0.00 $ | 3,300.00 $ | 2,400.00 $ | 14,490.45 $ | 19,031.78 $ | 9,239.72 $ | 9,239.72 | 9,239.72 $ | - |
| **Total Current Assets** | $ 0.00 $ | 1,830,147.72 $ | 1,528,089.02 $ | 2,371,530.00 $ | 948,860.79 $ | 1,416,324.61 $ | 1,374,981.40 | 996,786.23 $ | (378,195.17) |
| **Fixed Assets** | | | | | | | | | |
| Machinery & Equipment | | 0.00 | 1,049,727.90 | 1,167,666.30 | 1,270,251.85 | 1,552,040.72 | 1,556,748.72 | 1,556,748.72 $ | - |
| Office Equipment & Computers | | 1,908.00 | 1,908.00 | 6,467.33 | 6,467.33 | 6,467.33 | 6,467.33 | 6,467.33 $ | - |
| Trailers | | 0.00 | 120,208.17 | 118,330.17 | 114,697.28 | 114,697.28 | 114,697.28 | 114,697.28 $ | - |
| Transportation Equipment | | 502,707.81 | 524,006.10 | 739,403.16 | 739,403.16 | 739,403.16 | 739,403.16 | 739,403.16 $ | - |
| Vehicles (deleted) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| z-Accumulated Depreciation | | 0.00 | -298,204.29 | -566,750.39 | -486,453.06 | -1,526,393.96 | -1,889,124.79 | -1,889,124.79 $ | - |
| **Total Fixed Assets** | $ 0.00 $ | 1,376,347.69 $ | 1,245,160.18 $ | 1,265,343.56 $ | 886,214.53 $ | 528,191.70 $ | 528,191.70 | 528,191.70 $ | - |
| **Other Assets** | | | | | | | | | |
| Notes Receivable | | 136,446.41 | 136,446.41 | 118,585.31 | 144,716.31 | 144,716.31 | 144,716.31 | 144,716.31 $ | - |
| Security Deposit | | 350.00 | 2,035.00 | 2,035.00 | 2,035.00 | 2,035.00 | 2,035.00 | 2,035.00 $ | - |
| **Total Other Assets** | $ 0.00 $ | 136,796.41 $ | 138,481.41 $ | 120,620.31 $ | 146,751.31 $ | 146,751.31 $ | 146,751.31 | 148,751.31 $ | - |
| **TOTAL ASSETS** | $ 0.00 $ | 3,343,291.72 $ | 2,911,730.61 $ | 3,757,493.87 $ | 1,981,826.63 $ | 2,091,267.62 $ | 2,049,924.41 | 1,671,729.24 $ | (378,195.17) |
| **LIABILITIES AND EQUITY** | | | | | | | | | |
| **Liabilities** | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | |
| Accounts Payable (A/P) | | 0.00 | 603,959.57 | 142,311.36 | 429,254.34 | 274,985.35 | 308,210.84 | 243,219.33 | 348,179.15 $ | 104,959.82 |
| **Total Accounts Payable** | $ 0.00 $ | 603,959.57 $ | 142,311.36 $ | 429,254.34 $ | 274,985.35 $ | 308,210.84 $ | 243,219.33 | 348,179.15 $ | 104,959.82 |
| **Credit Cards** | | | | | | | | | |
| Capital One 5711 | | 0.00 | 8,997.18 | 5,432.02 | 11,473.77 | 9,968.39 | 11,789.69 | 15,932.76 | 14,962.15 $ | (970.61) |
| Chevron/Texaco | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| **Total Credit Cards** | $ 0.00 $ | 8,997.18 $ | 5,432.02 $ | 11,473.77 $ | 9,968.39 $ | 11,789.69 $ | 15,932.76 | 14,962.15 $ | (970.61) |
| **Other Current Liabilities** | | | | | | | | | |
| Accrued Expenses | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| Billing In Excess of Costs | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| Deposits - Customers | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| Due to All Paving & Sealcoating LLC | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| Payroll Taxes Payable | | 0.00 | 1,931.89 | 1,157.88 | 39.97 | 0.00 | 134.32 | 134.32 | 134.32 $ | - |
| z-Current Portion of Long-Term Debt | | -56,603.16 | 272,500.10 | 314,212.25 | 360,808.46 | 360,808.46 | 408,807.63 | 408,807.63 $ | - |
| **Total Other Current Liabilities** | -$ 56,603.16 $ | 274,431.99 $ | 315,370.13 $ | 360,848.43 $ | 360,808.46 $ | 408,941.95 $ | 408,941.95 | 408,941.95 $ | - |
| **Total Current Liabilities** | -$ 56,603.16 $ | 887,388.74 $ | 463,113.51 $ | 801,576.54 $ | 645,762.20 $ | 728,942.48 $ | 668,094.04 | 772,083.25 $ | 103,989.21 |

---

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

**Long-Term Liabilities**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ally-16 Isuzu NQR $946.44 | | 34,790.17 | 24,513.87 | 13,862.53 | 5,761.19 | 0.00 | 0.00 | - | $ - |
| Ally-16 Isuzu NQR $959.66 | | 30,323.73 | 20,116.12 | 9,376.20 | 1,590.21 | 0.00 | 0.00 | - | $ - |
| Ally-17 Ford Super Duty - $1,270.14 | | 62,658.53 | 53,089.14 | 41,813.24 | 35,022.90 | 25,522.19 | 17,901.35 | 17,901.35 | $ - |
| Ally-17 Hino $1,042.49 | | 44,738.78 | 33,653.80 | 22,164.26 | 13,548.67 | 4,456.85 | 286.89 | 286.89 | $ - |
| Ally-18 F-350 $695.15 | | 0.00 | 0.00 | 29,921.44 | 26,818.85 | 21,998.22 | 18,522.47 | 17,827.32 | $ (695.15) |
| Ameris Bank-2019 CAT Skid Steer 262D3 $1,244.67 | | 0.00 | 0.00 | 0.00 | 48,153.10 | 0.00 | 0.00 | - | $ - |
| Ameris Bank-2019 Weiler Paver P385B $3,751.90 | | 0.00 | 0.00 | 187,618.46 | 165,674.93 | 0.00 | 0.00 | - | $ - |
| Ameris Bank-CAT Paver $4,606.79 | | 0.00 | 0.00 | 0.00 | 138,823.68 | 0.00 | 0.00 | - | $ - |
| Bank of the West - 2017 Bomag BW11RH-5 Roller $2,116.43 | | 0.00 | 51,837.16 | 27,211.18 | 10,632.50 | 0.00 | 0.00 | - | $ - |
| Bank of the West - 2017 Bomag BW120SL Roller $1,111.05 | | 37,062.69 | 31,989.02 | 25,572.55 | 0.00 | 0.00 | 0.00 | - | $ - |
| Bank of the West - 2017 Bomag BW38 Roller $1,433.71 | | 47,336.97 | 40,030.24 | 31,420.99 | 0.00 | 0.00 | 0.00 | - | $ - |
| Bank of the West - L600T Leeboy Tack Wagon $321.29 (deleted) | | 10,210.52 | 6,760.37 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| BMO-2017 F-550 $858.75 (deleted) | | 48,796.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| BMO-2019 Hino $1,328.16 | | 0.00 | 73,817.47 | 63,509.36 | 71,357.85 | 54,845.85 | 46,876.89 | 46,876.89 | $ - |
| Cadence Bank-2019 262D Skid Steer $1,183.48 | | 0.00 | 0.00 | 0.00 | 0.00 | 36,156.07 | 30,238.67 | 29,055.19 | $ (1,183.48) |
| Cadence Bank-2019 CAT Paver $2,097.28 | | 0.00 | 0.00 | 0.00 | 0.00 | 64,061.46 | 51,477.78 | 51,477.78 | $ - |
| Cadence Bank-2019 Weiler Paver $4,449.29 | | 0.00 | 0.00 | 0.00 | 0.00 | 135,934.66 | 113,688.21 | 109,238.92 | $ (4,449.29) |
| CAT Commercial - Milling Head $1,000.00 | | 0.00 | 0.00 | 0.00 | 3,518.00 | 0.00 | 0.00 | - | $ - |
| CAT Commercial - Milling Head WT903 $530.00 (deleted) | | 8,480.00 | 1,590.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| CAT Financial - 262D Skid Steer $1,045.75 (Fire Loss) (deleted) | | 37,646.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| CAT Financial - 262D Skid Steer $1,242.84 | | 0.00 | 63,386.24 | 48,472.16 | 37,362.12 | 24,955.58 | 17,432.42 | 17,432.42 | $ - |
| CAT Financial - 262D Skid Steer $942.23 | | 0.00 | 50,808.34 | 39,501.58 | 31,128.23 | 21,718.13 | 16,035.29 | 16,035.29 | $ - |
| CAT Financial - Leeboy 8500C Paver $2,555.71 (deleted) | | 73,170.67 | 47,758.77 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| CAT Financial -242B3 Skid Steer $624.10 (Traded In) (deleted) | | 13,070.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| CIT Bank-2017 Kenworth T880 $2,458.07 | | 0.00 | 0.00 | 131,339.58 | 109,271.58 | 79,764.74 | 67,474.39 | 65,016.32 | $ (2,458.07) |
| COVID 19 Seacoast Payroll Protection Program | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| COVID 19 SunTrust Payroll Protection Program | | 0.00 | 0.00 | 0.00 | 248,500.00 | 0.00 | 0.00 | - | $ - |
| Daren Daly Contribution | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| GM Financial -Suburban | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| Isuzu Finance-2016 Isuzu NPR $610.02 | | 0.00 | 0.00 | 26,192.20 | 20,733.67 | 17,679.01 | 14,378.06 | 13,717.87 | $ (660.19) |
| Isuzu Finance-2018 Kenworth Tractor $3,069.21 | | 133,959.41 | 108,073.46 | 79,773.33 | 55,540.66 | 30,720.99 | 0.00 | - | $ - |
| Komatsu Financial - Hamm HD14i VV Roller - $1,253.11 | | 0.00 | 0.00 | 0.00 | 51,596.22 | 38,655.46 | 30,657.76 | 30,657.76 | $ - |
| Komatsu Financial - Milling Machine-W 200i - $10,345.99 | | 483,476.63 | 377,164.21 | 266,410.31 | 174,195.10 | 81,895.94 | 0.00 | - | $ - |
| Komatsu Financial - TB175 Hydraulic Excavator $1,094.42 (deleted) | | 23,724.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| Kubota Credit Corp-4wd Hst Cab Tractor $1,089.60 | | 0.00 | 53,229.26 | 41,523.76 | 30,112.92 | 21,563.14 | 15,029.14 | 15,029.14 | $ - |
| N/P - Ally Bank (deleted) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| N/P - Bank of America (deleted) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| N/P - Bank of West (deleted) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| N/P - Caterpillar $624.10 (deleted) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| N/P - Caterpillar (deleted) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| N/P - Komatso Financial (deleted) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| PNC Equipment Finance-Toro Walk Behind Trencher $578.91 | | 0.00 | 11,809.55 | 5,582.36 | 0.00 | 0.00 | 0.00 | - | $ - |
| SBAD TREAS 310 | | 0.00 | 0.00 | 0.00 | 0.00 | 499,900.00 | 499,900.00 | 499,900.00 | $ - |
| Suntrust Commercial Loan | | 0.00 | 0.00 | 0.00 | 54,247.92 | 0.00 | 0.00 | - | $ - |
| Takeuchi Financial Services - TB240R Mini Excavator $955.30 (deleted) | | 27,233.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| Wells Fargo-Bobcat Sweeper $220.27 | | 0.00 | 3,296.42 | 653.18 | 0.00 | 0.00 | 0.00 | - | $ - |
| Wells Fargo-Bobcat Sweepers $263.00 | | 5,976.18 | 2,875.51 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| z-Less Current Portion of Long-Tem Debt | | 56,603.16 | -272,500.10 | -314,212.25 | -360,808.46 | -360,808.46 | -408,807.63 | -408,807.63 | $ - |
| **Total Long-Term Liabilities** | **$ 56,603.16** | **$ 850,155.07** | **$ 741,586.70** | **$ 730,910.21** | **$ 972,781.84** | **$ 751,020.66** | **$ 531,091.69** | **521,645.51** | **$ (9,446.18)** |
| **Total Liabilities** | **$ 0.00** | **$ 1,737,543.81** | **$ 1,204,700.21** | **$ 1,532,486.75** | **$ 1,618,544.04** | **$ 1,479,963.14** | **$ 1,199,185.73** | **1,293,728.76** | **94,543.03** |
| Equity | | | | | | | | | |
| Dividend Paid | | 0.00 | 0.00 | 0.00 | 0.00 | -114,805.14 | -114,805.14 | 114,805.14 | $ - |
| Opening Balance Equity | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36,409.88 | 36,409.88 | $ - |
| Retained Earnings | | 0.00 | 1,394,654.86 | 1,605,747.91 | 1,707,030.40 | 2,222,785.63 | 363,282.59 | 726,109.02 | 584,928.26 | $ (141,181.36) |
| Taxes Expense | | 0.00 | -100,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | $ - |
| Net Income | | 0.00 | 211,093.05 | 201,282.49 | 517,976.72 | -1,859,503.04 | 362,827.03 | 203,024.32 | 128,532.52 | $ (331,556.84) |
| **Total Equity** | **$ 0.00** | **$ 1,605,747.91** | **$ 1,707,030.40** | **$ 2,225,007.12** | **$ 363,282.59** | **$ 611,304.48** | **$ 850,738.68** | **378,000.48** | **$ (472,738.20)** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 0.00** | **$ 3,343,291.72** | **$ 2,911,730.61** | **$ 3,757,493.87** | **$ 1,981,826.63** | **$ 2,091,267.62** | **$ 2,049,924.41** | **1,671,729.24** | **$ (378,195.17)** |

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657



EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

In addition to the aforementioned balance sheet discrepancies, I also observed suspicious activity on the Profit and Loss statements when compared with the one I was provided. Specifically June 2022 P&L, of which I have analyzed and presented observations below. I already had the P&L for Jan 1 through June 23 of 2022, which had been given to me by Daren Daley, so I calculated that there were 173 days included in the P&L that I had, and there are 30 days in June. My "discrepancy" calculations in the chart below are generated by dividing the P&L numbers on the sheet I had been provided (Jan 1 – June 23) by 178 days to get a daily P&L value for 2022, then I multiplied that daily value by 30 days (30 days in June) to see what an average month should look like based on the prior 2022 figures. This should tell us what "typical/average" June 2022 should look like.

OF NOTE: There are a LARGE amount of P&L categories that have been removed from the document provided by Daren Daley to the Bankruptcy Court as compared to the full P&L that I was provided for multiple years prior to 2022, as well as up through Jun 23 2022. These missing item's cells are highlighted in the spreadsheet below, but I am providing a list of the more important items below as well:

Items missing from June 2022 P&L provided to bankruptcy court:

-   **Drainage**
-   **Sealcoating**
-   **Signage**
-   **Uncategorized Income**
-   **Reimbursements**
-   **Total Job Materials**
-   **Other Job Related Costs**
-   **Job Supplies**
-   **Permit Fees**
-   **Sub-Contractor Labor**
-   **Total for Sub-Contractors**
-   **Auto Expense**
-   **Bad Debt Expense**
-   **Repairs & Maintenance**
-   **Depreciation**

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page 52 of 67



EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB

PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

As for the main discrepancies or suspiciously LARGE difference between what was forecast for Juny 2022 using the prior months, versus what June actually states, I have listed the most significant discrepancies below, but they can all be seen on the below chart highlighted in red on the last column.

- **Approximately $6000 decrease in monthly sales.**

- **Approximately $18,000 decrease in monthly concrete services, resulting in ZERO concrete service sales.**

- **Over $9,000 decrease in monthly Misc. Work.**

- **Approximately $13,000 decrease in monthly Sealcoating Sales. It seems this type of work has been discontinued since this category was removed altogether from the bankruptcy version of the P&L sheet.**

- **Approximately $70,000 decrease in monthly Income**

- **Approximately $34,000 increase in monthly Auto & Truck Expense – suspiciously contradicting the decrease in monthly sales**

- **Over $50,000 increase in monthly Job Materials Costs – again suspiciously contradicting the decrease in monthly sales**

- **Approximately $65,000 increase in monthly Costs of Goods Sold – again suspiciously contradicting the decrease in monthly sales**

- **Approximately $158,000 decrease in monthly Net Income IN ONLY ONE MONTH, yet every other year prior the company has shown significant profits on their P&L's based on the P&L information that I was initially provided by Daren Daly (see spreadsheet #2 below for the full sheet and all years).**

❖ **Spreadsheet #1 below shows my comparative analysis as discussed above.**

❖ **Spreadsheet #2 below shows the entire P&L spreadsheet that was provided to me by Daren Daly for Jan 2016 through June 23, 2022.**

---

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page 53 of 67

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB

PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

## All Paving Inc
## Profit and Loss

| | Jan 1 - Jun 23, 2022 | Avg 30 Day Period in 2022 | Bankruptcy Court Copy: June 2022 | Descrepancies b/t Jun 2022 & Normal Month |
|---|---|---|---|---|
| **Income** | | | | |
| **Over/Under Billed** | | | | |
| **Sales** | 75,108.13 | 13,024.53 | 7,233.13 | -5,791.40 |
| Asphalt Services | 2,095,068.28 | 363,306.64 | 365,873.12 | 2,566.48 |
| Concrete Services | 101,989.56 | 17,686.05 | 0.00 | -17,686.05 |
| Drainage | 6,600.00 | 1,144.51 | | -1,144.51 |
| Misc. Work | 60,064.24 | 10,415.76 | 1,040.00 | -9,375.76 |
| Permit Fees | 32,281.82 | 5,598.00 | 5,741.77 | 143.77 |
| Sales of Product Income | | 0.00 | | |
| Sealcoating | 73,612.05 | 12,765.10 | | -12,765.10 |
| Signage | 1,200.00 | 208.09 | | -208.09 |
| Striping | 24,334.77 | 4,219.90 | 3,950.00 | -269.90 |
| **Total Sales** | $ 2,470,258.85 | 428,368.59 | 383,838.02 | -44,530.57 |
| Uncategorized Income | 14,184.15 | 2,459.68 | | -2,459.68 |
| z-Returns and Allowances | | 0.00 | | |
| Discount | -27,231.00 | -4,722.14 | -27,231.00 | -22,508.86 |
| **Total z-Returns and Allowances** | -$ 27,231.00 | -4,722.14 | -27,231.00 | -22,508.86 |
| **Total Income** | $ 2,457,212.00 | 426,106.13 | $356,607.02 | -69,499.11 |
| **Cost of Goods Sold** | | 0.00 | | |
| Cost of Goods Sold | 6,486.34 | 1,124.80 | | -1,124.80 |
| Auto & Truck | 5,848.26 | 1,014.15 | 974.71 | -39.44 |
| Delivery/Towing Fees | | 0.00 | 892.75 | 892.75 |
| Fuel | 120,210.13 | 20,845.69 | 21,479.09 | 633.40 |
| GPS Tracking | 3,221.71 | 558.68 | 333.97 | -224.71 |
| Registration & Fines | 5,203.69 | 902.37 | 294.70 | -607.67 |
| Reimbursement | 1,324.00 | 229.60 | | -229.60 |
| Repairs & Maintenance | 24,069.22 | 4,173.85 | 7,354.45 | 3,180.60 |
| Sunpass | 4,050.00 | 702.31 | 700.00 | -2.31 |
| Tires & Tire Service | 19,591.90 | 3,397.44 | 1,575.92 | -1,821.52 |
| Trucking | 138,378.05 | 23,996.19 | 56,657.15 | 32,660.96 |
| **Total Auto & Truck** | $ 321,896.96 | 55,820.28 | 90,262.74 | 34,442.46 |
| Barricade Rentals | | 0.00 | | |
| Bonds Premiums | | 0.00 | | |
| Equipment Rental | 2,631.12 | 456.26 | 487.58 | 31.32 |
| Equipment Repairs and Maintenance | 84,826.24 | 14,709.75 | 11,276.44 | -3,433.31 |
| Job Materials | 861,880.38 | 149,459.03 | 199,660.67 | 50,201.64 |
| Discounts - Job Materials | | 0.00 | | |
| **Total Job Materials** | $ 861,880.38 | 149,459.03 | 199,660.67 | 50,201.64 |
| Other Job Related Costs | 170.00 | 29.48 | | -29.48 |
| Dump Fees,Shop/Waste Pickup | 193.54 | 33.56 | | -33.56 |
| Job Related Pest Control Services | | 0.00 | | |
| Job Supplies | 911.00 | 157.98 | | -157.98 |
| Portable Toilet | | 0.00 | | |
| Shop/General Shop Supplies | | 0.00 | | |
| Uniforms/Safety Vests/Hard Hats | 1,618.38 | 280.64 | 522.43 | 241.79 |

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page 54 of 67

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB

PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

| | | | | |
|---|---|---|---|---|
| Total Other Job Related Costs | $ 2,892.92 | 501.66 | 522.43 | 20.77 |
| Permit Fees | 13,487.23 | 2,338.83 | | -2,338.83 |
| Proctor & Densities Testing | | 0.00 | | |
| Small Tools & Equipment | | 0.00 | | |
| Sub-Contractor | 119,159.90 | 20,663.57 | 8,632.00 | -12,031.57 |
| Labor | 4,869.00 | 844.34 | | -844.34 |
| Total Sub-Contractor | $ 124,028.90 | 21,507.90 | | -21,507.90 |
| Total Cost of Goods Sold | $ 1,418,130.09 | 245,918.51 | 310,841.86 | 64,923.35 |
| Total Cost of Goods Sold | $ 1,418,130.09 | 245,918.51 | $310,841.86 | 64,923.35 |
| Gross Profit | $ 1,039,081.91 | 180,187.61 | $45,765.16 | -134,422.45 |
| Expenses | | 0.00 | | |
| Advertising & Marketing | 2,355.56 | 408.48 | 479.18 | 70.70 |
| Google Adwords | 1,692.96 | 293.58 | 289.78 | -3.80 |
| Trade Show & Conference | | 0.00 | | |
| Total Advertising & Marketing | $ 4,048.52 | 702.06 | 768.96 | 66.90 |
| Auto Expense | 450.00 | 78.03 | | -78.03 |
| Bad Debt Expense | 8,706.65 | 1,509.82 | | -1,509.82 |
| Bank Charges & Fees | 53.50 | 9.28 | 0.00 | -9.28 |
| Analysis & Maintenance Fees | 1,762.00 | 305.55 | 309.00 | 3.45 |
| Credit Card Fees | | 0.00 | | |
| New Check Order Fees | | 0.00 | | |
| Total Bank Charges & Fees | $ 1,815.50 | 314.83 | 309.00 | -5.83 |
| Charitable Contributions | 262.50 | 45.52 | 52.50 | 6.98 |
| Donation | | 0.00 | | 0.00 |
| Total Charitable Contributions | $ 262.50 | 45.52 | | -45.52 |
| Commissions - Outside Sales | | 0.00 | | |
| Computer and Internet | | 0.00 | | |
| Internet | 1,515.19 | 262.75 | 313.35 | 50.60 |
| Software | 2,438.86 | 422.92 | 285.96 | -136.96 |
| Total Computer and Internet | $ 3,954.05 | 685.67 | 599.31 | -86.36 |
| Contractors/Consulting | | 0.00 | | |
| Contract Labor - Administrative | | 0.00 | | |
| Total Contractors/Consulting | $ 0.00 | 0.00 | | |
| Dues & subscriptions | 696.02 | 120.70 | 598.10 | 477.40 |
| Education and Training | 795.00 | 137.86 | | -137.86 |
| Employee Benefits | | 0.00 | | |
| Employee Bonus | | 0.00 | | |
| Total Employee Benefits | $ 0.00 | 0.00 | | |
| Insurance | 124,675.10 | 21,619.96 | 23,287.71 | 1,667.75 |
| Health | 9,490.95 | 1,645.83 | 1,478.19 | -167.64 |
| Total Insurance | $ 134,166.05 | 23,265.79 | 24,765.90 | 1,500.11 |
| Interest Paid | 169.51 | 29.39 | | -29.39 |
| Legal & Professional Services | 85,652.17 | 14,852.98 | 32,637.52 | 17,784.54 |
| Management Fees | | 0.00 | | |
| Meals & Entertainment | 2,690.27 | 466.52 | 481.49 | 14.97 |
| Office Supplies | 2,270.19 | 393.67 | 306.79 | -86.88 |
| Outside Services | | 0.00 | | |
| Telephone Answering Service | 421.41 | 73.08 | 81.96 | 8.88 |
| Total Outside Services | $ 421.41 | 73.08 | 81.96 | 8.88 |
| Payroll | 534,033.90 | 92,607.03 | 94,978.05 | 2,371.02 |
| Employee Loans | | 0.00 | | |
| Total Payroll | $ 534,033.90 | 92,607.03 | 94,978.05 | 2,371.02 |

| | |
|---|---|
| **Pembroke Pines** | **Parkland** |
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |



EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

| | | | | |
|---|---|---|---|---|
| Payroll Expenses | | 0.00 | | |
| Payroll Taxes | | 0.00 | | |
| Postage | 1,238.11 | 214.70 | 319.10 | 104.40 |
| Qualifying Fee | | 0.00 | | |
| Reimbursable Expenses | | 0.00 | | |
| Rent & Lease | 19,710.75 | 3,418.05 | 3,254.07 | -163.98 |
| Repairs & Maintenance | 5,952.71 | 1,032.26 | | -1,032.26 |
| Taxes | 22,924.34 | 3,975.32 | 4,542.75 | 567.43 |
| Taxes & Licenses | 557.51 | 96.68 | | -96.68 |
| Telephone | 2,713.57 | 470.56 | 436.88 | -33.68 |
| T-Mobile | | 0.00 | | |
| Verizon | | 0.00 | | |
| Total Telephone | $ 2,713.57 | 470.56 | | -470.56 |
| Travel | 635.23 | 110.16 | | -110.16 |
| Utilities | | 0.00 | | |
| Electric | | 0.00 | | |
| Total Utilities | $ 0.00 | 0.00 | | |
| Website Expenses | | 0.00 | | |
| Web Services | | 0.00 | | |
| Website-Internet Service | 1,692.99 | 293.58 | 279.00 | -14.58 |
| Total Website Expenses | $ 1,692.99 | 293.58 | 279.00 | -14.58 |
| Total Expenses | $ 835,556.95 | 144,894.27 | $164,411.38 | 19,517.11 |
| Net Operating Income | $ 203,524.96 | 35,293.35 | -$ 118,646.22 | -153,939.57 |
| Other Income | | 0.00 | | |
| Interest Income | 6.36 | 1.10 | 1.82 | 0.72 |
| PPP Forgiveness | | 0.00 | | |
| Rewards Income | 0.00 | | -3,542.14 | -3,542.14 |
| Total Other Income | $ 6.36 | 1.10 | -$ 3,540.32 | -3,541.42 |
| Other Expenses | | 0.00 | | |
| Depreciation | | 0.00 | | |
| Loss (Gain) on Disposal of Assets | | 0.00 | | |
| Other Miscellaneous Expense | | 0.00 | | |
| Penalties | 507.00 | 87.92 | 507.00 | 419.08 |
| Sealcoating LLC | | 0.00 | | |
| Total Other Expenses | $ 507.00 | 87.92 | $507.00 | 419.08 |
| Net Other Income | -$ 500.64 | -86.82 | -$ 4,047.32 | -3,960.50 |
| Net Income | $ 203,024.32 | 35,206.53 | -$ 122,693.54 | -157,900.07 |

# NEXT PAGE:  SPREADSHEET # 2 w All years:

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

**All Paving Inc**
**Profit and Loss**

| | Jan - Dec 2016 | Jan - Dec 2017 | Jan - Dec 2018 | Jan - Dec 2019 | Jan - Dec 2020 | Jan - Dec 2021 | Jan 1 - Jun 23, 2022 | June 2022 Provided to Bankruptcy Court | Top up through Jun 23, 2022 |
|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | |
| Over/Under Billed | | | | 0.00 | 0.00 | | | | 0.00 |
| **Sales** | | 917.70 | 0.00 | 6,500.00 | 37,460.00 | 306,500.60 | 75,108.13 | 7,233.13 | 426,486.43 |
| Asphalt Services | 0.00 | 4,366,142.75 | 3,249,834.68 | 5,236,686.58 | 2,476,573.56 | 2,500,314.58 | 2,095,068.28 | 365,873.12 | 19,924,620.43 |
| Concrete Services | | 345,352.50 | 560,624.35 | 382,584.33 | 123,002.85 | 276,292.29 | 101,989.56 | 0.00 | 1,789,845.88 |
| Drainage | | 104,752.40 | 78,363.90 | 14,310.00 | 86,124.40 | 84,727.12 | 6,600.00 | | 374,877.82 |
| Misc. Work | | 365,260.19 | 148,159.75 | 166,939.77 | 90,969.93 | 284,671.89 | 60,064.24 | 1,040.00 | 1,116,065.77 |
| Permit Fees | | 43,164.65 | 19,831.21 | 35,154.69 | 49,174.94 | 15,707.22 | 32,281.82 | 5,741.77 | 195,314.53 |
| Sales of Product Income | | 478,610.47 | | | | | | | 478,610.47 |
| Sealcoating | | 97,703.97 | 78,301.20 | 84,323.48 | 23,919.12 | 143,103.60 | 73,612.05 | | 500,963.42 |
| Signage | | | | | | 2,100.00 | 1,200.00 | | 3,300.00 |
| Striping | | 196,971.71 | 148,482.38 | 87,183.91 | 117,450.78 | 114,815.99 | 24,334.77 | 3,950.00 | 689,239.54 |
| **Total Sales** | $ 0.00 | $ 5,998,876.34 | $ 4,283,597.47 | $ 6,013,682.76 | $ 3,004,675.58 | $ 3,728,233.29 | $ 2,470,258.85 | $383,838.02 | $ 25,499,324.29 |
| Uncategorized Income | | | | | 87,754.19 | 6,716.79 | 14,184.15 | | 108,655.13 |
| z-Returns and Allowances | | -6,232.40 | | -400.00 | | | | | -6,632.40 |
| Discount | | -26,031.50 | -16,571.13 | -74,555.97 | -94,309.60 | -1,106.50 | -27,231.00 | -27,231.00 | -239,805.70 |
| **Total z-Returns and Allowances** | $ 0.00 | -$ 32,263.90 | -$ 16,571.13 | -$ 74,955.97 | -$ 94,309.60 | -$ 1,106.50 | -$ 27,231.00 | -27,231.00 | -$ 246,438.10 |
| **Total Income** | $ 0.00 | $ 5,966,612.44 | $ 4,267,026.34 | $ 5,938,726.79 | $ 2,998,120.17 | $ 3,733,843.58 | $ 2,457,212.00 | $356,607.02 | $ 25,361,541.32 |
| **Cost of Goods Sold** | | | | | | | | | |
| **Cost of Goods Sold** | | | | | 9,368.00 | 6,486.34 | | | 15,854.34 |
| **Auto & Truck** | | | | | 540.00 | 5,897.05 | 5,848.26 | 974.71 | 12,285.31 |
| Delivery/Towing Fees | | 11,287.89 | 2,255.20 | -597.40 | 1,474.08 | 2,972.50 | | 892.75 | 17,392.27 |
| Fuel | | 102,189.79 | 175,046.30 | 171,252.03 | 91,384.38 | 125,456.22 | 120,210.13 | 21,479.09 | 785,538.85 |
| GPS Tracking | | | 1,741.64 | 2,307.82 | 2,549.95 | 2,575.19 | 3,221.71 | 333.97 | 12,396.31 |
| Registration & Fines | | 5,634.29 | 4,699.49 | 900.96 | 4,437.22 | 8,288.25 | 5,203.69 | 294.70 | 29,163.90 |
| Reimbursement | | 50,298.93 | 15,648.65 | 40,727.29 | 12,724.00 | 18,828.02 | 1,324.00 | | 139,550.89 |
| Repairs & Maintenance | | 36,131.60 | 33,710.60 | 56,556.73 | 30,725.14 | 36,097.49 | 24,069.22 | 7,354.45 | 217,290.78 |
| Sunpass | | 8,871.28 | 11,386.67 | 23,016.73 | 10,964.14 | 8,120.78 | 4,050.00 | 700.00 | 66,409.60 |
| Tires & Tire Service | | 27,152.32 | 13,123.19 | 20,364.44 | 8,836.00 | 29,442.35 | 19,591.90 | 1,575.92 | 118,510.20 |
| Trucking | | | 73,624.11 | 391,118.46 | 333,279.70 | 170,247.03 | 138,378.05 | 56,657.15 | 1,160,647.35 |
| **Total Auto & Truck** | $ 0.00 | $ 241,566.10 | $ 331,235.85 | $ 705,647.06 | 496,914.61 $ | 407,924.88 $ | 321,896.96 | 90,262.74 $ | $ 2,505,185.46 |
| Barricade Rentals | | 32,485.22 | 18,246.91 | 5,396.73 | | 7,372.50 | | | 63,501.36 |
| Bonds Premiums | | 4,078.00 | 150.00 | 475.00 | 1,400.00 | 1,375.00 | | | 7,478.00 |
| Equipment Rental | | 468,132.81 | 94,277.98 | 20,183.85 | 5,552.68 | 18,001.11 | 2,631.12 | 487.58 | 608,779.55 |
| Equipment Repairs and Maintenance | | 29,028.39 | 38,953.89 | 78,783.13 | 63,644.14 | 75,568.27 | 84,826.24 | 11,276.44 | 370,804.03 |
| Job Materials | | 1,499,875.60 | 871,049.69 | 1,781,284.21 | 1,437,424.62 | 1,161,981.44 | 861,880.38 | 199,660.67 | 7,613,495.94 |
| Discounts - Job Materials | | | | -16,383.69 | | | | | -16,383.69 |
| **Total Job Materials** | $ 0.00 | $ 1,499,875.60 | $ 871,049.69 | $ 1,764,900.52 | $ 1,437,424.62 | $ 1,161,981.44 | $ 861,880.38 | | $ 7,597,112.25 |
| **Other Job Related Costs** | | | 20,061.92 | 44,870.53 | 4,663.51 | 389.00 | 170.00 | | 70,754.96 |
| Dump Fees,Shop/Waste Pickup | | 616.34 | 1,225.00 | 8,246.37 | 1,404.37 | 3,360.69 | 193.54 | | 15,046.31 |
| Job Related Pest Control Services | | 29,043.99 | 69.66 | | | | | | 29,113.65 |
| Job Supplies | | 840.56 | 1,598.92 | 7,764.90 | 1,160.33 | 28,668.86 | 911.00 | | 40,944.57 |
| Portable Toilet | | 100.27 | | | 230.05 | | | | 330.32 |
| Shop/General Shop Supplies | | 1,271.47 | 400.00 | 2,776.50 | | | | | 4,447.97 |
| Uniforms/Safety Vests/Hard Hats | | 4,869.71 | 9,224.16 | 9,870.41 | -1,354.78 | 3,640.65 | 1,618.38 | 522.43 | 27,868.53 |
| **Total Other Job Related Costs** | $ 0.00 | $ 36,742.34 | $ 33,179.66 | $ 73,528.71 | $ 6,103.48 | $ 36,059.20 | $ 2,892.92 | 522.43 $ | $ 188,906.31 |
| Permit Fees | | 43,436.93 | 7,697.64 | 19,552.89 | 46,439.08 | 14,741.56 | 13,487.23 | | 145,355.33 |
| Proctor & Densities Testing | | 9,478.00 | 406.00 | 622.00 | 663.00 | 11,225.00 | | | 22,394.00 |
| Small Tools & Equipment | | 15,915.13 | 16,891.66 | 21,718.37 | 387.08 | | | | 54,912.24 |
| **Sub-Contractor** | | 573,803.57 | 199,555.04 | 161,601.28 | 113,448.72 | 158,045.30 | 119,159.90 | 8,632.00 | 1,325,613.81 |
| Labor | | 10,146.72 | 28,063.90 | 165,981.59 | 101,384.36 | 17,260.63 | 4,869.00 | | 327,706.20 |
| **Total Sub-Contractor** | $ 0.00 | $ 583,950.29 | $ 227,618.94 | $ 327,582.87 | $ 214,833.08 | $ 175,305.93 | $ 124,028.90 | | $ 1,653,320.01 |
| **Total Cost of Goods Sold** | $ 0.00 | $ 2,964,688.81 | $ 1,639,708.22 | $ 3,018,391.10 | $ 2,273,361.77 | $ 1,918,922.89 | $ 1,418,130.09 | $310,841.86 | $ 13,233,202.88 |
| **Total Cost of Goods Sold** | $ 2,964,688.81 | $ 1,639,708.22 | $ 3,018,391.10 | $ 2,273,361.77 | $ 1,918,922.89 | $ 1,418,130.09 | $310,841.86 | | $ 13,233,202.88 |
| **Gross Profit** | $ 0.00 | $ 3,001,923.63 | $ 2,627,318.12 | $ 2,920,335.69 | $ 724,758.40 | $ 1,814,920.69 | $ 1,039,081.91 | $45,765.16 | $ 12,128,338.44 |
| **Expenses** | | | | | | | | | |
| Advertising & Marketing | | 6,768.32 | 12,803.19 | 13,476.34 | 4,947.77 | 8,065.96 | 2,355.56 | 479.18 | 48,417.14 |
| Google Adwords | | 20,067.12 | 22,144.93 | 28,942.69 | 5,886.45 | 1,649.44 | 1,692.96 | 289.78 | 80,383.59 |
| Trade Show & Conference | | 3,124.32 | 1,370.60 | | | | | | 4,494.92 |
| **Total Advertising & Marketing** | $ 0.00 | $ 29,959.76 | $ 36,318.72 | $ 42,419.03 | 10,834.22 | 9,715.40 | 4,048.52 | 768.96 $ | 133,295.65 $ |
| Auto Expense | | 6,453.01 | 3,561.76 | 0.00 | | | 450.00 | | 10,464.77 |
| Bad Debt Expense | | | 136,547.03 | 126,281.87 | 161,767.18 | 321,164.06 | 8,706.65 | | 754,466.79 |
| Bank Charges & Fees | | 247.40 | 534.26 | 258.11 | 847.44 | 3,253.85 | 53.50 | 0.00 | 5,194.56 |
| Analysis & Maintenance Fees | | 484.40 | 142.70 | 252.00 | 3,041.49 | 2,977.00 | 1,762.00 | 309.00 | 8,659.59 |

---

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

| Account | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | Total |
|---|---|---|---|---|---|---|---|---|---|
| Credit Card Fees | | 1,114.73 | 117.99 | | | 10.00 | | | 1,242.72 |
| New Check Order Fees | | 350.18 | 103.64 | 82.01 | | 143.05 | | | 678.88 |
| Total Bank Charges & Fees | $ 0.00 | $ 2,196.71 | $ 898.59 | $ 592.12 | $ 3,888.93 | $ 6,383.90 | $ 1,815.50 | 309.00 | $ 15,775.75 |
| Charitable Contributions | | 1,000.00 | | 500.00 | 500.00 | | 262.50 | 52.50 | 2,262.50 |
| Donation | | | | 300.00 | | | | | 300.00 |
| Total Charitable Contributions | $ 0.00 | $ 1,000.00 | $ 0.00 | $ 800.00 | $ 500.00 | $ 0.00 | $ 262.50 | | $ 2,562.50 |
| Commissions - Outside Sales | | 30,141.00 | | | | | | | 30,141.00 |
| Computer and Internet | | | | | | | | | 0.00 |
| Internet | | 3,309.57 | 3,739.90 | 4,548.86 | 5,183.19 | 4,070.58 | 1,515.19 | 313.35 | 22,367.29 |
| Software | | 21,865.65 | 5,988.18 | 2,318.77 | 2,937.55 | 5,113.52 | 2,438.86 | 285.96 | 40,662.53 |
| Total Computer and Internet | $ 0.00 | $ 25,175.22 | $ 9,728.08 | $ 6,867.63 | $ 8,120.74 | $ 9,184.10 | $ 3,954.05 | 599.31 | $ 63,029.82 |
| Contractors/Consulting | | 413,699.50 | 221,124.15 | 2,782.50 | | | | | 637,606.15 |
| Contract Labor - Administrative | | 2,997.00 | 150.00 | | | | | | 3,147.00 |
| Total Contractors/Consulting | $ 0.00 | $ 413,699.50 | $ 224,121.15 | $ 2,932.50 | $ 0.00 | $ 0.00 | $ 0.00 | | $ 640,753.15 |
| Dues & subscriptions | | 5,182.60 | 1,023.89 | 1,120.60 | 1,715.80 | 1,945.07 | 696.02 | 598.10 | 11,683.98 |
| Education and Training | | | | 1,717.54 | 144.00 | 1,070.25 | 795.00 | | 3,726.79 |
| Employee Benefits | | 392.57 | | | | | | | 392.57 |
| Employee Bonus | | 15,921.76 | 1,100.00 | 2,275.00 | 2,010.82 | 1,525.00 | | | 22,832.58 |
| Total Employee Benefits | $ 0.00 | $ 16,314.33 | $ 1,100.00 | $ 2,275.00 | $ 2,010.82 | $ 1,525.00 | $ 0.00 | | $ 23,225.15 |
| Insurance | | 87,256.99 | 207,176.66 | 243,925.82 | 202,341.71 | 132,448.84 | 124,675.10 | 23,287.71 | 997,825.12 |
| Health | | | 11,022.98 | | | 2,449.76 | 9,490.95 | 1,478.19 | 22,963.69 |
| Total Insurance | $ 0.00 | $ 87,256.99 | $ 218,199.64 | $ 243,925.82 | $ 202,341.71 | $ 134,898.60 | $ 134,166.05 | 24,765.90 | $ 1,020,788.81 |
| Interest Paid | | 54,022.83 | 71,878.42 | 69,290.89 | 35,269.62 | 60,301.99 | 169.51 | | 290,873.26 |
| Legal & Professional Services | | 52,520.00 | 260,260.86 | 222,330.02 | 289,110.77 | -38,527.02 | 85,652.17 | 32,637.52 | 871,346.80 |
| Management Fees | | 535,670.76 | | | | | | | 535,670.76 |
| Meals & Entertainment | | 11,257.96 | 6,296.91 | 5,830.83 | 3,454.45 | 5,586.26 | 2,690.27 | 481.49 | 35,116.68 |
| Office Supplies | | 5,650.25 | 13,584.54 | 13,046.20 | 5,933.18 | 3,919.56 | 2,270.19 | 306.79 | 44,405.92 |
| Outside Services | | | | | 400.00 | | | | 400.00 |
| Telephone Answering Service | | 292.02 | 677.61 | 912.60 | 1,036.86 | 1,036.66 | 421.41 | 81.96 | 4,377.16 |
| Total Outside Services | $ 0.00 | $ 292.02 | $ 677.61 | $ 912.60 | $ 1,436.86 | $ 1,036.66 | $ 421.41 | 81.96 | $ 4,777.16 |
| Payroll | | 831,649.05 | 945,582.62 | 1,149,521.08 | 1,009,137.92 | 850,430.53 | 534,033.90 | 94,978.05 | 5,320,355.10 |
| Employee Loans | | 0.00 | | | 0.00 | | | | 0.00 |
| Total Payroll | $ 0.00 | $ 831,649.05 | $ 945,582.62 | $ 1,149,521.08 | $ 1,009,137.92 | $ 850,430.53 | $ 534,033.90 | | $ 5,320,355.10 |
| Payroll Expenses | | 15,039.45 | 2,094.90 | 2,098.20 | 37,082.57 | 58,281.67 | | | 114,596.79 |
| Payroll Taxes | | 71,795.91 | 79,360.02 | 76,326.90 | 65,563.69 | 57,770.32 | | | 350,816.84 |
| Postage | | 7,719.34 | 6,739.88 | 1,655.86 | 4,043.24 | 3,611.33 | 1,238.11 | 319.10 | 25,007.75 |
| Qualifying Fee | | 31,000.00 | | | | | | | 31,000.00 |
| Reimbursable Expenses | | | | | 6,080.00 | | | | 6,080.00 |
| Rent & Lease | | 33,795.00 | 18,910.00 | 30,412.19 | 36,485.54 | 37,934.16 | 19,710.75 | 3,254.07 | 176,707.64 |
| Repairs & Maintenance | | 8,784.75 | 8,322.73 | 1,817.47 | 300.00 | 1,150.00 | 5,952.71 | | 26,327.66 |
| Taxes | | | | | 36,356.68 | 22,924.34 | 4,542.75 | | 59,281.02 |
| Taxes & Licenses | | 3,991.51 | 5,155.91 | 5,581.62 | 2,138.33 | 14,554.79 | 557.51 | | 31,979.67 |
| Telephone | | | | 1,823.33 | 2,523.94 | 4,213.41 | 2,713.57 | 436.88 | 11,274.25 |
| T-Mobile | | 3,334.24 | 3,829.57 | 4,251.75 | 3,985.41 | 1,225.37 | | | 16,626.34 |
| Verizon | | 752.80 | 82.18 | | | | | | 834.98 |
| Total Telephone | $ 0.00 | $ 4,087.04 | $ 3,911.75 | $ 6,075.08 | $ 6,509.35 | $ 5,438.78 | $ 2,713.57 | | $ 28,735.57 |
| Travel | | 26,186.59 | 15,947.61 | 10,187.52 | 3,678.13 | 3,487.08 | 635.23 | | 60,122.16 |
| Utilities | | | 280.38 | | | | | | 280.38 |
| Electric | | 250.24 | | | | | | | 250.24 |
| Total Utilities | $ 0.00 | $ 250.24 | $ 280.38 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | | $ 530.62 |
| Website Expenses | | | | | | | | | 0.00 |
| Web Services | | 22,128.47 | 5,034.05 | 607.86 | | 36.34 | | | 27,806.72 |
| Website-Internet Service | | 2,991.99 | 3,375.95 | 3,375.95 | 3,378.94 | 3,461.45 | 1,692.99 | 279.00 | 18,277.27 |
| Total Website Expenses | $ 0.00 | $ 25,120.46 | $ 8,410.00 | $ 3,983.81 | $ 3,378.94 | $ 3,497.79 | $ 1,692.99 | 279.00 | $ 46,083.99 |
| Total Expenses | $ 0.00 | $ 2,336,212.28 | $ 2,078,915.00 | $ 2,028,002.37 | $ 1,900,865.99 | $ 1,590,176.96 | $ 835,556.95 | $164,411.38 | $ 10,769,729.55 |
| Net Operating Income | $ 0.00 | $ 665,711.35 | $ 548,403.12 | $ 892,333.32 | $ 1,176,107.59 | $ 224,743.73 | $ 203,524.96 | -$ 118,646.22 | $ 1,358,608.89 |
| Other Income | | | | | | | | | |
| Interest Income | | 16.81 | 8.71 | 863.73 | 122.45 | 9.13 | 6.36 | 1.82 | 1,027.19 |
| PPP Forgiveness | | | | | | 501,765.00 | | | 501,765.00 |
| Rewards Income | | | 8,353.57 | | 0.00 | 0.00 | 0.00 | -3,542.14 | 8,353.57 |
| Total Other Income | $ 0.00 | $ 16.81 | $ 8,362.28 | $ 863.73 | $ 122.45 | $ 501,774.13 | $ 6.36 | -$ 3,540.32 | $ 511,145.76 |
| Other Expenses | | | | | | | | | |
| Depreciation | | 244,231.54 | 333,644.66 | 357,113.75 | 660,917.90 | 362,730.83 | | | 1,958,638.68 |
| Loss (Gain) on Disposal of Assets | | 33,592.79 | 19,942.96 | 17,676.00 | | | | | 71,211.75 |
| Other Miscellaneous Expense | | 0.00 | 1,895.29 | | 710.00 | | | | 2,605.29 |
| Penalties | | | | 430.58 | 22,600.00 | 250.00 | 507.00 | 507.00 | 23,787.58 |
| LLC | | 176,810.78 | | | | | | | 176,810.78 |
| Total Other Expenses | $ 0.00 | $ 454,635.11 | $ 355,482.91 | $ 375,220.33 | $ 683,517.90 | $ 363,690.83 | $ 507.00 | $507.00 | $ 2,233,054.08 |
| Net Other Income | $ 0.00 | -$ 454,618.30 | -$ 347,120.63 | -$ 374,356.60 | -$ 683,395.45 | $ 138,083.30 | -$ 500.64 | -$ 4,047.32 | -$ 1,721,908.32 |
| Net Income | $ 0.00 | $ 211,093.05 | $ 201,282.49 | $ 517,976.72 | $ 1,859,503.04 | $ 362,827.03 | $ 203,024.32 | -$ 122,693.54 | $ 363,299.43 |

---

**Pembroke Pines**
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

**Parkland**
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN,** CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

# APPENDIX F: Curriculum Vitae

## JOEY FRIEDMAN, CPA, ABV, MACC, MIB

Broward County, FL 33067          954.290.5657          Joey@JoeyFriedmanCPA.com

### EXECUTIVE PROFILE

**Sr. Level Executive and CPA** with an exemplary track record of success in leading high growth organizations to achieve their goals. An entrepreneur and proven business builder with over 20 years of experience as a CEO and management consultant, as well as serving as an expert witness in court hearings, depositions, arbitration, and trials. Expertise encompasses Finance, Forensic Accounting, Valuations (Business, Real Estate and Personal Property), Strategic Planning, and Operations, among others. Well-known and highly respected in the industry. Background provides a unique ability to conduct business valuations and assess liability and risk management issues facing individuals, companies, and organizations. Superior communication and interpersonal skills. Exceptional integrity and ethics.

### EDUCATION, LICENSES AND CERTIFICATIONS

**Certified Public Accountant (CPA)**
**Accredited in Business Valuation (ABV) credential**

**Master of Science Degree in Accounting,** Florida Atlantic University, Boca Raton, FL
**Master of Arts Degree in International Business,** University of Florida, Gainesville, FL
**Graduate Certificate in Entrepreneurship,** University of Florida, Gainesville, FL
**Bachelor of Science Degree in Accounting, Minors in Economics and Criminology,** University of Florida, Gainesville, FL

**Florida Real Estate License**
**Licensed Travel Agent**
**Pilot License**

### PROFESSIONAL EXPERIENCE

**EXPERT WITNESS TESTIMONY, LITIGATION SUPPORT & BUSINESS VALUATION**          **06/2014 - PRESENT**
■ Expert Witness
Provide expert witness testimony in court hearings, depositions, arbitrations, and business litigation jury trials. Deliver comprehensive litigation support including thorough financial reviews and investigations to detect fraud or other discrepancies. Conduct in-depth analyses and assessments of all relevant documents

---

Pembroke Pines                                                                                    Parkland
1 SW 129th Avenue,                                                                          6574 N State Rd 7
Suite 408                                                                                              Suite 114
Pembroke Pines, FL 33027                                                      Coconut Creek, FL 33073
P: 954-282-9615                                                                              P: 954-290-5657

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

and testify in court to the authenticity or inaccuracy of evidence and/or testimony. Also provide valuations of businesses, real estate and personal property to facilitate settlement negotiations, as well as damage assessments. Assist in arbitration, with experience preparing reports for use with AAA Arbitration.

**INVO ENTERPRISES, INC.**                                                                      **01/2002 – 8/2021**
■ President/CEO

Accountable for providing strategic and tactical leadership for this holding company, generated over $1.5MM annually. Manage multiple divisions of the company including, Corporate Events, Logistics and Supply Chain Services, Promotional Products, Digital and Print Media, Travel Agency, and a Talent Agency. Responsibilities include leading organizational direction, strategic planning, sales/business development, marketing, creative direction, purchasing, supply chain management, IT operations, finance, special events, and P&L. Recruit, train, manage, and mentor a team of over 150 individuals.

Finance
➢ Oversee the completion of all monthly accounting including preparation of financial statements; federal and state income tax, payroll tax and sales tax returns; management of bank reconciliations; job costing; and expense management.
➢ Protect the company's assets by implementing tight internal controls, ensuring accurate financial trends analysis and projections, and generating alternate ideas and suggestions to improve operating performance.
➢ Recognize and address operational deficiencies thereby reducing expenses and positively impacting the bottom line.
➢ Provide leadership and advisement for major financial and operating considerations.
➢ Acquired and sold multiple real estate properties including negotiating contracts and leases, market research, and licensing.
➢ Spearheaded multiple large legal engagements involving business interests and won an overwhelming majority of them due to savvy business acumen.

Senior Leadership Accountabilities
➢ A highly visible position with a diverse span of responsibilities critical to the company's long-term market and strategic position, operating efficiency and bottom-line performance. Involved in all strategy, policy, operational, and investment decisions.
➢ Championed the successful startup and substantial growth of multiple lines of business within the organization from concept to licensing, hiring staff and ongoing operations. Built other business divisions on synergistic properties, segueing one division of a business into other businesses or paths that were synergistic with it to increase revenue.
➢ Designed and developed company-wide policies and practices consistent with company values.
➢ Serve as a strategic business partner with key clients including Anheuser Busch, AXE, Miller Brewing Company, Cone Distributing Inc., Coors Brewing Company, Papa Johns, University of Florida, Ocala Jai-Alai and Poker Room, American Campus Communities, Bento Sushi Restaurant Chain, HotSpot Tanning Chain, and more.

Marketing and Sales
➢ Increased sales year-over-year by an average of 19%.
➢ Worked with Unilever and successfully developed and brought to market multiple new products for their Axe brand including product concepts, design, TV marketing, talent development, PR, and go-

---

**Pembroke Pines**                                                                                              **Parkland**
1 SW 129th Avenue,                                                                                    6574 N State Rd 7
Suite 408                                                                                                        Suite 114
Pembroke Pines, FL 33027                                                                     Coconut Creek, FL 33073
P: 954-282-9615                                                                                       P: 954-290-5657

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
P R E S I D E N T  of  J O E Y  F R I E D M A N ,  C P A  P . A .

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

### INVO INVO ENTERPRISES, INC. - (CONTINUED)

➢ to-market strategy. Collaborated with GMR Marketing.

➢ Generated a 53% increase of new business with residential housing communities within the first year by delivering custom solutions to individual client needs.

➢ Saved American Campus Communities (ACC) over $3MM annually on print and promotional items by streamlining their ordering process and decreasing staff required in their marketing division by over 27%.

➢ Enabled University Communities to abolish their entire marketing department with the exception of their executive level staff by converting their processes to a digital format, as well as the developing a multifunctional website that automated all ordering of uniforms and print products such as business cards, promotional products, name tags, etc.

➢ Manage all marketing, advertising and promotions for Grog, Gator City, 8 Seconds, and numerous other restaurants and nightclubs.

Corporate Events

➢ Streamlined and reduced event costs 36% by working with vendors to provide higher level services at more competitive prices.

➢ Coordinated all transportation and logistics for the University of Florida for sports teams, student government, fraternities and sororities, business organizations, and school leadership including hotels, venues, meeting rooms, conferences, speakers, etc.

➢ Increased customer base and event venues by 307% in a 6-month time period through the development of innovative, cutting-edge marketing programs.

➢ Collaborated with clients to develop and successfully execute large events with up to 7,000 participants.

### *OTHER COMPANIES OWNED*

Invo Printing & Promotional Products, 2006-2021
Invo Transportation & Travel Agency, 2008-2021
The Wallaby Realty Team, 2017-present
Invo Event Planning & Catering, 2006-2021
Tatu Sushi Restaurant, 2017-2021
Uber Promotions Marketing, 2001-2016
Italian Quarter Restaurant, 2006-2008
The Sloppy Gator Restaurant, 2004-2006
Auto Detailing Service, 2001-2004

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |



EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB

PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

---

*PROFESSIONAL AFFILIATIONS:*

American Institute of Certified Public Accountants (AICPA)
Association of Certified Fraud Examiners (ACFE)

---

*SPECIALIZED TRAINING AND COURSES*

**AICPA:**
Accredited in Business Valuation Review
Introduction to Business Valuation
Understanding Business Valuation
Family Law & Divorce Engagements (part 1, 2, & 3)
**MasterCPE:**
CFO Handbook
Auditing: Compilation and Review Updates
Accounting & Finance for Managers and Entrepreneurs
Ethics for Florida CPAs
Nonprofit Accounting


**CPE Solutions:**
Accounting & Finance for Managers
Specialized Industry GAPP
Making Money with Special Engagements
Ethics for Florida CPAs
Guide to Dealing with Debt and Interest


**Accountants Education Group:**
Retirement Planning
Financial Markets: A Comprehensive Overview
Accounting & Auditing Review
Florida Ethics
Personal Financial Planning


**University of Florida:**
Financial Accounting
Legal Environment of Business
Auditing
International Finance
Business Finance
Managerial Accounting
Managerial Economics

---

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |



Managerial/Cost Accounting
Principles of Microeconomics
Principles of Macroeconomics
Venture Finance

**Florida Atlantic University:**
International Business Operations
Concepts of Federal Income Tax
Accounting for E-Commerce
Advanced Accounting Information Systems
Advanced Financial Reporting and Accounting Concepts
Advanced Accounting Theory
Advanced Auditing Theory

**University of Illinois:**
Federal Taxation I: Individuals, Employees, and Sole Proprietors

**West Virginia University:**
Forensic Accounting & Fraud Examination

---

*RECENT TESTIMONY, LITIGATION SUPPORT, AND/OR DEPOSITION PROVIDED FOR THE FOLLOWING*

**Gigi Stetler and RV Sales of Broward v. GE Commercial Distribution Finance Corporation**
*Case No. 13-019833*
*Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (Circuit Civil Division)*

**Gigi Stetler and RV Sales of Broward v. Mark Bellissimo, Equestrian Show Holdings, LLC, Equestrian Sport Productions, LLC, Wellington Equestrian Partners, LLC, and Camping World, INC.**
*Case No. 50-2010-CA-027935*
*Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida (General Jurisdiction Division)*

**Gary Lampert v. Alma and Frank Sacco**
*Arbitration Case No. 01-19-0001-6096*

---

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |



EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

**US Bank National Association As Legal Title Trustee For Truman 2016 Sc6 Title Trust V. Waters, Frank**
*Case No. 50-2019-CA-015770-XXXX-MB*
*Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida*

**Everglades Partners LLC V Zaidi Syed**
*Case No. 50-2020-CA-003481-XXXX-MB*
*15th Judicial Circuit Court, Palm Beach County State of Florida*

**Capra, Lynn V. Capra, Brian**
*Case No. 50-2021-DR-002193-XXXX-SB*
*Family Division, South Palm Beach County, Florida*

**Cochran, Casey V. Fit Food Fresh Inc**.
*Case No. 50-2021-CA-007179-XXXX-MB.*
*15th Judicial Circuit Court, Palm Beach County State of Florida*

**GNJ Manufacturing, Inc. vs. Tierra De Fuego, Inc. d/b/a Piercing Treasures, David Peretz and Yosi Naftali**
*Case No. CACE 15-022938(25).*
*17th Judicial Circuit Court, Broward County State of Florida*

**Confidential Litigation Support in year 2021**
*Figueroa Law Group*
*Brevard County, State of Florida*

**Confidential Litigation Support in year 2021**
*The Ticktin Law Group, PLLC*
*Broward County, State of Florida*

**Scheg v. Scheg**
*Case No. FMCE 21-008458*
*17th Judicial Circuit, Broward County, Florida*

**All Paving & Sealcoating LLC, Patrick Daly and Elizabeth Daly, v. Daren C. Daly and Jamie A. Schindler**
*Case No. CACE 17-014794(09)*
*17th Judicial Circuit, Broward County, Florida*

---

Pembroke Pines                                              Parkland
1 SW 129ᵗʰ Avenue,                                      6574 N State Rd 7
Suite 408                                                        Suite 114
Pembroke Pines, FL 33027                          Coconut Creek, FL 33073
P: 954-282-9615                                          P: 954-290-5657



EXPERT WITNESS & FORENSIC ACCOUNTANT

**JOEY N FRIEDMAN**, CPA, ABV, M.Acc, MIB

P R E S I D E N T  o f  J O E Y  F R I E D M A N ,  C P A  P . A .

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

---

**Monica Lanigan vs. Thomas Brian Lanigan**
*Case No. FMCE21012947*
*Family Division, Broward County, Florida*


**Rahmani, Ibrahim V Oasis Medical LLC.**
*Case No. 50-2020-CA-010035-XXXX-MB*
*15th Judicial Circuit, Palm Beach County, Florida*


**Patti Sue Lockwood v. Jo-Ann Calcagno**
*Case No. OCN-C-186-19*
*Superior Court Of New Jersey, Ocean County, Chancery Division, New Jersey*


**Selthofer, Lisa Vs. Greco, Joseph**
*Case No. 562020CA000544*
*19th Judicial Circuit, Civil Division, St. Lucie County, Florida*


**RV Sales of Broward, Inc. and Gigi Stetler, vs 595 Annex, LLC**
*Case No. CACE-21-009885 (02)*
*17th Judicial Circuit Court for Broward County, Civil Division*


**Alton Jal, Inc. vs. Jungle Jive LLC, & et al**
*Case No. 2020-013644-CA-01*
*11th Judicial Circuit Court for Miami-Dade County, Florida*

---

i https://www.cnbc.com/2022/01/27/gdp-grew-at-a-6point9percent-pace-to-close-out-2021-stronger-than-expected-despite-omicron-spread.html
ii https://www.bea.gov/sites/default/files/2022-02/gdp4q21_2nd.pdf, current release, data changes from month to month
iii https://www.wsj.com/articles/us-economy-bounced-back-q4-gdp-11643235508
iv https://www.foxbusiness.com/economy/us-economic-growth-gdp-first-quarter
v https://fred.stlouisfed.org/series/A191RL1Q225SBEA

---

| Pembroke Pines | Parkland |
|---|---|
| 1 SW 129th Avenue, | 6574 N State Rd 7 |
| Suite 408 | Suite 114 |
| Pembroke Pines, FL 33027 | Coconut Creek, FL 33073 |
| P: 954-282-9615 | P: 954-290-5657 |

EXPERT WITNESS & FORENSIC ACCOUNTANT

# JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

---

vi https://www.msn.com/en-us/money/markets/us-economy-facing-modest-recession-next-year-fannie-mae-says/ar-AAWplFb

vii https://finance.yahoo.com/news/there-is-a-35-chance-of-a-recession-within-24-months-goldman-sachs-101832879.html; https://www.breitbart.com/clips/2022/04/19/w-h-economic-adviser-bernstein-goldman-sachs-projection-of-35-recession-risk-is-a-very-careful-piece-of-work/

viii https://www.cnn.com/2022/04/28/success/money-moves-recession-geopolitical-unrest/index.html;

ix https://www.bls.gov/news.release/pdf/empsit.pdf, current release, data changes from month to month

x https://www.zerohedge.com/markets/here-whats-behind-todays-stunning-payrolls-beat

xi https://www.zerohedge.com/markets/here-whats-behind-todays-stunning-payrolls-beat

xii https://fred.stlouisfed.org/series/PAYEMS

xiii https://www.msn.com/en-us/money/markets/january-jobs-report-shock-467000-new-jobs-added-big-december-revision-wages-surge/ar-AATtjh7

xiv xiv https://www.bls.gov/news.release/pdf/empsit.pdf, current release, data changes from month to month

xv https://www.cnbc.com/2022/02/02/adp-jobs-report-january-2022.html

xvi https://data.bls.gov/timeseries/CES3000000001

xvii https://www.foxbusiness.com/economy/federal-reserve-january-meeting-minutes

xviii https://www.foxbusiness.com/economy/federal-reserve-signals-interest-rate-hike-january-2022

xix https://www.wsj.com/articles/fed-tees-up-march-interest-rate-increase-11643223603#:~:text=The%20Federal%20Reserve%20signaled%20it%20would%20begin%20steadily,faster%20tha n%20it%20did%20during%20the%20past%20decade; https://www.newsbreak.com/news/2495872102808/fed-plans-to-raise-rates-as-soon-as-march-to-cool-inflation

xx https://www.nytimes.com/live/2022/03/16/business/fed-meeting-interest-rates

xxi https://www.foxbusiness.com/economy/federal-reserve-signals-interest-rate-hike-january-2022

xxii https://www.nytimes.com/live/2022/03/16/business/fed-meeting-interest-rates

xxiii https://www.cbsnews.com/news/interest-rates-federal-reserve-inflation-2022/

xxiv https://www.foxbusiness.com/economy/federal-reserve-january-meeting-minutes

xxv https://www.newsbreak.com/news/2495872102808/fed-plans-to-raise-rates-as-soon-as-march-to-cool-inflation

xxvi https://fred.stlouisfed.org/series/MORTGAGE30US

xxvii https://treasurydirect.gov/govt/reports/pd/debttothepenny.htm

xxviii https://www.federalreserve.gov/releases/g17/Current/default.htm; current release, data changes from month to month

xxix https://www.foxbusiness.com/economy/december-inflation-consumer-price-index

xxx https://www.foxbusiness.com/economy/hottest-inflation-in-40-years-eating-away-at-americans-wage-gains

xxxi https://www.bloomberg.com/news/articles/2022-03-10/u-s-inflation-hits-fresh-40-year-high-of-7-9-before-oil-spike

xxxii https://www.nasdaq.com/articles/inflation-soars-to-highest-rate-since-1981-after-huge-spike-in-gas-prices

xxxiii https://www.cnbc.com/2022/03/14/inflation-is-costing-us-households-nearly-300-more-a-month.html

xxxiv https://www.bloomberg.com/news/articles/2022-03-29/u-s-households-face-5-200-inflation-tax-this-year-chart

xxxv https://www.cnbc.com/2022/02/25/low-earners-hit-hardest-by-inflation-as-savings-and-pandemic-aid-dwindle.html

xxxvi https://fred.stlouisfed.org/series/CPILFESL

xxxvii https://time.com/nextadvisor/in-the-news/rising-inflation-rising-prices-how-to-plan/

xxxviii https://www.cnbc.com/2022/01/13/wholesale-prices-up-0point2percent-in-december-less-than-expected-but-still-a-new-12-month-record.html

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page 66 of 67

EXPERT WITNESS & FORENSIC ACCOUNTANT

JOEY N FRIEDMAN, CPA, ABV, M.Acc, MIB
PRESIDENT of JOEY FRIEDMAN, CPA P.A.

**All Paving Inc.**
Business Valuation Summary Report
Date of Valuation: December 31, 2021
Report Date: November 15, 2022

xxxix https://www.cnbc.com/2022/04/13/producer-price-index-march-2022-.html

xl https://www.investopedia.com/are-we-in-for-a-hyperinflation-5093627#:~:text=Hyperinflation%20can%20be%20caused%20by%20an%20oversupply%20of,in%20general%2C%20do%20not%20believe%20hyperinflation%20is%20likely.

xli https://fred.stlouisfed.org/series/APU000074714

xlii https://blog-content.gasbuddy.com/uploads/2021/12/2022FuelOutlook_FINAL2_Reduced.pdf?utm_campaign=Fuel%20Insights&utm_medium=email&utm_source=Revue%20newsletter

xliii https://www.eia.gov/petroleum/gasdiesel/

xliv https://www.eia.gov/dnav/pet/pet_pri_wfr_a_EPD2F_PRS_dpgal_w.htm

xlv https://oilprice.com/Energy/Energy-General/US-Households-To-Spend-50-More-On-Energy-Bills-This-Winter.html

Pembroke Pines
1 SW 129th Avenue,
Suite 408
Pembroke Pines, FL 33027
P: 954-282-9615

Parkland
6574 N State Rd 7
Suite 114
Coconut Creek, FL 33073
P: 954-290-5657

Page 67 of 67

Fill in this information to identify the case:

Debtor Name  **Daren C. Daly**

United States Bankruptcy Court for the: **Southern**    District of **Florida**
                                                        (State)

Case number: **22-15694-SMG**

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of **07-31-22** on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| All Paving, Inc. | 100% | A1, B, C, D, E |
| Resurface Industries, LLC | 100% | A2, B, C, D, E |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**



Friedman Depo 1-13-23 Exhibit

**2**

In Re: Daren Daly

| Debtor Name | Daren C. Daly | Case number | 22-15694-SMG |
|---|---|---|---|

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✖ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
MM / DD / YYYY

**For individual Debtors:**

✖ _____
Signature of Debtor 1
DCFC684225864BB...

Daren C. Daly
Printed name of Debtor 1

Date 8/18/2022
MM / DD / YYYY

✖ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
MM / DD / YYYY

# EXHIBIT A-1

All Paving Inc. – Business Statements

Balance Sheet- June & July 2022

Profit and Loss Statement- June & July 2022

Statement of Cash Flow through July 31, 2022

DocuSign Envelope ID: E34EB261-32CC-4109-B338-639363520D52



# All Paving Inc

### Balance Sheet

### As of June 30, 2022

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Seacoast Bank-5801 | 100.00 |
| SunTrust - Checking 0643 | 11,775.88 |
| SunTrust - Checking 4022 | 58,410.38 |
| SunTrust - Money Market 6451 | 209,042.54 |
| **Total Bank Accounts** | **$279,328.80** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 708,217.71 |
| **Total Accounts Receivable** | **$708,217.71** |
| Other Current Assets | |
| Costs In Excess of Billing | 0.00 |
| Deposited Payments | 0.00 |
| Employee Advance | 9,239.72 |
| Exchange | 0.00 |
| Payroll Advances | 0.00 |
| Prepaid Expenses | 0.00 |
| Prepaid interest | 0.00 |
| Refundable Expenses | 0.00 |
| Undeposited Funds | 0.00 |
| Undeposited Funds - old ac | 0.00 |
| **Total Other Current Assets** | **$9,239.72** |
| **Total Current Assets** | **$996,786.23** |
| Fixed Assets | |
| Machinery & Equipment | 1,556,748.72 |
| Office Equipment & Computers | 6,467.33 |
| Trailers | 114,697.28 |
| Transportation Equipment | 739,403.16 |
| z-Accumulated Depreciation | -1,889,124.79 |
| **Total Fixed Assets** | **$528,191.70** |
| Other Assets | |
| Notes Receivable | 144,716.31 |
| Security Deposit | 2,035.00 |
| **Total Other Assets** | **$146,751.31** |
| **TOTAL ASSETS** | **$1,671,729.24** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 348,179.15 |
| **Total Accounts Payable** | **$348,179.15** |

|  | TOTAL |
|---|---|
| Credit Cards | |
| Capital One  5711 | 14,962.15 |
| Chevron/Texaco | 0.00 |
| **Total Credit Cards** | **$14,962.15** |
| Other Current Liabilities | |
| Accrued Expenses | 0.00 |
| Billing In Excess of Costs | 0.00 |
| Deposits - Customers | 0.00 |
| Due to All Paving & Sealcoating LLC | 0.00 |
| Payroll Taxes Payable | 134.32 |
| z-Current Portion of Long-Term Debt | 408,807.63 |
| **Total Other Current Liabilities** | **$408,941.95** |
| **Total Current Liabilities** | **$772,083.25** |
| Long-Term Liabilities | |
| Ally-16 Isuzu NQR $946.44 | 0.00 |
| Ally-16 Isuzu NQR $959.66 | 0.00 |
| Ally-17 Ford Super Duty - $1,270.14 | 17,901.35 |
| Ally-17 Hino $1,042.49 | 286.89 |
| Ally-18 F-350 $695.15 | 17,827.32 |
| Ameris Bank-2019 CAT Skid Steer 262D3 $1,244.67 | 0.00 |
| Ameris Bank-2019 Weiler Paver P385B $3,751.90 | 0.00 |
| Ameris Bank-CAT Paver $4,606.79 | 0.00 |
| Bank of the West - 2017 Bomag BW11RH-5 Roller $2,116.43 | 0.00 |
| Bank of the West - 2017 Bomag BW120SL Roller $1,111.05 | 0.00 |
| Bank of the West - 2017 Bomag BW38 Roller $1,433.71 | 0.00 |
| BMO-2019 Hino $1,328.16 | 46,876.89 |
| Cadence Bank-2019 262D Skid Steer $1,183.48 | 29,055.19 |
| Cadence Bank-2019 CAT Paver $2,097.28 | 51,477.78 |
| Cadence Bank-2019 Weiler Paver $4,449.29 | 109,238.92 |
| CAT Commercial - Milling Head $1,000.00 | 0.00 |
| CAT Financial - 262D Skid Steer $1,242.84 | 17,432.42 |
| CAT Financial - 262D Skid Steer $942.23 | 16,035.29 |
| CIT Bank-2017 Kenworth T880 $2,458.07 | 65,016.32 |
| COVID 19 Seacoast Payroll Protection Program | 0.00 |
| COVID 19 SunTrust Payroll Protection Program | 0.00 |
| Daren Daly Contribution | 0.00 |
| GM Financial -Suburban | 0.00 |
| Isuzu Finance-2016 Isuzu NPR $610.02 | 13,717.87 |
| Isuzu Finance-2018 Kenworth Tractor $3,069.21 | 0.00 |
| Komatsu Financial - Hamm HD14i VV Roller - $1,253.11 | 30,657.76 |
| Komatsu Financial - Milling Machine-W 200i - $10,345.99 | 0.00 |
| Kubota Credit Corp-4wd Hst Cab Tractor $1,089.60 | 15,029.14 |
| PNC Equipment Finance-Toro Walk Behind Trencher $578.91 | 0.00 |
| SBAD TREAS 310 | 499,900.00 |
| Suntrust Commercial Loan | 0.00 |
| Wells Fargo-Bobcat Sweeper $220.27 | 0.00 |
| Wells Fargo-Bobcat Sweepers $263.00 | 0.00 |
| z-Less Current Portion of Long-Tem Debt | -408,807.63 |
| **Total Long-Term Liabilities** | **$521,645.51** |

| | TOTAL |
|---|---|
| **Total Liabilities** | **$1,293,728.76** |
| Equity | |
|   Dividend Paid | -114,805.14 |
|   Opening Balance Equity | 36,409.88 |
|   Retained Earnings | 584,928.26 |
|   Taxes Expense | 0.00 |
|   Net Income | -128,532.52 |
| **Total Equity** | **$378,000.48** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,671,729.24** |

# All Paving Inc

### Balance Sheet

As of July 21, 2022

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Seacoast Bank-5801 | 100.00 |
| SunTrust - Checking 0643 | -80,537.50 |
| SunTrust - Checking 4022 | 34,410.38 |
| SunTrust - Money Market 6451 | 149,042.54 |
| **Total Bank Accounts** | **$103,015.42** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 822,258.86 |
| **Total Accounts Receivable** | **$822,258.86** |
| Other Current Assets | |
| Costs In Excess of Billing | 0.00 |
| Deposited Payments | 0.00 |
| Employee Advance | 9,239.72 |
| Exchange | 0.00 |
| Payroll Advances | 0.00 |
| Prepaid Expenses | 0.00 |
| Prepaid interest | 0.00 |
| Refundable Expenses | 0.00 |
| Undeposited Funds | 0.00 |
| Undeposited Funds - old ac | 0.00 |
| **Total Other Current Assets** | **$9,239.72** |
| **Total Current Assets** | **$934,514.00** |
| Fixed Assets | |
| Machinery & Equipment | 1,556,748.72 |
| Office Equipment & Computers | 6,467.33 |
| Trailers | 114,697.28 |
| Transportation Equipment | 739,403.16 |
| z-Accumulated Depreciation | -1,889,124.79 |
| **Total Fixed Assets** | **$528,191.70** |
| Other Assets | |
| Notes Receivable | 144,716.31 |
| Security Deposit | 2,035.00 |
| **Total Other Assets** | **$146,751.31** |
| **TOTAL ASSETS** | **$1,609,457.01** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 278,774.97 |
| **Total Accounts Payable** | **$278,774.97** |

|  | TOTAL |
|---|---|
| Credit Cards | |
| Capital One  5711 | 12,890.21 |
| Chevron/Texaco | 0.00 |
| **Total Credit Cards** | **$12,890.21** |
| Other Current Liabilities | |
| Accrued Expenses | 0.00 |
| Billing In Excess of Costs | 0.00 |
| Deposits - Customers | 0.00 |
| Due to All Paving & Sealcoating LLC | 0.00 |
| Payroll Taxes Payable | 134.32 |
| z-Current Portion of Long-Term Debt | 408,807.63 |
| **Total Other Current Liabilities** | **$408,941.95** |
| **Total Current Liabilities** | **$700,607.13** |
| Long-Term Liabilities | |
| Ally-16 Isuzu NQR $946.44 | 0.00 |
| Ally-16 Isuzu NQR $959.66 | 0.00 |
| Ally-17 Ford Super Duty - $1,270.14 | 16,631.21 |
| Ally-17 Hino $1,042.49 | -443.35 |
| Ally-18 F-350 $695.15 | 17,827.32 |
| Ameris Bank-2019 CAT Skid Steer 262D3 $1,244.67 | 0.00 |
| Ameris Bank-2019 Weiler Paver P385B $3,751.90 | 0.00 |
| Ameris Bank-CAT Paver $4,606.79 | 0.00 |
| Bank of the West - 2017 Bomag BW11RH-5 Roller $2,116.43 | 0.00 |
| Bank of the West - 2017 Bomag BW120SL Roller $1,111.05 | 0.00 |
| Bank of the West - 2017 Bomag BW38 Roller $1,433.71 | 0.00 |
| BMO-2019 Hino $1,328.16 | 45,548.73 |
| Cadence Bank-2019 262D Skid Steer $1,183.48 | 29,055.19 |
| Cadence Bank-2019 CAT Paver $2,097.28 | 49,380.50 |
| Cadence Bank-2019 Weiler Paver $4,449.29 | 109,238.92 |
| CAT Commercial - Milling Head $1,000.00 | 0.00 |
| CAT Financial - 262D Skid Steer $1,242.84 | 16,178.56 |
| CAT Financial - 262D Skid Steer $942.23 | 15,088.15 |
| CIT Bank-2017 Kenworth T880 $2,458.07 | 65,016.32 |
| COVID 19 Seacoast Payroll Protection Program | 0.00 |
| COVID 19 SunTrust Payroll Protection Program | 0.00 |
| Daren Daly Contribution | 0.00 |
| GM Financial -Suburban | 0.00 |
| Isuzu Finance-2016 Isuzu NPR $610.02 | 13,717.87 |
| Isuzu Finance-2018 Kenworth Tractor $3,069.21 | 0.00 |
| Komatsu Financial - Hamm HD14i VV Roller - $1,253.11 | 30,657.76 |
| Komatsu Financial - Milling Machine-W 200i - $10,345.99 | 0.00 |
| Kubota Credit Corp-4wd Hst Cab Tractor $1,089.60 | 13,940.14 |
| PNC Equipment Finance-Toro Walk Behind Trencher $578.91 | 0.00 |
| SBAD TREAS 310 | 499,900.00 |
| Suntrust Commercial Loan | 0.00 |
| Wells Fargo-Bobcat Sweeper $220.27 | 0.00 |
| Wells Fargo-Bobcat Sweepers $263.00 | 0.00 |
| z-Less Current Portion of Long-Tem Debt | -408,807.63 |
| **Total Long-Term Liabilities** | **$512,929.69** |

|  | TOTAL |
|---|---|
| **Total Liabilities** | **$1,213,536.82** |
| Equity | |
| Dividend Paid | -114,805.14 |
| Opening Balance Equity | 36,409.88 |
| Retained Earnings | 584,928.26 |
| Taxes Expense | 0.00 |
| Net Income | -110,612.81 |
| **Total Equity** | **$395,920.19** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,609,457.01** |



# All Paving Inc

## Profit and Loss

### June 2022

|  | TOTAL |
|---|---|
| **Income** |  |
| Sales | 7,233.13 |
| Asphalt Services | 365,873.12 |
| Concrete Services | 0.00 |
| Misc. Work | 1,040.00 |
| Permit Fees | 5,741.77 |
| Striping | 3,950.00 |
| **Total Sales** | **383,838.02** |
| z-Returns and Allowances |  |
| Discount | -27,231.00 |
| **Total z-Returns and Allowances** | **-27,231.00** |
| **Total Income** | **$356,607.02** |
| **Cost of Goods Sold** |  |
| Cost of Goods Sold |  |
| Auto & Truck | 974.71 |
| Delivery/Towing Fees | 892.75 |
| Fuel | 21,479.09 |
| GPS Tracking | 333.97 |
| Registration & Fines | 294.70 |
| Repairs & Maintenance | 7,354.45 |
| Sunpass | 700.00 |
| Tires & Tire Service | 1,575.92 |
| Trucking | 56,657.15 |
| **Total Auto & Truck** | **90,262.74** |
| Equipment Rental | 487.58 |
| Equipment Repairs and Maintenance | 11,276.44 |
| Job Materials | 199,660.67 |
| Other Job Related Costs |  |
| Uniforms/Safety Vests/Hard Hats | 522.43 |
| **Total Other Job Related Costs** | **522.43** |
| Sub-Contractor | 8,632.00 |
| **Total Cost of Goods Sold** | **310,841.86** |
| **Total Cost of Goods Sold** | **$310,841.86** |
| **GROSS PROFIT** | **$45,765.16** |
| **Expenses** |  |
| Advertising & Marketing | 479.18 |
| Google Adwords | 289.78 |
| **Total Advertising & Marketing** | **768.96** |
| Bank Charges & Fees | 0.00 |
| Analysis & Maintenance Fees | 309.00 |
| **Total Bank Charges & Fees** | **309.00** |
| Charitable Contributions | 52.50 |

|  | TOTAL |
|---|---|
| Computer and Internet | |
| Internet | 313.35 |
| Software | 285.96 |
| **Total Computer and Internet** | **599.31** |
| Dues & subscriptions | 598.10 |
| Insurance | 23,287.71 |
| Health | 1,478.19 |
| **Total Insurance** | **24,765.90** |
| Legal & Professional Services | 32,637.52 |
| Meals & Entertainment | 481.49 |
| Office Supplies | 306.79 |
| Outside Services | |
| Telephone Answering Service | 81.96 |
| **Total Outside Services** | **81.96** |
| Payroll | 94,978.05 |
| Postage | 319.10 |
| Rent & Lease | 3,254.07 |
| Taxes | 4,542.75 |
| Telephone | 436.88 |
| Website Expenses | |
| Website-Internet Service | 279.00 |
| **Total Website Expenses** | **279.00** |
| **Total Expenses** | **$164,411.38** |
| NET OPERATING INCOME | **$ -118,646.22** |
| Other Income | |
| Interest Income | 1.82 |
| Rewards Income | -3,542.14 |
| **Total Other Income** | **$ -3,540.32** |
| Other Expenses | |
| Penalties | 507.00 |
| **Total Other Expenses** | **$507.00** |
| NET OTHER INCOME | **$ -4,047.32** |
| NET INCOME | **$ -122,693.54** |



# All Paving Inc

Profit and Loss

July 2022

|  | TOTAL |
|---|---|
| Income | |
|   Sales | 42,940.00 |
|   Asphalt Services | 274,840.00 |
|   Concrete Services | 21,776.00 |
|   Misc. Work | 35,750.00 |
|   Sealcoating | 16,159.00 |
|   Striping | 34,061.10 |
|   **Total Sales** | **425,526.10** |
| **Total Income** | **$425,526.10** |
| Cost of Goods Sold | |
|   Cost of Goods Sold | |
|   Auto & Truck | **64,343.09** |
|   Equipment Repairs and Maintenance | 6,313.77 |
|   Job Materials | 117,878.33 |
|   Other Job Related Costs | |
|     Dump Fees,Shop/Waste Pickup | 40.00 |
|     Uniforms/Safety Vests/Hard Hats | 337.95 |
|   **Total Other Job Related Costs** | **377.95** |
|   Permit Fees | 257.64 |
|   Proctor & Densities Testing | 775.00 |
|   Small Tools & Equipment | 2,486.68 |
|   Sub-Contractor | 15,230.10 |
|   **Total Cost of Goods Sold** | **207,662.56** |
| **Total Cost of Goods Sold** | **$207,662.56** |
| **GROSS PROFIT** | **$217,863.54** |
| Expenses | |
|   Advertising & Marketing | 479.18 |
|   Google Adwords | 279.99 |
|   **Total Advertising & Marketing** | **759.17** |
|   Bad Debt Expense | 14,316.55 |
|   Bank Charges & Fees | 355.00 |
|   Charitable Contributions | 52.50 |
|   Computer and Internet | |
|   Internet | 313.84 |
|   Software | 245.96 |
|   **Total Computer and Internet** | **559.80** |
|   Dues & subscriptions | 141.00 |
|   Education and Training | 269.95 |
|   Insurance | 17,642.00 |
|   Health | 1,478.19 |
|   **Total Insurance** | **19,120.19** |
|   Legal & Professional Services | 62,290.00 |

| | TOTAL |
|---|---|
| Meals & Entertainment | 576.38 |
| Office Supplies | 411.21 |
| Outside Services | |
|   Telephone Answering Service | 84.32 |
| **Total Outside Services** | **84.32** |
| Payroll | 107,349.59 |
| Postage | 278.69 |
| Rent & Lease | 3,316.20 |
| Repairs & Maintenance | 205.44 |
| Taxes & Licenses | 113.50 |
| Telephone | 413.68 |
| Website Expenses | |
|   Website-Internet Service | 279.00 |
| **Total Website Expenses** | **279.00** |
| **Total Expenses** | **$210,892.17** |
| NET OPERATING INCOME | **$6,971.37** |
| Other Income | |
|   Interest Income | 1.37 |
|   Rewards Income | 3,542.14 |
| **Total Other Income** | **$3,543.51** |
| NET OTHER INCOME | **$3,543.51** |
| NET INCOME | **$10,514.88** |

# All Paving Inc

## Statement of Cash Flows
### January 1 - July 21, 2022

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -110,612.81 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable (A/R) | 326,161.98 |
| Accounts Payable (A/P) | -29,662.59 |
| Capital One  5711 | 1,100.52 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **297,599.91** |
| **Net cash provided by operating activities** | **$186,987.10** |
| FINANCING ACTIVITIES | |
| Ally-17 Ford Super Duty - $1,270.14 | -8,890.98 |
| Ally-17 Hino $1,042.49 | -4,900.20 |
| Ally-18 F-350 $695.15 | -4,170.90 |
| BMO-2019 Hino $1,328.16 | -9,297.12 |
| Cadence Bank-2019 262D Skid Steer $1,183.48 | -7,100.88 |
| Cadence Bank-2019 CAT Paver $2,097.28 | -14,680.96 |
| Cadence Bank-2019 Weiler Paver $4,449.29 | -26,695.74 |
| CAT Financial - 262D Skid Steer $1,242.84 | -8,777.02 |
| CAT Financial - 262D Skid Steer $942.23 | -6,629.98 |
| CIT Bank-2017 Kenworth T880 $2,458.07 | -14,748.42 |
| Isuzu Finance-2016 Isuzu NPR $610.02 | -3,961.14 |
| Isuzu Finance-2018 Kenworth Tractor $3,069.21 | -30,720.99 |
| Komatsu Financial - Hamm HD14i VV Roller - $1,253.11 | -7,997.70 |
| Komatsu Financial - Milling Machine-W 200i - $10,345.99 | -81,895.94 |
| Kubota Credit Corp-4wd Hst Cab Tractor $1,089.60 | -7,623.00 |
| Opening Balance Equity | 36,409.88 |
| **Net cash provided by financing activities** | **$ -201,681.09** |
| NET CASH INCREASE FOR PERIOD | **$ -14,693.99** |
| Cash at beginning of period | 117,709.41 |
| CASH AT END OF PERIOD | **$103,015.42** |

# EXHIBIT A-2

Resurface Industries, LLC - Business Statements

Balance Sheet- June & July 2022

Profit and Loss Statement- June & July 2022

Statement of Cash Flow through July 31, 2022

# Resurface Industries LLC

Balance Sheet

As of June 30, 2022

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Business Checking 21 (2161) - 2 | 94,004.03 |
| **Total Bank Accounts** | **$94,004.03** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 239,304.00 |
| **Total Accounts Receivable** | **$239,304.00** |
| **Total Current Assets** | **$333,308.03** |
| Fixed Assets | |
| Machinery & Equipment | 23,398.94 |
| Transportation Equipment | 13,011.04 |
| **Total Fixed Assets** | **$36,409.98** |
| **TOTAL ASSETS** | **$369,718.01** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 145,560.46 |
| **Total Accounts Payable** | **$145,560.46** |
| Credit Cards | |
| XXXX1903 - 1 | 12,854.77 |
| **Total Credit Cards** | **$12,854.77** |
| **Total Current Liabilities** | **$158,415.23** |
| Long-Term Liabilities | |
| Long Term Liabilities | |
| Isuzu Finance-2018 Kenworth Tractor | 9,469.05 |
| Komatsu Financial - Milling Machine-W 200i | 11,699.52 |
| **Total Long Term Liabilities** | **21,168.57** |
| **Total Long-Term Liabilities** | **$21,168.57** |
| **Total Liabilities** | **$179,583.80** |
| Equity | |
| Opening balance equity | 0.00 |
| Owner investments | 25,100.00 |
| Retained Earnings | |
| Net Income | 165,034.21 |
| **Total Equity** | **$190,134.21** |
| **TOTAL LIABILITIES AND EQUITY** | **$369,718.01** |



# Resurface Industries LLC

Balance Sheet

As of July 31, 2022

|  | TOTAL |
|---|---|
| **ASSETS** |  |
| Current Assets |  |
| Bank Accounts |  |
| Business Checking 21 (2161) - 2 | 5,488.87 |
| **Total Bank Accounts** | **$5,488.87** |
| Accounts Receivable |  |
| Accounts Receivable (A/R) | 188,429.00 |
| **Total Accounts Receivable** | **$188,429.00** |
| **Total Current Assets** | **$193,917.87** |
| Fixed Assets |  |
| Machinery & Equipment | 68,598.94 |
| Trailers | 4,500.00 |
| Transportation Equipment | 13,011.04 |
| **Total Fixed Assets** | **$86,109.98** |
| **TOTAL ASSETS** | **$280,027.85** |
| **LIABILITIES AND EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable (A/P) | 45,122.52 |
| **Total Accounts Payable** | **$45,122.52** |
| Credit Cards |  |
| XXXX1903 - 1 | 14,687.26 |
| **Total Credit Cards** | **$14,687.26** |
| **Total Current Liabilities** | **$59,809.78** |
| Long-Term Liabilities | **$5,927.16** |
| **Total Liabilities** | **$65,736.94** |
| Equity |  |
| Opening balance equity | 49,700.00 |
| Owner investments | 25,100.00 |
| Retained Earnings |  |
| Net Income | 139,490.91 |
| **Total Equity** | **$214,290.91** |
| **TOTAL LIABILITIES AND EQUITY** | **$280,027.85** |

| Customer | Project Name | Pending Invoices | Overdue Balance |
|---|---|---|---|
| Client 1069 | Esplanade | 1 | $3,889.92 |
| Client 1069 | Convention Center | 1 | $5,973.47 |
| Client 1069 | Glory Asphalt | 1 | $11,390.23 |
| Client 1087 | Park Boat Ramp | 1 | $96,226.00 |
| Client 1087 | southeast parking lot overlay repair | 1 | $20,772.50 |
| Client 1087 | Park Boat Ramp - Change Order | 1 | $6,800.00 |
| Client 1087 | Golf course cart path repair | 1 | $28,128.60 |
| Client 281 | The Lakes  HOA | 1 | $4,940.00 |
| Client 298 | Workspaces | 1 | $6,280.00 |
| Client 401 | Building #144  Condo | 1 | $1,377.50 |
| Client 401 | Building #143  Condo | 1 | $2,136.80 |
| Client 401 | Building #142  Condo | 1 | $1,380.80 |
| Client 401 | Building #141  Condo | 1 | $1,776.40 |
| Client 401 | Building #140  Condo | 1 | $2,210.10 |
| Client 436 | 21-06-00081  Turtle Run | 1 | $100.00 |
| Client 436 | 21-05-00051 Lake Parking Lot Repairs | 1 | $42,905.00 |
| Client 436 | Oasis  - Draw 4 | 1 | $10,382.60 |
| Client 436 | Oasis - Sealcoating (Change Order 1) | 1 | $19,025.00 |
| Client 436 | 21-09-00105       Lake Club - Draw 3 | 1 | $42,500.00 |
| Client 436 | 21-09-00105   Lake Club  Sealcoating and Striping CO 02 | 1 | $18,030.00 |
| Client 436 | 21-05-00051  Lake -  Change Order 03 | 1 | $2,500.00 |
| Client 436 | 21-09-00104      - Change Order 03 | 1 | $1,375.00 |
| Client 502 | Work Order #16 - Roebuck | 1 | $20,110.00 |
| Client 502 | Work Order #115 - Main Street | 1 | $4,462.00 |
| Client 502 | Work Order #25 - Toledo | 1 | $23,630.90 |
| Client 514 | 197 LLC | 1 | $5,800.00 |
| Client 549 | Boca HOA - Asphalt Speed Bumps | 1 | $15,354.85 |
| Client 551 | 21-07-00087  Gardens - Permit Fees | 1 | $216.00 |
| Client 575 | Park Apartments - Asphalt Speed Bumps (8 Locations) | 1 | $6,000.00 |
| Client 622 | Wrecking - Change Order - | 1 | $26,325.00 |
| Client 622 | Wrecking - Payment pogress #3 | 1 | $15,000.00 |
| Client 622 | Wrecking - Payment pogress #2 | 1 | $20,000.00 |
| Client 622 | Wrecking - Milling | 1 | $35,000.00 |
| Client 676 | CLub HOA - Change Order 02 | 1 | $1,075.00 |

| | Client 743 | Park - Milling, Paving & Striping | 1 | $41,499.00 | |
|---|---|---|---|---|---|
| | Client 873 | Club - Permit and Expediting Fees | 1 | $5,741.77 | |
| | Client 873 | Club - Progress payment #2 | 1 | $36,040.20 | |
| | Client 873 | Club- Progress payment #3 | 1 | $34,060.30 | |
| | Client 963 | Hotel Condominium | 1 | $6,458.00 | |
| | Client 963 | Ranches Clubhouse Parking Lot and Pathway | 1 | $37,000.00 | |
| | Client 100 | Projects - Concrete Curb & Concrete Flumes | 1 | $23,786.50 | |
| | Client 100 | Projects - Blvd West and Oakland Park Blvd | 1 | $26,303.00 | |
| | | | | | |
| | | | **TOTAL** | **$713,962.44** | |

DocuSign Envelope ID: E34EB261-32CC-4199-B238-639363620DE2

# Resurface Industries LLC

**Resurface**

Profit and Loss

June 2022

| | TOTAL |
|---|---:|
| Income | |
|   Services | 93,225.00 |
| **Total Income** | **$93,225.00** |
| Cost of Goods Sold | |
|   Cost of goods sold | |
|     Subcontractor expenses | 7,150.00 |
|     Supplies & materials | 8,869.57 |
|     Trucking & Hauling | 3,570.00 |
|   **Total Cost of goods sold** | **19,589.57** |
| **Total Cost of Goods Sold** | **$19,589.57** |
| **GROSS PROFIT** | **$73,635.43** |
| Expenses | |
|   Contract labor | 3,655.00 |
|   Equipment Repairs & Maintenance | 1,265.85 |
|   General business expenses | |
|     Bank fees & service charges | 1.32 |
|     Uniforms, Safety Vests, Hard Hats | 2,597.42 |
|   **Total General business expenses** | **2,598.74** |
|   Meals | 283.05 |
|   Office expenses | 60.05 |
|     Small tools and equipment | 1,451.00 |
|   **Total Office expenses** | **1,511.05** |
|   Payroll expenses | 35,207.55 |
|   Travel | |
|     Hotels | 5,661.31 |
|   **Total Travel** | **5,661.31** |
| **Total Expenses** | **$50,182.55** |
| **NET OPERATING INCOME** | **$23,452.88** |
| Other Expenses | |
|   Vehicle expenses | |
|     Vehicle gas & fuel | 16,446.02 |
|     Vehicle repairs | 4,281.56 |
|     Vehicle Tires & Tire Maintenance | 453.93 |
|   **Total Vehicle expenses** | **21,181.51** |
| **Total Other Expenses** | **$21,181.51** |
| **NET OTHER INCOME** | **$ -21,181.51** |
| **NET INCOME** | **$2,271.37** |



# Resurface Industries LLC

Profit and Loss

July 2022

|  | TOTAL |
|---|---|
| Income |  |
| Services | 31,250.00 |
| **Total Income** | **$31,250.00** |
| Cost of Goods Sold |  |
| Cost of goods sold |  |
| Supplies & materials | 13,147.77 |
| Trucking & Hauling | 1,295.00 |
| **Total Cost of goods sold** | **14,442.77** |
| **Total Cost of Goods Sold** | **$14,442.77** |
| GROSS PROFIT | **$16,807.23** |
| Expenses |  |
| Contract labor | 5,848.00 |
| Equipment Repairs & Maintenance | 307.38 |
| General business expenses |  |
| Bank fees & service charges | 201.65 |
| **Total General business expenses** | **201.65** |
| Meals | 232.33 |
| Payroll expenses | 27,821.95 |
| Supplies |  |
| Supplies & materials | 95.69 |
| **Total Supplies** | **95.69** |
| Travel |  |
| Hotels | 3,000.45 |
| **Total Travel** | **3,000.45** |
| **Total Expenses** | **$37,507.45** |
| NET OPERATING INCOME | **$ -20,700.22** |
| Other Income |  |
| Other income |  |
| Credit card rewards | 0.00 |
| **Total Other income** | **0.00** |
| **Total Other Income** | **$0.00** |
| Other Expenses |  |
| Vehicle expenses |  |
| Vehicle gas & fuel | 4,533.99 |

Accrual Basis  Wednesday, August 17, 2022 03:11 PM GMT-04:00

# Resurface Industries LLC



Profit and Loss

July 2022

|  | TOTAL |
| --- | --- |
| Vehicle repairs | 369.09 |
| **Total Vehicle expenses** | **4,903.08** |
| **Total Other Expenses** | **$4,903.08** |
| NET OTHER INCOME | **$ -4,903.08** |
| NET INCOME | **$ -25,603.30** |



# Resurface Industries LLC

## Statement of Cash Flows

### July 2022

|  | TOTAL |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -25,603.30 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| Accounts Receivable (A/R) | 50,875.00 |
| Accounts Payable (A/P) | -100,377.94 |
| XXXX1903 - 1 | 1,832.49 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-47,670.45** |
| **Net cash provided by operating activities** | **$ -73,273.75** |
| INVESTING ACTIVITIES |  |
| Machinery & Equipment | -45,200.00 |
| Trailers | -4,500.00 |
| **Net cash provided by investing activities** | **$ -49,700.00** |
| FINANCING ACTIVITIES | **$34,458.59** |
| NET CASH INCREASE FOR PERIOD | **$ -88,515.16** |
| Cash at beginning of period | 94,004.03 |
| CASH AT END OF PERIOD | **$5,488.87** |

DocuSign Envelope ID: E34EB261-32CC-4199-B838-639262529DE2

# EXHIBIT B

The Debtor is the 100% owner of All Paving, Inc. and Resurface Industries, LLC. Through these entities the debtor provides roadway solutions, including paving, concrete overlay, sealcoating and related services to municipalities and commercial customers. The Debtor operates in multiple counties in Florida with offices at 23123 N. State Road 7, Suite 250, Boca Raton, FL 33428.

DocuSign Envelope ID: E34EB261-32CC-4199-B238-639363529D52

# **EXHIBIT C**

There are currently no claims between All Paving, Inc and Resurfacing Industries, LLC

DocuSign Envelope ID: E34EB261-32CC-4109-B938-689368529DF2

# **EXHIBIT D**

There are currently no tax sharing or tax allocation between All Paving, Inc. and Resurface Industries, LLC

DocuSign Envelope ID: E34EB261-32CC-4109-B238-639262529DF2

# __EXHIBIT E__

All Paving, Inc. currently pays for the Debtor's life insurance and disability insurance.