**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In Re:

DAREN C. DALY,                                    Case No: 22-15694-SMG

   Debtor.                                         Chapter 11 (SubV)
_____/
PATRICK DALY, ELIZABETH DALY,
ALL PAVING & SEALCOATING, LLC, and
PATRICK DALY and ELIZABETH DALY as
Majority Shareholders of ALL PAVING, INC.

   Plaintiffs,                                        ADV. NO: 22-01391-SMG

DAREN C. DALY

   Defendant.
_____/

## JOINT PRETRIAL STIPULATION

In accordance with the Order Setting Filing and Disclosure Requirements for Pretrial and Trial (ECF No.18), Plaintiffs, PATRICK DALY, ELIZABETH DALY, ALL PAVING & SEALCOATING, LLC, and Defendant, DAREN C. DALY, stipulate to the following facts which are admitted and require no proof at trial:

    1.    PATRICK DALY, ELIZABETH DALY and ALL PAVING & SEALCOATING, LLC are the Plaintiffs in this Adversary Proceeding.

    2.    PATRICK DALY ("PATRICK") and ELIZABETH DALY ("ELIZABETH") are husband and wife.

    3.    DAREN C. DALY ("DAREN") is the Defendant in this Adversary Proceeding.

    4    DAREN is the son of PATRICK and ELIZABETH.

    5.    DAREN filed his Chapter 11, Subchapter V Petition on July 24, 2022.

    6..    ALL PAVING & SEALCOATING, LLC ("APS, LLC") was formed on January 23, 2012, and is an active and current Limited Liability Company registered with the Florida Department of State, Division of Corporations, with its principal place of business located in Broward County, Florida.

7.     ALL PAVING, INC. ("API") was formed on September 19, 2013, and is an active and current Florida corporation, registered with the Florida Department of State, Division of Corporations, with its principal place of business located in Palm Beach County, Florida.

WE, C. David Tangora, Esq., attorney for Plaintiffs, and Monique D. Hayes, Esq, attorney for Defendant, certify we have conferred to discuss settlement and that a good faith settlement attempt has been made but has not been concluded.

STIPULATED AND AGREED TO BY:

| /s/ C. David Tangora | /s/ Monique D. Hayes |
|---|---|
| C. David Tangora, Esq, | Monique D. Hayes, Esq. |
| Attorney for Plaintiffs | Attorney for Defendant |
| 200 S.E. 18th Court | 2875 NE 191st St., Ste. 705 |
| Ft. Lauderdale, FL 33316 | Aventura, FL 33180 |
| Fla: Bar No: 522104 | Fla. Bar No: 0060373 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2023, I electronically served the following proposed Joint Pretrial Stipulation upon counsel for the Defendant and that a true and correct copy of this proposed Pretrial Stipulation was furnished via email to Monique D. Hayes, Esq., monique@dgimlaw.com and Isaac M. Marcushamer, Esq. isaac@dgimlaw.com both with DGIM LAW, PLLC.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(c)(3).

C. DAVID TANGORA, P.A.
Attorney for Plaintiffs,
Patrick & Elizabeth Daly
and All Paving & Sealcoating, LLC
200 S.E. 18th Court
Ft. Lauderdale, FL 33316
(954) 779-1005-Phone
(954) 764-4502-Facsimile
tangoralaw@bellsouth.net
By/s/ C. David Tangora
      Florida Bar No: 522104