

**ORDERED in the Southern District of Florida on February 10, 2023.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 22-15694-SMG |
| DAREN C. DALY, | Chapter 11 |
| | (Subchapter V Small Business) |
| Debtor. | |
| _____/ | |
| PATRICK DALY, ELIZABETH DALY and ALL PAVING AND SEALCOATING, LLC | |
| Plaintiffs, | |
| | Adv. Case No. 22-01391-SMG |
| v. | |
| DAREN C. DALY, | |
| Defendant. | |
| _____/ | |

### ORDER GRANTING, IN PART AND DENYING IN PART DEBTOR'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF FRANK HARLEY NORWITCH, JEFF WILE, JOEY FRIEDMAN, AND LUIS T.M. CONTI

THIS MATTER came before the Court on February 7, 2023 at 10:00 a.m. (the "Pretrial Conference") on the *Debtor's Motion in Limine to Exclude Expert Testimony of Frank Harley Norwitch, Jeff Wile, Joey Friedman, and Luis T.M. Conti* [ECF No. 38] (the "Motion") filed by the Chapter 11 Debtor, Daren C. Daly (the "Debtor" or "Defendant") and the *Opposition Response to Motion in Limine* [ECF No. 80] (the "Response"), filed by the Plaintiffs. The Court, having reviewed the Motion, the Response and pleadings in this case, having heard arguments of counsel and being fully apprised on the premises, it is hereby,

**ORDERED** as follows:

1. For the reasons stated on the record as the Pretrial Conference, the Motion is GRANTED, in part and DENIED in part as follows:

    a. The proposed expert testimony of Frank Harley Norwitch may be admitted at trial without prejudice to the Debtor's right to cross examine the weight and credibility of such testimony.

    b. The proposed expert testimony of Joey Friedman may be admitted at trial without prejudice to the Debtor's right to cross examine the weight and credibility of such testimony.

    c. The proposed expert testimony of Jeff Wile does not meet the requirements of Federal Rule of Evidence 702 and is therefore inadmissible and excluded.

    d. The proposed expert testimony of Luis T.M. Conti expert testimony does not meet the requirements of Federal Rule of Evidence 702 and is therefore inadmissible and is excluded.

2.  This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

####

Submitted by:

Monique D. Hayes, Esq.
DGIM Law, PLLC
*Counsel for Daren C. Daly*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
P (305) 763-8708
F (321) 655-7374
monique@dgimlaw.com

Attorney Hayes is hereby directed to serve a copy of this Order on all parties entitled to service and file a Certificate of Service thereof.