

**ORDERED in the Southern District of Florida on February 10, 2023.**

_Scott M. Grossman_
_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                    Case No. 22-15694-SMG

DAREN C. DALY,                                            Chapter 11 (Sub V)

    Debtor

_____/
PATRICK DALY, ELIZABETH DALY
and ALL PAVING AND SEALCOATING, LLC
                                                          Adv. Case No. 22-01391-SMG
    Plaintiffs,

v.

DAREN C. DALY,

    Defendant.
_____/

**<u>ORDER DENYING MOTION TO TAKE JUDICIAL NOTICE [ECF NO. 39]</u>**

THIS MATTER having come before the Court on February 7, 2023, at 10:00 a.m. during the pre-trial conference upon the *Motion to Take Judicial Notice* (the "Motion") [ECF No. 39] (the "Motion") filed by the Debtor, Daren C. Daly (the "Debtor") and the *Opposition Response to Motion in Limine* [ECF No. 79] (the "Response").  The Court, having reviewed the Motion, the Response and the filings in this case, having heard arguments of counsel and being fully apprised of the premises, it is hereby,

ORDERED, as follows:

1.      The Motion is DENIED, for the reasons stated on the record.

2.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

# # #

Submitted by:
Monique D. Hayes, Esq.
Email: monique@dgimlaw.com
**DGIM Law, PLLC**
*Counsel for the Debtor Daren C. Daly*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

Copies furnished to:
Monique D. Hayes, Esq.

(Attorney Hayes is directed to serve a signed copy of this Order upon all interested parties and to file a Certificate of Service with the Court.)