**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                     Case No. 22-15694-SMG

DAREN C. DALY,                                                  Chapter 11 (Sub V)

     Debtor

_____/
PATRICK DALY, ELIZABETH DALY
and ALL PAVING AND SEALCOATING,
LLC                                                                        Adv. Case No. 22-01391-SMG

     Plaintiffs,

v.

DAREN C. DALY,

     Defendant.

_____/

## DEBTOR/DEFENDANT'S NOTICE OF FILING STIPULATION OF FACT

Debtor/Defendant, Daren C. Daly, by and through undersigned counsel, hereby files the

following stipulation of fact as stated below:

1. Excerpt from January 11, 2023, Hearing Transcript [ECF No. 94] at Page 33 referring to
the Plaintiffs:

```
12              THE COURT:  All right, but let's go back to
13   your individual clients' tax returns.  So, if they're not
14   getting dividends --
15              MR. GOODMAN:  There is nothing on their tax
16   returns.
17              THE COURT:  I don't think there is anything
18   else on an individual return that would --
19              MR. GOODMAN:  I'll stipulate, there is
20   nothing on their tax returns that reflect an ownership.
21   There is nothing on the LLC's tax returns that reflect an
22   ownership.  There is nothing in the PPP loan application
23   that reflects an ownership.
```

Dated June 22, 2023.

Respectfully submitted,

**DGIM Law, PLLC**
*Counsel for the Debtor, Daren C. Daly*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Monique D. Hayes*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
isaac@dgimlaw.com
Monique D. Hayes, Esq.
Florida Bar No. 0841573
monique@dgimlaw.com