

**ORDERED in the Southern District of Florida on November 8, 2023.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

DAREN C. DALY,                                  Case No. 22-15694-SMG

    Debtor.                                      Chapter 11
_____/

PATRICK DALY, ELIZABETH DALY,
ALL PAVING AND SEALCOATING, LLC,
and PATRICK DALY AND ELIZABETH
DALY AS THE MAJORITY SHAREHOLDERS
OF ALL PAVING, INC.,

    Plaintiffs,

v.                                                Adv. No. 22-1391-SMG

DAREN C. DALY,

    Defendant.
_____/

# FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion dated November 8, 2023,[1] it is **ORDERED** that:

1. **FINAL JUDGMENT** on Counts I, II, and III of Plaintiffs' *Amended Adversary Complaint for Exception to Discharge*[2] (the "Amended Complaint") is entered **in favor of Defendant Daren C. Daly and against Plaintiffs Patrick Daly, Elizabeth Daly, All Paving and Sealcoating, LLC**.

2. Plaintiffs Patrick Daly and Elizabeth Daly lack standing to assert any claims on behalf of All Paving, Inc. All claims asserted by Plaintiffs Patrick Daly and Elizabeth Daly on behalf of All Paving, Inc. against Defendant Daren C. Daly are **DISMISSED**.

3. Defendant Daren C. Daly does not owe any debts to Plaintiffs Patrick Daly, Elizabeth Day, or All Paving and Sealcoating, LLC, that would be excepted from any discharge he may receive in this bankruptcy case.

4. All relief requested by Plaintiffs in the Amended Complaint is **DENIED**.

# # #

*Copies furnished to all parties of record via CM/ECF.*

---

[1] ECF No. 185.
[2] ECF No. 24.

2